| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Tilem (SBN 103825)**<br>**206 North Jackson Street, Ste. 201**<br>**Glendale, CA 91206**<br>**818-507-6000 Fax: 818-507-6800**<br>DavidTilem@TilemLaw.com | |

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **Better 4 You Breakfast, Inc.** | CASE NO.: 2:22-bk-10994-BB<br><br>CHAPTER: **11** |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☑ Schedule D      ☑ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☐ Statement of Intentions      ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **February 28, 2022**  _____

**Fernando Castillo**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                                    **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

Debtor name   **Better 4 You Breakfast, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:22-bk-10994-BB**

■ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **ALLIANCE FUNDING**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Equipment Loan** | **$1,003,459.00** | **$0.00** |
| | **3745 W. Chapman Ave.**<br>**Suite 200**<br>**Orange, CA 92868**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | **SFriedrich@afg.com**<br>Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an**<br>**interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Amur Equipment Finance,**<br>**Inc.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**OMNI IDXE-DWX, equpment financed under**<br>**Contract 948535** | **$81,867.60** | **$0.00** |
| | **308 N. Locust St., Suite 1**<br>**Grand Island, NE 68801**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**07/09/19**<br>**Last 4 digits of account number**<br>**3181** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an**<br>**interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **Amur Equipment Finance, Inc.**
Creditor's Name

**308 N. Locust St., Suite 1
Grand Island, NE 68801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
07/24/19**
**Last 4 digits of account number
5912**
**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Specified equipment financed under Contract 948816**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,486.30 | $0.00

---

**2.4** | **Axis Capital**
Creditor's Name

**(Amur Equipment Financial)
308 N. Locust St
Grand Island, NE 68801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Equipment Loan**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | $0.00

---

**2.5** | **Bank Leumi USA**
Creditor's Name

**350 Madison Ave.
New York, NY 10017**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket**

Describe the lien

$16,400,000.00 | $0.00

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**
**08/19/19**
**Last 4 digits of account number**
**0925**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CNG Transportation, LLC** | Describe debtor's property that is subject to a lien | **$56,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3951 Medford Street**
**Los Angeles, CA 90063**
Creditor's mailing address

**Business Loan**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**
Creditor's mailing address

**Leased equipment, lease dated 7/1/16 with Alliance Funding Group**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**
**07/07/16 - 06/24/21**
**Last 4 digits of account number**
**0939**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **Corporation Service Company** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $8,449.44 | $0.00 |
| | | **Leased equipment, lease dated 8/11/16 with Alliance Funding Group** | | |
| | **801 Adlai Stevenson Dr. Springfield, IL 62706** | | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**08/15/16**

Last 4 digits of account number
**1598**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Corporation Service Company** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $14,465.20 | $0.00 |
| | | **Leased equipment, lease dated 8/31/16 with Alliance Funding Group** | | |
| | **801 Adlai Stevenson Dr. Springfield, IL 62706** | | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**09/08/16 - 08/19/21**

Last 4 digits of account number
**2302**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Corporation Service Company** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $5,016.78 | $0.00 |
| | | **Leased equipment, lease dated 11/3/16 with Alliance Funding Group** | | |
| | **801 Adlai Stevenson Dr. Springfield, IL 62706** | | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/15/16**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
**3621**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1** **Corporation Service Company**
**1**

Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62706**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/22/17 - 08/12/19**

**Last 4 digits of account number**
**7825**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Unknown** | **$0.00** |
|---|---|

---

**2.1** **Corporation Service Company**
**2**

Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62706**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/22/18 - 08/15/19**

**Last 4 digits of account number**
**5723**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Unknown** | **$0.00** |
|---|---|

---

**2.1** **Corporation Service Company**
**3**

Describe debtor's property that is subject to a lien

| **$31,932.11** | **$0.00** |
|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 34

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

**Leased equipment, lease dated 6/22/18 with Alliance Funding Group**

**801 Adlai Stevenson Dr.
Springfield, IL 62706**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/25/18**
**Last 4 digits of account number**
**6524**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | $26,366.70 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**801 Adlai Stevenson Dr.
Springfield, IL 62706**
Creditor's mailing address

**Leased equipment, lease dated 9/25/18 with Alliance Funding Group**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/04/18**
**Last 4 digits of account number**
**6568**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | $30,017.26 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**801 Adlai Stevenson Dr.
Springfield, IL 62706**
Creditor's mailing address

**Leased equipment, lease dated 12/18/18 with Alliance Funding Group**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/08/19**
**Last 4 digits of account number**
**8971**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 34

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**

**Corporation Service Company**
Creditor's Name

**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**04/02/19**

Last 4 digits of account number
**0441**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Leased equipment, lease dated 4/1/19 with Alliance Funding Group**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,893.08     $0.00

---

**2.17**

**Corporation Service Company**
Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62706**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**04/30/19**

Last 4 digits of account number
**8510**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     $0.00

---

**2.18**

**Corporation Service Company**
Creditor's Name

**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Leased equipment, lease dated 6/25/19 with Alliance Funding Group**

Describe the lien

$127,294.92     $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 7 of 34

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

☑ No
☐ Yes

---

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/03/19**

**Last 4 digits of account number**
**9005**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.19 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Blanket** | | |

**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/11/19**

**Last 4 digits of account number**
**2826**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.20 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **$590,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Blanket** | | |

**P.O. Box 2576**
**Springfield, IL 62706**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/25/20**

**Last 4 digits of account number**
**0843**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  8 of 34

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2<br>1 | **Corporation Service<br>Company** | **Describe debtor's property that is subject to a lien** | $152,031.69 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Leased equipment, lease dated 4/28/21 with<br>Alliance Funding Group** | | |

**P.O. Box 2576**
**Springfield, IL 62706**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**
**04/29/21**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4223**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2<br>2 | **Corporation Service<br>Company** | **Describe debtor's property that is subject to a lien** | $153,583.31 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Leased equipment, lease dated 6/14/21 with<br>Alliance Funding Group** | | |

**P.O. Box 2576**
**Springfield, IL 62706**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**
**06/16/21**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7021**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2<br>3 | **Corporation Service<br>Company** | **Describe debtor's property that is subject to a lien** | $52,638.08 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Leased equipment, lease dated 6/29/21 with<br>Alliance Funding Group** | | |

**P.O. Box 2576**
**Springfield, IL 62706**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (*if known*) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**07/15/21**
**Last 4 digits of account number**
**8432**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Corporation Service Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**1 Leased equipment, lease dated 7/29/21 with Alliance Funding Group**

$154,844.58 | $0.00

**P.O. Box 2576**
**Springfield, IL 62706**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/27/2**
**Last 4 digits of account number**
**6018**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Corporation Service Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Blanket**
**May be duplicate of Samson Horus**

$241,424.00 | $0.00

**P.O. Box 2576**
**Springfield, IL 62706**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/05/21**
**Last 4 digits of account number**
**0024**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 34

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**2.2 6**

**Crown Credit Company**
Creditor's Name

**40 S. Washington St
New Bremen, OH 45869**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**11/26/15 - 10/27/20**
Last 4 digits of account number
**7554**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Leased equipment, all equipment leased from Crown**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

---

**2.2 7**

**CT Corporation System**
Creditor's Name

**330 N. Brand Blvd., Suite 700
Attn SPRS
Glendale, CA 91203**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**12/06/21**
Last 4 digits of account number
**8934**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket $0**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$246,000.00**          **$0.00**

---

**2.2 8**

**CT Corporation System**
Creditor's Name

**330 N. Brand Blvd., Suite 700
Attn SPRS
Glendale, CA 91203**
Creditor's mailing address

_____
Creditor's email address, if known

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Unknown**          **$0.00**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

**Date debt was incurred**
**04/10/18**
**Last 4 digits of account number**
**7620**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 9 | **CT Corporation System** | Describe debtor's property that is subject to a lien | $95,749.50 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Leased equipment, lease dated 7/26/19** | | |

**330 N. Brand Blvd., Suite 700**
**Attn SPRS**
**Glendale, CA 91203**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**07/29/17**
**Last 4 digits of account number**
**8964**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **Dedicated Funding, LLC,** | Describe debtor's property that is subject to a lien | $47,728.44 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Specifically identified equipment purchased from Restaurant Depo on 8/5/19** | | |

**860 E. 4500 S. Ste 312**
**Salt Lake City, UT 84107**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/07/19**
**Last 4 digits of account number**
**7724**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 1 | **Dedicated Funding-Territorial Bank** | **Describe debtor's property that is subject to a lien** | $27,570.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**860 East 4500 South #312
Salt Lake City, UT 84107**

Creditor's mailing address

**invoicing@dedicatedfunding.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Equipment Loan**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Financial Pacific Leasing** | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3455 S. 344th Way #300
Federal Way, WA 98001**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Equipment Loan**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **Financial Pacific Leasing, Inc.** | **Describe debtor's property that is subject to a lien** | $10,254.60 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3455 S. 344th Way, Ste 300
Auburn, WA 98001**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
07/22/16 - 06/29/21**

**Last 4 digits of account number**

**Leased equipment, lease dated 7/19/16 with Alliance Funding Group**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 13 of 34

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

3491

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **Financial Pacific Leasing, Inc.** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Leased equipment, lease dated 8/2/16 with Alliance Funding Group**

Unknown       $0.00

**3455 S. 344th Way, Ste 300**
**Auburn, WA 98001**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**08/05/16 - 07/16/21**
**Last 4 digits of account number**
**0627**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Financial Pacific Leasing, Inc.** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Leased equipment, lease dated 1/17/18 with Alliance Funding Group**

$9,717.26       $0.00

**3455 S. 344th Way, Ste 300**
**Auburn, WA 98001**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**01/18/18**
**Last 4 digits of account number**
**9627**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Financial Pacific Leasing, Inc.** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Leased equipment, lease #001-1184529-906 dated 2/9/18 with Fanancial Pacific Leasing, Inc.**

$9,020.33       $0.00

**PO Box 4568**
**Federal Way, WA 98063**

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 14 of 34

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/09/18**

**Last 4 digits of account number**
**5381**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 7 | **JP Morgan Chase Bank, NA** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**Loan Processing, Middle Market Serv**
**10 South Dearborn, Floor L2, Suite**
**Chicago, IL 60603-2300**

**Blanket**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/06/18 - 08/27/19**

**Last 4 digits of account number**
**3949**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 8 | **Leumi Bank** | **Describe debtor's property that is subject to a lien** | **$4,861,036.68** | **$0.00** |

Creditor's Name

**555 W. 5th Street, Suite 3300**
**Los Angeles, CA 90013**

**Nonrevolving Term Loan**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Ed.Park@leumiusa.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 15 of 34

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 9 | **Leumi Bank** | Describe debtor's property that is subject to a lien | $11,624,066.42 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Revolver** | | |

**555 W. 5th Street, Suite 3300**
**Los Angeles, CA 90013**
Creditor's mailing address

**Describe the lien**

**Ed.Park@leumiusa.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 0 | **Marlin** | Describe debtor's property that is subject to a lien | $978.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Loan** | | |

**330 Fellowship Rd**
**Mt. Laurel, NJ 08054**
Creditor's mailing address

**Describe the lien**

**keversmeyer@marlincapitalsolutions.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **Mitsubishi HC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Loan** | | |

**Leasing-Hitachi Capital**
**7808 Creekridge Circle, Suite 250**
**Edina, MN 55439**
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

**CustomerService@vendors**
**ervicesgroup.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0002**

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 2 | **National Funding, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**9820 Town Centre Drive,**
**Suite 200**
**San Diego, CA 92121**

Creditor's mailing address

**Blanket**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**
**02/13/17 - 08/13/19**

**Last 4 digits of account number**
**4199**

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 3 | **Opus Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**131 W. Commonwealth**
**Ave.**
**Fullerton, CA 92832**

Creditor's mailing address

**Specifically identified equipment**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**
**09/08/17**

**Last 4 digits of account number**
**0576**

**Do multiple creditors have an**
**interest in the same property?**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
| --- | --- | --- | --- |
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.4 4 | **PAWNEE EQUIPMENT Leasing** | | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**654 Amherst Road Suite 320**
**Sunderland, MA 01375**
Creditor's mailing address

**rebecca@pawneeleasing.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equipment Loan**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Pawnee Leasing Corp.** | | **$4,957.38** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**3801 Automation Way, Suite 207**
**Fort Collins, CO 80525**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/07/16 - 06/24/21**
**Last 4 digits of account number**
**6211**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Leased equipment, lease dated 7/6/16 with Alliance Funding Group**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Pawnee Leasing Corp.** | | **$4,152.54** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**3801 Automation Way, Suite 207**
**Fort Collins, CO 80525**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Leased equipment, lease dated 1/19/17 with Alliance Funding Group**

Describe the lien

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

Creditor's email address, if known
_____

**Date debt was incurred**
**01/23/17**

**Last 4 digits of account number**
**9372**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 7 | **Pawnee Leasing Corp.** | **Describe debtor's property that is subject to a lien** | **$1,045.55** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3801 Automation Way, Suite 207**
**Fort Collins, CO 80525**
Creditor's mailing address

**Leased equipment, lease dated 3/29/17 with Alliance Funding Group**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**04/04/17**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8467**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **Pawnee Leasing Corp.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3801 Automation Way, Suite 207**
**Fort Collins, CO 80525**
Creditor's mailing address

**Leased equipment, lease dated 3/29/17 with Alliance Funding Group**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**04/18/17**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5642**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 9 | **Pawnee Leasing Corp.** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pawnee Leasing Corp.**
Creditor's Name

**3801 Automation Way,
Suite 207
Fort Collins, CO 80525**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
01/09/18**
**Last 4 digits of account number
6737**
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Leased equipment, lease dated 12/12/17 with
Alliance Funding Group**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 0 | **Pawnee Leasing Corp.** | Describe debtor's property that is subject to a lien | **$2,678.13** | **$0.00** |
|---|---|---|---|---|

**Pawnee Leasing Corp.**
Creditor's Name

**3801 Automation Way,
Suite 207
Fort Collins, CO 80525**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
04/12/18**
**Last 4 digits of account number
0155**
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Leased equipment, lease dated 4/11/18 with
Alliance Funding Group**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 1 | **Pawnee Leasing Corp.** | Describe debtor's property that is subject to a lien | **$68,589.05** | **$0.00** |
|---|---|---|---|---|

**Pawnee Leasing Corp.**
Creditor's Name

**3801 Automation Way,
Suite 207
Fort Collins, CO 80525**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Leased equipment, lease dated 7/10/19 with
Alliance Funding Group**

**Describe the lien**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| | **Creditor's email address, if known** | Is the creditor an insider or related party? |
| | | ■ No |
| | | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| | **Date debt was incurred** | |
| | **07/11/19** | ■ No |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **1204** | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| | ■ No | ☐ Contingent |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | | ☐ Disputed |

| 2.5 2 | **RAYMOND LEASING** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Loan** | | |
| | **22 S Canal St** **GREENE, NY 13778** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | **rayleaseinvoice@raymond corp.com** | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 2.5 3 | **Raymond Leasing Corp** | Describe debtor's property that is subject to a lien | **$53,966.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Leased equipment, specified equipment related to Master Lease Schedule No. 34083** | | |
| | **Corp. Headquarters,** **PO Box 130** **Greene, NY 13778** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No ☐ Yes | | |
| | **Date debt was incurred** **03/26/18** | **Is anyone else liable on this claim?** ■ No | | |
| | **Last 4 digits of account number** **2697** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| | | |
|---|---|---|
| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 21 of 34 |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.5 4 | **Samson Horus** | Describe debtor's property that is subject to a lien | $121,614.32 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**90 John Street,
New York, NY 10038**

Creditor's mailing address

**Blanket**

Describe the lien

_____

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

Date debt was incurred

**10/22/21**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**5227**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.5 5 | **SAMSON HORUS, LLC** | Describe debtor's property that is subject to a lien | $490,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**400 Rella Blvd. Suite
165-101
Suffern, NY 10901**

Creditor's mailing address

**Business Loan**

Describe the lien

_____

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.5 6 | **STATE OF CALIFORNIA** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**EMPLOYMENT
DEVELOPMENT
DEPARTMENT
LIEN GROUP, MIC 92G, PO
BOX 826880
Sacramento, CA
94280-0001**

Creditor's mailing address

**Tax lien**

Describe the lien

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 22 of 34

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|--------|------------------------------|------------------------|------------------|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/03/18**
**Last 4 digits of account number**
**2363**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 7 | **STATE OF CALIFORNIA** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|-------|-------------------------|--------------------------------------------------------|-------------|-----------|

Creditor's Name

**EMPLOYMENT DEVELOPMENT DEPARTMENT LIEN GROUP, MIC 92G, PO BOX 826880 Sacramento, CA 94280-0001**

**Tax lien**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/19/18**
**Last 4 digits of account number**
**9807**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 8 | **STATE OF CALIFORNIA** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|-------|-------------------------|--------------------------------------------------------|-------------|-----------|

Creditor's Name

**EMPLOYMENT DEVELOPMENT DEPARTMENT LIEN GROUP, MIC 92G, PO BOX 826880 Sacramento, CA 94280-0001**

**Tax lien**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/29/19**

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
**5108**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 9 | | | |
|---|---|---|---|

**STATE OF CALIFORNIA**
Creditor's Name

**EMPLOYMENT DEVELOPMENT DEPARTMENT LIEN GROUP, MIC 92G, PO BOX 826880 Sacramento, CA 94280-0001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/08/19**

**Last 4 digits of account number**
**4473**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        **Unknown**        **$0.00**
**Tax lien**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 0 | | | |
|---|---|---|---|

**STATE OF CALIFORNIA**
Creditor's Name

**EMPLOYMENT DEVELOPMENT DEPARTMENT LIEN GROUP, MIC 92G, PO BOX 826880 Sacramento, CA 94280-0001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/31/20**

**Last 4 digits of account number**
**9385**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**        **$290,000.00**        **$0.00**
**Tax lien**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 24 of 34

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 1 | **STATE OF CALIFORNIA** | Describe debtor's property that is subject to a lien | $145,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**EMPLOYMENT
DEVELOPMENT
DEPARTMENT
LIEN GROUP, MIC 92G, PO
BOX 826880
Sacramento, CA
94280-0001**

**Tax lien**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**05/20/20**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1980**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 2 | **Susquehanna Commercial
Finance, Inc** | Describe debtor's property that is subject to a lien | $4,621.44 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2 Great Valley Parkway, Ste
300
Malvern, PA 19355**

**Leased equipment, lease dated 4/7/17 with
Alliance Funding Group**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**04/17/17**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8300**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 3 | **Susquehanna Commercial
Finance, Inc** | Describe debtor's property that is subject to a lien | $3,836.88 | $0.00 |
|---|---|---|---|---|

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| Creditor's Name | Leased equipment, lease dated 5/5/2017 with Alliance Funding Group | | |
|---|---|---|---|
| **2 Great Valley Parkway, Ste 300** | | | |
| **Malvern, PA 19355** | | | |
| Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/12/17**
**Last 4 digits of account number**
**6760**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 4 | **Susquehanna Commercial Finance, Inc** | Describe debtor's property that is subject to a lien | $15,630.28 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Leased equipment, lease dated 6/7/17 with Alliance Funding Group** | | |
| | **2 Great Valley Parkway, Ste 300** | | | |
| | **Malvern, PA 19355** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/08/17**
**Last 4 digits of account number**
**6351**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 5 | **Susquehanna Commercial Finance, Inc** | Describe debtor's property that is subject to a lien | $13,648.60 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Leased equipment, lease dated 6/12/17 with Alliance Funding Group** | | |
| | **2 Great Valley Parkway, Ste 300** | | | |
| | **Malvern, PA 19355** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/26/17**
**Last 4 digits of account number**
**3959**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 26 of 34

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 6 | **Susquehanna Commercial Finance, Inc** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2 Great Valley Parkway, Ste 300**
**Malvern, PA 19355**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/20/17**

**Last 4 digits of account number**
**2900**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Leased equipment, lease dated 6/7/17 with Alliance Funding Group**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 7 | **TCF** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**(BB&T Commercial Equipment Capital)**
**2 Great Valley Parkway, Ste. 300**
**Malvern, PA 19355**

Creditor's mailing address

**TCFCSCustomerservice@tcfbank.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment Loan**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 8 | **TCF** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | **Business Loan** | | |
|---|---|---|---|
| **(BB&T Commercial Equipment Capital) 2 Great Valley Parkway, Ste. 300 Malvern, PA 19355** | | | |

