| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David A. Tilem (SBN 103825)<br>LAW OFFICES OF DAVID A. TILEM<br>206 North Jackson Street, Suite 201<br>Glendale, California 91206<br>Tel: 888-257-7648 * 818-507-6000<br>Fax:(818) 507-6800<br>DavidTilem@TilemLaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>BETTER 4 YOU BREAKFAST, INC.,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-10994-BB<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: <u>Motion on Short Notice for Order Limiting Notice</u>

   b. Date of filing of motion: <u>2/28/2022</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

   a. Briefly specify the relief requested in the motion:

   Better 4 You Breakfast, Inc. seeks an order limiting notice as provided in Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(i), 2002(m) and 9007 so that notice of those matters enumerated in Bankruptcy Rules 2002(a)(2), (3), (5) and (6), and Bankruptcy Rules 4001, 6007, and 9019 may be limited to "the Core Service List".

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9075-1.1.APP.SHORT.NOTICE**

b. Identify the parties affected by the relief requested in the motion:

The Office of the United States Trustee; those parties served by the Court via Notice of Electronic Filing; those parties filing request for special notice with the Clerk of the Court; those parties directly affected by the proposed action; all secured creditors; all members of any committee of creditors appointed in the case and their counsel, or if no committee has been appointed, Debtor's twenty largest unsecured creditors

c. State the reasons necessitating a hearing on shortened time:

Due to the large number of those entitled to notice, the estate will incur substantial administrative costs if notice is not limited. Serving everyone with everything would be a waste of resources, time and estate assets.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 2/28/2022

Law Offices David A. Tilem
Printed name of law firm

_(signature)_
Signature of individual Movant or attorney for Movant

David A. Tilem
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                           F 9075-1.1.APP.SHORT.NOTICE

<u>DECLARATION OF JACQUELINE DUVIVIER</u>

I, Jacqueline Duvivier, states as follows:

1. This statement is based on my personal knowledge. If asked to do so, I could testify to the statements set forth below.

2. I am the day to day operations manager of Better 4 You Breakfast, Inc., the debtor and debtor-in-possession in this Chapter 11 case ("B4YB").

3. I am familiar with the day to day financial operations of B4YB including cash flow management, receivables, payables and outstanding obligations.

4. This case was filed by voluntary petition on February 24, 2022.

5. The bankruptcy schedules identifying about 730 creditors including an estimated 500 employees.

6. B4YB manufactures, packages and distributes food products to school districts, residential care facilities and other customers in California and Nevada. The products are manufactured in Los Angeles County, California at B4YB's primary headquarters in the City of Commerce and then distributed through several warehouses.

7. By this motion, BY4B seeks to limit the expense related to giving notice to 730 creditors.

I declare, under penalty of perjury, that the foregoing is true and correct under the laws of the State of California. This statement was signed by me on February __, 2022 at City of Commerce, California.

JACQUELINE DUVIVIER

03109\D\20211216-Mtn2LimitNtc.wpd      7      February 25, 2022

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson St. Ste. 201, Glendale, CA, 91206

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/28/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- **David A Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/28/2022 | Joan J. Fidelson | /s/ Joan J. Fidelson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**