| Attorney Name, Address, Telephone and FAX | File with U.S. TRUSTEE Only |
|---|---|
| David A. Tilem (SBN 103825)<br>Law Offices of David A. Tilem<br>206 N. Jackson St., #201<br>Glendale, CA 91206<br>Tel: 888-257-7648 * 818-507-6000<br>Fax: 818-507-6800<br>DavidTilem@TilemLaw.com | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>BETTER 4 YOU BREAKFAST, INC.<br><br>                                                    Debtor(s) | Chapter 11 Case Number |
|---|---|
| **NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** | |

| | |
|---|---|
| 1. Name of Insider: | Fernando Castillo |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Shareholder |
| 3. Date when relationship with Debtor commenced: | 3/1/2011 |
| 4. Position title: | Chief Executive Officer |
| 5. Position Description: | Please see "ADDITIONAL INFORMATION ATTACHMENT" Part B #5 |
| 6. Assigned Duties: | Please see "ADDITIONAL INFORMATION ATTACHMENT" Part B #6 |
| 7. Date employed in current position: | 3/1/2011 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | NA |
| 9. Number of hours worked per week: | 50 on average |
| 10. Total amount of compensation and payment interval: | 12,928.88 semi-monthly |
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | 12,087.50 semi-monthly |
| Perquisites (total, detail below): | |

| | |
|---|---|
| Car Allowance: | 0 |
| Medical Insurance: | 781.00 semi-monthly |
| Life Insurance: | 1.94 semi-monthly |
| Business Expenses: | Reimbursement 100% |
| Other (Specify): | Vision: 6.27 semi-monthly  Dental: 52.17 semi-monthly |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Company Income |
| 13. Date and amount of last increase in compensation: | 7/1/2020: 29,010.00 |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | "See Attached List" |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | 290,100.00 |
| Loans: | 15,000.00 |
| Perquisites (Specify): | Medical: 17,921.04    Life: 46.56<br>Vision: 150.48    Dental: 1,252.08 |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: February 28, 2022

Fernando Castillo, CEO

Print Name and Title of Authorized Agent for Debtor        Signature of Authorized Agent for Debtor

---

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

**ATTACHMENT TO NOTICE OF SETTING SETTING**

**INSIDER COMPENSATION FOR**

**FERNANDO CASTILLO**

Question 5 - Position Description:

     Full time position that is responsible for providing strategic, financial and operational leadership for the company. Plans, develops, implements and directs the organization's operational and fiscal function and performance.

Question 6 - Assigned Duties:

     Leads the development of the organization's long- and short-term strategies. Manages overall operations and make major decisions affecting the organization. Oversees company Chief Officers and Corporate Advisor. Facilitates all Executive planning, data management, and meetings.

| *CREDITORS HOLDING BLANKET LIENS* | |
|---|---|
| ***NAME*** | ***ESTIMATED CLAIM*** |
| Bank Leumi | 16,500,000 |
| Fox Business Funding c/o Corporation Service Company | 590,000 |
| CA Employment Dev. Dept | 465,000 |
| US Small Business Admin. | 150,000 |
| Corporation Service Company | 241,400 |
| Samson Orus | 121,600 |
| Vox Funding, c/o CT Corporation System | 246,000 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson St. Ste. 201, Glendale, CA, 91206

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **3/01/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- **David A Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **3/01/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/01/2022 | Joan J. Fidelson | /s/ Joan J. Fidelson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             **F 9013-3.1.PROOF.SERVICE**

**LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS**

ALLIANCE FUNDING
3745 W. Chapman Ave. Suite 200
Orange, CA 92868

Bank Leumi USA
350 Madison Ave.
New York, NY 10017

Bestway Sandwiches
1530 1st St.
San Fernando, CA 91340

CT Corporation System
330 N. Brand Blvd., Suite 700
Attn SPRS
Glendale, CA 91203

Corporation Service Company
P.O. Box 2576
Springfield, IL 62706

Employment Development Department
PO Box 989061
West Sacramento, CA 95798

Enterprise
333City Blvd. W 1008
Orange, CA 92868

Leumi Bank
555 W. 5th Street, Suite 3300
Los Angeles, CA 90013

Me Gusta Gourmet Foods
13752 Van Nuys Blvd.
Pacoima, CA 91331

P & R Paper Supply Company, Inc.
P.O. Box 590
Redlands, CA 92373

Analisa Angeles
Philadelphia Indemnity
Insurance Co.
PO Box 70251
Philadelphia, PA 19176

Rockview
PO Box 668
Downey, CA 90241

SAMSON HORUS, LLC
400 Rella Blvd. Suite 165-101
Suffern, NY 10901

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT
DEPARTMENT
LIEN GROUP, MIC 92G, PO BOX 826880
Sacramento, CA 94280-0001

US Foods, Inc.
15155 Northam St.
La Mirada, CA 90638

VERNON CAPITAL
383 Kingston Ave , Suite 343,
Brooklyn, NY 11213

Vox Funding
14 E 44th St 4th Floor
New York, NY 10017

Wild Fresh Produce
PO Box. 32658
Los Angeles, CA 90032

**SECURED CREDITORS HOLDING BLANKET LIENS:**

Bank Leumi USA
350 Madison Ave.
New York, NY 10017

Fox Business Funding
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62706

Fox Business Funding
c/o Corporation Service Company
P.O. Box 2576
Springfield, IL 62706

US Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935

US Small Business Administration
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62706

US Small Business Administration
c/o Corporation Service Company
P.O. Box 2576
Springfield, IL 62706

Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62706

Corporation Service Company
P.O. Box 2576
Springfield, IL 62706

Samson Horus
90 John Street,
New York, NY 10038

SAMSON HORUS, LLC
400 Rella Blvd. Suite 165-101
Suffern, NY 10901

Vox Funding
14 E 44th St 4th Floor
New York, NY 10017

CT Corporation System
330 N. Brand Blvd., Suite 700
Attn SPRS
Glendale, CA 91203

Wolters Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

**UNITED STATES TRUSTEE:**

Eryk R. Escobar
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017