| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David A. Tilem (SBN 103825)<br>LAW OFFICES OF DAVID A. TILEM<br>206 North Jackson Street, Suite 201<br>Glendale, California 91206<br>Tel: 888-257-7648 * 818-507-6000<br>          Fax:(818) 507-6800<br>DavidTilem@TilemLaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAR 01 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** penning  **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION**

| In re:<br><br>BETTER 4 YOU BREAKFAST, INC.,<br><br><br><br>                                                                              Debtor(s). | CASE NO.: **2:22-bk-10994-BB**<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>                    **[LBR 9075-1(b)]** |

**Movant** (*name*): Debtor Better 4 You Breakfast, Inc.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

*Title of motion*: **EMERGENCY MOTION FOR ORDER LIMITING NOTICE; MEMORANDUM OF POINTS AUTHORITIES**

  b.  *Date of filing of motion:* 2/28/2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s) of Jacqueline Duvivier:

  *Date of filing of Application*: 2/28/2022

3. Based upon the court's review of the application, it is ordered that:

  a.  ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

  b.  ☒  The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                        Page 1                                **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: <u>March 8, 2022</u>** | **Place:** |
| **Time: <u>10:00 AM</u>** | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 1539 | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| [please review the court's website for ZoomGov appearance information] | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) <u>*Deadlines:*</u> | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: March 1, 2022 | |
| Time: | |
| | ☐ See attached page |
| | (C) <u>*Telephonic notice is also required upon*</u> the **United States trustee** |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

(A)  ☒ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☒ Facsimile*    ☒ Email*

| (B) <u>*Deadlines:*</u> | (C) <u>*Persons/entities to be served with written notice and a copy of this order:*</u> |
|---|---|
| Date: March 1, 2022 | |
| Time: | *All creditors, interested parties and those requesting special notice* |
| | ☐ See attached page |
| | (D) <u>S*ervice is also required upon*</u>: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked    ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: March 1, 2022

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

All creditors, interested parties and those requesting special notice

☐ See attached page

(D) *Service is also required upon:*
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
    (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: **March 4, 2022**

Time: **12:00 PM**

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon:*
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
    (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

| | |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>  (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
> ☐ no later than:    Date:            Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: March 1, 2022

_____
Sheri Bluebond
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*          Page 4          **F 9075-1.1.ORDER.SHORT.NOTICE**