| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Tom Lallas (SBN 66512)<br>Mark D. Hurwitz (SBN 151159)<br>LEVY, SMALL & LALLAS<br>815 Moraga Drive<br>Los Angeles, CA 90049<br>Tel. (310) 471-3000<br>Fax (310) 471-7990<br>tlallas@lsl-la.com; mhurwitz@lsl-la.com<br><br>Andrew M. Kramer (admitted pro hac vice)<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>akramer@otterbourg.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Movant and Creditor Bank Leumi USA | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>BETTER 4 YOU BREAKFAST, INC.<br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-10994-BB<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: <u>EMERGENCY MOTION TO APPOINT A CHAPTER 11 TRUSTEE</u>

    b. Date of filing of motion: <u>3/2/2022</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a. Briefly specify the relief requested in the motion:

    Appointment of a Chapter 11 Trustee for Debtor Better 4 You Breakfast, Inc.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    **F 9075-1.1.APP.SHORT.NOTICE**

b. Identify the parties affected by the relief requested in the motion:

   Debtor and creditors, particularly Movant and those creditors with the largest claims.

c. State the reasons necessitating a hearing on shortened time:

   A Chapter 11 Trustee must immediately be appointed for the Debtor to protect the assets of the estate, and the rights of creditors therein, due to the Debtor's demonstrated malfeasance. As shown by the declarations and memorandum in support of the motion, not only did the Debtor default on its obligations to Movant, which now exceed $17.5 million, but the Debtor undisputedly (1) diverted as much as $15.9 million in collections on accounts receivable that are subject to Movant's lien and that the Debtor was contractually required to deposit with Movant, (2) breached its contractual obligation to provide Movant and its agents with access to its books and records regarding accounts receivable, (3) violated a state court injunction by continuing to divert collections and to deny Movant access to books and records, and (4) was literally minutes away from having a state court receiver appointed (as was then done for its non-debtor subsidiaries) when it filed its petition herein, which was filed while the state court was in session and counsel for Movant and the Debtor were waiting for their matter to be heard.  The Debtor's own papers in support of its pending motions admit that its books and records are unreliable.  The Debtor's management, or its self-selected agents, cannot be allowed to control the assets of the estate.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.  See separately filed Declarations of John DePledge, Allen Soong, Michael Lang and Mark D. Hurwitz

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER .SHORT.NOTICE

Date: 3/2/2022

LEVY, SMALL & LALLAS
Printed name of law firm

*Mark Hurwitz*
Signature of individual Movant or attorney for Movant

Mark D. Hurwitz
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9075-1.1.APP.SHORT.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

815 Moraga Drive, Los Angeles, California 90049

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/02/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   David A. Tilem davidtilem@tilemlaw.com; DavidTilem@ecf.inforuptcy.com; joanfidelson@tilemlaw.com
   Eryk R. Escobar (Office of the US Trustee) eryk.r.escobar@usdoj.gov
   Mark Hurwitz mhurwitz@lsl-la.com
   Larry D. Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/02/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   Hon. Sheri Bluebond
   United States Bankruptcy Court, Central District of California
   255 E. Temple Street, Suite 1534
   Los Angeles, CA 90012

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/02/2022 | Mark D. Hurwitz | /s/ Mark D. Hurwitz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9075-1.1.APP.SHORT.NOTICE**