| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Tom Lallas (SBN 66512)<br>Mark D. Hurwitz (SBN 151159)<br>LEVY, SMALL & LALLAS<br>815 Moraga Drive<br>Los Angeles, CA 90049<br>Tel. (310) 471-3000<br>Fax (310) 471-7990<br>tlallas@lsl-la.com; mhurwitz@lsl-la.com<br><br>Andrew M. Kramer (admitted pro hac vice)<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>akramer@otterbourg.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Movant and Creditor Bank Leumi USA | **FILED & ENTERED**<br><br>MAR 03 2022<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY penning  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>BETTER 4 YOU BREAKFAST, INC.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-10994-BB<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☒ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Bank Leumi USA

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: EMERGENCY MOTION TO APPOINT A CHAPTER 11 TRUSTEE

    b. *Date of filing of motion:* 3/2/2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 3/2/2022

3. Based upon the court's review of the application, it is ordered that:

    a.  ☒  The Application is denied. **The motion may be brought on regular notice pursuant to LBRs.**

    b.  ☐  The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☐ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** | **Place:** |
| **Time:** | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) <u>*Deadlines:*</u> | (B) <u>*Persons/entities to be provided with telephonic notice:*</u> |
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (C) <u>*Telephonic notice is also required upon*</u> the United States trustee |

(3) ☐ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked    ☐ all of the methods checked

(A)  ☐ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☐ Email*

| | |
|---|---|
| (B) <u>*Deadlines:*</u> | (C) <u>*Persons/entities to be served with written notice and a copy of this order:*</u> |
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (D) <u>S*ervice is also required upon*</u>: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                           Page 2                                           **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

(B) _Deadlines:_

Date:

Time:

(C) _Persons/entities to be served with motion, declarations, supporting documents:_

☐ See attached page

(D) _Service is also required upon_:
-- United States trustee (*no electronic service permitted*)
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

(B) _Deadlines:_

Date:

Time:

(C) _Persons/entities to be served with written opposition to the motion:_
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) _Service is also required upon_:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                           Page 3                           **F 9075-1.1.ORDER.SHORT.NOTICE**

(B) *Deadlines:*          (C) *Persons/entities to be served with written reply to opposition:*
   Date:                     -- All persons/entities who filed a written opposition

   Time:

                         (D) *Service is also required upon*:
                            -- United States trustee *(electronic service is not permitted)*
                            -- Judge's Copy personally delivered to chambers
                               (*see Court Manual for address*)

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

   ☐ at least 2 days before the hearing.

   ☐ no later than:    Date:              Time:

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### ###

Date: March 3, 2022

_____
Sheri Bluebond
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                         Page 4                         **F 9075-1.1.ORDER.SHORT.NOTICE**