1  **PETER C. ANDERSON**
   **UNITED STATES TRUSTEE**
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  ERYK R. ESCOBAR, State Bar No. 281904
   TRIAL ATTORNEY
4  **OFFICE OF THE UNITED STATES TRUSTEE**
   915 Wilshire Boulevard, Suite 1850
5  Los Angeles, California 90017
   Telephone No. (202) 934-4168
6  Facsimile No. (213) 894-2603
   Email: eryk.r.escobar@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:22-bk-10994-BB |
| **BETTER 4 YOU BREAKFAST, INC.,** | Chapter 11 |
| Debtor. | **UNITED STATES TRUSTEE'S LIMITED OPPOSITION TO EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION PRIORITY PAYROLL CLAIMS, PAYROLL RELATED TAXES AND TO HONOR PRE-PETITION EMPLOYEE BENEFITS OBLIGATIONS** |
| | Hearing Date: March 8, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 1539[1]<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, AND OTHER INTERESTED PARTIES:**

---

[1] Hearings before Judge Bluebond are simultaneously (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, and (3) via ZoomGov telephone. You are free to choose any of these options, unless otherwise ordered by the Court. For instructions to appear via ZoomGov (either telephonically or by video), please see the tentative ruling for the first matter on calendar for the date of the hearing (*i.e.*, page 1 of the posted tentative rulings).

1

Peter C. Anderson, the United States Trustee for Region 16 (the "U.S. Trustee") hereby submits this limited opposition (the "Limited Opposition") to the *Emergency Motion for Order Authorizing Debtor to Pay Pre-Petition Priority Payroll Claims, Payroll Related Taxes and to Honor Pre-Petition Employee Benefits Obligations* [Dkt. No. 16] (the "Motion") filed by Better 4 You Breakfast, Inc. (the "Debtor").

The U.S. Trustee does not oppose authorization of payment of prepetition payroll, benefits, and employee expense charges, up to the statutory amount allowed under 11 U.S.C. § 507(a). However, to the extent that any insiders seek to be paid, the Debtor must file the applicable notice of insider compensation and wait for the applicable objection period to expire before any insider(s) is paid any pre- or post-petition compensation and expenses. *See* Local Bankruptcy Rule 2014-1(a).

**WHEREFORE**, the U.S. Trustee respectfully requests that any order granting the Motion expressly provide that any insiders will not be paid any pre- or post-petition compensation and expenses unless and until the applicable notice of insider compensation is filed and the applicable objection period has expired or any objection thereto is resolved, and for any other relief as this Court deems appropriate.

DATED: March 4, 2022

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/ Eryk R. Escobar
By: Eryk R. Escobar
Attorney for the United States Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled: **UNITED STATES TRUSTEE'S LIMITED OPPOSITION TO EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION PRIORITY PAYROLL CLAIMS, PAYROLL RELATED TAXES AND TO HONOR PRE-PETITION EMPLOYEE BENEFITS OBLIGATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 03/04/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov
- **Mark D Hurwitz**   mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/04/2022 | Eryk R. Escobar | /s/ Eryk R. Escobar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**