**(BB&T Commercial
Equipment Capital)
2 Great Valley Parkway,
Ste. 300
Malvern, PA 19355**

Creditor's mailing address

**Describe the lien**

**TCFCSCustomerservice@t
cfbank.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
2352**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.69 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$27,102.88** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Leased equipment, lease dated 5/25/17 with
Alliance Funding Group**

**a division of TCF National
Bank
11100 Wayzata Blvd., Ste
801
Hopkins, MN 55305**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
05/31/17**

**Last 4 digits of account number
6237**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.70 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$5,159.64** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Leased equipment, lease dated 9/15/17 with
Alliance Funding Group**

**a division of TCF National
Bank
11100 Wayzata Blvd., Ste
801
Hopkins, MN 55305**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**10/11/17**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7914**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 1 | **US Foods, Inc.** | Describe debtor's property that is subject to a lien | **$273,237.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Merchandise purchased from lienholder** | | |

**15155 Northam St.**
**La Mirada, CA 90638**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**11/21/19**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8131**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 2 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | **$150,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Blanket** | | |

**10737 Gateway West, #300**
**El Paso, TX 79935**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**07/03/20**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3222**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 3 | **VERNON CAPITAL** | Describe debtor's property that is subject to a lien | $240,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**383 Kingston Ave , Suite 343,
Brooklyn, NY 11213**

Creditor's mailing address

**Business Loan**

**Describe the lien**

**Underwriting@vernoncapit
algroup.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.7 4 | **Vox Funding** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**14 E 44th St 4th Floor
New York, NY 10017**

Creditor's mailing address

**Business Loan**

**Describe the lien**

**support@voxfunding.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $38,248,130.97 |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|--------|----------------------------------|------------------------|----------------------|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ANDREW MICHAEL KRAMER**<br>**JOHN BOUGIAMAS**<br>**OTTERBOURG, PC**<br>**230 PARK AVE**<br>**New York, NY 10169-0005** | Line _2.38_ | |
| **Ascentium Capital, LLC**<br>**LLC, 23970 Hwy 59 N., 2nd Fl**<br>**Kingwood, TX 77339-1535** | Line _2.7_ | 1481 |
| **Capitol Corporate Services, Inc.**<br>**455 Capitol Mall Complex, Ste 217**<br>**Sacramento, CA 95814** | Line _2.37_ | |
| **Cogency Global Inc.**<br>**1325 J Street, Suite 1550,**<br>**Sacramento, CA 95814** | Line _2.5_ | |
| **Corporation Service Company**<br>**c/o Pawnee Leasing Corp.**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62706** | Line _2.45_ | |
| **Corporation Service Company**<br>**c/o Financial Pacific Leasing, Inc.**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62706** | Line _2.33_ | |
| **Corporation Service Company**<br>**c/o National Funding, Inc.**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62706** | Line _2.42_ | |
| **Corporation Service Company**<br>**c/o Pawnee Leasing Corp.**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62706** | Line _2.47_ | |
| **Corporation Service Company**<br>**c/o Susquehanna Commercial Finance**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62706** | Line _2.62_ | |
| **Corporation Service Company**<br>**c/o Pawnee Leasing Corp.**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62706** | Line _2.48_ | |
| **Corporation Service Company**<br>**c/o Susquehanna Commercial Finance**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62706** | Line _2.63_ | |
| **Corporation Service Company**<br>**c/o TCF Equipment Finance**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62706** | Line _2.69_ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 31 of 34

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

**Corporation Service Company**
**c/o Susquehanna Commercial Finance**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.64**

---

**Corporation Service Company**
**c/o Susquehanna Commercial Finance**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.65**

---

**Corporation Service Company**
**c/o Susquehanna Commercial Finance**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.66**

---

**Corporation Service Company**
**c/o TCF Equipment Finance**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.70**

---

**Corporation Service Company**
**c/o Pawnee Leasing Corp.**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.49**

---

**Corporation Service Company**
**c/o Financial Pacific Leasing, Inc.**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.35**

---

**Corporation Service Company**
**c/o Pawnee Leasing Corp.**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.50**

---

**Corporation Service Company**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.12**

---

**Corporation Service Company**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.17**

---

**Corporation Service Company**
**c/o Amur Equipment Finance, Inc.**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.2**

---

**Corporation Service Company**
**c/o Pawnee Leasing Corp.**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.51**

---

**Corporation Service Company**
**c/o Amur Equipment Finance, Inc.**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.3**

---

**Corporation Service Company**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62706**

Line **2.20**

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Corporation Service Company<br>c/o US Small Business Administratio<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62706 | Line __2.72__ | |
| Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62706 | Line __2.21__ | |
| Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62706 | Line __2.22__ | |
| Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62706 | Line __2.23__ | |
| Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62706 | Line __2.24__ | |
| Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62706 | Line __2.25__ | |
| Gisella Melendez<br>Wolters Kluwer Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line __2.26__ | 8235 |
| Hitachi Capital America Corp.<br>7808 Creekridge Circle, Ste 250<br>Minneapolis, MN 55439 | Line __2.13__ | |
| Hitachi Capital America Corp.<br>7808 Creekridge Circle, Ste 250<br>Minneapolis, MN 55439 | Line __2.14__ | |
| Hitachi Capital America Corp.<br>7808 Creekridge Circle, Ste 250<br>Minneapolis, MN 55439 | Line __2.15__ | |
| Lien Solutions<br>c/o Gisella Melendez<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line __2.43__ | |
| Lien Solutions<br>c/o Gisella Melendez<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line __2.28__ | |
| Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line __2.36__ | |
| Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line __2.53__ | |
| Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line __2.29__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 33 of 34

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Lien Solutions**<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line **2.30** |
| **NCS UCC Services Group**<br>c/o Mary Cowan<br>PO Box 24101<br>Cleveland, OH 44124 | Line **2.71** |
| **TOM LALLAS**<br>**MARK D. HURWITZ**<br>**LEVY, SMALL & LALLAS**<br>815 Moraga Drive<br>Los Angeles, CA 90049 | Line **2.38** |
| **Wolters Kluwer Lien Solutions**<br>PO Box 29071<br>Glendale, CA 91209-9071 | Line **2.27** |
| **Wolters Kluwer Lien Solutions**<br>PO Box 29071<br>Glendale, CA 91209-9071 | Line **2.54** |

**Fill in this information to identify the case:**

Debtor name        **Better 4 You Breakfast, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:22-bk-10994-BB**

■ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**AARON CANO MORALES**<br>**523 SOUTH HARRIS AVENUE**<br>**COMPTON, CA 90221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,451.19** | **$0.00** |
|  | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**ABIGAIL MATA**<br>**1406 E 111TH PL APT 555**<br>**Los Angeles, CA 90059** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,642.13** | $0.00 |
|---|---|---|---|---|

**ABRAHAM TORRES RUIZ**
**4325 EAST 1ST STREET**
**EAST LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,627.50** | $0.00 |
|---|---|---|---|---|

**ADA ALVARADO**
**1428 E 126TH ST**
**COMPTON, CA 90222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,587.75** | $0.00 |
|---|---|---|---|---|

**ADELFO CHAVEZ**
**119 WILLOW ST APT. # 2**
**REDWOOD, CA 94063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,455.30** | $0.00 |
|---|---|---|---|---|

**ADRIAN VAZQUEZ**
**2101 SANDY LANE APT M#8**
**LAS VEGAS, NV 89115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,428.28** | **$0.00** |
|---|---|---|---|---|
| | **ADRIAN VENTURA**<br>**14053 SAYRE ST**<br>**SYLMAR, CA 91342** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,935.72** | **$0.00** |
|---|---|---|---|---|
| | **AIDA CACHO**<br>**7410 WOODMAN AVE 208**<br>**VAN NUYS, CA 91405** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,554.29** | **$0.00** |
|---|---|---|---|---|
| | **AILEEN GILES**<br>**2319 RANSOM ST**<br>**COMMERCE, CA 90040** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,753.87** | **$0.00** |
|---|---|---|---|---|
| | **ALBERTO GALLARDO**<br>**3587 MAGNOLIA AVE**<br>**LYWOOD, CA 90262** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address

**ALBERTO HERNANDEZ**
**718 JUDSON ST**
**LOS ANGELES, CA 90033**

As of the petition filing date, the claim is:          **$1,928.28**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address

**ALEJANDRA CORREA CHAVEZ**
**405 ROGELL CT APT 3**
**SAN MATEO, CA 94401**

As of the petition filing date, the claim is:          **$1,363.79**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address

**ALEJANDRA ESPINOZA**
**1020 ORANGE AVE. APT. #4**
**LONG BEACH, CA 90813**

As of the petition filing date, the claim is:          **$635.55**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address

**ALEJANDRA MORALES DE JESUS**
**124 S HICKS AVE**
**LOS ANGELES, CA 90063**

As of the petition filing date, the claim is:          **$1,172.25**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRA PEREZ**
**813 W 40TH PLACE**
**Los Angeles, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,004.15** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRA RIVERA DE**
**BERNACHE**
**6060 BUELL STREET**
**BELL GARDENS, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,728.41** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRA ROBLES**
**1022 KERN AVE.**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,052.50** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRO CRUZ**
**5915 KING AVE**
**MAYWOOD, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

**2.19** Priority creditor's name and mailing address
**ALEJANDRO TERRONES**
**521 WHITEFORD**
**LA PUENTE, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,599.28**   **$0.00**

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address
**ALEXIS MENDOZA**
**507 S GERHART AVE**
**EAST LOS ANGELES, CA 90022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,513.22**   **$0.00**

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address
**ALFONSO OLIVEROS**
**308 2ND LANE APT. B**
**SOUTH SAN FRANCISCO, CA 94080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,433.60**   **$0.00**

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address
**ALFREDO ROBLEDO**
**11506 GARFIELD AVE**
**SOUTH GATE, CA 90280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,541.28**   **$0.00**

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$913.65** | **$0.00** |
|---|---|---|---|---|
| | **ALICIA HERNANDEZ**<br>**2806 WEST LANTANA STREET**<br>**COMPTON, CA 90220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$852.90** | **$0.00** |
|---|---|---|---|---|
| | **ALICIA RAMOS**<br>**1520 E 87TH ST**<br>**LOS ANGELES, CA 90002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,754.23** | **$0.00** |
|---|---|---|---|---|
| | **ALICIA REYES**<br>**2021 ISABEL ST**<br>**LOS ANGELES, CA 90065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,584.88** | **$0.00** |
|---|---|---|---|---|
| | **ALMA GONZALEZ**<br>**4466 CASA GRANDE CIRCLE APT 33**<br>**CYPRESS, CA 90630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,361.10 | $0.00 |
|---|---|---|---|---|

**ALMA HERNANDEZ**
**7449 JAMIESON AVE**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $861.30 | $0.00 |
|---|---|---|---|---|

**ALMA RAMIREZ**
**1366 E 58 ST**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,735.58 | $0.00 |
|---|---|---|---|---|

**ALMA VELAZQUEZ**
**656 S DUNCAN AVE**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,243.00 | $0.00 |
|---|---|---|---|---|

**ALONDRA VILLASENOR**
**1525 WILLOW AVE**
**SAN LEANDRO, CA 94579**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.55 | $0.00 |
|---|---|---|---|---|

**AMEYDA ROQUE**
**736 EAST 23RD STREET**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,295.01 | $0.00 |
|---|---|---|---|---|

**AMIT PAREKH**
**8218 SANTA INEZ PLACE, BLDG 34**
**BUENA PARK, CA 90620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,818.25 | $0.00 |
|---|---|---|---|---|

**ANA CASILLAS**
**3366 BROADWAY ST**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,551.80 | $0.00 |
|---|---|---|---|---|

**ANA CORPENO**
**21217 GAULT ST APT 37**
**CANOGA PARK, CA 91303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.45 | $0.00 |
|---|---|---|---|---|

**ANA DUARTE**
**423 E 52ND ST**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,624.65 | $0.00 |
|---|---|---|---|---|

**ANA HERNANDEZ**
**1723 E. GAGE AVE**
**LOS ANGELES, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,816.95 | $0.00 |
|---|---|---|---|---|

**ANA HERRERA**
**4112 N FIGUEROA ST APT 1**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,425.82 | $0.00 |
|---|---|---|---|---|

**ANA HERRERA**
**12919 GOLLER AVE**
**NORWALK, CA 90650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,851.00 | $0.00 |
|---|---|---|---|---|

**ANA MAGANA**
**7014 S HOOVER ST APT 29**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,034.55 | $0.00 |
|---|---|---|---|---|

**ANA MARIA DEL CARPIO**
**5421 KESTER AVE APT #102**
**SHERMAN OAKS, CA 91411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,413.15 | $0.00 |
|---|---|---|---|---|

**ANA PARENTE**
**8946 CYPRESS AVENUE**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $821.55 | $0.00 |
|---|---|---|---|---|

**ANA RIVERA**
**9554 MAIE AVE**
**LOS ANGELES, CA 90002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,125.45** | **$0.00** |
|---|---|---|---|---|---|
| | **ANA RODRIGUEZ**<br>**9433 COMPTON AVE**<br>**LOS ANGELES, CA 90002** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,816.35** | **$0.00** |
|---|---|---|---|---|---|
| | **ANA VELASQUEZ**<br>**5307 COMPTON AVE**<br>**LOS ANGELES, CA 90011** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,430.21** | **$0.00** |
|---|---|---|---|---|---|
| | **ANAYELI CERVANTES**<br>**6049 ALLSTON ST #2**<br>**LOS ANGELES, CA 90022** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$3,810.70** | **$0.00** |
|---|---|---|---|---|---|
| | **ANDER VANEGAS**<br>**435 E 65TH ST**<br>**LOS ANGELES, CA 90003** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,828.88** | $0.00 |
|---|---|---|---|---|

**ANDREA OSORIO**
**10050 MOUNTAIR AVE #10**
**TUJUNGA, CA 91042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,164.54** | $0.00 |
|---|---|---|---|---|

**ANDRES GONZALES MARTINEZ**
**4933 ECHO STREET APT 16**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$684.45** | $0.00 |
|---|---|---|---|---|

**ANGELA LOPEZ**
**2056 S HARVARD BLV APT 1**
**LOS ANGELES, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$921.60** | $0.00 |
|---|---|---|---|---|

**ANGELICA ROSAS DE APARICIO**
**2614 WEST 7TH STREET, #501**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,256.40 | $0.00 |
|---|---|---|---|---|

**ANIBAL GALEANA**
**4411 E 57 TH ST APT  C**
**MAYWOOD, CA 90270**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $672.60 | $0.00 |
|---|---|---|---|---|

**ANITA SAPP**
**4527 CALICO AVE**
**PICO RIVERA, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,197.58 | $0.00 |
|---|---|---|---|---|

**ANITA TRAN-TONG**
**3545 MONTEREY RD**
**LOS ANGELES, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,392.20 | $0.00 |
|---|---|---|---|---|

**ANNETTE MIRE**
**2724 FRECKLES RD**
**LAKEWOOD, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$865.95** | $0.00 |
|---|---|---|---|---|

**ANTONIA MENDEZ ARENAS**
**625 NORTH HILL ST APT 411**
**LOS ANGELES, CA 90012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,369.80** | $0.00 |
|---|---|---|---|---|

**ANTONIA MONTOYA**
**1508 EAST 62ND STREET APT 3**
**LOS ANGELES, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,029.60** | $0.00 |
|---|---|---|---|---|

**ANTONIO GARCIA GUMERSINDO**
**1890 S COCHRAN AVE # 17**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,529.70** | $0.00 |
|---|---|---|---|---|

**ARACELI AGUILAR**
**4037 LENNOX BOULEVARD**
**INGLEWOOD, CA 90304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,384.10** | **$0.00** |
|---|---|---|---|---|

**ARACELI GUERRERO DE MATA**
**2887 W AVE 35 2**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,164.30** | **$0.00** |
|---|---|---|---|---|

**ARACELI NAVARRETE**
**3163 OHIO AVE #B**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$994.35** | **$0.00** |
|---|---|---|---|---|

**ARACELI PEREZ**
**7735 ATLANTIC AVE #97**
**CUDAHY, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,149.13** | **$0.00** |
|---|---|---|---|---|

**ARACELI POSADA DE MEJIA**
**667 FRASER AVE**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,108.95 | $0.00 |
|---|---|---|---|---|

**ARACELI RAMIREZ**
**12544 OXNARD ST. APT. B**
**NORTH HOLLYWOOD, CA 91606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,513.05 | $0.00 |
|---|---|---|---|---|

**ARACELY JOVEL**
**500 WEST GLEASON STREET**
**MONTEREY PARK, CA 91754**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,594.35 | $0.00 |
|---|---|---|---|---|

**ARASELI ESPARZA RODRIGUEZ**
**10138 MCCLEMONT AVENUE**
**TUJUNGA, CA 91042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $898.20 | $0.00 |
|---|---|---|---|---|

**ARCELIA FLORES**
**316 W HARDY ST**
**INGLEWOOD, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,113.73** | **$0.00** |
|---|---|---|---|---|
| | **ARELY MOLINA**<br>**11266 ADELPHIA AVE**<br>**PACOIMA, CA 91331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,432.64** | **$0.00** |
|---|---|---|---|---|
| | **ARIEL DIAZ**<br>**35 NEPTUNE ST**<br>**SAN FRANCISCO, CA 94124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,300.28** | **$0.00** |
|---|---|---|---|---|
| | **ARIELLA CASTILLO DUVIVIER**<br>**3 INDIGO DRIVE APT 101**<br>**PETALUMA, CA 94954** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,534.33** | **$0.00** |
|---|---|---|---|---|
| | **ARMANDO CHACON**<br>**350 EAST 106TH STREET**<br>**LOS ANGELES, CA 90003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 18 of 171

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,151.85 | $0.00 |
|---|---|---|---|---|

**ARMANDO GUERRERO**
**6623 WOODLEY AVE # 13**
**VAN NUYS, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,398.45 | $0.00 |
|---|---|---|---|---|

**ARTURO GANCEDO**
**2320 CONNOR AVE**
**COMMERCE, CA 90040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,974.50 | $0.00 |
|---|---|---|---|---|

**ASHLEY BECHET**
**8124 STEWART AND GRAY ROAD,**
**APT 101**
**DOWNEY, CA 90241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,834.20 | $0.00 |
|---|---|---|---|---|

**ASUCENA LEDEZMA**
**20554 HARTLAND ST APT 4**
**CANOGA PARK, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,070.70 | $0.00 |
|---|---|---|---|---|

**AUDREY ARNOLD**
**132 HARPS ST APT A**
**SAN FERNANDO, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,830.00 | $0.00 |
|---|---|---|---|---|

**AZUCENA LOPEZ**
**1555 E IMPERIAL HWY APT 26**
**LOS ANGELES, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,234.96 | $0.00 |
|---|---|---|---|---|

**BALTAZAR TRUJILLO**
**14400 VOSE ST. APT#224**
**VAN NUYS, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,359.39 | $0.00 |
|---|---|---|---|---|

**BERNARDINO PEREZ**
**305 SAN ANSELMO AVE S**
**SAN BRUNO, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.00 | $0.00 |
|---|---|---|---|---|

**BETY SANTAMARIA**
**618 1/2 CLELA AVE**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $732.30 | $0.00 |
|---|---|---|---|---|

**BLANCA CHAVEZ**
**1480 E 115TH ST APT#75**
**LOS ANGELES, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,457.34 | $0.00 |
|---|---|---|---|---|

**BLANCA GUERRA VARGAS**
**2721 WINDY BREEZE CT**
**LAS VEGAS, NV 89142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,081.95 | $0.00 |
|---|---|---|---|---|

**BLANCA MEJIA**
**333 1/2 BRANCH ST.**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,989.90 | $0.00 |
|---|---|---|---|---|

**BONIFACIO JIMENEZ**
**3712 EMMONS AVE**
**NORTH LAS VEGAS, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BRALLAM CARRILLO**
**4580W 173RD ST APT 102**
**Lawndale, CA 90260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $932.40 | $0.00 |
|---|---|---|---|---|

**BRENDA REYNA**
**2920 WEST 7TH STREET APT 13**
**LOS ANGELES, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,926.40 | $0.00 |
|---|---|---|---|---|

**BRET GREENBERG**
**541 E RAINIER AVENUE**
**ORANGE, CA 92865**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | $0.00 |
|---|---|---|---|---|

**BRET VIEGELMANN**
**24619 VALLEY ST APT 19**
**NEWHALL, CA 91321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,019.01** | $0.00 |
|---|---|---|---|---|

**CAMILA MONTES**
**1085 ROLLINS ROAD**
**APARTAMENTO 203**
**MILBRAE, CA 94010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,461.90** | $0.00 |
|---|---|---|---|---|

**CANDIDA DE LA CRUZ**
**7318 WILBUR AV.**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,251.86** | $0.00 |
|---|---|---|---|---|

**CARINA SOLIS**
**3641 CHESAPEAKE APT 2**
**LOS ANGELES, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CARLOS VELEZ**
**2461 1/2 PALM PL**
**Huntington Park, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

�False☐ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,766.18** | **$0.00** |
|---|---|---|---|---|

**CARLOS MARTINS**
**4405 ROSEMEAD BLVD APT 208**
**ROSEMEAD, CA 91770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,069.89** | **$0.00** |
|---|---|---|---|---|

**CARLOS NOLASCO**
**317 NORTH 3RD ST APT C**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,252.92** | **$0.00** |
|---|---|---|---|---|

**CARLOS PAZ**
**5556 ELMER AVE APT 1**
**NORTH HOLLYWOOD, CA 91601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,677.64** | **$0.00** |
|---|---|---|---|---|

**CARLOS VELEZ**
**2461 1/2 PALM PL**
**HUNTINGTON PARK, CA 99255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,276.24** | **$0.00** |
|---|---|---|---|---|

**CARLOS VILLEGAS**
**1262 S ROWAN AVE  APT 4**
**LOS ANGELES, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$813.60** | **$0.00** |
|---|---|---|---|---|

**CARMEN MOYANO**
**6625 DE SOTO AVE APT 17**
**CANOGA PARK, CA 91303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CAROLINA HERNANDEZ**
**9341 ELM VISTA DR**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**2.99** | Priority creditor's name and mailing address

**CAROLINA SANTAMARIA**
**618 1/2 CLELA AVE**
**LOS ANGELES, CA 90022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$348.00          $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.100** | Priority creditor's name and mailing address

**CECILIA RAMOS**
**11115 SHERMAN WAY APT 110**
**SUN VALLEY, CA 91352**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,262.10          $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.101** | Priority creditor's name and mailing address

**CELENE REYES DE JESUS**
**367 S FORD BLVD**
**LOS ANGELES, CA 90022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,879.01          $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.102** | Priority creditor's name and mailing address

**CELIA PLEITEZ**
**3609 CEDAR AVENUE**
**LYNWOOD, CA 90262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,490.10          $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

**2.103**

Priority creditor's name and mailing address
**CESAR DE DIOS PEREZ**
**13707 S BUDLONG AVE APT 116**
**GARDENA, CA 90247**

As of the petition filing date, the claim is: **$6,795.92** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.104**

Priority creditor's name and mailing address
**CESAR MORENO**
**657 SOUTH BONNIE BEACH PLACE**
**LOS ANGELES, CA 90023**

As of the petition filing date, the claim is: **$2,799.59** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.105**

Priority creditor's name and mailing address
**CHRISTINE HERNANDEZ**
**21304 BLUE CURL WAY**
**CANYON COUNTRY, CA 91351**

As of the petition filing date, the claim is: **$4,252.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.106**

Priority creditor's name and mailing address
**CHRISTOPHER DAPELLO**
**2725 E MINE CREEK RD #1094**
**PHOENIX, AZ 85024**

As of the petition filing date, the claim is: **$6,527.85** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,783.03** | **$0.00** |
|---|---|---|---|---|
| | **CINTHIA GUNERA VELASQUEZ**<br>**8637 STATE STREET APT A**<br>**SOUTH GATE, CA 90280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,414.19** | **$0.00** |
|---|---|---|---|---|
| | **CIRERI OLIVARES**<br>**2704 WINDY BREEZE CT.**<br>**LAS VEGAS, NV 89142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,320.13** | **$0.00** |
|---|---|---|---|---|
| | **CIRILA MORALES DE LOS**<br>**SANTOS**<br>**6049 ALLSTON SUITE 2**<br>**LOS ANGELES, CA 90022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,943.03** | **$0.00** |
|---|---|---|---|---|
| | **CLAUDIA CHAVEZ**<br>**615 S RAMPART BLVD APT 101**<br>**LOS ANGELES, CA 90057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,723.05** | **$0.00** |
|---|---|---|---|---|
| | **CLAUDIA GUEVARA**<br>**2533 OCEAN VIEW AVE APT 506**<br>**LOS ANGELES, CA 90057** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$771.45** | **$0.00** |
|---|---|---|---|---|
| | **CLAUDIA MORALES**<br>**10965 GLENOAKS BLVD SP 517**<br>**PACOIMA, CA 91331** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$984.60** | **$0.00** |
|---|---|---|---|---|
| | **CLAUDIA ORTIZ**<br>**5281 1/2 HUNTINGTON DR NORTH**<br>**LOS ANGELES, CA 90032** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,635.01** | **$0.00** |
|---|---|---|---|---|
| | **CREON DOTSON**<br>**4018 HILLCREST DRIVE APT B**<br>**LOS ANGELES, CA 90008** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**2.115** | Priority creditor's name and mailing address

**CRESENCIO REYES**
**2021 ISABEL ST**
**LOS ANGELES, CA 90065**

As of the petition filing date, the claim is:      **$2,792.18**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.116** | Priority creditor's name and mailing address

**CRISTHIAN VALERIO**
**8235 OWENSOMOUTH AVE APT 24**
**CANOGA PARK, CA 91304**

As of the petition filing date, the claim is:      **$1,770.45**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.117** | Priority creditor's name and mailing address

**CYNTHIA URUGUTIA-RIVERO**
**10107 PESCADERO AVENUE**
**SOUTH GATE, CA 90280**

As of the petition filing date, the claim is:      **$655.05**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.118** | Priority creditor's name and mailing address

**DAMARIS VICTORIA**
**2003 OAK STREET  APT 110**
**LOS ANGELES, CA 90007**

As of the petition filing date, the claim is:      **$998.85**      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|--------|----------------------------------|--|------------------------|------------------------|
| | Name | | | |

| | | | |
|--|--|--|--|
| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,596.61** | **$0.00** |

**DAMIAN RODRIGUEZ**
**6246 PICKERING AVE APT B**
**WHITTIER, CA 90601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,720.20** | **$0.00** |

**DANIEL CASTILLO**
**12237 SHERIDAN ST**
**NORWALK, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,650.00** | **$0.00** |

**DANIELLA CASTILLO DUVIVIER**
**1100 WILSHIRE BLVD APT 2705**
**LOS ANGELES, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,650.00** | **$0.00** |

**DAPHNE ROBERTS**
**5048 ARCTIC PL**
**RANCHO CUCAMONGA, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,730.14** | $0.00 |
|---|---|---|---|---|
| | **DAVID KRETOVICS**<br>**626 WEST WHITCOMB AVENUE**<br>**GLENDORA, CA 91741** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,116.75** | $0.00 |
|---|---|---|---|---|
| | **DEBORAH CORTES**<br>**5508 N CONWELL AVE**<br>**AZUSA, CA 91702** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,503.35** | $0.00 |
|---|---|---|---|---|
| | **DEBORAH SWINSON**<br>**504 SOUTH CLYMAR AVENUE**<br>**COMPTON, CA 90220** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,344.00** | $0.00 |
|---|---|---|---|---|
| | **DELMY VASQUEZ**<br>**440 E 111TH PL**<br>**LOS ANGELES, CA 90061** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 32 of 171

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|--------|----------------------------------|--------------------------|----------------------|
|        | Name                             |                          |                      |

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,758.39** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|---------------|-----------|

**DENNIS ALVARADO**
**2533 OCEAN VIEW AVE APT# 506**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$885.30** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**DIANE RUEDA**
**14642 KITTRIDGE ST**
**VAN NUYS, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,854.77** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|---------------|-----------|

**DIANNA CUEVAS**
**3306 BURTON AVE APT D**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,717.20** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|---------------|-----------|

**DOLORES GUADIANA**
**4156 W. 119TH ST.**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**DOLORES PADILLA**
**8457 EVERGREEN AVE APT E**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages and benefits** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**DORA CRUZ**
**6049 ALLSTON ST APT2**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages and benefits** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,026.28** | **$0.00** |
|---|---|---|---|---|

**DORALIZ TRUJILLO**
**8505 COLUMBUS AVE UNIT 101**
**NORTH HILLS, CA 91343**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred
**1/5/2022** | Basis for the claim:
**Wages and benefits** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,653.53** | **$0.00** |
|---|---|---|---|---|

**DULCE ROBLEDO**
**8520 STEWART AND GRAY ROAD**
**DOWNEY, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred
**1/5/2022** | Basis for the claim:
**Wages and benefits** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,437.32** | $0.00 |
| | **DYLAN PETERS**<br>**10565 MIDNIGHT GLEAM AVE**<br>**LAS VEGAS, NV 89129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,506.85** | $0.00 |
| | **EARL ROSAS**<br>**28151 HIGHRIDGE RD APT 107**<br>**RANCHO PALOS VERDES, CA**<br>**90275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$922.33** | $0.00 |
| | **EDUVIGES SANCHEZ DE**<br>**VILLEGAS**<br>**439 WEST 64TH STREET**<br>**LOS ANGELES, CA 90003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,715.60** | $0.00 |
| | **EDWIN ARAGON**<br>**11266 ADELPHIA AVE**<br>**PACOIMA, CA 91331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,372.21** | **$0.00** |
|---|---|---|---|---|

**EDWIN MAIRENA**
**7554 FRENCH SPRINGS ST**
**LAS VEGAS, NV 89139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**EGIDIO HERNANDEZ**
**3567 E 58 ST**
**Maywood, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$918.00** | **$0.00** |
|---|---|---|---|---|

**ELADIO CORADO**
**442 S MARIPOSA AVE APT 102**
**LOS ANGELES, CA 90020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,030.95** | **$0.00** |
|---|---|---|---|---|

**ELDA ROMAN**
**3632 E 5TH ST APT 8**
**LOS ANGELES, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$949.20** | $0.00 |
|---|---|---|---|---|

**ELISA REYES**
**6008 STAFFORD AVENUE APT C**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,709.40** | $0.00 |
|---|---|---|---|---|

**ELIZABETH CARVAJAL**
**13413 TRAUB AVE.**
**LOS ANGELES, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,719.60** | $0.00 |
|---|---|---|---|---|

**ELIZABETH QUINONEZ**
**3641 CHESAPEAKE AVENUE APT 2**
**LOS ANGELES, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,512.90** | $0.00 |
|---|---|---|---|---|

**ELIZABETH VIDAL**
**12401 FILMORE STREET SPACE 112**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,226.25** | **$0.00** |
|---|---|---|---|---|

**ELOISA MICHEL**
**1565 W 19TH ST**
**LONG BEACH, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$379.65** | **$0.00** |
|---|---|---|---|---|

**ELOISA SANCHEZ ZERMENO**
**345 S NEW HAMPSHIRE AVE APT**
**307**
**LOS ANGELES, CA 90020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,725.00** | **$0.00** |
|---|---|---|---|---|

**ELSA SALAZAR**
**263 E. 30TH ST.**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,360.50** | **$0.00** |
|---|---|---|---|---|

**ELSIE ARIAS**
**17256 SAN FERNANDO MISSION**
**BLVD**
**GRANADA HILLS, CA 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ELVIA LOPEZ**
**3327 E SABINA ST APT 2405**
**Los Angeles, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ELVIRA AYALA**
**611 N SANTA FE AVE**
**Compton, CA 90221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$952.95** | **$0.00** |
|---|---|---|---|---|

**ELVIRA JUAREZ**
**737 W. 41ST PLACE APT. 14**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**EMILIA GAMBOA**
**3018 E 4TH ST  APT 5**
**Los Angeles, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$348.00** | **$0.00** |
|---|---|---|---|---|

**EMILIA GAMBOA**
**3018 E 4TH ST  APT 5**
**LOSANGELES, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,082.12** | **$0.00** |
|---|---|---|---|---|

**EMILIANO CHAVEZ**
**14674 RAYEN ST #8**
**PANORAMA CITY, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,179.15** | **$0.00** |
|---|---|---|---|---|

**EMILY HILLMAN**
**1710 S PURDUE AVE APT 101**
**WEST LOS ANGELES, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,193.25** | **$0.00** |
|---|---|---|---|---|

**EMMA QUIROZ GOMEZ**
**1450 WEST ETIWANDA AVENUE**
**RIALTO, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$440,000.00** | **$440,000.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Employment Development
Department
PO Box 989061
West Sacramento, CA 95798**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**ENRIQUE LOERA
444 S. KINGSELY DR APT 101
Los Angeles, CA 90020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$884.25** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**ERENDIRA CAMPOS GONZALEZ
6008 STAFFORD AVENUE APT C
HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,651.99** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**ERIBERTO IBARRA-SALAZAR
4298 BORATKO ST
LAS VEGAS, NV 89115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,486.95** | **$0.00** |
|---|---|---|---|---|

**ERIKA CARMONA**
**324 1/2 N. AVE. 51**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,328.25** | **$0.00** |
|---|---|---|---|---|

**ERIKA RODRIGUEZ AMAYA**
**2411 E GAGE AVE APT 36**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,461.68** | **$0.00** |
|---|---|---|---|---|

**ERWIN ROSALES**
**11134 ARMINTA ST, 103**
**SUN VALLEY, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,083.05** | **$0.00** |
|---|---|---|---|---|

**ESTELA DORANTES**
**6049 ALLSTON SUITE 2**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,572.96 | $0.00 |
| | **ESTHELA LOPEZ**<br>**863 E 49TH PL APT 2**<br>**LOS ANGELES, CA 90011** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **ESTHER HERNANDEZ**<br>**9341 ELM VISTA DR APT 9**<br>**Downey, CA 90242** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,704.45 | $0.00 |
| | **EUDOSIA HERNANDEZ**<br>**3923 EAST 6TH STREET**<br>**LOS ANGELES, CA 90023** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,464.51 | $0.00 |
| | **EUGENIA RIVAS**<br>**12460 LAKEWOOD BLV. APT 14**<br>**DOWNEY, CA 90242** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,175.55 | $0.00 |
|---|---|---|---|---|

**EVA LOPEZ**
**128 1/2 SPRUCE AVE**
**INGLEWOOD, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $930.88 | $0.00 |
|---|---|---|---|---|

**EVA MARIA MARTINEZ VALENCIA**
**1738 TAMPA WAY**
**SAN JOSE, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,785.00 | $0.00 |
|---|---|---|---|---|

**EVANGELINA SERRANO**
**910 W. 76TH ST.**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,995.20 | $0.00 |
|---|---|---|---|---|

**EVELYN ACOSTA**
**832 S TAYLOR AVE APT A**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,041.60** | **$0.00** |
|---|---|---|---|---|

**EVELYN LOPEZ**
**13411 BEAVER ST**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,710.32** | **$0.00** |
|---|---|---|---|---|

**EVELYN MALDONADO**
**832 S TAYLOR AVENUE**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,398.64** | **$0.00** |
|---|---|---|---|---|

**FABIAN GARCIA SANCHEZ**
**1342 N FERNDALE ST**
**ANAHEIM, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,436.08** | **$0.00** |
|---|---|---|---|---|

**FATIMA MEDINA**
**1208 WARWICK CT**
**LAS VEGAS, NV 89110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,804.11** | $0.00 |
|---|---|---|---|---|
| | **FELANDO MARSHALL** | *Check all that apply.* | | |
| | **PO BOX 5645** | ☐ Contingent | | |
| | **LONG BEACH, CA 90805** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | $0.00 |
|---|---|---|---|---|
| | **FERNANDO CASTILLO** | *Check all that apply.* | | |
| | **330 WEST 11TH STREET APT 302** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90015** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,994.93** | $0.00 |
|---|---|---|---|---|
| | **FERNANDO URBINA** | *Check all that apply.* | | |
| | **258 N WESTLAKE AVE** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,169.93** | $0.00 |
|---|---|---|---|---|
| | **FERNANDO ZUNIGA** | *Check all that apply.* | | |
| | **2003 W 11TH ST APT 6** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90006** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $945.28 | $0.00 |
|---|---|---|---|---|

**FERONDA CARR**
**1437 REVERE AVE**
**SAN FRANCISCO, CA 94124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,172.32 | $0.00 |
|---|---|---|---|---|

**FIDEL MARCIAL**
**12803 BOMBARDIER AVE**
**NORWALK, CA 90650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,018.50 | $0.00 |
|---|---|---|---|---|

**FIDELINA ESCALANTE**
**3439 BESWICK**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,857.15 | $0.00 |
|---|---|---|---|---|

**FLORIDALMA ROBLERO**
**345 SOUTH COLUMBIA AVE APT**
**428**
**LOS ANGELES, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**PO Box 1673**
**Sacramento, CA 95812-1673**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $947.25 | $0.00 |
|---|---|---|---|---|

**FRANCISCA HERNANDEZ**
**913 NORTH EASTMAN AVENUE**
**LOS ANGELES, CA 90063**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,618.56 | $0.00 |
|---|---|---|---|---|

**FRANCISCO BELTRAN**
**2320 E AVE Q4 APT #37**
**PALMDALE, CA 93550**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,229.93 | $0.00 |
|---|---|---|---|---|

**FRANCISCO NERI**
**5077 BORLAND ROAD**
**LOS ANGELES, CA 90032**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,739.33 | $0.00 |
|---|---|---|---|---|

**FRANKLIN TINEY**
**4039 E 58TH ST**
**MAYWOOD, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $924.04 | $0.00 |
|---|---|---|---|---|

**GABRIELA LEMUS QUEVEDO**
**1613 BERMUDA WAY**
**SAN JOSE, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,007.40 | $0.00 |
|---|---|---|---|---|

**GABRIELA OCON**
**3623 E 61ST PL**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,588.40 | $0.00 |
|---|---|---|---|---|

**GEORGINA DEL VALLE**
**11321 MONA BLVD. #271**
**LOS ANGELES, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,021.61** | **$0.00** |
|---|---|---|---|---|

**GERALD BONCALES**
**737 SHULLSBURG WAY**
**OAKLEY, CA 94561**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,967.92** | **$0.00** |
|---|---|---|---|---|

**GERMAN MARTINEZ**
**1829 HAMLET ST #2**
**SAN MATEO, CA 94403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$909.37** | **$0.00** |
|---|---|---|---|---|

**GINA MURCIA**
**1105 LEIGHTON AVE**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,672.50** | **$0.00** |
|---|---|---|---|---|

**GIULIANA FRANCO**
**20267 HAYNES ST**
**WINNETKA, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,145.58** | **$0.00** |
|---|---|---|---|---|
| | **GLORIA PEREZ** | *Check all that apply.* | | |
| | **813 W 40TH PLACE** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90037** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,857.00** | **$0.00** |
|---|---|---|---|---|
| | **GRACIELA MEDINA** | *Check all that apply.* | | |
| | **639 S. COMMONWEALTH AVE.** | ☐ Contingent | | |
| | **#208** | ☐ Unliquidated | | |
| | **LOS ANGELES, CA 90005** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,589.12** | **$0.00** |
|---|---|---|---|---|
| | **GREGORY CHAVEZ** | *Check all that apply.* | | |
| | **7809 MORRILL AVE** | ☐ Contingent | | |
| | **WHITTIER, CA 90606** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **GREISY NOLASCO** | *Check all that apply.* | | |
| | **4830 LIVE OAK ST** | ☐ Contingent | | |
| | **Bell Gardens, CA 90201** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|--------|----------------------------------|--------------------------|----------------------|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,635.00** | **$0.00** |
|-------|---------------------------------------------|------------------------------------------------|---------------|-----------|

**GRETNA ROJO**
**7411 NEWCASTLE AVE**
**LOS ANGELES, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,055.10** | **$0.00** |
|-------|---------------------------------------------|------------------------------------------------|---------------|-----------|

**GRISELDA CASTILLO**
**916 S CARONDELET ST APT 29**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,792.20** | **$0.00** |
|-------|---------------------------------------------|------------------------------------------------|---------------|-----------|

**GRISELDA LUEVANO**
**3332 IDELL ST**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$884.55** | **$0.00** |
|-------|---------------------------------------------|------------------------------------------------|-------------|-----------|

**GRISELDA RODRIGUEZ PELAYO**
**1262 WEST MARSHALL BLVD**
**SAN BERNARDINO, CA 92405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,877.55** | $0.00 |
|---|---|---|---|---|
| | **GUADALUPE ZAVALA**<br>**740 VALENCIA ST. #102**<br>**LOS ANGELES, CA 90017** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,560.00** | $0.00 |
|---|---|---|---|---|
| | **GUILLERMINA LANDA**<br>**9613 S. NORMANDIE AVE.**<br>**LOS ANGELES, CA 90044** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,749.15** | $0.00 |
|---|---|---|---|---|
| | **GUILLERMINA RAMOS**<br>**1338 E 46ST.**<br>**LOS ANGELES, CA 90011** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,017.51** | $0.00 |
|---|---|---|---|---|
| | **GUILLERMO AQUINO**<br>**8809 ETIWANDA AVE APT 18**<br>**NORTHRIDGE, CA 91325** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,812.99** | $0.00 |
|---|---|---|---|---|
| | **GUILLERMO BARAJAS**<br>**2368 WILMA AVE**<br>**COMMERCE, CA 90040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,125.64** | $0.00 |
|---|---|---|---|---|
| | **GUILLERMO ORTIZ**<br>**PO BOX 180309**<br>**LOS ANGELES, CA 90018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,712.15** | $0.00 |
|---|---|---|---|---|
| | **GUILLERMO SERRANO**<br>**1225 BEACH ST APT B**<br>**MONTEBELLO, CA 90640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,844.53** | $0.00 |
|---|---|---|---|---|
| | **GUSTAVO GALEANO**<br>**1559 N HILL AVE APT 17**<br>**PASADENA, CA 91104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,486.88** | **$0.00** |
|---|---|---|---|---|

**GUSTAVO PESCADOR**
**6653 DARBY AVE. APT.17**
**RESEDA, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,857.90** | **$0.00** |
|---|---|---|---|---|

**GUSTAVO RIVAS PAREDES**
**145 W MARKET ST APT 4**
**DALY CITY, CA 94014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,889.04** | **$0.00** |
|---|---|---|---|---|

**HECTOR GONZALEZ**
**45561 6TH ST E**
**LANCASTER, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,348.52** | **$0.00** |
|---|---|---|---|---|

**HECTOR RAMIREZ**
**1100 E 33RD ST APT 511**
**LOS ANGELES, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,255.97** | **$0.00** |
|---|---|---|---|---|

**HERNAN VAZQUEZ**
**2412 CRAWFORD ST**
**N LAS VEGAS, NV 89030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$790.80** | **$0.00** |
|---|---|---|---|---|

**HILDA HERNANDEZ**
**7730 FAIR AVENUE**
**SUN VALLEY, CA 91352**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,381.35** | **$0.00** |
|---|---|---|---|---|

**HILDA PALENCIA FRANCO**
**114 N WESTMORELAND AVE APT**
**12**
**LOS ANGELES, CA 90004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$799.68** | **$0.00** |
|---|---|---|---|---|

**HOGLA ARCEO**
**15912 VIA ALAMITOS**
**SAN LORENZO, CA 94580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,903.13** | $0.00 |
|---|---|---|---|---|

**HOMAR BARRON**
**125 W HILLSDALE BLV**
**SAN MATEO, CA 94403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,724.74** | $0.00 |
|---|---|---|---|---|

**HORALIA ESTRADA**
**3815 SUSAN DR**
**SAN BRUNO, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,658.42** | $0.00 |
|---|---|---|---|---|

**HUGO CORRAL**
**3046 WALNUT**
**HUNTINGTON PK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,719.24** | $0.00 |
|---|---|---|---|---|

**HUGO PALMA**
**8505 COLUMBUS AVE APT 101**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,618.80 | $0.00 |
|---|---|---|---|---|

**HUMBERTO REYES SANDOVAL**
**1442 YORK STREET**
**RICHMOND, CA 94801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,134.80 | $0.00 |
|---|---|---|---|---|

**HUMBERTO RODRIGUEZ**
**2829 CAMULOS PL**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.80 | $0.00 |
|---|---|---|---|---|

**IGNACIO RAMIREZ**
**3604 NORTON AVE #A**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,491.00 | $0.00 |
|---|---|---|---|---|

**IMELDA CRUZ**
**6715 7TH AVE**
**LOS ANGELES, CA 90043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$581.85** | **$0.00** |
|---|---|---|---|---|

**INGRID ZETINA**
**14328 BARRYDALE STREET**
**LA PUENTE, CA 91746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Services**
PO Box 7346
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,357.95** | **$0.00** |
|---|---|---|---|---|

**IRIS HERNANDEZ**
**133 1/2 W 47TH ST**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,603.95** | **$0.00** |
|---|---|---|---|---|

**IRMA ISORDIA**
**334 E. 82ND ST.**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.235** | Priority creditor's name and mailing address
**ISAIAS MORALES MORALES**
**1175 SPENCE STREET**
**LOS ANGELES, CA 90023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,364.60**  $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.236** | Priority creditor's name and mailing address
**ISMAEL GARCIA**
**2018 W 43 PL**
**LOS ANGELES, CA 90062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,281.60**  $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.237** | Priority creditor's name and mailing address
**ISMAEL RODRIGUEZ**
**933 ROSE AVE**
**REDWOOD CITY, CA 94063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,958.38**  $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.238** | Priority creditor's name and mailing address
**IVIS QUINONES RODRIGUEZ**
**4688 HUNTINGTON DRIVE SOUTH**
**APT 211**
**LOS ANGELES, CA 90032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,902.88**  $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,012.07** | **$0.00** |
|---|---|---|---|---|

**JACKELLINE IBARRA**
**4418 ELIZABETH ST APT 8**
**CUDAHY, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$946.80** | **$0.00** |
|---|---|---|---|---|

**JACQUELIN HERNANDEZ**
**4557 JADE ST**
**LOS ANGELES, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,650.00** | **$0.00** |
|---|---|---|---|---|

**JACQUELINE DUVIVIER**
**CASTILLO**
**775 TALUS WAY**
**RENO, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,406.03** | **$0.00** |
|---|---|---|---|---|

**JAIME LOPEZ**
**4326 GRATIAN ST**
**EAST LOS ANGELES, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**2.243** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,566.59** | **$0.00**

**JAIME MATEO**
**721 BONNIE BREA APT 17**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.244** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**JANET HERNANDEZ**
**6011 VINEVALE AVENUE**
**Maywood, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.245** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**JANETH LAZARO**
**1819 PINE AVE APT A**
**Long Beach, CA 90806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.246** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | **$0.00**

**JASON ROBERTS**
**5048 ARCTIC PL**
**RANCHO CUCAMONGA, CA 91739**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

**2.247** | Priority creditor's name and mailing address

**JAZZMON HEARD**
**1339 STEINER STREET**
**SAN FRANCISCO, CA 94115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$815.52    $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.248** | Priority creditor's name and mailing address

**JEAN PAUL RENEAUX**
**10942 ORO VISTA AVE**
**SUNLAND, CA 91040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,254.90    $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.249** | Priority creditor's name and mailing address

**JEANNETTE HERNANDEZ**
**9341 ELM VISTA DR**
**Downey, CA 90242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.250** | Priority creditor's name and mailing address

**JENNIFER AMADOR**
**7581 EL ESCORIAL WAY**
**BUENA PARK, CA 90620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,863.85    $0.00

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,692.55** | **$0.00** |
|---|---|---|---|---|

**JERONIMO CHIC TINEY**
**3571 EAST 58TH STREET**
**MAYWOOD, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,601.20** | **$0.00** |
|---|---|---|---|---|

**JESUS PESCADOR**
**19248 BRYANT ST #10**
**NORTHRIDGE, CA 91324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,343.33** | **$0.00** |
|---|---|---|---|---|

**JOEL FLORES**
**7808 2ND STREET APT 10**
**DOWNEY, CA 90241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,180.42** | **$0.00** |
|---|---|---|---|---|

**JOEL RAMIREZ**
**143 FIR AVE**
**SOUTH SAN FRANCISCO, CA**
**94080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,162.97 | $0.00 |
| | **JOHN FLORES** | *Check all that apply.* | | |
| | **342 E ESTHER ST** | ☐ Contingent | | |
| | **LONG BEACH, CA 90813** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.50 | $0.00 |
| | **JOHN SHAW** | *Check all that apply.* | | |
| | **4215 LOS FELIZ BLVD APT 4** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90027** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,958.43 | $0.00 |
| | **JOHNSON JARQUIN SILES** | *Check all that apply.* | | |
| | **9035 PARK STREET** | ☐ Contingent | | |
| | **BELLFLOWER, CA 90706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $0.00 |
| | **JONATHAN DIAZ** | *Check all that apply.* | | |
| | **3013 ALDRICH STREET** | ☐ Contingent | | |
| | **ANTIOCH, CA 94509** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,544.70 | $0.00 |
|---|---|---|---|---|

**JONATHAN JAIMES**
**720 1/2 SOUTH FETTERLY**
**AVENUE**
**EAST LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,738.82 | $0.00 |
|---|---|---|---|---|

**JONATHAN SAUCEDO**
**11734 ELDRIDGE AVE**
**LAKE VIEW TERRACE, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,409.04 | $0.00 |
|---|---|---|---|---|

**JORGE ALTAMIRANO**
**1428 E 71ST ST**
**LOS ANGELES, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,698.68 | $0.00 |
|---|---|---|---|---|

**JORGE GOMEZ**
**420 S. UNION DR APT 204**
**LOS ANGELES, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**2.263** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$841.65** | **$0.00**

**JORGE GUERRA**
**1214 W 54TH ST**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.264** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,636.18** | **$0.00**

**JORGE LUIS VELAZQUEZ**
**ESCAMILLA**
**813 W 40TH PLACE**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.265** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,013.06** | **$0.00**

**JORGE RAMOS LOPEZ**
**8810 MEMORY PARK AVE APT 203**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.266** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,848.26** | **$0.00**

**JORGE RIZO**
**315 W AVENUE 38 APT # 116**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.73 | $0.00 |
|---|---|---|---|---|

**JOSE ANGEL GONZALEZ**
**725 PRINCESS AVE**
**NORTH LAS VEGAS, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,678.60 | $0.00 |
|---|---|---|---|---|

**JOSE APONTE ROMERO**
**325 CORONADO AVE APT 307**
**DALY CITY, CA 94015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,853.42 | $0.00 |
|---|---|---|---|---|

**JOSE CAMILO**
**6543 DE SOTO AVE. APT. 17**
**CANOGA PARK, CA 91303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOSE CASAS**
**1481 KURTZ AVE**
**Los Angeles, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**2.271** | Priority creditor's name and mailing address

**JOSE GONZALEZ**
**3649 RAMBOZ AVE**
**LOS ANGELES, CA 90063**

As of the petition filing date, the claim is:                    $3,212.40          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.272** | Priority creditor's name and mailing address

**JOSE IGNACIO SALGADO**
**6614 FAIRFIELD ST**
**LOS ANGELES, CA 90022**

As of the petition filing date, the claim is:                    $857.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.273** | Priority creditor's name and mailing address

**JOSE SALAZAR**
**299 OAKFORD DR**
**LOS ANGELES, CA 90022**

As of the petition filing date, the claim is:                    $2,317.76          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.274** | Priority creditor's name and mailing address

**JOSE TOVAR**
**656 S DUNCAN AVE**
**LOS ANGELES, CA 90022**

As of the petition filing date, the claim is:                    $1,937.66          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,649.94** | **$0.00** |
|---|---|---|---|---|

**JOSE ZAVALA**
**9691 ROSEBAY STREET**
**ANAHEIM, CA 92804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$958.50** | **$0.00** |
|---|---|---|---|---|

**JOSEFINA COLIN**
**1819 GRAMERCY PL. APT #307**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,822.50** | **$0.00** |
|---|---|---|---|---|

**JOSEFINA ESCALANTE**
**1262 S ROWAN AVENUE APT 4**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,035.30** | **$0.00** |
|---|---|---|---|---|

**JOSEFINA FERNANDEZ**
**HUARACHA**
**6722 MIDDLETON STREET APT B**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.20 | $0.00 |
|---|---|---|---|---|

**JOSEFINA ROSALES**
**3327 GRANADA ST**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,911.21 | $0.00 |
|---|---|---|---|---|

**JOSELYN ESTEFANY OSEGUEDA**
**FERNANDEZ**
**948 SOUTH BONNIE BEACH**
**PLACE**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,331.09 | $0.00 |
|---|---|---|---|---|

**JUAN ALVAREZ**
**9631 ARLETA**
**ARLETA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,199.92 | $0.00 |
|---|---|---|---|---|

**JUAN FLORES PEREZ**
**8118 TONE STREET**
**LAS VEGAS, NV 89123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|--------|------------------------------|------------------------|------------------|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $4,251.38 | $0.00 |
|-------|----------|----------|----------|----------|
| | **JUAN GARCIA**<br>**416 88TH STREET APT 7**<br>**DALY CITY, CA 94015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,916.71 | $0.00 |
|-------|----------|----------|----------|----------|
| | **JUAN GONZALEZ**<br>**9525 E AVE Q 2**<br>**PALMDALE, CA 93591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|-------|----------|----------|----------|----------|
| | **JUAN LATIN**<br>**222 PARK SR REDWOOCITY**<br>**Redwood City, CA 94061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,754.79 | $0.00 |
|-------|----------|----------|----------|----------|
| | **JUAN MARIN**<br>**7177 KUHL DRIVE**<br>**COMMERCE, CA 90040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,470.30** | $0.00 |
|---|---|---|---|---|

**JUAN MERCADO**
**4322 MORGAN AVENUE**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,427.43** | $0.00 |
|---|---|---|---|---|

**JUAN RODRIGUEZ**
**7410 WOODWMAN AVE APT 208**
**VAN NUYS, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,852.20** | $0.00 |
|---|---|---|---|---|

**JUAN RODRIGUEZ**
**917 BEECH ST**
**EAST PALO ALTO, CA 94303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,435.12** | $0.00 |
|---|---|---|---|---|

**JUAN SALAS**
**8168 SEVILLE AVE**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,896.31 | $0.00 |
|---|---|---|---|---|

| 2.291 | Priority creditor's name and mailing address<br>**JUAN SANCHEZ**<br>**682 1ST AVENUE**<br>**SAN BRUNO, CA 94066** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,896.31** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.292 | Priority creditor's name and mailing address<br>**JUANA CHAMU**<br>**341 S AVE 19**<br>**LOS ANGELES, CA 90031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$862.35** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.293 | Priority creditor's name and mailing address<br>**JUANA CUELLAR**<br>**2529 FOLSOM STREET**<br>**Los Angeles, CA 90033** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.294 | Priority creditor's name and mailing address<br>**JUANA SANCHEZ**<br>**2927 JEFFRIES AVE**<br>**LOS ANGELES, CA 90065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,252.35** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,111.50** | $0.00 |
|---|---|---|---|---|

**JUDITH VEGA MARTINEZ**
**7912 RHODES AVE**
**NORTH HOLLYWOOD, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,205.00** | $0.00 |
|---|---|---|---|---|

**JUSTIN FIELDING**
**927 TERRACE #49**
**LOS ANGELES, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,587.75** | $0.00 |
|---|---|---|---|---|

**JUSTINA PECH**
**1000 WALNUT ST**
**INGLEWOOD, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,531.44** | $0.00 |
|---|---|---|---|---|

**JUSTINO GONZALEZ**
**210 TURF DR**
**PLACENTIA, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,081.20** | $0.00 |
|---|---|---|---|---|

| **KAREN BURCIAGA** | | Check all that apply. | | |
| **2762HAUSER BLVD** | | ☐ Contingent | | |
| **CULVER CITY, CA 90016** | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: | | |
|---|---|---|---|
| **1/5/2022** | **Wages and benefits** | | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,180.98** | $0.00 |
|---|---|---|---|---|

**KAREN PARTIDA ALTAMIRANO**
**3447 NORTH FIGUEROA STREET**
**LOS ANGELES, CA 90065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$511.95** | $0.00 |
|---|---|---|---|---|

**KARLA AGUIRRE**
**237 E 88ST**
**LOS ANGELES, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,831.22** | $0.00 |
|---|---|---|---|---|

**KARLA FLORES**
**11266 ADELPHIA AVE**
**PACOIMA, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**KARLA RIVERA**
**7800 JABONERIA RD APT 9**
**Bell Gardens, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$895.50** | $0.00 |
|---|---|---|---|---|

**KATHERINE OROZCO**
**505 W 46ST**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,863.30** | $0.00 |
|---|---|---|---|---|

**KATTIA KOTCHARIAN**
**6701 ETON AVENUE APT 201**
**CANOGA PARK, CA 91303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,909.12** | $0.00 |
|---|---|---|---|---|

**KEVIN GUERRA**
**4858 1/2 W ADAMS BLVD**
**LOS ANGELES, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,510.68 | $0.00 |
|---|---|---|---|---|

**LAURA GONZALEZ**
**8516 RIVES AVE**
**DOWNEY, CA 90240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.00 | $0.00 |
|---|---|---|---|---|

**LESLIE HUMES**
**17030 YUKON AVE APT 23**
**TORRANCE, CA 90504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,293.15 | $0.00 |
|---|---|---|---|---|

**LESNIN TOLEDO**
**13555 WENTWORTH ST**
**ARLETA, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,888.36 | $0.00 |
|---|---|---|---|---|

**LESTAT RAMIRREZZ**
**13100 1/2 DRONFIELD AVE**
**SYLMAR, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $934.50 | $0.00 |
|---|---|---|---|---|

**LETICIA HARO SOTO**
**10334 1/2 VICTORIA AVENUE**
**WHITTIER, CA 90604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,066.90 | $0.00 |
|---|---|---|---|---|

**LEYDI DIAZ**
**6801 MISSION ST APT 205**
**DALY CITY, CA 94014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,122.20 | $0.00 |
|---|---|---|---|---|

**LIDIA CASTRO**
**8633 BALBOA BLVD UNIT 5**
**NORTHRIDGE, CA 91325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,703.76 | $0.00 |
|---|---|---|---|---|

**LILIAN BETANCUR**
**11330 RUNNYMEDE SUN VALLEY**
**LOS ANGELES, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,441.80** | $0.00 |
|---|---|---|---|---|

**LILIAN LUCERO**
**3926 GIBRALTAR AVENUE APT 6**
**LOS ANGELES, CA 90008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,065.00** | $0.00 |
|---|---|---|---|---|

**LINA HERNANDEZ**
**318 EAST 65TH STREET**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,221.60** | $0.00 |
|---|---|---|---|---|

**LORENA GARCIA**
**222 E 87TH ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$878.70** | $0.00 |
|---|---|---|---|---|

**LORENA IBARRA**
**11439 PEAR ST**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|---|
| | Name | | | |

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $975.00 | $0.00 |
|---|---|---|---|---|

**LORENA VILLAFANA**
**1349 26TH STREET APT 403**
**SANTA MONICA, CA 90404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,016.37 | $0.00 |
|---|---|---|---|---|

**LOUIS MIX**
**10833 REAGAN STREET**
**LOS ALAMITOS, CA 90720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,301.13 | $0.00 |
|---|---|---|---|---|

**LOURDES HUERTA**
**9304 CEDAR ST.**
**BELLFLOWER, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $860.40 | $0.00 |
|---|---|---|---|---|

**LUCIA OCON**
**439 E 95TH ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,311.00** | **$0.00** |
|---|---|---|---|---|
| | **LUCIA RODRIGUEZ**<br>**209 W 65TH ST**<br>**LOS ANGELES, CA 90003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$664.05** | **$0.00** |
|---|---|---|---|---|
| | **LUCILA HERNANDEZ**<br>**5220 ROOSEVELT AVE A**<br>**SANTA ANA, CA 92703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,021.80** | **$0.00** |
|---|---|---|---|---|
| | **LUCRECIA MENDOZA**<br>**7713 YARMOUTH AVE**<br>**RESEDA, CA 91335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,447.05** | **$0.00** |
|---|---|---|---|---|
| | **LUCY RAMIREZ**<br>**2715 EAGLE STREET**<br>**LOS ANGELES, CA 90033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**LUIS ARIAS**
**127 RIVERA ST , APT1**
**Los Angeles, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,698.39** | **$0.00** |
|---|---|---|---|---|

**LUIS CASTILLO**
**722 SOUTH BIXEL STREET A743**
**LOS ANGELES, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,536.38** | **$0.00** |
|---|---|---|---|---|

**LUIS ESCOBAR**
**245 3TH RENO**
**LOS ANGELES, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,201.30** | **$0.00** |
|---|---|---|---|---|

**LUIS GARCIA**
**6730 ALBYN COURT**
**NEWARK, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,723.48** | $0.00 |
|---|---|---|---|---|
| | **LUIS MARTINEZ**<br>**15222 RAYEN APT 18**<br>**NORTH HILLS, CA 91343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,098.20** | $0.00 |
|---|---|---|---|---|
| | **LUIS PARTIDA**<br>**3447 NORTH FIGUEROA STREET**<br>**LOS ANGELES, CA 90065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,064.20** | $0.00 |
|---|---|---|---|---|
| | **LUIS SALDANA QUINTO**<br>**325 WEST AVENUE 38 APT# 217**<br>**LOS ANGELES, CA 90065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,921.40** | $0.00 |
|---|---|---|---|---|
| | **LUIS VALDIVIA**<br>**1924 FOLSOM ST**<br>**SAN FRANCISCO, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**LUISA LOPEZ**
**245 SR. RENO STREET**
**Los Angeles, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,679.10** | $0.00 |
|---|---|---|---|---|

**LUZ LOPEZ**
**621 ROMULO STREET**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,930.96** | $0.00 |
|---|---|---|---|---|

**MA NUNEZ**
**6936 VESPER AVE. APT. 20**
**VAN NUYS, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,248.75** | $0.00 |
|---|---|---|---|---|

**MAGDALENA SANTIBANEZ**
**144 E 88TH PL**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,609.28** | **$0.00** |
|---|---|---|---|---|
| | **MAILY NGUYEN**<br>**2010 18TH AVE**<br>**OAKLAND, CA 94606** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,154.72** | **$0.00** |
|---|---|---|---|---|
| | **MAN HONG WU YEE**<br>**2026 34TH AVE**<br>**SAN FRANCISCO, CA 94116** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,463.40** | **$0.00** |
|---|---|---|---|---|
| | **MANUEL GALDAMEZ**<br>**865 MEADE AVENUE**<br>**SAN FRANCISCO, CA 94124** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,730.70** | **$0.00** |
|---|---|---|---|---|
| | **MANUEL LOPEZ**<br>**11265 CALIFORNIA AVE**<br>**LYNWOOD, CA 90262** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,168.32** | **$0.00** |
|---|---|---|---|---|

**MANUEL PALMA**
**421 S BIXEL ST APT 102**
**LOS ANGELES, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,700.40** | **$0.00** |
|---|---|---|---|---|

**MARCIAL REYES FUENTES**
**921 ROLLINS RD, APT 1**
**BURLINGAME, CA 94010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | **$0.00** |
|---|---|---|---|---|

**MARGARITA LUNA**
**1817 BERGLUND DRIVE**
**WEST COVINA, CA 91792**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$879.60** | **$0.00** |
|---|---|---|---|---|

**MARGARITA ORTIZ**
**1102 S APRILIA AVE**
**COMPTON, CA 90220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,636.37** | **$0.00** |
|---|---|---|---|---|

**MARGARITA UMANZOR**
**4575 VERONA ST APT 3**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$681.30** | **$0.00** |
|---|---|---|---|---|

**MARIA  VALDIVIA**
**6185 SPRINGVALE DR**
**LOS ANGELES CA, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,364.80** | **$0.00** |
|---|---|---|---|---|

**MARIA AVALOS**
**1403 MOUNT LASSEN DRIVE**
**SAN JOSE, CA 95127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$888.15** | **$0.00** |
|---|---|---|---|---|

**MARIA BARRAZA**
**1461 W PHILLIPS BLVD.**
**POMONA, CA 91766**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $611.55 | $0.00 |
|---|---|---|---|---|

**MARIA C GONZALEZ**
**2218 SHERIDAN ST.**
**LOS ANGELES, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,524.70 | $0.00 |
|---|---|---|---|---|

**MARIA CARBAJAL**
**22106 ELAINE AVE**
**HAWAIIAN GARDENS, CA 90716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,665.00 | $0.00 |
|---|---|---|---|---|

**MARIA CELIS**
**16040 RINALDI ST**
**GRANADA HILLS, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,156.65 | $0.00 |
|---|---|---|---|---|

**MARIA CONTRERAS**
**157 W 94 ST.**
**LOS ANGELES, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.90 | $0.00 |
|---|---|---|---|---|

**MARIA CUEVAS**
**3854 LYNDORA ST**
**LYNWOOD, CA 90262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number                    Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)       ☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,838.85 | $0.00 |
|---|---|---|---|---|

**MARIA CUJCUJ**
**114 E 65TH STREET**
**LOS ANGELES, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number                    Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)       ☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,121.80 | $0.00 |
|---|---|---|---|---|

**MARIA DE LOS ANGELES LOPEZ**
**3735 RANDOLPH PL**
**HUNTINGTON PARK, CA 90255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number                    Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)       ☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.00 | $0.00 |
|---|---|---|---|---|

**MARIA DE LOURDES NUNO**
**GARCIA**
**1777 1/4 E85TH ST**
**LOS ANGELES, CA 90001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number                    Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)       ☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,430.58 | $0.00 |
|---|---|---|---|---|

**MARIA DEL CARMEN VAZQUEZ PATINO**
**3587MAGNOLIA AVE**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,829.70 | $0.00 |
|---|---|---|---|---|

**MARIA ESPINOZA**
**6008 MERIDIAN ST**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $643.05 | $0.00 |
|---|---|---|---|---|

**MARIA FLORES**
**2750 NEWELL ST**
**LOS ANGELES, CA 90039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,863.75 | $0.00 |
|---|---|---|---|---|

**MARIA FUENTES**
**422 N COLONIA DE LAS PALMAS**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,078.44** | $0.00 |
|---|---|---|---|---|

**MARIA G ACEVES**
**47116 WHITTIER BLVD**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,447.35** | $0.00 |
|---|---|---|---|---|

**MARIA GARCIA**
**3056 LEEWARD AVE APT 113**
**LOS ANGELES, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$784.20** | $0.00 |
|---|---|---|---|---|

**MARIA GOMEZ**
**1419 1/2 E 60TH ST**
**LOS ANGELES, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$546.07** | $0.00 |
|---|---|---|---|---|

**MARIA GRANILLO**
**22418 HORST AVE**
**HAWAIIAN GARDENS, CA 90716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,031.98** | $0.00 |
|---|---|---|---|---|

**MARIA GUADALUPE RODRIGUEZ CACHO**
**6653 DARBY AVE**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,779.30** | $0.00 |
|---|---|---|---|---|

**MARIA HERNANDEZ**
**144 1/4 W 70TH ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,375.05** | $0.00 |
|---|---|---|---|---|

**MARIA HERNANDEZ**
**5950 S MAIN ST APT 302**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,488.96** | $0.00 |
|---|---|---|---|---|

**MARIA HERNANDEZ**
**10140 KENILWORTH WAY**
**SAN JOSE, CA 95127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $878.25 | $0.00 |
|---|---|---|---|---|

**MARIA HERNANDEZ RODRIGUEZ**
**1262 WEST MARSHALL BLVD**
**SAN BERNARDINO, CA 92405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $721.50 | $0.00 |
|---|---|---|---|---|

**MARIA JIMENEZ**
**5412 LINDLEY AVE APT 208**
**ENCINO, CA 91316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,103.15 | $0.00 |
|---|---|---|---|---|

**MARIA JUAREZ**
**15523 RAYEN ST APT 32**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,825.65 | $0.00 |
|---|---|---|---|---|

**MARIA KEKULA**
**12311 ALPINE AVE**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $949.95 | $0.00 |
|---|---|---|---|---|

**MARIA LARIN**
**114 NORTH WESTMORALAND**
**AVE APT 16**
**LOS ANGELES, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,710.45 | $0.00 |
|---|---|---|---|---|

**MARIA MAGALLON**
**610 E 97TH ST APT 6**
**INGLEWOOD, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,406.83 | $0.00 |
|---|---|---|---|---|

**MARIA MARQUEZ**
**9525 E AVE Q2**
**PALMDALE, CA 93591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.05 | $0.00 |
|---|---|---|---|---|

**MARIA MARTINEZ**
**5307 1/2 COMPTON AVE**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$593.85** | **$0.00** |
|---|---|---|---|---|
| | **MARIA MARTINEZ**<br>**1143 W. 88TH ST.**<br>**LOS ANGELES, CA 90044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,033.20** | **$0.00** |
|---|---|---|---|---|
| | **MARIA MEDINA**<br>**4209 NORMAL AVE LA CA 90029**<br>**LOS ANGELES, CA 90029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,700.85** | **$0.00** |
|---|---|---|---|---|
| | **MARIA MEZA**<br>**3639 WHITTIER BLVD #6**<br>**LOS ANGELES, CA 90023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,361.70** | **$0.00** |
|---|---|---|---|---|
| | **MARIA MIRAMONTES**<br>**130 E 88TH PL APT 3**<br>**LOS ANGELES, CA 90003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $686.40 | $0.00 |
|---|---|---|---|---|

**MARIA MOLINA**
**238 E 61ST ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,822.50 | $0.00 |
|---|---|---|---|---|

**MARIA MONTANO**
**1656 E PRINCETON ST**
**ONTARIO, CA 91764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,046.55 | $0.00 |
|---|---|---|---|---|

**MARIA MONTES DEOCA**
**1056 N EASTMAN AVE**
**LOS ANGELES, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,209.00 | $0.00 |
|---|---|---|---|---|

**MARIA NAVARRO**
**703 W. ROOSEVELT AVE.**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,150.95 | $0.00 |
|---|---|---|---|---|

**MARIA NERI**
**346 1/2 N DOUGLAS ST**
**LOS ANGELES, CA 90026**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.30 | $0.00 |
|---|---|---|---|---|

**MARIA PATINO**
**518 S HILLVIEW AVE**
**EAST LOS ANGELES, CA 90022**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,452.15 | $0.00 |
|---|---|---|---|---|

**MARIA PECH**
**10519 YUKON AVE**
**INGLEWOOD, CA 90303**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,521.45 | $0.00 |
|---|---|---|---|---|

**MARIA PONCE**
**444 S. LAFAYETTE PARK PL. APT.**
**306**
**LOS ANGELES, CA 90057**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,035.45** | **$0.00** |
|---|---|---|---|---|

**MARIA QUEZADA**
**1762 STANLEY AVE.**
**LONG BEACH, CA 90804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$761.40** | **$0.00** |
|---|---|---|---|---|

**MARIA RAMIREZ**
**11764 GAGER ST**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$609.60** | **$0.00** |
|---|---|---|---|---|

**MARIA RAMOS**
**10643 TAMARACK AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,208.85** | **$0.00** |
|---|---|---|---|---|

**MARIA RUIZ**
**6120 GIFFORD AVE APT A**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,988.55** | $0.00 |
|---|---|---|---|---|

**MARIA RUIZ VELEZ**
**3359 EAST OLYMPIC BOULEVARD**
**APT 305**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,091.10** | $0.00 |
|---|---|---|---|---|

**MARIA SALCEDO ALVAREZ**
**4936 SOUTHALL LANE**
**BELL GARDENS, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,565.85** | $0.00 |
|---|---|---|---|---|

**MARIA SALCIDO**
**11401 SHERMAN WAY APT 6**
**NORTH HOLLYWOOD, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,171.20** | $0.00 |
|---|---|---|---|---|

**MARIA SAMANIEGO**
**118 NORTH MANHATTAN PLACE**
**LOS ANGELES, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,180.65 | $0.00 |
|---|---|---|---|---|

**MARIA SEPULVEDA**
**6122 ALDAMA ST**
**LOS ANGELES, CA 90042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.95 | $0.00 |
|---|---|---|---|---|

**MARIA TERESA GARCIA**
**GONZALEZ**
**6804 S MAIN ST APT 5**
**LOS ANGELES, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $963.30 | $0.00 |
|---|---|---|---|---|

**MARIA TOVAR**
**7924 CROCKET BLVD**
**LOS ANGELES, CA 90001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,996.53 | $0.00 |
|---|---|---|---|---|

**MARIA UGALDE**
**9205 BURNET AVE #211**
**NORTH HILLS, CA 91343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,415.40 | $0.00 |
|---|---|---|---|---|

**MARIA VALDIVIA**
**851 W 81ST ST APT 4**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.10 | $0.00 |
|---|---|---|---|---|

**MARIANA LOPEZ**
**14950 VANOWEN ST APT 228**
**VAN NUYS, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,815.45 | $0.00 |
|---|---|---|---|---|

**MARIBEL PAYAN**
**6321 ARROYO GLEN ST**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $579.60 | $0.00 |
|---|---|---|---|---|

**MARICRUZ IBARRA**
**515 S CHICAGO ST**
**LOS ANGELES, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**MARICRUZ RAMIREZ**
**1235 S EASTERN AVE**
**East Los Angeles, CA 90022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,345.80** | **$0.00** |
|---|---|---|---|---|

**MARIELA IBARRA**
**8969 VIRGINIA AVE**
**SOUTH GATE, CA 90280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**MARILOU NORIEGA**
**1112 W 131 ST**
**South Gate, CA 90280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,065.58** | **$0.00** |
|---|---|---|---|---|

**MARILU ALCARAZ DE SALAZAR**
**638 ORME AVE**
**LOS ANGELES, CA 90023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,195.43 | $0.00 |
|---|---|---|---|---|

**MARIO HERRERA SOTO**
**9220 DANBRIDGE STREET**
**PICO RIVERA, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $910.95 | $0.00 |
|---|---|---|---|---|

**MARISOL BLANCO CLAROS**
**1824 W 41 ST**
**LOS ANGELES, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,725.00 | $0.00 |
|---|---|---|---|---|

**MARLENE NUNEZ**
**1540 S DUNSMUIR AVE**
**LOS ANGELES, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,218.75 | $0.00 |
|---|---|---|---|---|

**MARTA AVILES**
**1442 NIETO LN. #413**
**LOS ANGELES, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,399.68 | $0.00 |
|---|---|---|---|---|

**MARTA KARINA CAUICH**
**411 CEDAR ST**
**REDWOOD CITY, CA 94063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,733.70 | $0.00 |
|---|---|---|---|---|

**MARTA MEJIA**
**325 W ADAMS BLVD APT 3109**
**LOS ANGELES, CA 90007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $569.25 | $0.00 |
|---|---|---|---|---|

**MARTHA LOPEZ**
**9220 DANBRIDGE ST**
**PICO RIVERA, CA 90660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,211.25 | $0.00 |
|---|---|---|---|---|

**MARTHA MUNIZ**
**523 SOUTH HARRIS AVENUE**
**COMPTON, CA 90221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,659.45 | $0.00 |
|---|---|---|---|---|

**MARTHA VALDIVIA**
**424 S BURLINGTON AVE APT 109**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,043.40 | $0.00 |
|---|---|---|---|---|

**MARTHA ZAMORA**
**1855 10TH ST APT B**
**SANTA MONICA, CA 90404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,159.19 | $0.00 |
|---|---|---|---|---|

**MARTIN SANCHEZ GAMBOA**
**8172 1/2 SAN GABRIEL AVE**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,338.72 | $0.00 |
|---|---|---|---|---|

**MARVIN HERNANDEZ**
**704 N HOBART BLV APT 3**
**LOS ANGELES, CA 90029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,021.00** | $0.00 |
|---|---|---|---|---|

**MARVIN MEJIA**
**1412 WEST 130TH STREET**
**COMPTON, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,162.90** | $0.00 |
|---|---|---|---|---|

**MARVIN RUIZ REYES**
**6152 SHELTER CREEK LANE**
**SAN BRUNO, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,049.15** | $0.00 |
|---|---|---|---|---|

**MATEA RODRIGUEZ**
**610 MARGARET AVE**
**LOS ANGELES, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,739.95** | $0.00 |
|---|---|---|---|---|

**MAURA ESTEBAN**
**682 1ST AVENUE**
**SAN BRUNO, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,855.03 | $0.00 |
| --- | --- | --- | --- | --- |

**MAURO LEON**
**8439 LOCH LOMOND DR.**
**PICO RIVERA, CA 90660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,446.30 | $0.00 |
| --- | --- | --- | --- | --- |

**MAYRA CISNEROS**
**12411 OSBORNE ST APT 34**
**LOS ANGELES, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,086.75 | $0.00 |
| --- | --- | --- | --- | --- |

**MAYRA RODRIGUEZ ALVAREZ**
**1335 WEST 106TH STREET**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,265.13 | $0.00 |
| --- | --- | --- | --- | --- |

**MELANIA JIMENEZ**
**4010 WEST 102ND STREET**
**INGLEWOOD, CA 90304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**MELODY  GARCIA**
**4933 ECHO ST #16**
**Los Angeles, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,006.95** | **$0.00** |
|---|---|---|---|---|

**MERCEDES HERNANDEZ**
**1848 DAISY AVE**
**LONG BEACH, CA 90806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,772.02** | **$0.00** |
|---|---|---|---|---|

**MICHAEL HARAND**
**1776 E. AZALEA AVENUE**
**LAKE HAVASU CITY, AZ 86404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$493.73** | **$0.00** |
|---|---|---|---|---|

**MIGUEL ANGEL JUAN**
**721 BONNIE BRAE APTO 17**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,003.10 | $0.00 |
|---|---|---|---|---|

**MIGUEL ANGEL RODRIGUEZ**
**1701 E LESLIE AVE**
**LAS VEGAS, NV 89101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,106.32 | $0.00 |
|---|---|---|---|---|

**MIGUEL GONZALEZ**
**2850 S DECATUR BLVD #9**
**LAS VEGAS, NV 89102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $984.10 | $0.00 |
|---|---|---|---|---|

**MIGUEL GRANADOS**
**17824 DOWNEY AVE**
**BELLFLOWER, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,341.12 | $0.00 |
|---|---|---|---|---|

**MIGUEL HERNANDEZ**
**2701 E BOULDER ST**
**LOS ANGELES, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,339.00 | $0.00 |
|---|---|---|---|---|

**MILTON GUEVARA**
**1235 WILDWOOD AVE APT #380**
**SUNNYVALE, CA 94089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,816.95 | $0.00 |
|---|---|---|---|---|

**MIRIAM BRINGAS**
**1259 W 130TH ST**
**GARDENA, CA 90247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,451.70 | $0.00 |
|---|---|---|---|---|

**MIRIAM SALAZAR**
**257 E 30TH ST**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.00 | $0.00 |
|---|---|---|---|---|

**MIRNA RODRIGUEZ**
**4547 LOMITA ST.**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$929.25** | **$0.00** |
|---|---|---|---|---|
| | **MONICA OCAMPO**<br>**1150 CORNWELL ST APT.6**<br>**LOS ANGELES, CA 90033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,763.84** | **$0.00** |
|---|---|---|---|---|
| | **MONICA VARGUEZ**<br>**556 WAPELLO ST**<br>**ALTADENA, CA 91001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$864.48** | **$0.00** |
|---|---|---|---|---|
| | **MONIQUE ASH**<br>**1375 REVERE AVE**<br>**SAN FRANCISCO, CA 94124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **MONSERRAT PARRA**<br>**11328 RUNNYMEDE S.T.**<br>**Burbank, CA 91352** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$805.05** | **$0.00** |
|---|---|---|---|---|

**NANCY ARIAS**
**2216 TERRACE HEIGHTS AVE**
**LOS ANGELES, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.75** | **$0.00** |
|---|---|---|---|---|

**NANCY GARMENDIA**
**809W 68TH ST**
**LA, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,654.30** | **$0.00** |
|---|---|---|---|---|

**NANCY MARQUEZ**
**9525 E AVENUE Q-2**
**PALMDALE, CA 93591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,512.30** | **$0.00** |
|---|---|---|---|---|

**NATALIA ZETINA**
**12711 BRANFORD ST APT 206F**
**PACOIMA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NATIVIDAD CASAS**
**1484 KURTZ AVE**
**Los Angeles, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,530.00** | **$0.00** |
|---|---|---|---|---|

**NELIDA ARAUJO**
**2757 LIVE OAK ST**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,238.72** | **$0.00** |
|---|---|---|---|---|

**NILSEN ALVAREZ MACHADO**
**924 WEST 61ST STREET**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,994.63** | **$0.00** |
|---|---|---|---|---|

**NOEMI FIGUEROA**
**11266 ADELPHIA AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,472.85 | $0.00 |
|---|---|---|---|---|

**NOHEMI MARTINEZ**
**11836 FREEMAN AVE**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,960.90 | $0.00 |
|---|---|---|---|---|

**NORA RENTERIA**
**6140 RUGBY AVE, APT 122**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.20 | $0.00 |
|---|---|---|---|---|

**NORMA CALDERON**
**421 S BIXEL ST  APT 102**
**LOS ANGELES, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,514.40 | $0.00 |
|---|---|---|---|---|

**NORMA PAREDES DE ALVAREZ**
**16350 S HARBOR BLVD APT 1515**
**SANTA ANA, CA 92704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,708.80** | $0.00 |
|---|---|---|---|---|

**OLEGARIO PALOMARES**
**2118 47TH AVE**
**OAKLAND, CA 94601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,508.10** | $0.00 |
|---|---|---|---|---|

**OLGA DIAZ**
**3437 W FLORENCE AVE APT 12**
**LOS ANGELES, CA 90043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,456.35** | $0.00 |
|---|---|---|---|---|

**OLIVIA ANGUIANO**
**12309 ALPINE AVE.**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,523.55** | $0.00 |
|---|---|---|---|---|

**OLIVIA RENTERIA**
**1633 1/2 E CENTURY BLVD**
**LOS ANGELES, CA 90002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**OSBALDO HERCULANO**
**875 HUNTINGTON AVE. APT 2**
**San Bruno, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,262.08 | $0.00 |
|---|---|---|---|---|

**OSCAR DURAN URIAS**
**6623 PINE AVE APT A**
**BELL, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,544.51 | $0.00 |
|---|---|---|---|---|

**OSCAR ESTRADA**
**1751 MARKET ST AP 10**
**SAN FRANCISCO, CA 94103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,817.12 | $0.00 |
|---|---|---|---|---|

**OSCAR GONZALEZ**
**10613 RIVES AVE**
**DOWNEY, CA 90241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $13,650.00 | $0.00 |
|---|---|---|---|---|
| | **OSCAR VALENZUELA**<br>**18827 THORN CREST CT.**<br>**CANYON COUNTRY, CA 91351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,837.50 | $0.00 |
|---|---|---|---|---|
| | **PAOLA TREJO**<br>**3112 DALTON AVENUE**<br>**LOS ANGELES, CA 90018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,590.15 | $0.00 |
|---|---|---|---|---|
| | **PATRICIA GARCIA**<br>**6031 11TH AVE**<br>**LOS ANGELES, CA 90043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,248.60 | $0.00 |
|---|---|---|---|---|
| | **PATRICIA HARO**<br>**2417 FOLSOM ST APT 3**<br>**LOS ANGELES, CA 90033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,827.90 | $0.00 |
|---|---|---|---|---|

**PATRICIA LEYVA**
**10622 1/2 FREEMAN AVE**
**LENNOX, CA 90304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,122.80 | $0.00 |
|---|---|---|---|---|

**PATRICIO JIMENEZ SANCHEZ**
**1224 NORTON ST**
**SAN MATEO, CA 94401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PEDRO GONZALES**
**3571 E 58 ST,**
**Maywood, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,609.43 | $0.00 |
|---|---|---|---|---|

**PEDRO GONZALES**
**3571 E 58 ST,**
**MAYWOOD, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,483.50** | $0.00 |
|---|---|---|---|---|

**PHAN SU**
**4250 FILHURST AVE**
**BALDWIN PARK, CA 91706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,698.50** | $0.00 |
|---|---|---|---|---|

**PORFIRIO CARMONA**
**952 EASTON AVE APT 1**
**SAN BRUNO, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$748.35** | $0.00 |
|---|---|---|---|---|

**RACHEL SCOTT**
**1914 WEST 35TH PL**
**LOS ANGELES, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,268.30** | $0.00 |
|---|---|---|---|---|

**RAMON ALVAREZ**
**720 S NORMANDIE SOY 208**
**LOS ANGELES, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $991.80 | $0.00 |
|---|---|---|---|---|
| | **RAQUEL HARO** | *Check all that apply.* | | |
| | **122 E 98TH ST** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90003** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,005.99 | $0.00 |
|---|---|---|---|---|
| | **RAUL RODRIGUEZ JIMENEZ** | *Check all that apply.* | | |
| | **819 NORTH BONNIE BEACH** | ☐ Contingent | | |
| | **PLACE** | ☐ Unliquidated | | |
| | **LOS ANGELES, CA 90063** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,205.88 | $0.00 |
|---|---|---|---|---|
| | **REBECCA FIGUEROA** | *Check all that apply.* | | |
| | **5131 N 40TH ST** | ☐ Contingent | | |
| | **PHOENIX, AZ 85018** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,720.80 | $0.00 |
|---|---|---|---|---|
| | **REFUGIO TRUJILLO** | *Check all that apply.* | | |
| | **11718 ALLIN ST APT#161** | ☐ Contingent | | |
| | **CULVER CITY, CA 90230** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,033.50** | $0.00 |
|---|---|---|---|---|
| | **REINA CONTRERAS**<br>**6851 SEPULVEDA BLVD APT 109**<br>**VAN NUYS, CA 91405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,071.90** | $0.00 |
|---|---|---|---|---|
| | **REYNA ORTEGA VALLE**<br>**4423 1/2 TOWNE AVE**<br>**LOS ANGELES, CA 90011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,678.58** | $0.00 |
|---|---|---|---|---|
| | **RICARDO FLORES**<br>**942 SAYBROOK AVE**<br>**LOS ANGELES, CA 90022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,109.70** | $0.00 |
|---|---|---|---|---|
| | **RICARDO LOPEZ CORNEJO**<br>**929 ROLLINS RD APT #4**<br>**BURLINGAME, CA 94010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,764.08** | **$0.00** |
|---|---|---|---|---|

**RICHARD CALEL**
**3718 E 55TH ST APT B**
**MAYWOOD, CA 90270**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$701.55** | **$0.00** |
|---|---|---|---|---|

**RITA OFELIA JIMENEZ DE**
**TEJEDA**
**2209 W RAYMOND ST**
**COMPTON, CA 90220**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,309.85** | **$0.00** |
|---|---|---|---|---|

**ROBERT CAMARENA**
**11471 DONNER PASS CT**
**RANCHO CUCAMONGA, CA 91737**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,650.00** | **$0.00** |
|---|---|---|---|---|

**ROBERT SPIRO**
**12027 OTSEGO STREET**
**VALLEY VILLAGE, CA 91607**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,544.90 | $0.00 |
|---|---|---|---|---|

**ROBERTO ALTAMIRANO**
**5330 ASCOT AVENUE # 1**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,648.90 | $0.00 |
|---|---|---|---|---|

**ROBERTO HERNANDEZ**
**3978 HAUSSMAN CT**
**SOUTH SAN FRANCISCO, CA**
**94080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,457.40 | $0.00 |
|---|---|---|---|---|

**ROCIO VARELA FLORES**
**116 3/4 EAST 69TH STREET**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $0.00 |
|---|---|---|---|---|

**ROMULO CALISTRI**
**14014 NW PASSAGE #144**
**MARINA DEL REY, CA 90292**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,119.18 | $0.00 |
|---|---|---|---|---|

**ROMULO VASQUEZ**
**411 EAST 59TH PLACE**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,936.18 | $0.00 |
|---|---|---|---|---|

**RONALDO PINEDA MELGAR**
**5688 BALTIMORE STREET**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,649.13 | $0.00 |
|---|---|---|---|---|

**RONEAL PRASAD**
**136 ARLETA AVE**
**SAN FRANCISCO, CA 94134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.28 | $0.00 |
|---|---|---|---|---|

**ROSA AGUIAR**
**9517 ALEXANDER AVE**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,044.00** | **$0.00** |
|---|---|---|---|---|

**ROSA CHAVEZ**
**833 W. 57TH ST.**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$792.45** | **$0.00** |
|---|---|---|---|---|

**ROSA MOLINA**
**2646 WEST AVENUE 34 APTO.2**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$990.88** | **$0.00** |
|---|---|---|---|---|

**ROSA PANTOJA**
**15757 VIA COLUSA**
**SAN LORENZO, CA 94580**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,373.30** | **$0.00** |
|---|---|---|---|---|

**ROSA RODRIGUEZ**
**4644 LEONIS ST**
**COMMERCE, CA 90040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,497.45 | $0.00 |
|---|---|---|---|---|
| | **ROSA YESCAS**<br>**19100 PARTHENIA ST #10**<br>**NORTHRIDGE, CA 91324** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,389.20 | $0.00 |
|---|---|---|---|---|
| | **ROSALBA AVILA**<br>**6653 DARBY AVE 17**<br>**RESEDA, CA 91335** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.30 | $0.00 |
|---|---|---|---|---|
| | **ROSARIO RAMIREZ**<br>**170 GEYER CT**<br>**ONTARIO, CA 91762** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.45 | $0.00 |
|---|---|---|---|---|
| | **ROSAURA MARTINEZ**<br>**7832 ELLENBOGEN STREET**<br>**SUNLAND, CA 91040** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ROSY RODRIGUEZ**
**5330 ASCOT AVE APT 1**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,246.03 | $0.00 |
|---|---|---|---|---|

**RUBEN ARELLANO**
**2852 1/2 LANFRANCO ST**
**LOS ANGELES, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,437.63 | $0.00 |
|---|---|---|---|---|

**RUBEN ESTRADA NAVAS**
**933 ROSE AVE**
**REDWOOD CITY, CA 94063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,433.02 | $0.00 |
|---|---|---|---|---|

**RUBEN RUIZ**
**1522 S. BALDWIN AVE. UNIT 17**
**ARCADIA, CA 91007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,290.71 | $0.00 |
|---|---|---|---|---|

**RUBEN SEDANO**
**2402 1/2 MANITOU AVE**
**LOS ANGELES, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,649.50 | $0.00 |
|---|---|---|---|---|

**RUBIN SAAVEDRA**
**2191 WHITMAN WAY AVE  APT#**
**17**
**SAN BRUNO, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,521.90 | $0.00 |
|---|---|---|---|---|

**RUTH AGUILAR ALVAREZ**
**3333 ANDRITA ST APT 204**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,160.29 | $0.00 |
|---|---|---|---|---|

**RUTH CAMACHO**
**408 N BAYSHORE BLVD APT 4**
**SAN MATEO, CA 94401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,114.40** | **$0.00** |
|---|---|---|---|---|
| | **SALVADOR HERNANDEZ CASAS**<br>**15441 NORDOFF #26**<br>**NORTH HILLS, CA 91343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,280.00** | **$0.00** |
|---|---|---|---|---|
| | **SALVADOR LOPEZ**<br>**5444 CORTEEN PL APT 2**<br>**VALLEY VILLAGE, CA 91607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,745.25** | **$0.00** |
|---|---|---|---|---|
| | **SAMUEL MARTINEZ**<br>**4503 ORCHARD AVE**<br>**LOS ANGELES, CA 90037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$622.45** | **$0.00** |
|---|---|---|---|---|
| | **SANDRA ALVARADO**<br>**1122W 43 RD ST**<br>**LOS ANGELES, CA 90037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,387.43** | **$0.00** |
|---|---|---|---|---|

**SANDRA BALANAY**
**58 ROBINSON DRIVE**
**DALY CITY, CA 94014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$782.85** | **$0.00** |
|---|---|---|---|---|

**SANDRA BLANCO**
**2320 1/4 JOHNSTON STREET**
**LOS ANGELES, CA 90031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$888.30** | **$0.00** |
|---|---|---|---|---|

**SANDRA PEREZ DE GONZALEZ**
**319 N N LAFAYETTE PARK PLACE**
**#1**
**LOS ANGELES, CA 90026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,322.11** | **$0.00** |
|---|---|---|---|---|

**SANDRA VAZQUEZ MONTES**
**2101 SANDY LANE**
**LAS VEGAS, NV 89115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$663.90** | **$0.00** |
|---|---|---|---|---|

**SANDY GONZALEZ**
**9631 ARLETA AVE**
**ARLETA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,255.35** | **$0.00** |
|---|---|---|---|---|

**SANTIAGO REYNA**
**646 E 52ST**
**LOS ANGELES, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,094.25** | **$0.00** |
|---|---|---|---|---|

**SANTOS HERNANDEZ DIAZ**
**501 S SPRING ST APT 700**
**LOS ANGELES, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,116.20** | **$0.00** |
|---|---|---|---|---|

**SANTOS LOPEZ**
**1168 SPENCE ST**
**LOS ANGELES, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $819.90 | $0.00 |
|---|---|---|---|---|

**SARA ALCAZAR**
**4172 WALL ST.**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.90 | $0.00 |
|---|---|---|---|---|

**SEBASTIANA HERNANDEZ**
**1357 ELM AVE APT 3**
**LONG BEACH, CA 90813**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,819.04 | $0.00 |
|---|---|---|---|---|

**SERENA CISNEROS**
**481 VIA MIRAMONTE**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,393.60 | $0.00 |
|---|---|---|---|---|

**SERGIO GIOVANNI ALVAREZ**
**GONZALEZ**
**1455 E 112TH ST**
**LOS ANGELES, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.531 | Priority creditor's name and mailing address<br>**SERGIO JIMENEZ**<br>**1108 S FETTERLY AVE**<br>**LOS ANGELES, CA 90022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,960.55** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.532 | Priority creditor's name and mailing address<br>**SERGIO PACHECO**<br>**6543 DE SOTO AVE**<br>**CANOGA PARK, CA 91303** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,493.09** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.533 | Priority creditor's name and mailing address<br>**SERGIO SANDOVAL**<br>**2455 E 55 ST**<br>**LOS ANGELES, CA 90058** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,402.96** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.534 | Priority creditor's name and mailing address<br>**SEVERINA PEREZ**<br>**6820 3/4 S MAIN ST.**<br>**LOS ANGELES, CA 90003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$994.35** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,233.06** | $0.00 |
|---|---|---|---|---|

**SHABIR KASHYAP**
**6750 LOS VERDES DRIVE, APT 1**
**RANCHO PALOS VERDES, CA**
**90275**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,991.46** | $0.00 |
|---|---|---|---|---|

**SHANNON ROBERTS**
**22827 CANYON LAKE DRIVE**
**SOUTH**
**CANYON LAKE, CA 92587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,031.85** | $0.00 |
|---|---|---|---|---|

**SHIRLEY MOYANO**
**8130 NESTLE AVENUE**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,618.95** | $0.00 |
|---|---|---|---|---|

**SILVIA GAMBOA**
**8421 CYPRESS AVENUE**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$825.60** | **$0.00** |
|---|---|---|---|---|

**SILVIA MEJIA**
**204 WEST 109TH PLACE**
**LOS ANGELES, CA 90061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$348.00** | **$0.00** |
|---|---|---|---|---|

**SILVIA PORTILLO**
**1312 GLENNFIELD CT 35**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,822.05** | **$0.00** |
|---|---|---|---|---|

**SILVIA SALAZAR**
**16114 RINALDI STREET**
**GRANADA HILLS, CA 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$720.45** | **$0.00** |
|---|---|---|---|---|

**SILVIA ZARAGOZA**
**1816 WEST 11TH PL**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,481.45 | $0.00 |
|---|---|---|---|---|
| | **SIMEON MARTINEZ**<br>**1027 E. 42ND, ST**<br>**LOS ANGELES, CA 90011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,390.95 | $0.00 |
|---|---|---|---|---|
| | **SOLEDAD GARCIA**<br>**PO BOX 1089**<br>**LONG BEACH, CA 90801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,851.30 | $0.00 |
|---|---|---|---|---|
| | **SOLEDAD GOMEZ**<br>**2955 W 8TH ST APT 103**<br>**LOS ANGELES, CA 90005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,046.90 | $0.00 |
|---|---|---|---|---|
| | **SONIA MARTINEZ**<br>**12719 MONTAGUE STREET**<br>**PACOIMA, CA 91331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SONIA MENA**
**6600 FOSTER BRIDGE**
**Bell Gardens, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,720.28 | $0.00 |
|---|---|---|---|---|

**STEPHANIE TELLEZ**
**3483 EAGLE ST**
**LOS ANGELES, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $0.00 |
|---|---|---|---|---|

**STEVEN HOLGUIN**
**4117 IVY RUSSELL WAY**
**LAS VEGAS, NV 89115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,370.10 | $0.00 |
|---|---|---|---|---|

**SUSANA ARRIZON**
**10129 S BURL AVE**
**INGLEWOOD, CA 90304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,321.22 | $0.00 |
|---|---|---|---|---|

**SUSANA OCHOA**
**1742 SOUTH GRANT ST APT 1**
**SAN MATEO, CA 94402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $653.70 | $0.00 |
|---|---|---|---|---|

**SUSY MORENO FLORES**
**18014 SHERMAN  WAY APART  #**
**223**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,850.57 | $0.00 |
|---|---|---|---|---|

**SVIDE GAZCA**
**3483 EAGLE ST**
**LOS ANGELES, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $990.75 | $0.00 |
|---|---|---|---|---|

**TANIA SERNA**
**19609 SHERMAN WAY # 118**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,413.20** | $0.00 |
|---|---|---|---|---|
| | **TATIANA MONTOYA**<br>**346 RUBIDOX ST**<br>**MONTEBELLO, CA 90640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$812.85** | $0.00 |
|---|---|---|---|---|
| | **TERESA ABUNDIS**<br>**8242 DONOVAN ST.**<br>**DOWNEY, CA 90242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,599.00** | $0.00 |
|---|---|---|---|---|
| | **TERESA CUELLAR**<br>**1050 N. MARIPOSA AVE APT 304**<br>**LOS ANGELES, CA 90029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,436.25** | $0.00 |
|---|---|---|---|---|
| | **TERESA MARTA**<br>**5312 LAVINIA AVE**<br>**LYNWOOD, CA 90262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,605.88** | **$0.00** |
|---|---|---|---|---|

**THELMA MIRANDA**
**1720 SWEETWOOD DRIVE**
**DALY CITY, CA 94015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,650.00** | **$0.00** |
|---|---|---|---|---|

**THOMAS WILSON**
**12088 MORROW DRIVE**
**TUSTIN, CA 92782**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$645.69** | **$0.00** |
|---|---|---|---|---|

**TRINIDAD ZARAGOZA**
**522 S WOODS AVE**
**LOS ANGELES, CA 90022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,894.10** | **$0.00** |
|---|---|---|---|---|

**URIO PAREDES**
**8900 BURNET AVE APT 111**
**NORTH HILLS, CA 91343**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,606.50** | $0.00 |
|---|---|---|---|---|

**VALERIA DELGADO**
**7849 S. NORMANDIE AVE. B**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$602.85** | $0.00 |
|---|---|---|---|---|

**VANESSA MOLINA**
**14429 S LONESS AVE**
**COMPTON, CA 90220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,641.75** | $0.00 |
|---|---|---|---|---|

**VERENICE HERNANDEZ**
**5220 ROOSEVELT AVE A**
**SANTA ANA, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,418.70** | $0.00 |
|---|---|---|---|---|

**VERONICA MONTOYA**
**346 RUBIDOUX ST**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,297.98** | $0.00 |
|---|---|---|---|---|

**VIANEY GRANILLO**
**21911 CLARETTA AVE**
**HAWAIIAN GARDEN, CA 90716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,330.85** | $0.00 |
|---|---|---|---|---|

**VICTOR ROCHA**
**1206 1/2 E 22 ST**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,077.88** | $0.00 |
|---|---|---|---|---|

**VILMA RODRIGUEZ GONZALEZ**
**11811 BEVERLY BLVD APT 8**
**WHITTIER, CA 90601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,228.62** | $0.00 |
|---|---|---|---|---|

**VIQUER PALOMARES**
**CASTANEDA**
**1481 BEACON AVE APT 4**
**SAN MATEO, CA 94401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,448.55 | $0.00 |
|---|---|---|---|---|

**VIRIDIANA LOPEZ**
**725 PRINCESS AVE**
**LAS VEGAS, NV 89030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,013.85 | $0.00 |
|---|---|---|---|---|

**VIVIANA CORTES**
**6524 1/2 STAFFORD AVE**
**HUNTINGTON PARK, CA 90255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WALTER ESPINOZA**
**7253 FARMDALE AVE.**
**North Hollywood, CA 91605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,504.87 | $0.00 |
|---|---|---|---|---|

**WALTER FLORES**
**6645 FOSTER BRIDGE BLVD APT**
**C**
**BELL GARDENS, CA 90201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,686.62** | **$0.00** |
|---|---|---|---|---|

**WENDY CASTRO-HARRIS**
**9112 WEST BOULEVARD**
**PICO RIVERA, CA 90660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,086.56** | **$0.00** |
|---|---|---|---|---|

**WENDY STONER**
**2329  92ND AVE**
**OAKLAND, CA 94603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,980.22** | **$0.00** |
|---|---|---|---|---|

**WILLIAM MADRID**
**9485 FETTERLY AVE APT C**
**LOS ANGELES, CA 90022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.60** | **$0.00** |
|---|---|---|---|---|

**YESENIA REYES**
**445 S. NEW HAMPSHIRE AVE, APT**
**222**
**LOS ANGELES, CA 90020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,855.44 | $0.00 |
|---|---|---|---|---|

**YESICA GONZALEZ**
**348 E 81ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,131.73 | $0.00 |
|---|---|---|---|---|

**YISSEL MONTERO**
**153 E 82ND ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,140.65 | $0.00 |
|---|---|---|---|---|

**YOSELIN MORA**
**15523 RAYEN ST APT 32**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,987.93 | $0.00 |
|---|---|---|---|---|

**YULISSA MOYA**
**2807 PARKWAY DR**
**EL MONTE, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|---|
| | Name | | | |

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,398.97 | $0.00 |
|---|---|---|---|---|

**YURIRIA BRIONES**
**6049 EAST ALLSTON ST**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,712.38 | $0.00 |
|---|---|---|---|---|

**ZEFERINO VELAZQUEZ**
**ESCAMILLA**
**716 S WESTLAKE AVE. APT#34**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,064.26** |
|---|---|---|---|

**Aetna Life Insurance Company**
**Lockbox 911408  PO Box 31001-1408**
**Pasadena, CA 91110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5100**

Basis for the claim:   **insurance health**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,334.44** |
|---|---|---|---|

**Albie s Food Products, LLC**
**1534 O'Rourke Blvd.**
**Gaylord, MI 49735**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allen B. Felahy**
**Farbod Nourian**
**FELAHY EMPLOYMENT LAWYERS**
**550 South Hope Street, Suite 2655**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | Nonpriority creditor's name and mailing address
**Allen R. Klein Company Inc.**
**99 Powerhouse Rd.**
**Roslyn Heights, NY 11577**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$10,263.75**

---

**3.5** | Nonpriority creditor's name and mailing address
**American Reclamation, Inc**
**4560 Doran Street**
**Los Angeles, CA 90039-1006**

Date(s) debt was incurred _
Last 4 digits of account number  **5374**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **trash service**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,250.62**

---

**3.6** | Nonpriority creditor's name and mailing address
**American Walk-in Coolers, LLC**
**140 S. Camino Seco Ste 305**
**Tucson, AZ 85710**

Date(s) debt was incurred _
Last 4 digits of account number  **9032**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **repairs fridge**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,056.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**Ardellas**
**1170 Sandhill Ave**
**Carson, CA 90746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,848.65**

---

**3.8** | Nonpriority creditor's name and mailing address
**Atlapac**
**14700 Marquardt Ave.**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _
Last 4 digits of account number  **ET4U**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ☐ No  ☐ Yes

**$88,078.70**

---

**3.9** | Nonpriority creditor's name and mailing address
**Balance Foods, LLC**
**5743 Smithway St., Ste 103**
**Los Angeles, CA 90040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$105,560.40**

---

**3.10** | Nonpriority creditor's name and mailing address
**Berkshire Hathaway Homestate Co**
**PO Box 844501**
**Los Angeles, CA 90084**

Date(s) debt was incurred _
Last 4 digits of account number  **0626**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **insurance workers comp**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,112.23**

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.00 |
|---|---|---|---|

**Best Bay Logistics**
**13831 Slover Ave.**
**Fontana, CA 92337**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **transportation**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573,920.14 |
|---|---|---|---|

**Bestway Sandwiches**
**1530 1st St.**
**San Fernando, CA 91340**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **food**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,090.68 |
|---|---|---|---|

**Brager Tax Law Group APC**
**11400 W Olympic Blvd #750**
**Los Angeles, CA 90064**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **legal**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174,766.50 |
|---|---|---|---|

**Break Time Snacks, Inc**
**30054 Quail Run Drive**
**Agoura Hills, CA 91301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **food**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,963.65 |
|---|---|---|---|

**BRET VIEGELMANN**
**24619 VALLEY ST APT 19**
**NEWHALL, CA 91321**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages and benfits**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,951.92 |
|---|---|---|---|

**BRH SUPPLY**
**17472 Apex Circle**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _
Last 4 digits of account number **945**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **sanitation supplies**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,464.00 |
|---|---|---|---|

**Butter Buds Inc.**
**24016 Network Place**
**Chicago, IL 60673-1240**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **food**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.18** | **Nonpriority creditor's name and mailing address**
**Caldwell Fresh Foods**
**4035 E 52nd St.**
**Maywood, CA 90270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **food**

Is the claim subject to offset? ☑ No  ☐ Yes

**$40,180.25**

---

**3.19** | **Nonpriority creditor's name and mailing address**
**Cargill, Inc.**
**PO Box 749481**
**Los Angeles, CA 90074-9481**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **cold storage off site**

Is the claim subject to offset? ☑ No  ☐ Yes

**$14,638.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**CDL Utilities**
**5743 Smithway St. #106**
**Commerce, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **LA utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

**$134,164.70**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Central Restaurant Product**
**PO Box 78070**
**Indianapolis, IN 46278-0070**

Date(s) debt was incurred _

Last 4 digits of account number **5913**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **equipment**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Certifix Livescan**
**700 N. Valley St. Suite B**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **service**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,422.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Chubb**
**PO Box 382001**
**Pittsburgh, PA 15250-8001**

Date(s) debt was incurred _

Last 4 digits of account number **001C**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **insurance workers comp**

Is the claim subject to offset? ☑ No  ☐ Yes

**$8,888.50**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Colonial Life**
**P.O. Box 903**
**Columbia, SC 29202-0903**

Date(s) debt was incurred _

Last 4 digits of account number **4491**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **insurance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$10,014.50**

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | 2:22-bk-10994-BB |
|--------|------------------------------|--|------------------------|------------------|
| | Name | | | |

| | | | |
|--|--|--|--|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Commerce Industrial Council**<br>**PO Box 911039**<br>**Los Angeles, CA 90091**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$1,065.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Compwest Insurance Company**<br>**PO Box 101563**<br>**Pasadena, CA 91189-1563**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **0204** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:   **insurance**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$181,784.30** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Continental Processors**<br>**681 South Clarence**<br>**Los Angeles, CA 90023**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$82,160.35** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Crown Lift Trucks**<br>**PO Box 641173**<br>**Cincinnati, OH 45264**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **7341** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$1,579.31** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Crystal Clear Packaging**<br>**14808 Whittram Ave**<br>**Fontana, CA 92335**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **packaging materials**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$7,648.66** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**DANIELLA CASTILLO DUVIVIER**<br>**1100 WILSHIRE BLVD APT 2705**<br>**LOS ANGELES, CA 90017**<br><br>Date(s) debt was incurred  **1/5/2022**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages and benefits**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$495.25** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**DAPHNE ROBERTS**<br>**5048 ARCTIC PL**<br>**RANCHO CUCAMONGA, CA 91739**<br><br>Date(s) debt was incurred  **1/5/2022**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages and benefits**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,978.00** |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Barrera**
**c/o Lawyers for Employee & Consumer**
**4100 West Alameda Avenue, 3rd Fl.**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Department of Motor Vehicles (DMV)**
**PO BOX 942897**
**SACRAMENTO, CA 94297**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  __9703__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,043.05** |
|---|---|---|---|

**Dewafelbakkers**
**10000 Crystal Hill Rd**
**North Little Rock, AR 72113**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __food__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diego Garcia**
**c/o Ramin R. Younessi**
**A Professional Law Corporation**
**3435 Wilshire Blvd Suite 2200**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,478.00** |
|---|---|---|---|

**El Milagro Bakery**
**13309 Paxton St**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __food__

Last 4 digits of account number  __2101__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$453,633.24** |
|---|---|---|---|

**Enterprise**
**333City Blvd. W 1008**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __truck rental__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,598.76** |
|---|---|---|---|

**Enterprise-Claims**
**PO Box 843369**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112,195.37**

**Ernest Packaging Solutions**
**5777 Smithway St**
**Commerce, CA 90040**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **packaging for food**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,993.50**

**Evergreen Licensing LLC**
**PO BOX 610028**
**Dallas,, TX 75261-0028**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **food**

Last 4 digits of account number  **3721**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,048.87**

**Express Employment Professionals**
**P.O. Box 844277**
**Los Angeles, CA 90084-4277**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **temp agency**

Last 4 digits of account number  **0184**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,687.50**

**FELAHY EMPLOYMENT LAWYERS**
**550 S. Hope Street, Suite 2655**
**Los Angeles, CA 90071**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **legal**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,259.89**

**FERNANDO CASTILLO**
**330 WEST 11TH STREET APT 302**
**LOS ANGELES, CA 90015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/5/2022**

Basis for the claim:  **Wages and benefits**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,225.00**

**Field Fresh Foods Inc.**
**P.O. Box 3877**
**Gardena, CA 92047**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **food**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,337.00**

**Fishbowl**
**580 East Technology Ave.**
**Orem, UT 84097**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **IT sotware**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,936.00** |
|---|---|---|---|
| | **Fit Foodz** | ☐ Contingent | |
| | **1505 Soaring Hawk Point** | ☐ Unliquidated | |
| | **Atlanta, GA 30339** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __food__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,128.50** |
|---|---|---|---|
| | **Freeman, Freeman & Smiley, LLP** | ☐ Contingent | |
| | **1888 Century Park East, Suite 1500** | ☐ Unliquidated | |
| | **Los Angeles, CA 90067** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __legal__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,618.59** |
|---|---|---|---|
| | **Freund Baking Company** | ☐ Contingent | |
| | **2050 S. Tubeway Ave.** | ☐ Unliquidated | |
| | **Commerce, CA 90040** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **30** | Basis for the claim: __food__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,070.27** |
|---|---|---|---|
| | **GHA Technologies, Inc.** | ☐ Contingent | |
| | **Dept. #2090 PO Box 29661** | ☐ Unliquidated | |
| | **Phoenix, AZ 85038-9661** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __IT hardware__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182,120.15** |
|---|---|---|---|
| | **Global Food Solutions** | ☐ Contingent | |
| | **PO Box 11115** | ☐ Unliquidated | |
| | **Hauppauge, NY 11788** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __food__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,347.04** |
|---|---|---|---|
| | **Global Foods Inc.** | ☐ Contingent | |
| | **8700 Spanish Ridge Ave.** | ☐ Unliquidated | |
| | **Las Vegas, NV 89148-1391** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Business Debt__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,731.50** |
|---|---|---|---|
| | **Good Taste Bakery** | ☐ Contingent | |
| | **8702 Woodley Ave.** | ☐ Unliquidated | |
| | **North Hills, CA 91343** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __food__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,245.28 |
|---|---|---|---|

**Great American Packaging, LLC**
**4361 S. Soto St.**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4Y01**

Basis for the claim:  **packaging for food**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Green Hasson Janks**
**PO Box 514670**
**Los Angeles, CA 90051-4670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,710.60 |
|---|---|---|---|

**Hartford, The**
**PO Box 783690**
**Philadelphia, PA 19178-3690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,278.00 |
|---|---|---|---|

**Heartland School Solutions**
**One Heartland Way**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4019**

Basis for the claim:  **software**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,176.00 |
|---|---|---|---|

**Highland Beef Farms, Inc.**
**PO Box 2414**
**Reston, VA 20195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,240.02 |
|---|---|---|---|

**Individual Foodservice**
**5496 Lindbergh Ln.**
**Bell, CA 90201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7784**

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,915.75 |
|---|---|---|---|

**InterCrate Inc.**
**PO Box 10349**
**Fresno, CA 93745**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **equipmemt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,879.05**

**Intergrated Business Solutions of Southe**
**18870 Milos Circle**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,101.62**

**Iowa Rotocast Plastics, Inc.**
**PO Box 320**
**Decorah, IA 52101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **packaging**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,069.39**

**IPFS Corporation**
**PO Box 100391**
**Pasadena, CA 91189-0391**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **insurance**

Last 4 digits of account number  **7273**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,176.40**

**Isotech Pest Management**
**311 N. Crescent Way**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **pest control**

Last 4 digits of account number  **5102**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,037.50**

**J & J Snack Foods Corp.**
**PO Box 845054**
**Los Angeles, CA 90084-5054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **food**

Last 4 digits of account number  **4320**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,400.78**

**JACQUELINE DUVIVIER CASTILLO**
**775 TALUS WAY**
**RENO, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/2022**

Basis for the claim:  **Wages and benefits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,974.66**

**Jada Spices LLc**
**745 NW 31 Street**
**Miami, CA 91042**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **food**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,445.40 |
|---|---|---|---|

**JASON ROBERTS**
**5048 ARCTIC PL**
**RANCHO CUCAMONGA, CA 91739**

Date(s) debt was incurred  **1/5/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Jesse K. Swartz**
**PO Box 762**
**Irvington, VA 22480**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,076.64 |
|---|---|---|---|

**JobSource North America, Inc.**
**PO Box 31001-2434**
**Pasadena, CA 91110-2434**

Date(s) debt was incurred  _

Last 4 digits of account number  **3356**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **temp agency**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,409.19 |
|---|---|---|---|

**John Soules Foods, Inc**
**PO Box 4579**
**Tyler, TX 75712**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,397.48 |
|---|---|---|---|

**JONATHAN DIAZ**
**3013 ALDRICH STREET**
**ANTIOCH, CA 94509**

Date(s) debt was incurred  **1/5/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,348.80 |
|---|---|---|---|

**JSL Foods, Inc.**
**1478 N. Indiana St.**
**Los Angeles, CA 90063**

Date(s) debt was incurred  _

Last 4 digits of account number  **2005**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Aviva Cohen**
**Seyfarth Shaw LLP**
**2029 Century Park East Suite 3500**
**Los Angeles, CA 90067-3021**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**3.74** | **Nonpriority creditor's name and mailing address**
Koi Consulting Group, Inc.
1590 Rosecrans Avenue Ste D311
Manhattan Beach, CA 90266

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **$43,190.66**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __IT__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**
Los Angeles Cold Storage Company
PO Box 54244
Los Angeles, CA 90054

Date(s) debt was incurred __

Last 4 digits of account number  850

As of the petition filing date, the claim is: *Check all that apply.*                                     **$39,464.42**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __of f site cold storage__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**
Magline, Inc.
1205 W. Cedar St.
Standish, MI 48658

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **$3,246.09**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __equipment__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address**
Managed Mobile
1901 Nancita Circle
Placentia, CA 92870

Date(s) debt was incurred __

Last 4 digits of account number  0558

As of the petition filing date, the claim is: *Check all that apply.*                                     **$1,361.55**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __truck repairs__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**
Maranatha Cleaning Services, Inc.
PO Box 7350
Van Nuys, CA 91409

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **$48,566.00**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __services__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**
MARGARITA LUNA
1817 BERGLUND DRIVE
WEST COVINA, CA 91792

Date(s) debt was incurred  1/5/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **$689.31**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Wages and benefits__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**
Mason Winters Associate
Seyfarth Shaw LLP
2029 Century Park East Suite 3500
Los Angeles, CA 90067-3021

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| | **Matthew Graffigna Associate** | ☐ Contingent | |
| | **Seyfarth Shaw LLP** | ☐ Unliquidated | |
| | **601 South Figueroa Street Suite 330** | ☐ Disputed | |
| | **Los Angeles, CA 90017-5793** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $334,752.33 |
| | **Me Gusta Gourmet Foods** | ☐ Contingent | |
| | **13752 Van Nuys Blvd.** | ☐ Unliquidated | |
| | **Pacoima, CA 91331** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __food__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,594.56 |
| | **Mexilink, Inc.** | ☐ Contingent | |
| | **DEPT 229   PO BOX 4346** | ☐ Unliquidated | |
| | **Houston, TX 77210** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __food__ | |
| | Last 4 digits of account number __2893__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $116,487.24 |
| | **Meza Construction** | ☐ Contingent | |
| | **2550 E. 55th St.** | ☐ Unliquidated | |
| | **Huntington Park, CA 90255** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __construction service__ | |
| | Last 4 digits of account number __B4YM__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $189,998.86 |
| | **Moreno Brothers Distributing** | ☐ Contingent | |
| | **5743 Smithway Street , Ste 103** | ☐ Unliquidated | |
| | **Commerce, CA 90040** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __food__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31,803.08 |
| | **New Wave Converting Inc** | ☐ Contingent | |
| | **14808 Whittram Ave** | ☐ Unliquidated | |
| | **Fontana, CA 92335** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __equipment__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,067.00 |
| | **Nextgen** | ☐ Contingent | |
| | **7165 Bermuda Rd.** | ☐ Unliquidated | |
| | **Las Vegas, NV 89119** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,276.42** |
|---|---|---|---|

**Nichols Sales, Inc.**
**14140 Live Oak Ave. Suite A**
**Baldwin Park, CA 91706**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **trash service**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.80** |
|---|---|---|---|

**NU Health Foods, LLC**
**PO Box 12376**
**Marina Del Rey, CA 90295**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,949.48** |
|---|---|---|---|

**O'Reilly**
**11559 Rosecrans Ave.**
**Norwalk,, CA 90650**

Date(s) debt was incurred _
Last 4 digits of account number  **3316**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **equipment parts**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,837.00** |
|---|---|---|---|

**OSCAR VALENZUELA**
**18827 THORN CREST CT.**
**CANYON COUNTRY, CA 91351**

Date(s) debt was incurred  **1/5/2022**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$271,031.57** |
|---|---|---|---|

**P & R Paper Supply Company, Inc.**
**P.O. Box 590**
**Redlands, CA 92373**

Date(s) debt was incurred _
Last 4 digits of account number  **5349**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **packaging**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,336.67** |
|---|---|---|---|

**PALFINGER LIFTGATE**
**PO Box 5822**
**Carol Stream, IL 60197-5822**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paola Lopez**
**c/o Leena Fana**
**Lawyers for Employee & Consumer Rig**
**4100 West Alameda Avenue, 3rd Fl.**
**Burbank, CA 91505**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,259.59** |
|---|---|---|---|
| | **Parks Coffee California Inc.** | ☐ Contingent | |
| | **PO Box 110914** | ☐ Unliquidated | |
| | **Carrollton, TX 75011-0914** | ☑ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __1252__ | Basis for the claim: __office supplies__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$692.93** |
|---|---|---|---|
| | **PartsPak Inc** | ☐ Contingent | |
| | **602 Airport Blvd.** | ☐ Unliquidated | |
| | **Doylestown, PA 18902** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __Business Debt__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,025.76** |
|---|---|---|---|
| | **Pasta Piccinini, Inc. Gourmet Fresh** | ☐ Contingent | |
| | **950 N. Fair Oak Ave.** | ☐ Unliquidated | |
| | **Pasadena, CA 91103** | ☑ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __B4YM__ | Basis for the claim: __food__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$257,724.61** |
|---|---|---|---|
| | **Philadelphia Indemnity Insurance Co.** | ☐ Contingent | |
| | **PO Box 70251** | ☐ Unliquidated | |
| | **Philadelphia, PA 19176** | ☑ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __Insurance__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,284.64** |
|---|---|---|---|
| | **Pizza Hut** | ☐ Contingent | |
| | **PO Box 782110** | ☐ Unliquidated | |
| | **Wichita, KS 67278** | ☑ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __food__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,161.65** |
|---|---|---|---|
| | **Precision Industrial Manufacturers** | ☐ Contingent | |
| | **16198 Gladstone St.** | ☐ Unliquidated | |
| | **Baldwin Park, CA 91706** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __Business Debt__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,010.00** |
|---|---|---|---|
| | **Precision Scales Inc.** | ☐ Contingent | |
| | **1300 East 223rd St., Ste 408** | ☐ Unliquidated | |
| | **Carson, CA 90745** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __Business Debt__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address**
**PRINT N COPY**
**4820 S. Eastern Ave. Unit P**
**Los Angeles, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$661.50

---

**3.103** | **Nonpriority creditor's name and mailing address**
**Prudential Overall Supply**
**P.O. Box 11210**
**Santa Ana, CA 92711-1210**

Date(s) debt was incurred _

Last 4 digits of account number  **2500**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **smocks for employees**

Is the claim subject to offset? ☐ No  ☐ Yes

$28,520.91

---

**3.104** | **Nonpriority creditor's name and mailing address**
**Pueblo Trading Company, Inc**
**PO Box 11508**
**Newport Beach, CA 92658**

Date(s) debt was incurred _

Last 4 digits of account number  **4You**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ☐ No  ☐ Yes

$102,378.66

---

**3.105** | **Nonpriority creditor's name and mailing address**
**QBE**
**PO BOX 734576**
**CHICAGO, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number  **7515**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **insuance**

Is the claim subject to offset? ☑ No  ☐ Yes

$20,068.00

---

**3.106** | **Nonpriority creditor's name and mailing address**
**Raymond Intralogistics Solutions**
**9939 Norwalk Blvd.**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number  **6600**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$28,830.75

---

**3.107** | **Nonpriority creditor's name and mailing address**
**Republic Wireless**
**PO Box 75070**
**Chicago, IL 60675-5070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$6,741.01

---

**3.108** | **Nonpriority creditor's name and mailing address**
**Restaurant Depot - Van Nuys**
**15853 Strathern St.**
**Van Nuys, CA 91406-1310**

Date(s) debt was incurred _

Last 4 digits of account number  **0061**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ☑ No  ☐ Yes

$9,901.49

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,219.44 |
|---|---|---|---|

**ROBERT CAMARENA**
**11471 DONNER PASS CT**
**RANCHO CUCAMONGA, CA 91737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Wages and benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,134.44 |
|---|---|---|---|

**ROBERT SPIRO**
**12027 OTSEGO STREET**
**VALLEY VILLAGE, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _1/5/2022_

**Basis for the claim:  Wages and benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,520.00 |
|---|---|---|---|

**Rocket Machine Works Inc**
**5410 S Villa Ave**
**Fresno, CA 93725**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $458,854.48 |
|---|---|---|---|

**Rockview**
**PO Box 668**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  food**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,534.94 |
|---|---|---|---|

**ROMULO CALISTRI**
**14014 NW PASSAGE #144**
**MARINA DEL REY, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _1/5/2022_

**Basis for the claim:  Wages and benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,906.93 |
|---|---|---|---|

**Seyfarth Shaw LLP**
**2029 Century Park East.  Suite 3500**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  legal**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharde Thomas Skahan**
**2029 Century Park E, Ste 3500**
**Los Angeles, CA 90067-3021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,333.28** |
|---|---|---|---|

**Shoes For Crews, llc**
**File Lockbox 734176**
**CHICAGO, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number  **0040**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **shoes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,302.76** |
|---|---|---|---|

**Simply Fresh LLC**
**PO Box 715378**
**Cincinnati, OH 45271-5378**

Date(s) debt was incurred _

Last 4 digits of account number  **5545**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,250.00** |
|---|---|---|---|

**Smith IT Solutions LLC**
**2906 N Frederic Street**
**Burbank, CA 91504**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **IT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,002.00** |
|---|---|---|---|

**Smithway Associates, Inc.**
**5743 Smithway St. #106**
**Commerce, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **LA rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,561.62** |
|---|---|---|---|

**SoCal Gas (The Gas Company 4938 9)**
**PO Box C**
**Monterey Park, CA 91756**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,666.09** |
|---|---|---|---|

**Sonsray**
**PO Box 51173**
**Los Angeles, CA 90051**

Date(s) debt was incurred _

Last 4 digits of account number  **4000**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **truck rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,094.20** |
|---|---|---|---|

**Southern California Immediate Medical**
**7300 Alondra Blvd. Suite 101**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **medical service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address**<br>**Southwest Border Flavor**<br>**2580 W. Brooke St., STE. 101**<br>**North Las Vegas, NV 89032**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$104,973.12** |
| 3.124 | **Nonpriority creditor's name and mailing address**<br>**Spectra 360, Inc.**<br>**P.O.Box 75410**<br>**Chicago, IL 60675-5410**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **temp agency**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$74,237.73** |
| 3.125 | **Nonpriority creditor's name and mailing address**<br>**STEVEN HOLGUIN**<br>**4117 IVY RUSSELL WAY**<br>**LAS VEGAS, NV 89115**<br><br>Date(s) debt was incurred **1/5/2022**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Wages and benefits**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,018.00** |
| 3.126 | **Nonpriority creditor's name and mailing address**<br>**Superior Carrier Services Inc**<br>**10430-28 Pioneer Blvd.**<br>**Santa Fe Springs, CA 90670**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **truck transfer service**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$51,400.00** |
| 3.127 | **Nonpriority creditor's name and mailing address**<br>**Supplymates**<br>**40 N. Altadena Dr. Suite 206**<br>**Pasadena, CA 91107**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **office supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,232.30** |
| 3.128 | **Nonpriority creditor's name and mailing address**<br>**Sysco Los Angeles, Inc.**<br>**20701 East Currier Road**<br>**Walnut, CA 91789**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **8973** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **food**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$171,933.64** |
| 3.129 | **Nonpriority creditor's name and mailing address**<br>**T-Mobile**<br>**PO Box 790047**<br>**St. Louise, MO 06317-9007**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2789** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **phones**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,860.07** |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,000.00 |
|---|---|---|---|

**Taltran Global Inc.**
45 S. Arroyo Pkwy., Unit 217
Pasadena, CA 91105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,220.00 |
|---|---|---|---|

**Tarrier Foods Corp**
PO Box 634310
Cincinnati, OH 00063-4310

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **food**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,076.96 |
|---|---|---|---|

**TEC Equipment Leasing**
PO Box 743076
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **truck rentals**

Last 4 digits of account number  **2533**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,016.05 |
|---|---|---|---|

**THOMAS WILSON**
12088 MORROW DRIVE
TUSTIN, CA 92782

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/2022**

Basis for the claim:  **Wages and benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,270.50 |
|---|---|---|---|

**Tiffany  Morgan Birkett, APC**
519 S. First Avenue
Arcadia, CA 91006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TOM LALLAS**
**MARK D. HURWITZ**
**LEVY, SMALL & LALLAS**
815 Moraga Drive
Los Angeles, CA 90049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,345.58 |
|---|---|---|---|

**TPx - TelePacific Communications**
515 S. Flower St. 46th
Los Angeles, CA 90071

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **phones**

Last 4 digits of account number  **8082**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138,840.08 |
|---|---|---|---|

Tuscany Cheese LLC
6850 Artesia Blvd.
Buena Park, CA 90620

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **food**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,453.66 |
|---|---|---|---|

Uline
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4311**

Basis for the claim: **boxes**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230,709.50 |
|---|---|---|---|

US Foods, Inc.
File 6993
Los Angeles, CA 90074-6993

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **3017**

Basis for the claim: **food**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Veronica Ortiz
c/o Law Office of Lavi & Ebrahimian
Joseph Lavi
8889 W. Olympic Blvd Suite 200
Beverly Hills, CA 90211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Notice Only**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,879.10 |
|---|---|---|---|

Victor's Market Company
11735 S. Prairie Ave.
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **food**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,550.33 |
|---|---|---|---|

WEX  (76 Universal)
PO Box 6293
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,210.85 |
|---|---|---|---|

WEX (Chevron)
PO Box 4337
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **9404**

Basis for the claim: **gas**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $574,998.80 |
|---|---|---|---|

**Wild Fresh Produce**
**PO Box. 32658**
**Los Angeles, CA 90032**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **food**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,031.70 |
|---|---|---|---|

**Wrecks West USA Inc**
**1707 S Bluff Rd**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,076.11 |
|---|---|---|---|

**ZNV - Get Fresh Sales, Inc.**
**P.O. Box 96087**
**Las Vegas, NV 89193-6087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,994.10 |
|---|---|---|---|

**ZNV-A&M Cold Storage & Trailer Leas**
**PO Box 86 Minster**
**Minster, OH 45865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,103.00 |
|---|---|---|---|

**ZNV-Dunlapv Inc**
**1626 Jamboree Dr.**
**Colorado Springs, CO 80920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,625.63 |
|---|---|---|---|

**ZNV-Lowe Rental Inc**
**7405 Graham Road. St. B**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131,297.83 |
|---|---|---|---|

**ZNV-Meadow Gold-Las Vegas (MG)**
**6350 E. Centennial Pkwy.**
**Las Vegas, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**3.151** Nonpriority creditor's name and mailing address

**ZNV-Republic Services**
**P.O. Box 78829**
**Phoenix, AZ 85062-8829**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$556.95**

---

**3.152** Nonpriority creditor's name and mailing address

**ZNV-TCI Leasing/Rentals**
**4950 Triggs Street**
**Los Angeles, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$74,105.72**

---

**3.153** Nonpriority creditor's name and mailing address

**ZSF - Banner Fruit Co.**
**PO Box 2971**
**South San Francisco, CA 94083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$192,535.00**

---

**3.154** Nonpriority creditor's name and mailing address

**ZSF - Bludog Telecom Inc.**
**355 N. Lantana #486**
**Camarillo, CA 93010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,883.15**

---

**3.155** Nonpriority creditor's name and mailing address

**ZSF - City of Millbrae**
**621 Magnolia Ave.**
**Millbrae, CA 94030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,672.86**

---

**3.156** Nonpriority creditor's name and mailing address

**ZSF - Claddagh Refrigeration Co. In**
**1434 15th Street**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,605.42**

---

**3.157** Nonpriority creditor's name and mailing address

**ZSF - Gilt Edge Creamery**
**1636 Gilbreth Road**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,204.84**

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,400.00 |
|---|---|---|---|

**ZSF - Lara's Trucking, Inc.**
**PO Box 576849**
**Modesto, CA 95357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,360.79 |
|---|---|---|---|

**ZSF - Marlin Business Bank**
**PO Box 13604**
**Philadelphia, PA 19101-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,455.92 |
|---|---|---|---|

**ZSF - MSM, Inc.**
**1101 Francisco Blvd. E.**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,103.70 |
|---|---|---|---|

**ZSF - PG & E**
**PO Box 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,783.87 |
|---|---|---|---|

**ZSF - Ryder**
**Lockbox File 056347**
**Los Angeles, CA 90074-6347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,811.45 |
|---|---|---|---|

**ZSF - Sysco Food Services**
**20701 East Currier Road**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,989.00 |
|---|---|---|---|

**ZSF - The Fruit Guys**
**21 Airport Blvd., Ste H South**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,387.59 |
|---|---|---|---|

**ZSF - Tyco Integrated Security**
**P.O. Box 37967**
**Pittsburgh, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,294.07 |
|---|---|---|---|

**ZSF - ULINE**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,684.72 |
|---|---|---|---|

**ZSF-Kelly Spicers Packaging**
**P.O. Box 741659**
**Los Angeles, CA 90074-1659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**ZSF-Teocal Transport, Inc**
**2101 Carden St.**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Robert Lourenco Costa**<br>**Mahoney Law Group, APC**<br>**249 E Ocean Blvd Ste 814**<br>**Long Beach, CA 90802-4899** | Line  **3.140**<br><br>☐  Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,678,558.47 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 8,279,013.96 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,957,572.43 |

ABIGAIL MATA
1406 E 111TH PL APT 555
Los Angeles, CA 90059

ALEJANDRA PEREZ
813 W 40TH PLACE
Los Angeles, CA 90037

Allen R. Klein Company Inc.
99 Powerhouse Rd.
Roslyn Heights, NY 11577

Amur Equipment Finance, Inc.
308 N. Locust St., Suite 1
Grand Island, NE 68801

Ascentium Capital, LLC
LLC, 23970 Hwy 59 N., 2nd Fl
Kingwood, TX 77339-1535

Balance Foods, LLC
5743 Smithway St., Ste 103
Los Angeles, CA 90040

Bank Leumi USA
350 Madison Ave.
New York, NY 10017

BRALLAM CARRILLO
4580W 173RD ST APT 102
Lawndale, CA 90260

Capitol Corporate Services, Inc.
455 Capitol Mall Complex, Ste 217
Sacramento, CA 95814

CARLOS VELEZ
2461 1/2 PALM PL
Huntington Park, CA 90255

CAROLINA HERNANDEZ
9341 ELM VISTA DR
Downey, CA 90242

Cogency Global Inc.
1325 J Street, Suite 1550,
Sacramento, CA 95814

Commerce Industrial Council
PO Box 911039
Los Angeles, CA 90091

Continental Processors
681 South Clarence
Los Angeles, CA 90023

Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62706

Corporation Service Company
P.O. Box 2576
Springfield, IL 62706

Corporation Service Company
c/o Pawnee Leasing Corp.
801 Adlai Stevenson Dr.
Springfield, IL 62706

Corporation Service Company
c/o Financial Pacific Leasing, Inc.
801 Adlai Stevenson Dr.
Springfield, IL 62706

Corporation Service Company
c/o National Funding, Inc.
801 Adlai Stevenson Dr.
Springfield, IL 62706

Corporation Service Company
c/o Susquehanna Commercial Finance
801 Adlai Stevenson Dr.
Springfield, IL 62706

Corporation Service Company
c/o TCF Equipment Finance
801 Adlai Stevenson Dr.
Springfield, IL 62706

Corporation Service Company
c/o Amur Equipment Finance, Inc.
801 Adlai Stevenson Dr.
Springfield, IL 62706

Corporation Service Company
c/o US Small Business Administratio
801 Adlai Stevenson Dr.
Springfield, IL 62706

```
Crown Credit Company
40 S. Washington St
New Bremen, OH 45869

CT Corporation System
330 N. Brand Blvd., Suite 700
Attn SPRS
Glendale, CA 91203

Dedicated Funding, LLC,
860 E. 4500 S. Ste 312
Salt Lake City, UT 84107

DOLORES PADILLA
8457 EVERGREEN AVE APT E
South Gate, CA 90280

DORA CRUZ
6049 ALLSTON ST APT2
Los Angeles, CA 90022

EGIDIO HERNANDEZ
3567 E 58 ST
Maywood, CA 90270

ELVIA LOPEZ
3327 E SABINA ST APT 2405
Los Angeles, CA 90023

ELVIRA AYALA
611 N SANTA FE AVE
Compton, CA 90221

EMILIA GAMBOA
3018 E 4TH ST  APT 5
Los Angeles, CA 90063

ENRIQUE LOERA
444 S. KINGSELY DR APT 101
Los Angeles, CA 90020

ESTHER HERNANDEZ
9341 ELM VISTA DR APT 9
Downey, CA 90242

Financial Pacific Leasing, Inc.
3455 S. 344th Way, Ste 300
Auburn, WA 98001
```

Financial Pacific Leasing, Inc.
PO Box 4568
Federal Way, WA 98063

Gisella Melendez
Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Global Foods Inc.
8700 Spanish Ridge Ave.
Las Vegas, NV 89148-1391

Green Hasson Janks
PO Box 514670
Los Angeles, CA 90051-4670

GREISY NOLASCO
4830 LIVE OAK ST
Bell Gardens, CA 90201

Hartford, The
PO Box 783690
Philadelphia, PA 19178-3690

Hitachi Capital America Corp.
7808 Creekridge Circle, Ste 250
Minneapolis, MN 55439

JANET HERNANDEZ
6011 VINEVALE AVENUE
Maywood, CA 90270

JANETH LAZARO
1819 PINE AVE APT A
Long Beach, CA 90806

JEANNETTE HERNANDEZ
9341 ELM VISTA DR
Downey, CA 90242

Jesse K. Swartz
PO Box 762
Irvington, VA 22480

JOSE CASAS
1481 KURTZ AVE
Los Angeles, CA 90063

JP Morgan Chase Bank, NA
Loan Processing, Middle Market Serv
10 South Dearborn, Floor L2, Suite
Chicago, IL 60603-2300

JUAN LATIN
222 PARK SR REDWOOCITY
Redwood City, CA 94061

JUANA CUELLAR
2529 FOLSOM STREET
Los Angeles, CA 90033

KARLA RIVERA
7800 JABONERIA RD APT 9
Bell Gardens, CA 90201

Lien Solutions
c/o Gisella Melendez
P.O. Box 29071
Glendale, CA 91209-9071

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

LUIS ARIAS
127 RIVERA ST , APT1
Los Angeles, CA 90063

LUISA LOPEZ
245 SR. RENO STREET
Los Angeles, CA 90057

MARICRUZ RAMIREZ
1235 S EASTERN AVE
East Los Angeles, CA 90022

MARILOU NORIEGA
1112 W 131 ST
South Gate, CA 90280

MELODY  GARCIA
4933 ECHO ST #16
Los Angeles, CA 90042

MONSERRAT PARRA
11328 RUNNYMEDE S.T.
Burbank, CA 91352

National Funding, Inc.
9820 Town Centre Drive, Suite 200
San Diego, CA 92121


NATIVIDAD CASAS
1484 KURTZ AVE
Los Angeles, CA 90063

NCS UCC Services Group
c/o Mary Cowan
PO Box 24101
Cleveland, OH 44124

Nextgen
7165 Bermuda Rd.
Las Vegas, NV 89119

Opus Bank
131 W. Commonwealth Ave.
Fullerton, CA 92832

OSBALDO HERCULANO
875 HUNTINGTON AVE. APT 2
San Bruno, CA 94066

PALFINGER LIFTGATE
PO Box 5822
Carol Stream, IL 60197-5822

PartsPak Inc
602 Airport Blvd.
Doylestown, PA 18902

Pawnee Leasing Corp.
3801 Automation Way, Suite 207
Fort Collins, CO 80525

PEDRO GONZALES
3571 E 58 ST,
Maywood, CA 90270

Precision Industrial Manufacturers
16198 Gladstone St.
Baldwin Park, CA 91706

Precision Scales Inc.
1300 East 223rd St., Ste 408
Carson, CA 90745

PRINT N COPY
4820 S. Eastern Ave. Unit P
Los Angeles, CA 90040


Raymond Leasing Corp
Corp. Headquarters,
PO Box 130
Greene, NY 13778

ROSY RODRIGUEZ
5330 ASCOT AVE APT 1
Los Angeles, CA 90011

Samson Horus
90 John Street,
New York, NY 10038

SONIA MENA
6600 FOSTER BRIDGE
Bell Gardens, CA 90201

Southwest Border Flavor
2580 W. Brooke St., STE. 101
North Las Vegas, NV 89032

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G, PO BOX 826880
Sacramento, CA 94280-0001

Susquehanna Commercial Finance, Inc
2 Great Valley Parkway, Ste 300
Malvern, PA 19355

Taltran Global Inc.
45 S. Arroyo Pkwy., Unit 217
Pasadena, CA 91105

TCF Equipment Finance
a division of TCF National Bank
11100 Wayzata Blvd., Ste 801
Hopkins, MN 55305

Tiffany  Morgan Birkett, APC
519 S. First Avenue
Arcadia, CA 91006

US Foods, Inc.
15155 Northam St.
La Mirada, CA 90638

US Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935

WALTER ESPINOZA
7253 FARMDALE AVE.
North Hollywood, CA 91605

WEX  (76 Universal)
PO Box 6293
Carol Stream, IL 60197

Wolters Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

ZNV - Get Fresh Sales, Inc.
P.O. Box 96087
Las Vegas, NV 89193-6087

ZNV-A&M Cold Storage & Trailer Leas
PO Box 86 Minster
Minster, OH 45865

ZNV-Dunlapv Inc
1626 Jamboree Dr.
Colorado Springs, CO 80920

ZNV-Lowe Rental Inc
7405 Graham Road. St. B
Fairburn, GA 30213

ZNV-Meadow Gold-Las Vegas (MG)
6350 E. Centennial Pkwy.
Las Vegas, NV 89115

ZNV-Republic Services
P.O. Box 78829
Phoenix, AZ 85062-8829

ZNV-TCI Leasing/Rentals
4950 Triggs Street
Los Angeles, CA 90022

ZSF - Banner Fruit Co.
PO Box 2971
South San Francisco, CA 94083

ZSF - Bludog Telecom Inc.
355 N. Lantana #486
Camarillo, CA 93010

ZSF - City of Millbrae
621 Magnolia Ave.
Millbrae, CA 94030

ZSF - Claddagh Refrigeration Co. In
1434 15th Street
San Francisco, CA 94103

ZSF - Gilt Edge Creamery
1636 Gilbreth Road
Burlingame, CA 94010

ZSF - Lara's Trucking, Inc.
PO Box 576849
Modesto, CA 95357

ZSF - Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

ZSF - MSM, Inc.
1101 Francisco Blvd. E.
San Rafael, CA 94901

ZSF - PG & E
PO Box 997300
Sacramento, CA 95899-7300

ZSF - Ryder
Lockbox File 056347
Los Angeles, CA 90074-6347

ZSF - Sysco Food Services
20701 East Currier Road
Walnut, CA 91789

ZSF - The Fruit Guys
21 Airport Blvd., Ste H South
South San Francisco, CA 94080

```
ZSF - Tyco Integrated Security
P.O. Box 37967
Pittsburgh, PA 15250-7967

ZSF - ULINE
PO Box 88741
Chicago, IL 60680-1741

ZSF-Kelly Spicers Packaging
P.O. Box 741659
Los Angeles, CA 90074-1659

ZSF-Teocal Transport, Inc
2101 Carden St.
San Leandro, CA 94577
```