| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Tilem (SBN 103825)**<br>**206 North Jackson Street, Ste. 201**<br>**Glendale, CA 91206**<br>**818-507-6000 Fax: 818-507-6800**<br>DavidTilem@TilemLaw.com | |

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Better 4 You Breakfast, Inc.** | CASE NO.: 2:22-bk-10994-BB |
|---|---|
| | CHAPTER: **11** |
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☑ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☑ Other (*specify*)    **Official Form 204 - Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **March 9, 2022**

**Fernando Castillo**
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Better 4 You Breakfast, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **2:22-bk-10994-BB** |

■ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wild Fresh Produce** PO Box. 32658 Los Angeles, CA 90032 | ordersproduce@gmail.com | **food** | **Disputed** | | | $814,052.80 |
| **Rockview** PO Box 668 Downey, CA 90241 | belkyn@rockviewfarms.com (562) 927-5511 | **food** | **Disputed** | | | $663,162.57 |
| **Bestway Sandwiches** 1530 1st St. San Fernando, CA 91340 | info@bestwaysandwiches.com (818) 361-1800 | **food** | **Disputed** | | | $636,949.53 |
| **Enterprise** 333City Blvd. W 1008 Orange, CA 92868 | 32BBARADMIN@ehi.com (323) 221-7005 | **truck rental** | **Disputed** | | | $467,706.20 |
| **US Foods, Inc.** File 6993 Los Angeles, CA 90074-6993 | Art Saballa art.saballa@usfoods.com (714) 670-3500 | **food** | **Disputed** | | | $434,175.60 |
| **Compwest Insurance Company** PO Box 101563 Pasadena, CA 91189-1563 | Analisa Angeles Analisa.Angeles@usi.com (619) 450-1684 | **insurance** | **Disputed** | | | $363,568.60 |
| **P & R Paper Supply Company, Inc.** P.O. Box 590 Redlands, CA 92373 | joe.anderson@impeialade.com (909) 794-1108 | **packaging** | **Disputed** | | | $228,615.52 |
| **Sysco Los Angeles, Inc.** 20701 East Currier Road Walnut, CA 91789 | Ignacio Martinez Martinez.Ignacio@la.sysco.com (800) 797-2627 | **food** | **Disputed** | | | $210,373.99 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Philadelphia Indemnity Insurance Co.** PO Box 70251 Philadelphia, PA 19176 | **Analisa Angeles** Analisa.Angeles@usi.com 610-537-2526 | **Insurance** | **Disputed** | | | **$209,158.50** |
| **Me Gusta Gourmet Foods** 13752 Van Nuys Blvd. Pacoima, CA 91331 | thetamalecafe@yahoo.com (818) 896-8789 | **food** | **Disputed** | | | **$194,676.63** |
| **ZSF - Banner Fruit Co.** PO Box 2971 South San Francisco, CA 94083 | (650) 583-4314 | **Business Debt** | | | | **$171,294.00** |
| **J & J Snack Foods Corp.** PO Box 845054 Los Angeles, CA 90084-5054 | arjjca@jjsnack.com (541) 566-3511 | **food** | **Disputed** | | | **$141,037.50** |
| **Global Food Solutions** PO Box 11115 Hauppauge, NY 11788 | jmuldowney@afmnet.com (631) 348-8989 | **food** | **Disputed** | | | **$137,101.48** |
| **Ernest Packaging Solutions** 5777 Smithway St Commerce, CA 90040 | derek@errnestpkg.com (323) 583-6561 | **packaging for food** | **Disputed** | | | **$127,667.00** |
| **Meza Construction** 2550 E. 55th St. Huntington Park, CA 90255 | c.chavez15@yahoo.com (323) 353-2684 | **construction service** | **Disputed** | | | **$116,487.24** |
| **Good Taste Bakery** 8702 Woodley Ave. North Hills, CA 91343 | goodtastebakery1@gmail.com (818) 830-7600 | **food** | **Disputed** | | | **$110,745.18** |
| **Caldwell Fresh Foods** 4035 E 52nd St. Maywood, CA 90270 | caldwell_cust_serv@pearsonfoods.com (323) 589-4008 | **food** | **Disputed** | | | **$104,015.05** |
| **ZNV-Meadow Gold-Las Vegas (MG)** 6350 E. Centennial Pkwy. Las Vegas, NV 89115 | lisa.riebe@meadowgolddairy.com (800) 683-0765 | **Business Debt** | | | | **$98,698.48** |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tuscany Cheese LLC 6850 Artesia Blvd. Buena Park, CA 90620** | **nick@tuscanycheese.com (949) 748-6400** | **food** | **Disputed** | | | **$94,463.48** |
| **Pueblo Trading Company, Inc PO Box 11508 Newport Beach, CA 92658** | **chase@pueblotrading co.com (949) 6406499** | **food** | **Disputed** | | | **$90,490.19** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Better 4 You Breakfast, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:22-bk-10994-BB**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,451.19** | **$0.00** |
| | **AARON CANO MORALES**<br>**523 SOUTH HARRIS AVENUE**<br>**COMPTON, CA 90221** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **ABIGAIL MATA**<br>**1406 E 111TH PL APT 555**<br>**Los Angeles, CA 90059** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

3/09/22 11:09AM

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,642.13** | $0.00 |
|---|---|---|---|---|

**ABRAHAM TORRES RUIZ**
**4325 EAST 1ST STREET**
**EAST LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,627.50** | $0.00 |
|---|---|---|---|---|

**ADA ALVARADO**
**1428 E 126TH ST**
**COMPTON, CA 90222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,587.75** | $0.00 |
|---|---|---|---|---|

**ADELFO CHAVEZ**
**119 WILLOW ST APT. # 2**
**REDWOOD, CA 94063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,455.30** | $0.00 |
|---|---|---|---|---|

**ADRIAN VAZQUEZ**
**2101 SANDY LANE APT M#8**
**LAS VEGAS, NV 89115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,428.28 | $0.00 |
|---|---|---|---|---|

| | **ADRIAN VENTURA**<br>**14053 SAYRE ST**<br>**SYLMAR, CA 91342** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,935.72 | $0.00 |
|---|---|---|---|---|
| | **AIDA CACHO**<br>**7410 WOODMAN AVE 208**<br>**VAN NUYS, CA 91405** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,554.29 | $0.00 |
|---|---|---|---|---|
| | **AILEEN GILES**<br>**2319 RANSOM ST**<br>**COMMERCE, CA 90040** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,753.87 | $0.00 |
|---|---|---|---|---|
| | **ALBERTO GALLARDO**<br>**3587 MAGNOLIA AVE**<br>**LYWOOD, CA 90262** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,928.28** | **$0.00** |
|---|---|---|---|---|

**ALBERTO HERNANDEZ**
**718 JUDSON  ST**
**LOS ANGELES, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,363.79** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRA CORREA CHAVEZ**
**405 ROGELL CT APT 3**
**SAN MATEO, CA 94401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$635.55** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRA ESPINOZA**
**1020 ORANGE AVE. APT. #4**
**LONG BEACH, CA 90813**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,172.25** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRA MORALES DE JESUS**
**124 S HICKS AVE**
**LOS ANGELES, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (*if known*) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRA PEREZ**
**813 W 40TH PLACE**
**Los Angeles, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,004.15** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRA RIVERA DE**
**BERNACHE**
**6060 BUELL STREET**
**BELL GARDENS, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,728.41** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRA ROBLES**
**1022 KERN AVE.**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,052.50** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRO CRUZ**
**5915 KING AVE**
**MAYWOOD, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,599.28** | **$0.00** |
|---|---|---|---|---|

**ALEJANDRO TERRONES**
**521 WHITEFORD**
**LA PUENTE, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,513.22** | **$0.00** |
|---|---|---|---|---|

**ALEXIS MENDOZA**
**507 S GERHART AVE**
**EAST LOS ANGELES, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,433.60** | **$0.00** |
|---|---|---|---|---|

**ALFONSO OLIVEROS**
**308 2ND LANE APT. B**
**SOUTH SAN FRANCISCO, CA**
**94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,541.28** | **$0.00** |
|---|---|---|---|---|

**ALFREDO ROBLEDO**
**11506 GARFIELD AVE**
**SOUTH GATE, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**2.23**  Priority creditor's name and mailing address

**ALICIA HERNANDEZ**
**2806 WEST LANTANA STREET**
**COMPTON, CA 90220**

As of the petition filing date, the claim is:    **$913.65**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24**  Priority creditor's name and mailing address

**ALICIA RAMOS**
**1520 E 87TH ST**
**LOS ANGELES, CA 90002**

As of the petition filing date, the claim is:    **$852.90**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25**  Priority creditor's name and mailing address

**ALICIA REYES**
**2021 ISABEL ST**
**LOS ANGELES, CA 90065**

As of the petition filing date, the claim is:    **$2,754.23**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26**  Priority creditor's name and mailing address

**ALMA GONZALEZ**
**4466 CASA GRANDE CIRCLE APT
33**
**CYPRESS, CA 90630**

As of the petition filing date, the claim is:    **$1,584.88**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,361.10** | **$0.00** |
|---|---|---|---|---|
| | **ALMA HERNANDEZ**<br>**7449 JAMIESON AVE**<br>**RESEDA, CA 91335** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$861.30** | **$0.00** |
|---|---|---|---|---|
| | **ALMA RAMIREZ**<br>**1366 E 58 ST**<br>**LOS ANGELES, CA 90011** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,735.58** | **$0.00** |
|---|---|---|---|---|
| | **ALMA VELAZQUEZ**<br>**656 S DUNCAN AVE**<br>**LOS ANGELES, CA 90022** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,243.00** | **$0.00** |
|---|---|---|---|---|
| | **ALONDRA VILLASENOR**<br>**1525 WILLOW AVE**<br>**SAN LEANDRO, CA 94579** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$875.55** | **$0.00** |
|---|---|---|---|---|

**AMEYDA ROQUE**
**736 EAST 23RD STREET**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,295.01** | **$0.00** |
|---|---|---|---|---|

**AMIT PAREKH**
**8218 SANTA INEZ PLACE, BLDG**
**34**
**BUENA PARK, CA 90620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,818.25** | **$0.00** |
|---|---|---|---|---|

**ANA CASILLAS**
**3366 BROADWAY ST**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,551.80** | **$0.00** |
|---|---|---|---|---|

**ANA CORPENO**
**21217 GAULT ST APT 37**
**CANOGA PARK, CA 91303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.45 | $0.00 |
|---|---|---|---|---|

**ANA DUARTE**
**423 E 52ND ST**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,624.65 | $0.00 |
|---|---|---|---|---|

**ANA HERNANDEZ**
**1723 E. GAGE AVE**
**LOS ANGELES, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,816.95 | $0.00 |
|---|---|---|---|---|

**ANA HERRERA**
**4112 N FIGUEROA ST APT 1**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,425.82 | $0.00 |
|---|---|---|---|---|

**ANA HERRERA**
**12919 GOLLER AVE**
**NORWALK, CA 90650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,851.00** | $0.00 |
|---|---|---|---|---|

**ANA MAGANA**
**7014 S HOOVER ST APT 29**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,034.55** | $0.00 |
|---|---|---|---|---|

**ANA MARIA DEL CARPIO**
**5421 KESTER AVE APT #102**
**SHERMAN OAKS, CA 91411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,413.15** | $0.00 |
|---|---|---|---|---|

**ANA PARENTE**
**8946 CYPRESS AVENUE**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$821.55** | $0.00 |
|---|---|---|---|---|

**ANA RIVERA**
**9554 MAIE AVE**
**LOS ANGELES, CA 90002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,125.45 | $0.00 |
|---|---|---|---|---|

**ANA RODRIGUEZ**
**9433 COMPTON AVE**
**LOS ANGELES, CA 90002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,816.35 | $0.00 |
|---|---|---|---|---|

**ANA VELASQUEZ**
**5307 COMPTON AVE**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,430.21 | $0.00 |
|---|---|---|---|---|

**ANAYELI CERVANTES**
**6049 ALLSTON ST #2**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,810.70 | $0.00 |
|---|---|---|---|---|

**ANDER VANEGAS**
**435 E 65TH ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,828.88** | $0.00 |
|---|---|---|---|---|
| | **ANDREA OSORIO** | *Check all that apply.* | | |
| | **10050 MOUNTAIR AVE #10** | ☐ Contingent | | |
| | **TUJUNGA, CA 91042** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,164.54** | $0.00 |
|---|---|---|---|---|
| | **ANDRES GONZALES MARTINEZ** | *Check all that apply.* | | |
| | **4933 ECHO STREET APT 16** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90042** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$684.45** | $0.00 |
|---|---|---|---|---|
| | **ANGELA LOPEZ** | *Check all that apply.* | | |
| | **2056 S HARVARD BLV APT 1** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90018** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$921.60** | $0.00 |
|---|---|---|---|---|
| | **ANGELICA ROSAS DE APARICIO** | *Check all that apply.* | | |
| | **2614 WEST 7TH STREET, #501** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90057** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No

☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|--------|------|--|----------|----------------|
|        | Name | | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,256.40** | **$0.00** |
|------|---------------------------------|-------------------------|-----------|-------|

**ANIBAL GALEANA**
**4411 E 57 TH ST APT  C**
**MAYWOOD, CA 90270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$672.60** | **$0.00** |
|------|---------------------------------|-------------------------|-----------|-------|

**ANITA SAPP**
**4527 CALICO AVE**
**PICO RIVERA, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,197.58** | **$0.00** |
|------|---------------------------------|-------------------------|-----------|-------|

**ANITA TRAN-TONG**
**3545 MONTEREY RD**
**LOS ANGELES, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,392.20** | **$0.00** |
|------|---------------------------------|-------------------------|-----------|-------|

**ANNETTE MIRE**
**2724 FRECKLES RD**
**LAKEWOOD, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$865.95** | **$0.00** |
|---|---|---|---|---|

**ANTONIA MENDEZ ARENAS**
**625 NORTH HILL ST APT 411**
**LOS ANGELES, CA 90012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,369.80** | **$0.00** |
|---|---|---|---|---|

**ANTONIA MONTOYA**
**1508 EAST 62ND STREET APT 3**
**LOS ANGELES, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,029.60** | **$0.00** |
|---|---|---|---|---|

**ANTONIO GARCIA GUMERSINDO**
**1890 S COCHRAN AVE # 17**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,529.70** | **$0.00** |
|---|---|---|---|---|

**ARACELI AGUILAR**
**4037 LENNOX BOULEVARD**
**INGLEWOOD, CA 90304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,384.10** | $0.00 |
|---|---|---|---|---|

**ARACELI GUERRERO DE MATA**
**2887 W AVE 35 2**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,164.30** | $0.00 |
|---|---|---|---|---|

**ARACELI NAVARRETE**
**3163 OHIO AVE #B**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$994.35** | $0.00 |
|---|---|---|---|---|

**ARACELI PEREZ**
**7735 ATLANTIC AVE #97**
**CUDAHY, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,149.13** | $0.00 |
|---|---|---|---|---|

**ARACELI POSADA DE MEJIA**
**667 FRASER AVE**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,108.95 | $0.00 |
|---|---|---|---|---|

**ARACELI RAMIREZ**
**12544 OXNARD ST. APT. B**
**NORTH HOLLYWOOD, CA 91606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,513.05 | $0.00 |
|---|---|---|---|---|

**ARACELY JOVEL**
**500 WEST GLEASON STREET**
**MONTEREY PARK, CA 91754**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,594.35 | $0.00 |
|---|---|---|---|---|

**ARASELI ESPARZA RODRIGUEZ**
**10138 MCCLEMONT AVENUE**
**TUJUNGA, CA 91042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $898.20 | $0.00 |
|---|---|---|---|---|

**ARCELIA FLORES**
**316 W HARDY ST**
**INGLEWOOD, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (*if known*) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,113.73 | $0.00 |
|---|---|---|---|---|

**ARELY MOLINA**
**11266 ADELPHIA AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,432.64 | $0.00 |
|---|---|---|---|---|

**ARIEL DIAZ**
**35 NEPTUNE ST**
**SAN FRANCISCO, CA 94124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,300.28 | $0.00 |
|---|---|---|---|---|

**ARIELLA CASTILLO DUVIVIER**
**3 INDIGO DRIVE APT 101**
**PETALUMA, CA 94954**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,534.33 | $0.00 |
|---|---|---|---|---|

**ARMANDO CHACON**
**350 EAST 106TH STREET**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,151.85 | $0.00 |
|---|---|---|---|---|

**ARMANDO GUERRERO**
**6623 WOODLEY AVE # 13**
**VAN NUYS, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,398.45 | $0.00 |
|---|---|---|---|---|

**ARTURO GANCEDO**
**2320 CONNOR AVE**
**COMMERCE, CA 90040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,974.50 | $0.00 |
|---|---|---|---|---|

**ASHLEY BECHET**
**8124 STEWART AND GRAY ROAD,**
**APT 101**
**DOWNEY, CA 90241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,834.20 | $0.00 |
|---|---|---|---|---|

**ASUCENA LEDEZMA**
**20554 HARTLAND ST APT 4**
**CANOGA PARK, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,070.70 | $0.00 |
|---|---|---|---|---|

**AUDREY ARNOLD**
**132 HARPS ST APT A**
**SAN FERNANDO, CA 91340**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,830.00 | $0.00 |
|---|---|---|---|---|

**AZUCENA LOPEZ**
**1555 E IMPERIAL HWY APT 26**
**LOS ANGELES, CA 90059**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,234.96 | $0.00 |
|---|---|---|---|---|

**BALTAZAR TRUJILLO**
**14400 VOSE ST. APT#224**
**VAN NUYS, CA 91405**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,359.39 | $0.00 |
|---|---|---|---|---|

**BERNARDINO PEREZ**
**305 SAN ANSELMO AVE S**
**SAN BRUNO, CA 94066**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$348.00** | **$0.00** |
|---|---|---|---|---|

**BETY SANTAMARIA**
**618 1/2 CLELA AVE**
**LOS ANGELES, CA 90022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$732.30** | **$0.00** |
|---|---|---|---|---|

**BLANCA CHAVEZ**
**1480 E 115TH ST APT#75**
**LOS ANGELES, CA 90059**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,457.34** | **$0.00** |
|---|---|---|---|---|

**BLANCA GUERRA VARGAS**
**2721 WINDY BREEZE CT**
**LAS VEGAS, NV 89142**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,081.95** | **$0.00** |
|---|---|---|---|---|

**BLANCA MEJIA**
**333 1/2 BRANCH ST.**
**LOS ANGELES, CA 90042**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,989.90** | $0.00 |
|---|---|---|---|---|

**BONIFACIO JIMENEZ**
**3712 EMMONS AVE**
**NORTH LAS VEGAS, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**BRALLAM CARRILLO**
**4580W 173RD ST APT 102**
**Lawndale, CA 90260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$932.40** | $0.00 |
|---|---|---|---|---|

**BRENDA REYNA**
**2920 WEST 7TH STREET APT 13**
**LOS ANGELES, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,926.40** | $0.00 |
|---|---|---|---|---|

**BRET GREENBERG**
**541 E RAINIER AVENUE**
**ORANGE, CA 92865**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | **$0.00** |
|---|---|---|---|---|

**BRET VIEGELMANN**
**24619 VALLEY ST APT 19**
**NEWHALL, CA 91321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,019.01** | **$0.00** |
|---|---|---|---|---|

**CAMILA MONTES**
**1085 ROLLINS ROAD**
**APARTAMENTO 203**
**MILBRAE, CA 94010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,461.90** | **$0.00** |
|---|---|---|---|---|

**CANDIDA DE LA CRUZ**
**7318 WILBUR AV.**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,251.86** | **$0.00** |
|---|---|---|---|---|

**CARINA SOLIS**
**3641 CHESAPEAKE APT 2**
**LOS ANGELES, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CARLOS VELEZ**
**2461 1/2 PALM PL**
**Huntington Park, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,766.18** | **$0.00** |
|---|---|---|---|---|

**CARLOS MARTINS**
**4405 ROSEMEAD BLVD APT 208**
**ROSEMEAD, CA 91770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,069.89** | **$0.00** |
|---|---|---|---|---|

**CARLOS NOLASCO**
**317 NORTH 3RD ST APT C**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,252.92** | **$0.00** |
|---|---|---|---|---|

**CARLOS PAZ**
**5556 ELMER AVE APT 1**
**NORTH HOLLYWOOD, CA 91601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
| | Name | | | |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,677.64 | $0.00 |
| | **CARLOS VELEZ** | Check all that apply. | | |
| | **2461 1/2 PALM PL** | ☐ Contingent | | |
| | **HUNTINGTON PARK, CA 99255** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,276.24 | $0.00 |
| | **CARLOS VILLEGAS** | Check all that apply. | | |
| | **1262 S ROWAN AVE  APT 4** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90023** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $813.60 | $0.00 |
| | **CARMEN MOYANO** | Check all that apply. | | |
| | **6625 DE SOTO AVE APT 17** | ☐ Contingent | | |
| | **CANOGA PARK, CA 91303** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **CAROLINA HERNANDEZ** | Check all that apply. | | |
| | **9341 ELM VISTA DR** | ☐ Contingent | | |
| | **Downey, CA 90242** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.00 | $0.00 |
|---|---|---|---|---|

**CAROLINA SANTAMARIA**
**618 1/2 CLELA AVE**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,262.10 | $0.00 |
|---|---|---|---|---|

**CECILIA RAMOS**
**11115 SHERMAN WAY APT 110**
**SUN VALLEY, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,879.01 | $0.00 |
|---|---|---|---|---|

**CELENE REYES DE JESUS**
**367 S FORD BLVD**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,490.10 | $0.00 |
|---|---|---|---|---|

**CELIA PLEITEZ**
**3609 CEDAR AVENUE**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,795.92** | **$0.00** |
|---|---|---|---|---|

**CESAR DE DIOS PEREZ**
**13707 S BUDLONG AVE APT 116**
**GARDENA, CA 90247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,799.59** | **$0.00** |
|---|---|---|---|---|

**CESAR MORENO**
**657 SOUTH BONNIE BEACH**
**PLACE**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,252.00** | **$0.00** |
|---|---|---|---|---|

**CHRISTINE HERNANDEZ**
**21304 BLUE CURL WAY**
**CANYON COUNTRY, CA 91351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,527.85** | **$0.00** |
|---|---|---|---|---|

**CHRISTOPHER DAPELLO**
**2725 E MINE CREEK RD #1094**
**PHOENIX, AZ 85024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,783.03** | $0.00 |
|---|---|---|---|---|

**CINTHIA GUNERA VELASQUEZ**
**8637 STATE STREET APT A**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,414.19** | $0.00 |
|---|---|---|---|---|

**CIRERI OLIVARES**
**2704 WINDY BREEZE CT.**
**LAS VEGAS, NV 89142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,320.13** | $0.00 |
|---|---|---|---|---|

**CIRILA MORALES DE LOS**
**SANTOS**
**6049 ALLSTON SUITE 2**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,943.03** | $0.00 |
|---|---|---|---|---|

**CLAUDIA CHAVEZ**
**615 S RAMPART BLVD APT 101**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,723.05** | $0.00 |
|---|---|---|---|---|

**CLAUDIA GUEVARA**
**2533 OCEAN VIEW AVE APT 506**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$771.45** | $0.00 |
|---|---|---|---|---|

**CLAUDIA MORALES**
**10965 GLENOAKS BLVD SP 517**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$984.60** | $0.00 |
|---|---|---|---|---|

**CLAUDIA ORTIZ**
**5281 1/2 HUNTINGTON DR NORTH**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,635.01** | $0.00 |
|---|---|---|---|---|

**CREON DOTSON**
**4018 HILLCREST DRIVE APT B**
**LOS ANGELES, CA 90008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,792.18 | $0.00 |
|---|---|---|---|---|
| | **CRESENCIO REYES**<br>**2021 ISABEL ST**<br>**LOS ANGELES, CA 90065** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,770.45 | $0.00 |
|---|---|---|---|---|
| | **CRISTHIAN VALERIO**<br>**8235 OWENSOMOUTH AVE APT**<br>**24**<br>**CANOGA PARK, CA 91304** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $655.05 | $0.00 |
|---|---|---|---|---|
| | **CYNTHIA URUGUTIA-RIVERO**<br>**10107 PESCADERO AVENUE**<br>**SOUTH GATE, CA 90280** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.85 | $0.00 |
|---|---|---|---|---|
| | **DAMARIS VICTORIA**<br>**2003 OAK STREET  APT 110**<br>**LOS ANGELES, CA 90007** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,596.61** | $0.00 |
|---|---|---|---|---|
| | **DAMIAN RODRIGUEZ**<br>**6246 PICKERING AVE APT B**<br>**WHITTIER, CA 90601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,720.20** | $0.00 |
|---|---|---|---|---|
| | **DANIEL CASTILLO**<br>**12237 SHERIDAN ST**<br>**NORWALK, CA 90650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$13,650.00** | $0.00 |
|---|---|---|---|---|
| | **DANIELLA CASTILLO DUVIVIER**<br>**1100 WILSHIRE BLVD APT 2705**<br>**LOS ANGELES, CA 90017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$13,650.00** | $0.00 |
|---|---|---|---|---|
| | **DAPHNE ROBERTS**<br>**5048 ARCTIC PL**<br>**RANCHO CUCAMONGA, CA 91739** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,730.14** | **$0.00** |
|---|---|---|---|---|

**DAVID KRETOVICS**
**626 WEST WHITCOMB AVENUE**
**GLENDORA, CA 91741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,116.75** | **$0.00** |
|---|---|---|---|---|

**DEBORAH CORTES**
**5508 N CONWELL AVE**
**AZUSA, CA 91702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,503.35** | **$0.00** |
|---|---|---|---|---|

**DEBORAH SWINSON**
**504 SOUTH CLYMAR AVENUE**
**COMPTON, CA 90220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,344.00** | **$0.00** |
|---|---|---|---|---|

**DELMY VASQUEZ**
**440 E 111TH PL**
**LOS ANGELES, CA 90061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,758.39** | **$0.00** |
|---|---|---|---|---|

**DENNIS ALVARADO**
**2533 OCEAN VIEW AVE APT# 506**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$885.30** | **$0.00** |
|---|---|---|---|---|

**DIANE RUEDA**
**14642 KITTRIDGE ST**
**VAN NUYS, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,854.77** | **$0.00** |
|---|---|---|---|---|

**DIANNA CUEVAS**
**3306 BURTON AVE APT D**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,717.20** | **$0.00** |
|---|---|---|---|---|

**DOLORES GUADIANA**
**4156 W. 119TH ST.**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DOLORES PADILLA**
**8457 EVERGREEN AVE APT E**
**South Gate, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DORA CRUZ**
**6049 ALLSTON ST APT2**
**Los Angeles, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,026.28 | $0.00 |
|---|---|---|---|---|

**DORALIZ TRUJILLO**
**8505 COLUMBUS AVE UNIT 101**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,653.53 | $0.00 |
|---|---|---|---|---|

**DULCE ROBLEDO**
**8520 STEWART AND GRAY ROAD**
**DOWNEY, CA 90241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,437.32 | $0.00 |
|---|---|---|---|---|

**DYLAN PETERS**
**10565 MIDNIGHT GLEAM AVE**
**LAS VEGAS, NV 89129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,506.85 | $0.00 |
|---|---|---|---|---|

**EARL ROSAS**
**28151 HIGHRIDGE RD APT 107**
**RANCHO PALOS VERDES, CA**
**90275**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $922.33 | $0.00 |
|---|---|---|---|---|

**EDUVIGES SANCHEZ DE**
**VILLEGAS**
**439 WEST 64TH STREET**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,715.60 | $0.00 |
|---|---|---|---|---|

**EDWIN ARAGON**
**11266 ADELPHIA AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,372.21** | **$0.00** |
|---|---|---|---|---|

**EDWIN MAIRENA**
**7554 FRENCH SPRINGS ST**
**LAS VEGAS, NV 89139**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**EGIDIO HERNANDEZ**
**3567 E 58 ST**
**Maywood, CA 90270**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$918.00** | **$0.00** |
|---|---|---|---|---|

**ELADIO CORADO**
**442 S MARIPOSA AVE APT 102**
**LOS ANGELES, CA 90020**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,030.95** | **$0.00** |
|---|---|---|---|---|

**ELDA ROMAN**
**3632 E 5TH ST APT 8**
**LOS ANGELES, CA 90063**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
| | Name | | | |

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$949.20** | **$0.00** |
|---|---|---|---|---|
| | **ELISA REYES** | *Check all that apply.* | | |
| | **6008 STAFFORD AVENUE APT C** | ☐ Contingent | | |
| | **HUNTINGTON PARK, CA 90255** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,709.40** | **$0.00** |
|---|---|---|---|---|
| | **ELIZABETH CARVAJAL** | *Check all that apply.* | | |
| | **13413 TRAUB AVE.** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90059** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,719.60** | **$0.00** |
|---|---|---|---|---|
| | **ELIZABETH QUINONEZ** | *Check all that apply.* | | |
| | **3641 CHESAPEAKE AVENUE APT 2** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90016** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,512.90** | **$0.00** |
|---|---|---|---|---|
| | **ELIZABETH VIDAL** | *Check all that apply.* | | |
| | **12401 FILMORE STREET SPACE 112** | ☐ Contingent | | |
| | **SYLMAR, CA 91342** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,226.25 | $0.00 |
|---|---|---|---|---|

**ELOISA MICHEL**
**1565 W 19TH ST**
**LONG BEACH, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.65 | $0.00 |
|---|---|---|---|---|

**ELOISA SANCHEZ ZERMENO**
**345 S NEW HAMPSHIRE AVE APT**
**307**
**LOS ANGELES, CA 90020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,725.00 | $0.00 |
|---|---|---|---|---|

**ELSA SALAZAR**
**263 E. 30TH ST.**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,360.50 | $0.00 |
|---|---|---|---|---|

**ELSIE ARIAS**
**17256 SAN FERNANDO MISSION**
**BLVD**
**GRANADA HILLS, CA 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|--------|-----------------------------------|--|---------------------------|-----------------------|
| | Name | | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-------|-----------------------------------------------|-----------------------------------------------|------------|------------|

**ELVIA LOPEZ**
**3327 E SABINA ST APT 2405**
**Los Angeles, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-------|-----------------------------------------------|-----------------------------------------------|------------|------------|

**ELVIRA AYALA**
**611 N SANTA FE AVE**
**Compton, CA 90221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$952.95** | **$0.00** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|------------|

**ELVIRA JUAREZ**
**737 W. 41ST PLACE APT. 14**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-------|-----------------------------------------------|-----------------------------------------------|------------|------------|

**EMILIA GAMBOA**
**3018 E 4TH ST  APT 5**
**Los Angeles, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$348.00** | $0.00 |
|---|---|---|---|---|

**EMILIA GAMBOA**
**3018 E 4TH ST  APT 5**
**LOSANGELES, CA 90063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,082.12** | $0.00 |
|---|---|---|---|---|

**EMILIANO CHAVEZ**
**14674 RAYEN ST #8**
**PANORAMA CITY, CA 91402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,179.15** | $0.00 |
|---|---|---|---|---|

**EMILY HILLMAN**
**1710 S PURDUE AVE APT 101**
**WEST LOS ANGELES, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,193.25** | $0.00 |
|---|---|---|---|---|

**EMMA QUIROZ GOMEZ**
**1450 WEST ETIWANDA AVENUE**
**RIALTO, CA 92376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$400,000.00** | **Unknown** |
|---|---|---|---|---|

**Employment Development Department**
**PO Box 989061**
**West Sacramento, CA 95798**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2019** | **Payroll Taxes** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ENRIQUE LOERA**
**444 S. KINGSELY DR APT 101**
**Los Angeles, CA 90020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$884.25** | **$0.00** |
|---|---|---|---|---|

**ERENDIRA CAMPOS GONZALEZ**
**6008 STAFFORD AVENUE APT C**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,651.99** | **$0.00** |
|---|---|---|---|---|

**ERIBERTO IBARRA-SALAZAR**
**4298 BORATKO ST**
**LAS VEGAS, NV 89115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,486.95** | **$0.00** |
|---|---|---|---|---|

**ERIKA CARMONA**
**324 1/2 N. AVE. 51**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,328.25** | **$0.00** |
|---|---|---|---|---|

**ERIKA RODRIGUEZ AMAYA**
**2411 E GAGE AVE APT 36**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,461.68** | **$0.00** |
|---|---|---|---|---|

**ERWIN ROSALES**
**11134 ARMINTA ST, 103**
**SUN VALLEY, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,083.05** | **$0.00** |
|---|---|---|---|---|

**ESTELA DORANTES**
**6049 ALLSTON SUITE 2**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,572.96 | $0.00 |
|---|---|---|---|---|

**ESTHELA LOPEZ**
**863 E 49TH PL APT 2**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ESTHER HERNANDEZ**
**9341 ELM VISTA DR APT 9**
**Downey, CA 90242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,704.45 | $0.00 |
|---|---|---|---|---|

**EUDOSIA HERNANDEZ**
**3923 EAST 6TH STREET**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,464.51 | $0.00 |
|---|---|---|---|---|

**EUGENIA RIVAS**
**12460 LAKEWOOD BLV. APT 14**
**DOWNEY, CA 90242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,175.55** | **$0.00** |
|---|---|---|---|---|

**EVA LOPEZ**
**128 1/2 SPRUCE AVE**
**INGLEWOOD, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$930.88** | **$0.00** |
|---|---|---|---|---|

**EVA MARIA MARTINEZ VALENCIA**
**1738 TAMPA WAY**
**SAN JOSE, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,785.00** | **$0.00** |
|---|---|---|---|---|

**EVANGELINA SERRANO**
**910 W. 76TH ST.**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,995.20** | **$0.00** |
|---|---|---|---|---|

**EVELYN ACOSTA**
**832 S TAYLOR AVE APT A**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,041.60** | $0.00 |
|---|---|---|---|---|

**EVELYN LOPEZ**
**13411 BEAVER ST**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,710.32** | $0.00 |
|---|---|---|---|---|

**EVELYN MALDONADO**
**832 S TAYLOR AVENUE**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,398.64** | $0.00 |
|---|---|---|---|---|

**FABIAN GARCIA SANCHEZ**
**1342 N FERNDALE ST**
**ANAHEIM, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,436.08** | $0.00 |
|---|---|---|---|---|

**FATIMA MEDINA**
**1208 WARWICK CT**
**LAS VEGAS, NV 89110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,804.11** | $0.00 |
|---|---|---|---|---|

**FELANDO MARSHALL**
**PO BOX 5645**
**LONG BEACH, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | $0.00 |
|---|---|---|---|---|

**Fernando Castillo**
**5743 Smithway St., Ste 103**
**Los Angeles, CA 90040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,994.93** | $0.00 |
|---|---|---|---|---|

**FERNANDO URBINA**
**258 N WESTLAKE AVE**
**LOS ANGELES, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,169.93** | $0.00 |
|---|---|---|---|---|

**FERNANDO ZUNIGA**
**2003 W 11TH ST APT 6**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|---|
| | Name | | | |

---

**2.183** | Priority creditor's name and mailing address

**FERONDA CARR**
**1437 REVERE AVE**
**SAN FRANCISCO, CA 94124**

As of the petition filing date, the claim is:        **$945.28**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.184** | Priority creditor's name and mailing address

**FIDEL MARCIAL**
**12803 BOMBARDIER AVE**
**NORWALK, CA 90650**

As of the petition filing date, the claim is:      **$1,172.32**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.185** | Priority creditor's name and mailing address

**FIDELINA ESCALANTE**
**3439 BESWICK**
**LOS ANGELES, CA 90023**

As of the petition filing date, the claim is:      **$1,018.50**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.186** | Priority creditor's name and mailing address

**FLORIDALMA ROBLERO**
**345 SOUTH COLUMBIA AVE APT**
**428**
**LOS ANGELES, CA 90017**

As of the petition filing date, the claim is:      **$1,857.15**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| **Franchise Tax Board** | *Check all that apply.* |
|---|---|
| **PO Box 1673** | ☐ Contingent |
| **Sacramento, CA 95812-1673** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$947.25** | **$0.00** |
|---|---|---|---|---|

| **FRANCISCA HERNANDEZ** | *Check all that apply.* |
|---|---|
| **913 NORTH EASTMAN AVENUE** | ☐ Contingent |
| **LOS ANGELES, CA 90063** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,618.56** | **$0.00** |
|---|---|---|---|---|

| **FRANCISCO BELTRAN** | *Check all that apply.* |
|---|---|
| **2320 E AVE Q4 APT #37** | ☐ Contingent |
| **PALMDALE, CA 93550** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,229.93** | **$0.00** |
|---|---|---|---|---|

| **FRANCISCO NERI** | *Check all that apply.* |
|---|---|
| **5077 BORLAND ROAD** | ☐ Contingent |
| **LOS ANGELES, CA 90032** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,739.33** | **$0.00** |
|---|---|---|---|---|

**FRANKLIN TINEY**
**4039 E 58TH ST**
**MAYWOOD, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$924.04** | **$0.00** |
|---|---|---|---|---|

**GABRIELA LEMUS QUEVEDO**
**1613 BERMUDA WAY**
**SAN JOSE, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,007.40** | **$0.00** |
|---|---|---|---|---|

**GABRIELA OCON**
**3623 E 61ST PL**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,588.40** | **$0.00** |
|---|---|---|---|---|

**GEORGINA DEL VALLE**
**11321 MONA BLVD. #271**
**LOS ANGELES, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,021.61** | $0.00 |
|---|---|---|---|---|

**GERALD BONCALES**
**737 SHULLSBURG WAY**
**OAKLEY, CA 94561**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,967.92** | $0.00 |
|---|---|---|---|---|

**GERMAN MARTINEZ**
**1829 HAMLET ST #2**
**SAN MATEO, CA 94403**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$909.37** | $0.00 |
|---|---|---|---|---|

**GINA MURCIA**
**1105 LEIGHTON AVE**
**LOS ANGELES, CA 90037**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,672.50** | $0.00 |
|---|---|---|---|---|

**GIULIANA FRANCO**
**20267 HAYNES ST**
**WINNETKA, CA 91306**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,145.58** | **$0.00** |
|---|---|---|---|---|

**GLORIA PEREZ**
**813 W 40TH PLACE**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,857.00** | **$0.00** |
|---|---|---|---|---|

**GRACIELA MEDINA**
**639 S. COMMONWEALTH AVE.**
**#208**
**LOS ANGELES, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,589.12** | **$0.00** |
|---|---|---|---|---|

**GREGORY CHAVEZ**
**7809 MORRILL AVE**
**WHITTIER, CA 90606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**GREISY NOLASCO**
**4830 LIVE OAK ST**
**Bell Gardens, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|---|
| | Name | | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,635.00 | $0.00 |
|---|---|---|---|---|

**GRETNA ROJO**
**7411 NEWCASTLE AVE**
**LOS ANGELES, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,055.10 | $0.00 |
|---|---|---|---|---|

**GRISELDA CASTILLO**
**916 S CARONDELET ST APT 29**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,792.20 | $0.00 |
|---|---|---|---|---|

**GRISELDA LUEVANO**
**3332 IDELL ST**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $884.55 | $0.00 |
|---|---|---|---|---|

**GRISELDA RODRIGUEZ PELAYO**
**1262 WEST MARSHALL BLVD**
**SAN BERNARDINO, CA 92405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,877.55 | $0.00 |
|---|---|---|---|---|

**GUADALUPE ZAVALA**
**740 VALENCIA ST. #102**
**LOS ANGELES, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,560.00 | $0.00 |
|---|---|---|---|---|

**GUILLERMINA LANDA**
**9613 S. NORMANDIE AVE.**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,749.15 | $0.00 |
|---|---|---|---|---|

**GUILLERMINA RAMOS**
**1338 E 46ST.**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,017.51 | $0.00 |
|---|---|---|---|---|

**GUILLERMO AQUINO**
**8809 ETIWANDA AVE APT 18**
**NORTHRIDGE, CA 91325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **2.211** | Priority creditor's name and mailing address<br>**GUILLERMO BARAJAS**<br>**2368 WILMA AVE**<br>**COMMERCE, CA 90040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,812.99** $0.00 |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.212** | Priority creditor's name and mailing address<br>**GUILLERMO ORTIZ**<br>**PO BOX 180309**<br>**LOS ANGELES, CA 90018** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,125.64** $0.00 |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.213** | Priority creditor's name and mailing address<br>**GUILLERMO SERRANO**<br>**1225 BEACH ST APT B**<br>**MONTEBELLO, CA 90640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,712.15** $0.00 |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.214** | Priority creditor's name and mailing address<br>**GUSTAVO GALEANO**<br>**1559 N HILL AVE APT 17**<br>**PASADENA, CA 91104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,844.53** $0.00 |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,486.88 | $0.00 |
|---|---|---|---|---|

**GUSTAVO PESCADOR**
**6653 DARBY AVE. APT.17**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,857.90 | $0.00 |
|---|---|---|---|---|

**GUSTAVO RIVAS PAREDES**
**145 W MARKET ST APT 4**
**DALY CITY, CA 94014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,889.04 | $0.00 |
|---|---|---|---|---|

**HECTOR GONZALEZ**
**45561 6TH ST E**
**LANCASTER, CA 93535**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,348.52 | $0.00 |
|---|---|---|---|---|

**HECTOR RAMIREZ**
**1100 E 33RD ST APT 511**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,255.97 | $0.00 |
|---|---|---|---|---|

**HERNAN VAZQUEZ**
**2412 CRAWFORD ST**
**N LAS VEGAS, NV 89030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $790.80 | $0.00 |
|---|---|---|---|---|

**HILDA HERNANDEZ**
**7730 FAIR AVENUE**
**SUN VALLEY, CA 91352**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,381.35 | $0.00 |
|---|---|---|---|---|

**HILDA PALENCIA FRANCO**
**114 N WESTMORELAND AVE APT**
**12**
**LOS ANGELES, CA 90004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $799.68 | $0.00 |
|---|---|---|---|---|

**HOGLA ARCEO**
**15912 VIA ALAMITOS**
**SAN LORENZO, CA 94580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,903.13** | $0.00 |
|---|---|---|---|---|
| | **HOMAR BARRON** | *Check all that apply.* | | |
| | **125 W HILLSDALE BLV** | ☐ Contingent | | |
| | **SAN MATEO, CA 94403** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,724.74** | $0.00 |
|---|---|---|---|---|
| | **HORALIA ESTRADA** | *Check all that apply.* | | |
| | **3815 SUSAN DR** | ☐ Contingent | | |
| | **SAN BRUNO, CA 94066** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,658.42** | $0.00 |
|---|---|---|---|---|
| | **HUGO CORRAL** | *Check all that apply.* | | |
| | **3046 WALNUT** | ☐ Contingent | | |
| | **HUNTINGTON PK, CA 90255** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,719.24** | $0.00 |
|---|---|---|---|---|
| | **HUGO PALMA** | *Check all that apply.* | | |
| | **8505 COLUMBUS AVE APT 101** | ☐ Contingent | | |
| | **NORTH HILLS, CA 91343** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,618.80 | $0.00 |
|---|---|---|---|---|

**HUMBERTO REYES SANDOVAL**
**1442 YORK STREET**
**RICHMOND, CA 94801**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,134.80 | $0.00 |
|---|---|---|---|---|

**HUMBERTO RODRIGUEZ**
**2829 CAMULOS PL**
**LOS ANGELES, CA 90023**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.80 | $0.00 |
|---|---|---|---|---|

**IGNACIO RAMIREZ**
**3604 NORTON AVE #A**
**LYNWOOD, CA 90262**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,491.00 | $0.00 |
|---|---|---|---|---|

**IMELDA CRUZ**
**6715 7TH AVE**
**LOS ANGELES, CA 90043**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.85 | $0.00 |
|---|---|---|---|---|

**INGRID ZETINA**
**14328 BARRYDALE STREET**
**LA PUENTE, CA 91746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Services**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,357.95 | $0.00 |
|---|---|---|---|---|

**IRIS HERNANDEZ**
**133 1/2 W 47TH ST**
**LOS ANGELES, CA 90037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,603.95 | $0.00 |
|---|---|---|---|---|

**IRMA ISORDIA**
**334 E. 82ND ST.**
**LOS ANGELES, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,364.60** | $0.00 |
| | **ISAIAS MORALES MORALES** | *Check all that apply.* | | |
| | **1175 SPENCE STREET** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90023** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,281.60** | $0.00 |
| | **ISMAEL GARCIA** | *Check all that apply.* | | |
| | **2018 W 43 PL** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90062** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,958.38** | $0.00 |
| | **ISMAEL RODRIGUEZ** | *Check all that apply.* | | |
| | **933 ROSE AVE** | ☐ Contingent | | |
| | **REDWOOD CITY, CA 94063** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,902.88** | $0.00 |
| | **IVIS QUINONES RODRIGUEZ** | *Check all that apply.* | | |
| | **4688 HUNTINGTON DRIVE SOUTH** | ☐ Contingent | | |
| | **APT 211** | ☐ Unliquidated | | |
| | **LOS ANGELES, CA 90032** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,012.07** | **$0.00** |
|---|---|---|---|---|

**JACKELLINE IBARRA**
**4418 ELIZABETH ST APT 8**
**CUDAHY, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$946.80** | **$0.00** |
|---|---|---|---|---|

**JACQUELIN HERNANDEZ**
**4557 JADE ST**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | **$0.00** |
|---|---|---|---|---|

**Jacqueline Duvivier Castillo**
**5743 Smithway St., Ste 103**
**Los Angeles, CA 90040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,406.03** | **$0.00** |
|---|---|---|---|---|

**JAIME LOPEZ**
**4326 GRATIAN ST**
**EAST LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,566.59** | **$0.00** |
|---|---|---|---|---|

**JAIME MATEO**
**721 BONNIE BREA APT 17**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**JANET HERNANDEZ**
**6011 VINEVALE AVENUE**
**Maywood, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**JANETH LAZARO**
**1819 PINE AVE APT A**
**Long Beach, CA 90806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | **$0.00** |
|---|---|---|---|---|

**Jason Roberts**
**5743 Smithway St., Ste 103**
**Los Angeles, CA 90040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$815.52** | **$0.00** |
|---|---|---|---|---|

**JAZZMON HEARD**
**1339 STEINER STREET**
**SAN FRANCISCO, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,254.90** | **$0.00** |
|---|---|---|---|---|

**JEAN PAUL RENEAUX**
**10942 ORO VISTA AVE**
**SUNLAND, CA 91040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**JEANNETTE HERNANDEZ**
**9341 ELM VISTA DR**
**Downey, CA 90242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,863.85** | **$0.00** |
|---|---|---|---|---|

**JENNIFER AMADOR**
**7581 EL ESCORIAL WAY**
**BUENA PARK, CA 90620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,692.55** | $0.00 |
|---|---|---|---|---|

**JERONIMO CHIC TINEY**
**3571 EAST 58TH STREET**
**MAYWOOD, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,601.20** | $0.00 |
|---|---|---|---|---|

**JESUS PESCADOR**
**19248 BRYANT ST #10**
**NORTHRIDGE, CA 91324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,343.33** | $0.00 |
|---|---|---|---|---|

**JOEL FLORES**
**7808 2ND STREET APT 10**
**DOWNEY, CA 90241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,180.42** | $0.00 |
|---|---|---|---|---|

**JOEL RAMIREZ**
**143 FIR AVE**
**SOUTH SAN FRANCISCO, CA**
**94080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,162.97 | $0.00 |
|---|---|---|---|---|

**JOHN FLORES**
**342 E ESTHER ST**
**LONG BEACH, CA 90813**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.50 | $0.00 |
|---|---|---|---|---|

**JOHN SHAW**
**4215 LOS FELIZ BLVD APT 4**
**LOS ANGELES, CA 90027**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,958.43 | $0.00 |
|---|---|---|---|---|

**JOHNSON JARQUIN SILES**
**9035 PARK STREET**
**BELLFLOWER, CA 90706**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $0.00 |
|---|---|---|---|---|

**JONATHAN DIAZ**
**3013 ALDRICH STREET**
**ANTIOCH, CA 94509**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|--------|------------------------------|------------------------|------------------|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,544.70 | $0.00 |
|---|---|---|---|---|

**JONATHAN JAIMES**
**720 1/2 SOUTH FETTERLY**
**AVENUE**
**EAST LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,738.82 | $0.00 |
|---|---|---|---|---|

**JONATHAN SAUCEDO**
**11734 ELDRIDGE AVE**
**LAKE VIEW TERRACE, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,409.04 | $0.00 |
|---|---|---|---|---|

**JORGE ALTAMIRANO**
**1428 E 71ST ST**
**LOS ANGELES, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,698.68 | $0.00 |
|---|---|---|---|---|

**JORGE GOMEZ**
**420 S. UNION DR APT 204**
**LOS ANGELES, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.65 | $0.00 |

**JORGE GUERRA**
**1214 W 54TH ST**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,636.18 | $0.00 |

**JORGE LUIS VELAZQUEZ**
**ESCAMILLA**
**813 W 40TH PLACE**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,013.06 | $0.00 |

**JORGE RAMOS LOPEZ**
**8810 MEMORY PARK AVE APT 203**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,848.26 | $0.00 |

**JORGE RIZO**
**315 W AVENUE 38 APT # 116**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$841.73** | $0.00 |
|---|---|---|---|---|

**JOSE ANGEL GONZALEZ**
**725 PRINCESS AVE**
**NORTH LAS VEGAS, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,678.60** | $0.00 |
|---|---|---|---|---|

**JOSE APONTE ROMERO**
**325 CORONADO AVE APT 307**
**DALY CITY, CA 94015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,853.42** | $0.00 |
|---|---|---|---|---|

**JOSE CAMILO**
**6543 DE SOTO AVE. APT. 17**
**CANOGA PARK, CA 91303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**JOSE CASAS**
**1481 KURTZ AVE**
**Los Angeles, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,212.40** | $0.00 |
| --- | --- | --- | --- | --- |

**JOSE GONZALEZ**
**3649 RAMBOZ AVE**
**LOS ANGELES, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$857.00** | $0.00 |
| --- | --- | --- | --- | --- |

**JOSE IGNACIO SALGADO**
**6614 FAIRFIELD ST**
**LOS ANGELES, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,317.76** | $0.00 |
| --- | --- | --- | --- | --- |

**JOSE SALAZAR**
**299 OAKFORD DR**
**LOS ANGELES, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,937.66** | $0.00 |
| --- | --- | --- | --- | --- |

**JOSE TOVAR**
**656 S DUNCAN AVE**
**LOS ANGELES, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,649.94 | $0.00 |
|---|---|---|---|---|

**JOSE ZAVALA**
**9691 ROSEBAY STREET**
**ANAHEIM, CA 92804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $958.50 | $0.00 |
|---|---|---|---|---|

**JOSEFINA COLIN**
**1819 GRAMERCY PL. APT #307**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,822.50 | $0.00 |
|---|---|---|---|---|

**JOSEFINA ESCALANTE**
**1262 S ROWAN AVENUE APT 4**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,035.30 | $0.00 |
|---|---|---|---|---|

**JOSEFINA FERNANDEZ**
**HUARACHA**
**6722 MIDDLETON STREET APT B**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$471.20** | $0.00 |
|---|---|---|---|---|

**JOSEFINA ROSALES**
**3327 GRANADA ST**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,911.21** | $0.00 |
|---|---|---|---|---|

**JOSELYN ESTEFANY OSEGUEDA**
**FERNANDEZ**
**948 SOUTH BONNIE BEACH**
**PLACE**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,331.09** | $0.00 |
|---|---|---|---|---|

**JUAN ALVAREZ**
**9631 ARLETA**
**ARLETA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,199.92** | $0.00 |
|---|---|---|---|---|

**JUAN FLORES PEREZ**
**8118 TONE STREET**
**LAS VEGAS, NV 89123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,251.38** | **$0.00** |
|---|---|---|---|---|

**JUAN GARCIA**
**416 88TH STREET APT 7**
**DALY CITY, CA 94015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,916.71** | **$0.00** |
|---|---|---|---|---|

**JUAN GONZALEZ**
**9525 E AVE Q 2**
**PALMDALE, CA 93591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**JUAN LATIN**
**222 PARK SR REDWOOCITY**
**Redwood City, CA 94061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,754.79** | **$0.00** |
|---|---|---|---|---|

**JUAN MARIN**
**7177 KUHL DRIVE**
**COMMERCE, CA 90040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,470.30** | **$0.00** |
|---|---|---|---|---|

**JUAN MERCADO**
**4322 MORGAN AVENUE**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,427.43** | **$0.00** |
|---|---|---|---|---|

**JUAN RODRIGUEZ**
**7410 WOODWMAN AVE APT 208**
**VAN NUYS, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,852.20** | **$0.00** |
|---|---|---|---|---|

**JUAN RODRIGUEZ**
**917 BEECH ST**
**EAST PALO ALTO, CA 94303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,435.12** | **$0.00** |
|---|---|---|---|---|

**JUAN SALAS**
**8168 SEVILLE AVE**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,896.31** | $0.00 |
|---|---|---|---|---|

**JUAN SANCHEZ**
**682 1ST AVENUE**
**SAN BRUNO, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$862.35** | $0.00 |
|---|---|---|---|---|

**JUANA CHAMU**
**341 S AVE 19**
**LOS ANGELES, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**JUANA CUELLAR**
**2529 FOLSOM STREET**
**Los Angeles, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,252.35** | $0.00 |
|---|---|---|---|---|

**JUANA SANCHEZ**
**2927 JEFFRIES AVE**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,111.50 | $0.00 |
|---|---|---|---|---|

**JUDITH VEGA MARTINEZ**
**7912 RHODES AVE**
**NORTH HOLLYWOOD, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,205.00 | $0.00 |
|---|---|---|---|---|

**JUSTIN FIELDING**
**927 TERRACE #49**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,587.75 | $0.00 |
|---|---|---|---|---|

**JUSTINA PECH**
**1000 WALNUT ST**
**INGLEWOOD, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,531.44 | $0.00 |
|---|---|---|---|---|

**JUSTINO GONZALEZ**
**210 TURF DR**
**PLACENTIA, CA 92870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,081.20 | $0.00 |
|---|---|---|---|---|

**KAREN BURCIAGA**
**2762 HAUSER BLVD**
**CULVER CITY, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,180.98 | $0.00 |
|---|---|---|---|---|

**KAREN PARTIDA ALTAMIRANO**
**3447 NORTH FIGUEROA STREET**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.95 | $0.00 |
|---|---|---|---|---|

**KARLA AGUIRRE**
**237 E 88ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,831.22 | $0.00 |
|---|---|---|---|---|

**KARLA FLORES**
**11266 ADELPHIA AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KARLA RIVERA**
**7800 JABONERIA RD APT 9**
**Bell Gardens, CA 90201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $895.50 | $0.00 |
|---|---|---|---|---|

**KATHERINE OROZCO**
**505 W 46ST**
**LOS ANGELES, CA 90037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,863.30 | $0.00 |
|---|---|---|---|---|

**KATTIA KOTCHARIAN**
**6701 ETON AVENUE APT 201**
**CANOGA PARK, CA 91303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,909.12 | $0.00 |
|---|---|---|---|---|

**KEVIN GUERRA**
**4858 1/2 W ADAMS BLVD**
**LOS ANGELES, CA 90016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,510.68** | **$0.00** |
|---|---|---|---|---|

**LAURA GONZALEZ**
**8516 RIVES AVE**
**DOWNEY, CA 90240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$879.00** | **$0.00** |
|---|---|---|---|---|

**LESLIE HUMES**
**17030 YUKON AVE APT 23**
**TORRANCE, CA 90504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,293.15** | **$0.00** |
|---|---|---|---|---|

**LESNIN TOLEDO**
**13555 WENTWORTH ST**
**ARLETA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,888.36** | **$0.00** |
|---|---|---|---|---|

**LESTAT RAMIRREZZ**
**13100 1/2 DRONFIELD AVE**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $934.50 | $0.00 |
|---|---|---|---|---|

**LETICIA HARO SOTO**
**10334 1/2 VICTORIA AVENUE**
**WHITTIER, CA 90604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,066.90 | $0.00 |
|---|---|---|---|---|

**LEYDI DIAZ**
**6801 MISSION ST APT 205**
**DALY CITY, CA 94014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,122.20 | $0.00 |
|---|---|---|---|---|

**LIDIA CASTRO**
**8633 BALBOA BLVD UNIT 5**
**NORTHRIDGE, CA 91325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,703.76 | $0.00 |
|---|---|---|---|---|

**LILIAN BETANCUR**
**11330 RUNNYMEDE SUN VALLEY**
**LOS ANGELES, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,441.80** | $0.00 |
|---|---|---|---|---|
| | **LILIAN LUCERO**<br>**3926 GIBRALTAR AVENUE APT 6**<br>**LOS ANGELES, CA 90008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,065.00** | $0.00 |
|---|---|---|---|---|
| | **LINA HERNANDEZ**<br>**318 EAST 65TH STREET**<br>**LOS ANGELES, CA 90003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,221.60** | $0.00 |
|---|---|---|---|---|
| | **LORENA GARCIA**<br>**222 E 87TH ST**<br>**LOS ANGELES, CA 90003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$878.70** | $0.00 |
|---|---|---|---|---|
| | **LORENA IBARRA**<br>**11439 PEAR ST**<br>**LYNWOOD, CA 90262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $975.00 | $0.00 |
|---|---|---|---|---|

**LORENA VILLAFANA**
**1349 26TH STREET APT 403**
**SANTA MONICA, CA 90404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,016.37 | $0.00 |
|---|---|---|---|---|

**LOUIS MIX**
**10833 REAGAN STREET**
**LOS ALAMITOS, CA 90720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,301.13 | $0.00 |
|---|---|---|---|---|

**LOURDES HUERTA**
**9304 CEDAR ST.**
**BELLFLOWER, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $860.40 | $0.00 |
|---|---|---|---|---|

**LUCIA OCON**
**439 E 95TH ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,311.00 | $0.00 |
|---|---|---|---|---|

**LUCIA RODRIGUEZ**
**209 W 65TH ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $664.05 | $0.00 |
|---|---|---|---|---|

**LUCILA HERNANDEZ**
**5220 ROOSEVELT AVE A**
**SANTA ANA, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,021.80 | $0.00 |
|---|---|---|---|---|

**LUCRECIA MENDOZA**
**7713 YARMOUTH AVE**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,447.05 | $0.00 |
|---|---|---|---|---|

**LUCY RAMIREZ**
**2715 EAGLE STREET**
**LOS ANGELES, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**LUIS ARIAS**
**127 RIVERA ST , APT1**
**Los Angeles, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,698.39 | $0.00 |
|---|---|---|---|---|

**LUIS CASTILLO**
**722 SOUTH BIXEL STREET A743**
**LOS ANGELES, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,536.38 | $0.00 |
|---|---|---|---|---|

**LUIS ESCOBAR**
**245 3TH RENO**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,201.30 | $0.00 |
|---|---|---|---|---|

**LUIS GARCIA**
**6730 ALBYN COURT**
**NEWARK, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,723.48 | $0.00 |
|---|---|---|---|---|

**LUIS MARTINEZ**
**15222 RAYEN APT 18**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,098.20 | $0.00 |
|---|---|---|---|---|

**LUIS PARTIDA**
**3447 NORTH FIGUEROA STREET**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,064.20 | $0.00 |
|---|---|---|---|---|

**LUIS SALDANA QUINTO**
**325 WEST AVENUE 38 APT# 217**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,921.40 | $0.00 |
|---|---|---|---|---|

**LUIS VALDIVIA**
**1924 FOLSOM ST**
**SAN FRANCISCO, CA 94103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **LUISA LOPEZ**<br>**245 SR. RENO STREET**<br>**Los Angeles, CA 90057** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,679.10** | **$0.00** |
|---|---|---|---|---|
| | **LUZ LOPEZ**<br>**621 ROMULO STREET**<br>**LOS ANGELES, CA 90065** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,930.96** | **$0.00** |
|---|---|---|---|---|
| | **MA NUNEZ**<br>**6936 VESPER AVE. APT. 20**<br>**VAN NUYS, CA 91405** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,248.75** | **$0.00** |
|---|---|---|---|---|
| | **MAGDALENA SANTIBANEZ**<br>**144 E 88TH PL**<br>**LOS ANGELES, CA 90003** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,609.28** | $0.00 |
|---|---|---|---|---|

**MAILY NGUYEN**
**2010 18TH AVE**
**OAKLAND, CA 94606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,154.72** | $0.00 |
|---|---|---|---|---|

**MAN HONG WU YEE**
**2026 34TH AVE**
**SAN FRANCISCO, CA 94116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,463.40** | $0.00 |
|---|---|---|---|---|

**MANUEL GALDAMEZ**
**865 MEADE AVENUE**
**SAN FRANCISCO, CA 94124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,730.70** | $0.00 |
|---|---|---|---|---|

**MANUEL LOPEZ**
**11265 CALIFORNIA AVE**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,168.32** | **$0.00** |
|---|---|---|---|---|

**MANUEL PALMA**
**421 S BIXEL ST APT 102**
**LOS ANGELES, CA 90017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,700.40** | **$0.00** |
|---|---|---|---|---|

**MARCIAL REYES FUENTES**
**921 ROLLINS RD, APT 1**
**BURLINGAME, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | **$0.00** |
|---|---|---|---|---|

**MARGARITA LUNA**
**1817 BERGLUND DRIVE**
**WEST COVINA, CA 91792**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$879.60** | **$0.00** |
|---|---|---|---|---|

**MARGARITA ORTIZ**
**1102 S APRILIA AVE**
**COMPTON, CA 90220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|--------|------------------------------|------------------------|------------------|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,636.37 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**MARGARITA UMANZOR**
**4575 VERONA ST APT 3**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $681.30 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**MARIA  VALDIVIA**
**6185 SPRINGVALE DR**
**LOS ANGELES CA, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,364.80 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**MARIA AVALOS**
**1403 MOUNT LASSEN DRIVE**
**SAN JOSE, CA 95127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $888.15 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**MARIA BARRAZA**
**1461 W PHILLIPS BLVD.**
**POMONA, CA 91766**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**2.351** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$611.55** | **$0.00**

**MARIA C GONZALEZ**
**2218 SHERIDAN ST.**
**LOS ANGELES, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.352** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,524.70** | **$0.00**

**MARIA CARBAJAL**
**22106 ELAINE AVE**
**HAWAIIAN GARDENS, CA 90716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.353** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,665.00** | **$0.00**

**MARIA CELIS**
**16040 RINALDI ST**
**GRANADA HILLS, CA 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.354** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,156.65** | **$0.00**

**MARIA CONTRERAS**
**157 W 94 ST.**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$600.90** | $0.00 |
|---|---|---|---|---|

**MARIA CUEVAS**
**3854 LYNDORA ST**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,838.85** | $0.00 |
|---|---|---|---|---|

**MARIA CUJCUJ**
**114 E 65TH STREET**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,121.80** | $0.00 |
|---|---|---|---|---|

**MARIA DE LOS ANGELES LOPEZ**
**3735 RANDOLPH PL**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$624.00** | $0.00 |
|---|---|---|---|---|

**MARIA DE LOURDES NUNO**
**GARCIA**
**1777 1/4 E85TH ST**
**LOS ANGELES, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,430.58 | $0.00 |
|---|---|---|---|---|

**MARIA DEL CARMEN VAZQUEZ PATINO**
**3587MAGNOLIA AVE**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,829.70 | $0.00 |
|---|---|---|---|---|

**MARIA ESPINOZA**
**6008 MERIDIAN ST**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $643.05 | $0.00 |
|---|---|---|---|---|

**MARIA FLORES**
**2750 NEWELL ST**
**LOS ANGELES, CA 90039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,863.75 | $0.00 |
|---|---|---|---|---|

**MARIA FUENTES**
**422 N COLONIA DE LAS PALMAS**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,078.44** | $0.00 |
|---|---|---|---|---|

**MARIA G ACEVES**
**47116 WHITTIER BLVD**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,447.35** | $0.00 |
|---|---|---|---|---|

**MARIA GARCIA**
**3056 LEEWARD AVE APT 113**
**LOS ANGELES, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$784.20** | $0.00 |
|---|---|---|---|---|

**MARIA GOMEZ**
**1419 1/2 E 60TH ST**
**LOS ANGELES, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$546.07** | $0.00 |
|---|---|---|---|---|

**MARIA GRANILLO**
**22418 HORST AVE**
**HAWAIIAN GARDENS, CA 90716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,031.98 | $0.00 |
|---|---|---|---|---|

**MARIA GUADALUPE RODRIGUEZ CACHO**
**6653 DARBY AVE**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,779.30 | $0.00 |
|---|---|---|---|---|

**MARIA HERNANDEZ**
**144 1/4 W 70TH ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,375.05 | $0.00 |
|---|---|---|---|---|

**MARIA HERNANDEZ**
**5950 S MAIN ST APT 302**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,488.96 | $0.00 |
|---|---|---|---|---|

**MARIA HERNANDEZ**
**10140 KENILWORTH WAY**
**SAN JOSE, CA 95127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|---|
| | Name | | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $878.25 | $0.00 |
|---|---|---|---|---|

**MARIA HERNANDEZ RODRIGUEZ**
**1262 WEST MARSHALL BLVD**
**SAN BERNARDINO, CA 92405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $721.50 | $0.00 |
|---|---|---|---|---|

**MARIA JIMENEZ**
**5412 LINDLEY AVE APT 208**
**ENCINO, CA 91316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,103.15 | $0.00 |
|---|---|---|---|---|

**MARIA JUAREZ**
**15523 RAYEN ST APT 32**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,825.65 | $0.00 |
|---|---|---|---|---|

**MARIA KEKULA**
**12311 ALPINE AVE**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$949.95** | $0.00 |
|---|---|---|---|---|

**MARIA LARIN**
**114 NORTH WESTMORALAND**
**AVE APT 16**
**LOS ANGELES, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,710.45** | $0.00 |
|---|---|---|---|---|

**MARIA MAGALLON**
**610 E 97TH ST APT 6**
**INGLEWOOD, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,406.83** | $0.00 |
|---|---|---|---|---|

**MARIA MARQUEZ**
**9525 E AVE Q2**
**PALMDALE, CA 93591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,846.05** | $0.00 |
|---|---|---|---|---|

**MARIA MARTINEZ**
**5307 1/2 COMPTON AVE**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$593.85** | $0.00 |
|---|---|---|---|---|

**MARIA MARTINEZ**
**1143 W. 88TH ST.**
**LOS ANGELES, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,033.20** | $0.00 |
|---|---|---|---|---|

**MARIA MEDINA**
**4209 NORMAL AVE LA CA 90029**
**LOS ANGELES, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.85** | $0.00 |
|---|---|---|---|---|

**MARIA MEZA**
**3639 WHITTIER BLVD #6**
**LOS ANGELES, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,361.70** | $0.00 |
|---|---|---|---|---|

**MARIA MIRAMONTES**
**130 E 88TH PL APT 3**
**LOS ANGELES, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$686.40** | $0.00 |
|---|---|---|---|---|

**MARIA MOLINA**
**238 E 61ST ST**
**LOS ANGELES, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,822.50** | $0.00 |
|---|---|---|---|---|

**MARIA MONTANO**
**1656 E PRINCETON ST**
**ONTARIO, CA 91764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,046.55** | $0.00 |
|---|---|---|---|---|

**MARIA MONTES DEOCA**
**1056 N EASTMAN AVE**
**LOS ANGELES, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,209.00** | $0.00 |
|---|---|---|---|---|

**MARIA NAVARRO**
**703 W. ROOSEVELT AVE.**
**MONTEBELLO, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,150.95 | $0.00 |
|---|---|---|---|---|

**MARIA NERI**
**346 1/2 N DOUGLAS ST**
**LOS ANGELES, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.30 | $0.00 |
|---|---|---|---|---|

**MARIA PATINO**
**518 S HILLVIEW AVE**
**EAST LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,452.15 | $0.00 |
|---|---|---|---|---|

**MARIA PECH**
**10519 YUKON AVE**
**INGLEWOOD, CA 90303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,521.45 | $0.00 |
|---|---|---|---|---|

**MARIA PONCE**
**444 S. LAFAYETTE PARK PL. APT.**
**306**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

3/09/22 11:09AM

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.391 | Priority creditor's name and mailing address<br>**MARIA QUEZADA**<br>**1762 STANLEY AVE.**<br>**LONG BEACH, CA 90804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,035.45** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.392 | Priority creditor's name and mailing address<br>**MARIA RAMIREZ**<br>**11764 GAGER ST**<br>**SYLMAR, CA 91342** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$761.40** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.393 | Priority creditor's name and mailing address<br>**MARIA RAMOS**<br>**10643 TAMARACK AVE**<br>**PACOIMA, CA 91331** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$609.60** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.394 | Priority creditor's name and mailing address<br>**MARIA RUIZ**<br>**6120 GIFFORD AVE APT A**<br>**HUNTINGTON PARK, CA 90255** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,208.85** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,988.55 | $0.00 |
|---|---|---|---|---|

**MARIA RUIZ VELEZ**
**3359 EAST OLYMPIC BOULEVARD**
**APT 305**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,091.10 | $0.00 |
|---|---|---|---|---|

**MARIA SALCEDO ALVAREZ**
**4936 SOUTHALL LANE**
**BELL GARDENS, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,565.85 | $0.00 |
|---|---|---|---|---|

**MARIA SALCIDO**
**11401 SHERMAN WAY APT 6**
**NORTH HOLLYWOOD, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,171.20 | $0.00 |
|---|---|---|---|---|

**MARIA SAMANIEGO**
**118 NORTH MANHATTAN PLACE**
**LOS ANGELES, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

**2.399**

Priority creditor's name and mailing address
**MARIA SEPULVEDA**
**6122 ALDAMA ST**
**LOS ANGELES, CA 90042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,180.65**        **$0.00**

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.400**

Priority creditor's name and mailing address
**MARIA TERESA GARCIA**
**GONZALEZ**
**6804 S MAIN ST APT 5**
**LOS ANGELES, CA 90003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,066.95**        **$0.00**

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.401**

Priority creditor's name and mailing address
**MARIA TOVAR**
**7924 CROCKET BLVD**
**LOS ANGELES, CA 90001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$963.30**        **$0.00**

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.402**

Priority creditor's name and mailing address
**MARIA UGALDE**
**9205 BURNET AVE #211**
**NORTH HILLS, CA 91343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,996.53**        **$0.00**

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

**2.403**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,415.40** | **$0.00** |
|---|---|---|---|
| **MARIA VALDIVIA**<br>**851 W 81ST ST APT 4**<br>**LOS ANGELES, CA 90044** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.404**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$575.10** | **$0.00** |
|---|---|---|---|
| **MARIANA LOPEZ**<br>**14950 VANOWEN ST APT 228**<br>**VAN NUYS, CA 91405** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.405**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,815.45** | **$0.00** |
|---|---|---|---|
| **MARIBEL PAYAN**<br>**6321 ARROYO GLEN ST**<br>**LOS ANGELES, CA 90042** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.406**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$579.60** | **$0.00** |
|---|---|---|---|
| **MARICRUZ IBARRA**<br>**515 S CHICAGO ST**<br>**LOS ANGELES, CA 90033** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

**2.407** | Priority creditor's name and mailing address

**MARICRUZ RAMIREZ**
**1235 S EASTERN AVE**
**East Los Angeles, CA 90022**

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.408** | Priority creditor's name and mailing address

**MARIELA IBARRA**
**8969 VIRGINIA AVE**
**SOUTH GATE, CA 90280**

As of the petition filing date, the claim is:          $1,345.80          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.409** | Priority creditor's name and mailing address

**MARILOU NORIEGA**
**1112 W 131 ST**
**South Gate, CA 90280**

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.410** | Priority creditor's name and mailing address

**MARILU ALCARAZ DE SALAZAR**
**638 ORME AVE**
**LOS ANGELES, CA 90023**

As of the petition filing date, the claim is:          $2,065.58          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,195.43 | $0.00 |
|---|---|---|---|---|

**MARIO HERRERA SOTO**
**9220 DANBRIDGE STREET**
**PICO RIVERA, CA 90660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $910.95 | $0.00 |
|---|---|---|---|---|

**MARISOL BLANCO CLAROS**
**1824 W 41 ST**
**LOS ANGELES, CA 90062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,725.00 | $0.00 |
|---|---|---|---|---|

**MARLENE NUNEZ**
**1540 S DUNSMUIR AVE**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,218.75 | $0.00 |
|---|---|---|---|---|

**MARTA AVILES**
**1442 NIETO LN. #413**
**LOS ANGELES, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,399.68 | $0.00 |
|---|---|---|---|---|

**MARTA KARINA CAUICH**
**411 CEDAR ST**
**REDWOOD CITY, CA 94063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,733.70 | $0.00 |
|---|---|---|---|---|

**MARTA MEJIA**
**325 W ADAMS BLVD APT 3109**
**LOS ANGELES, CA 90007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $569.25 | $0.00 |
|---|---|---|---|---|

**MARTHA LOPEZ**
**9220 DANBRIDGE ST**
**PICO RIVERA, CA 90660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,211.25 | $0.00 |
|---|---|---|---|---|

**MARTHA MUNIZ**
**523 SOUTH HARRIS AVENUE**
**COMPTON, CA 90221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

3/09/22 11:09AM

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,659.45** | $0.00 |
|---|---|---|---|---|

**MARTHA VALDIVIA
424 S BURLINGTON AVE APT 109
LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,043.40** | $0.00 |
|---|---|---|---|---|

**MARTHA ZAMORA
1855 10TH ST APT B
SANTA MONICA, CA 90404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,159.19** | $0.00 |
|---|---|---|---|---|

**MARTIN SANCHEZ GAMBOA
8172 1/2 SAN GABRIEL AVE
SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,338.72** | $0.00 |
|---|---|---|---|---|

**MARVIN HERNANDEZ
704 N HOBART BLV APT 3
LOS ANGELES, CA 90029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|--------|------|--|--|--|
| | Name | | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,021.00** | **$0.00** |
|-------|-----|-----|-----|-----|
| | **MARVIN MEJIA**<br>**1412 WEST 130TH STREET**<br>**COMPTON, CA 90222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,162.90** | **$0.00** |
|-------|-----|-----|-----|-----|
| | **MARVIN RUIZ REYES**<br>**6152 SHELTER CREEK LANE**<br>**SAN BRUNO, CA 94066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,049.15** | **$0.00** |
|-------|-----|-----|-----|-----|
| | **MATEA RODRIGUEZ**<br>**610 MARGARET AVE**<br>**LOS ANGELES, CA 90022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,739.95** | **$0.00** |
|-------|-----|-----|-----|-----|
| | **MAURA ESTEBAN**<br>**682 1ST AVENUE**<br>**SAN BRUNO, CA 94066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,855.03** | $0.00 |
|---|---|---|---|---|

**MAURO LEON**
**8439 LOCH LOMOND DR.**
**PICO RIVERA, CA 90660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,446.30** | $0.00 |
|---|---|---|---|---|

**MAYRA CISNEROS**
**12411 OSBORNE ST APT 34**
**LOS ANGELES, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,086.75** | $0.00 |
|---|---|---|---|---|

**MAYRA RODRIGUEZ ALVAREZ**
**1335 WEST 106TH STREET**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,265.13** | $0.00 |
|---|---|---|---|---|

**MELANIA JIMENEZ**
**4010 WEST 102ND STREET**
**INGLEWOOD, CA 90304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**MELODY  GARCIA**
**4933 ECHO ST #16**
**Los Angeles, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,006.95** | **$0.00** |
|---|---|---|---|---|

**MERCEDES HERNANDEZ**
**1848 DAISY AVE**
**LONG BEACH, CA 90806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,772.02** | **$0.00** |
|---|---|---|---|---|

**MICHAEL HARAND**
**1776 E. AZALEA AVENUE**
**LAKE HAVASU CITY, AZ 86404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$493.73** | **$0.00** |
|---|---|---|---|---|

**MIGUEL ANGEL JUAN**
**721 BONNIE BRAE APTO 17**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,003.10** | $0.00 |
|---|---|---|---|---|

**MIGUEL ANGEL RODRIGUEZ**
**1701 E LESLIE AVE**
**LAS VEGAS, NV 89101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,106.32** | $0.00 |
|---|---|---|---|---|

**MIGUEL GONZALEZ**
**2850 S DECATUR BLVD #9**
**LAS VEGAS, NV 89102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$984.10** | $0.00 |
|---|---|---|---|---|

**MIGUEL GRANADOS**
**17824 DOWNEY AVE**
**BELLFLOWER, CA 90706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,341.12** | $0.00 |
|---|---|---|---|---|

**MIGUEL HERNANDEZ**
**2701 E BOULDER ST**
**LOS ANGELES, CA 90033**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

3/09/22 11:09AM

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,339.00 | $0.00 |
|---|---|---|---|---|

**MILTON GUEVARA**
**1235 WILDWOOD AVE APT #380**
**SUNNYVALE, CA 94089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,816.95 | $0.00 |
|---|---|---|---|---|

**MIRIAM BRINGAS**
**1259 W 130TH ST**
**GARDENA, CA 90247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,451.70 | $0.00 |
|---|---|---|---|---|

**MIRIAM SALAZAR**
**257 E 30TH ST**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.00 | $0.00 |
|---|---|---|---|---|

**MIRNA RODRIGUEZ**
**4547 LOMITA ST.**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (*if known*) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$929.25** | $0.00 |
|---|---|---|---|---|

**MONICA OCAMPO**
**1150 CORNWELL ST APT.6**
**LOS ANGELES, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,763.84** | $0.00 |
|---|---|---|---|---|

**MONICA VARGUEZ**
**556 WAPELLO ST**
**ALTADENA, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$864.48** | $0.00 |
|---|---|---|---|---|

**MONIQUE ASH**
**1375 REVERE AVE**
**SAN FRANCISCO, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | $0.00 |
|---|---|---|---|---|

**MONSERRAT PARRA**
**11328 RUNNYMEDE S.T.**
**Burbank, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|--------|------------------------------|---|---|---|
| | Name | | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$805.05** | **$0.00** |
|---|---|---|---|---|

**NANCY ARIAS**
**2216 TERRACE HEIGHTS AVE**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$390.75** | **$0.00** |
|---|---|---|---|---|

**NANCY GARMENDIA**
**809W 68TH ST**
**LA, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,654.30** | **$0.00** |
|---|---|---|---|---|

**NANCY MARQUEZ**
**9525 E AVENUE Q-2**
**PALMDALE, CA 93591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,512.30** | **$0.00** |
|---|---|---|---|---|

**NATALIA ZETINA**
**12711 BRANFORD ST APT 206F**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NATIVIDAD CASAS**
**1484 KURTZ AVE**
**Los Angeles, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,530.00** | **$0.00** |
|---|---|---|---|---|

**NELIDA ARAUJO**
**2757 LIVE OAK ST**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,238.72** | **$0.00** |
|---|---|---|---|---|

**NILSEN ALVAREZ MACHADO**
**924 WEST 61ST STREET**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,994.63** | **$0.00** |
|---|---|---|---|---|

**NOEMI FIGUEROA**
**11266 ADELPHIA AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,472.85 | $0.00 |
|---|---|---|---|---|

**NOHEMI MARTINEZ**
**11836 FREEMAN AVE**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,960.90 | $0.00 |
|---|---|---|---|---|

**NORA RENTERIA**
**6140 RUGBY AVE, APT 122**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.20 | $0.00 |
|---|---|---|---|---|

**NORMA CALDERON**
**421 S BIXEL ST  APT 102**
**LOS ANGELES, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,514.40 | $0.00 |
|---|---|---|---|---|

**NORMA PAREDES DE ALVAREZ**
**16350 S HARBOR BLVD APT 1515**
**SANTA ANA, CA 92704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,708.80 | $0.00 |
| | **OLEGARIO PALOMARES** | ☐ Contingent | | |
| | **2118 47TH AVE** | ☐ Unliquidated | | |
| | **OAKLAND, CA 94601** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,508.10 | $0.00 |
| | **OLGA DIAZ** | ☐ Contingent | | |
| | **3437 W FLORENCE AVE APT 12** | ☐ Unliquidated | | |
| | **LOS ANGELES, CA 90043** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,456.35 | $0.00 |
| | **OLIVIA ANGUIANO** | ☐ Contingent | | |
| | **12309 ALPINE AVE.** | ☐ Unliquidated | | |
| | **LYNWOOD, CA 90262** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,523.55 | $0.00 |
| | **OLIVIA RENTERIA** | ☐ Contingent | | |
| | **1633 1/2 E CENTURY BLVD** | ☐ Unliquidated | | |
| | **LOS ANGELES, CA 90002** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2022** | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **OSBALDO HERCULANO** | *Check all that apply.* | | |
| | **875 HUNTINGTON AVE. APT 2** | ☐ Contingent | | |
| | **San Bruno, CA 94066** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,262.08** | **$0.00** |
|---|---|---|---|---|
| | **OSCAR DURAN URIAS** | *Check all that apply.* | | |
| | **6623 PINE AVE APT A** | ☐ Contingent | | |
| | **BELL, CA 90201** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,544.51** | **$0.00** |
|---|---|---|---|---|
| | **OSCAR ESTRADA** | *Check all that apply.* | | |
| | **1751 MARKET ST AP 10** | ☐ Contingent | | |
| | **SAN FRANCISCO, CA 94103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,817.12** | **$0.00** |
|---|---|---|---|---|
| | **OSCAR GONZALEZ** | *Check all that apply.* | | |
| | **10613 RIVES AVE** | ☐ Contingent | | |
| | **DOWNEY, CA 90241** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (*if known*) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | $0.00 |
|---|---|---|---|---|
| | **OSCAR VALENZUELA** | *Check all that apply.* | | |
| | **18827 THORN CREST CT.** | ☐ Contingent | | |
| | **CANYON COUNTRY, CA 91351** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **1/5/2022** | **Wages and benefits** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,837.50** | $0.00 |
|---|---|---|---|---|
| | **PAOLA TREJO** | *Check all that apply.* | | |
| | **3112 DALTON AVENUE** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90018** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **1/5/2022** | **Wages and benefits** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,590.15** | $0.00 |
|---|---|---|---|---|
| | **PATRICIA GARCIA** | *Check all that apply.* | | |
| | **6031 11TH AVE** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90043** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **1/5/2022** | **Wages and benefits** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,248.60** | $0.00 |
|---|---|---|---|---|
| | **PATRICIA HARO** | *Check all that apply.* | | |
| | **2417 FOLSOM ST APT 3** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90033** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **1/5/2022** | **Wages and benefits** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,827.90** | **$0.00** |
|---|---|---|---|---|
| | **PATRICIA LEYVA**<br>**10622 1/2 FREEMAN AVE**<br>**LENNOX, CA 90304** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,122.80** | **$0.00** |
|---|---|---|---|---|
| | **PATRICIO JIMENEZ SANCHEZ**<br>**1224 NORTON ST**<br>**SAN MATEO, CA 94401** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **PEDRO GONZALES**<br>**3571 E 58 ST,**<br>**Maywood, CA 90270** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,609.43** | **$0.00** |
|---|---|---|---|---|
| | **PEDRO GONZALES**<br>**3571 E 58 ST,**<br>**MAYWOOD, CA 90270** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,483.50** | $0.00 |
|---|---|---|---|---|

**PHAN SU**
**4250 FILHURST AVE**
**BALDWIN PARK, CA 91706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,698.50** | $0.00 |
|---|---|---|---|---|

**PORFIRIO CARMONA**
**952 EASTON AVE APT 1**
**SAN BRUNO, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$748.35** | $0.00 |
|---|---|---|---|---|

**RACHEL SCOTT**
**1914 WEST 35TH PL**
**LOS ANGELES, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,268.30** | $0.00 |
|---|---|---|---|---|

**RAMON ALVAREZ**
**720 S NORMANDIE SOY 208**
**LOS ANGELES, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$991.80** | **$0.00** |
|---|---|---|---|---|

**RAQUEL HARO**
**122 E 98TH ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,005.99** | **$0.00** |
|---|---|---|---|---|

**RAUL RODRIGUEZ JIMENEZ**
**819 NORTH BONNIE BEACH**
**PLACE**
**LOS ANGELES, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,205.88** | **$0.00** |
|---|---|---|---|---|

**REBECCA FIGUEROA**
**5131 N 40TH ST**
**PHOENIX, AZ 85018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,720.80** | **$0.00** |
|---|---|---|---|---|

**REFUGIO TRUJILLO**
**11718 ALLIN ST APT#161**
**CULVER CITY, CA 90230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,033.50 | $0.00 |
|---|---|---|---|---|
| | **REINA CONTRERAS**<br>**6851 SEPULVEDA BLVD APT 109**<br>**VAN NUYS, CA 91405** | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,071.90 | $0.00 |
|---|---|---|---|---|
| | **REYNA ORTEGA VALLE**<br>**4423 1/2 TOWNE AVE**<br>**LOS ANGELES, CA 90011** | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,678.58 | $0.00 |
|---|---|---|---|---|
| | **RICARDO FLORES**<br>**942 SAYBROOK AVE**<br>**LOS ANGELES, CA 90022** | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,109.70 | $0.00 |
|---|---|---|---|---|
| | **RICARDO LOPEZ CORNEJO**<br>**929 ROLLINS RD APT #4**<br>**BURLINGAME, CA 94010** | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,764.08 | $0.00 |
|---|---|---|---|---|

**RICHARD CALEL**
**3718 E 55TH ST APT B**
**MAYWOOD, CA 90270**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $701.55 | $0.00 |
|---|---|---|---|---|

**RITA OFELIA JIMENEZ DE**
**TEJEDA**
**2209 W RAYMOND ST**
**COMPTON, CA 90220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,309.85 | $0.00 |
|---|---|---|---|---|

**ROBERT CAMARENA**
**11471 DONNER PASS CT**
**RANCHO CUCAMONGA, CA 91737**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $0.00 |
|---|---|---|---|---|

**Robert Spiro**
**3951 Medford St**
**Los Angeles, CA 90063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,544.90** | **$0.00** |
|---|---|---|---|---|

**ROBERTO ALTAMIRANO**
**5330 ASCOT AVENUE # 1**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,648.90** | **$0.00** |
|---|---|---|---|---|

**ROBERTO HERNANDEZ**
**3978 HAUSSMAN CT**
**SOUTH SAN FRANCISCO, CA**
**94080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,457.40** | **$0.00** |
|---|---|---|---|---|

**ROCIO VARELA FLORES**
**116 3/4 EAST 69TH STREET**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | **$0.00** |
|---|---|---|---|---|

**ROMULO CALISTRI**
**14014 NW PASSAGE #144**
**MARINA DEL REY, CA 90292**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,119.18 | $0.00 |
|---|---|---|---|---|

**ROMULO VASQUEZ**
**411 EAST 59TH PLACE**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,936.18 | $0.00 |
|---|---|---|---|---|

**RONALDO PINEDA MELGAR**
**5688 BALTIMORE STREET**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,649.13 | $0.00 |
|---|---|---|---|---|

**RONEAL PRASAD**
**136 ARLETA AVE**
**SAN FRANCISCO, CA 94134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.28 | $0.00 |
|---|---|---|---|---|

**ROSA AGUIAR**
**9517 ALEXANDER AVE**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

3/09/22 11:09AM

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,044.00** | $0.00 |
|---|---|---|---|---|

**ROSA CHAVEZ**
**833 W. 57TH ST.**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$792.45** | $0.00 |
|---|---|---|---|---|

**ROSA MOLINA**
**2646 WEST AVENUE 34 APTO.2**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$990.88** | $0.00 |
|---|---|---|---|---|

**ROSA PANTOJA**
**15757 VIA COLUSA**
**SAN LORENZO, CA 94580**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,373.30** | $0.00 |
|---|---|---|---|---|

**ROSA RODRIGUEZ**
**4644 LEONIS ST**
**COMMERCE, CA 90040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,497.45** | $0.00 |
|---|---|---|---|---|

**ROSA YESCAS**
**19100 PARTHENIA ST #10**
**NORTHRIDGE, CA 91324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,389.20** | $0.00 |
|---|---|---|---|---|

**ROSALBA AVILA**
**6653 DARBY AVE 17**
**RESEDA, CA 91335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$879.30** | $0.00 |
|---|---|---|---|---|

**ROSARIO RAMIREZ**
**170 GEYER CT**
**ONTARIO, CA 91762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,575.45** | $0.00 |
|---|---|---|---|---|

**ROSAURA MARTINEZ**
**7832 ELLENBOGEN STREET**
**SUNLAND, CA 91040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|---|
| | Name | | | |

---

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ROSY RODRIGUEZ**
**5330 ASCOT AVE APT 1**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,246.03 | $0.00 |
|---|---|---|---|---|

**RUBEN ARELLANO**
**2852 1/2 LANFRANCO ST**
**LOS ANGELES, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,437.63 | $0.00 |
|---|---|---|---|---|

**RUBEN ESTRADA NAVAS**
**933 ROSE AVE**
**REDWOOD CITY, CA 94063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,433.02 | $0.00 |
|---|---|---|---|---|

**RUBEN RUIZ**
**1522 S. BALDWIN AVE. UNIT 17**
**ARCADIA, CA 91007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | ☐ Yes |

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,290.71 | $0.00 |
| --- | --- | --- | --- | --- |

**RUBEN SEDANO**
**2402 1/2 MANITOU AVE**
**LOS ANGELES, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,649.50 | $0.00 |
| --- | --- | --- | --- | --- |

**RUBIN SAAVEDRA**
**2191 WHITMAN WAY AVE  APT#**
**17**
**SAN BRUNO, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,521.90 | $0.00 |
| --- | --- | --- | --- | --- |

**RUTH AGUILAR ALVAREZ**
**3333 ANDRITA ST APT 204**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,160.29 | $0.00 |
| --- | --- | --- | --- | --- |

**RUTH CAMACHO**
**408 N BAYSHORE BLVD APT 4**
**SAN MATEO, CA 94401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,114.40 | $0.00 |
|---|---|---|---|---|

**SALVADOR HERNANDEZ CASAS**
**15441 NORDOFF #26**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,280.00 | $0.00 |
|---|---|---|---|---|

**SALVADOR LOPEZ**
**5444 CORTEEN PL APT 2**
**VALLEY VILLAGE, CA 91607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,745.25 | $0.00 |
|---|---|---|---|---|

**SAMUEL MARTINEZ**
**4503 ORCHARD AVE**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.45 | $0.00 |
|---|---|---|---|---|

**SANDRA ALVARADO**
**1122W 43 RD ST**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,387.43** | **$0.00** |
|---|---|---|---|---|

**SANDRA BALANAY**
**58 ROBINSON DRIVE**
**DALY CITY, CA 94014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$782.85** | **$0.00** |
|---|---|---|---|---|

**SANDRA BLANCO**
**2320 1/4 JOHNSTON STREET**
**LOS ANGELES, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$888.30** | **$0.00** |
|---|---|---|---|---|

**SANDRA PEREZ DE GONZALEZ**
**319 N N LAFAYETTE PARK PLACE**
**#1**
**LOS ANGELES, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,322.11** | **$0.00** |
|---|---|---|---|---|

**SANDRA VAZQUEZ MONTES**
**2101 SANDY LANE**
**LAS VEGAS, NV 89115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.90 | $0.00 |
|---|---|---|---|---|

**SANDY GONZALEZ**
**9631 ARLETA AVE**
**ARLETA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,255.35 | $0.00 |
|---|---|---|---|---|

**SANTIAGO REYNA**
**646 E 52ST**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,094.25 | $0.00 |
|---|---|---|---|---|

**SANTOS HERNANDEZ DIAZ**
**501 S SPRING ST APT 700**
**LOS ANGELES, CA 90013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,116.20 | $0.00 |
|---|---|---|---|---|

**SANTOS LOPEZ**
**1168 SPENCE ST**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

3/09/22 11:09AM

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$819.90** | $0.00 |
|---|---|---|---|---|

**SARA ALCAZAR**
**4172 WALL ST.**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$549.90** | $0.00 |
|---|---|---|---|---|

**SEBASTIANA HERNANDEZ**
**1357 ELM AVE APT 3**
**LONG BEACH, CA 90813**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,819.04** | $0.00 |
|---|---|---|---|---|

**SERENA CISNEROS**
**481 VIA MIRAMONTE**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,393.60** | $0.00 |
|---|---|---|---|---|

**SERGIO GIOVANNI ALVAREZ**
**GONZALEZ**
**1455 E 112TH ST**
**LOS ANGELES, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

3/09/22 11:09AM

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,960.55 | $0.00 |
|---|---|---|---|---|

**SERGIO JIMENEZ**
**1108 S FETTERLY AVE**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,493.09 | $0.00 |
|---|---|---|---|---|

**SERGIO PACHECO**
**6543 DE SOTO AVE**
**CANOGA PARK, CA 91303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,402.96 | $0.00 |
|---|---|---|---|---|

**SERGIO SANDOVAL**
**2455 E 55 ST**
**LOS ANGELES, CA 90058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $994.35 | $0.00 |
|---|---|---|---|---|

**SEVERINA PEREZ**
**6820 3/4 S MAIN ST.**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,233.06** | $0.00 |
|---|---|---|---|---|

**SHABIR KASHYAP**
**6750 LOS VERDES DRIVE, APT 1**
**RANCHO PALOS VERDES, CA**
**90275**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,991.46** | $0.00 |
|---|---|---|---|---|

**SHANNON ROBERTS**
**22827 CANYON LAKE DRIVE**
**SOUTH**
**CANYON LAKE, CA 92587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,031.85** | $0.00 |
|---|---|---|---|---|

**SHIRLEY MOYANO**
**8130 NESTLE AVENUE**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,618.95** | $0.00 |
|---|---|---|---|---|

**SILVIA GAMBOA**
**8421 CYPRESS AVENUE**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2022** | **Wages and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|--------|------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $825.60 | $0.00 |
|-------|---------|---------|---------|---------|
| | **SILVIA MEJIA**<br>**204 WEST 109TH PLACE**<br>**LOS ANGELES, CA 90061** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.00 | $0.00 |
|-------|---------|---------|---------|---------|
| | **SILVIA PORTILLO**<br>**1312 GLENNFIELD CT 35**<br>**LOS ANGELES, CA 90023** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,822.05 | $0.00 |
|-------|---------|---------|---------|---------|
| | **SILVIA SALAZAR**<br>**16114 RINALDI STREET**<br>**GRANADA HILLS, CA 91344** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.45 | $0.00 |
|-------|---------|---------|---------|---------|
| | **SILVIA ZARAGOZA**<br>**1816 WEST 11TH PL**<br>**LOS ANGELES, CA 90006** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,481.45 | $0.00 |
|---|---|---|---|---|
| | **SIMEON MARTINEZ**<br>**1027 E. 42ND, ST**<br>**LOS ANGELES, CA 90011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,390.95 | $0.00 |
|---|---|---|---|---|
| | **SOLEDAD GARCIA**<br>**PO BOX 1089**<br>**LONG BEACH, CA 90801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,851.30 | $0.00 |
|---|---|---|---|---|
| | **SOLEDAD GOMEZ**<br>**2955 W 8TH ST APT 103**<br>**LOS ANGELES, CA 90005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,046.90 | $0.00 |
|---|---|---|---|---|
| | **SONIA MARTINEZ**<br>**12719 MONTAGUE STREET**<br>**PACOIMA, CA 91331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SONIA MENA**
**6600 FOSTER BRIDGE**
**Bell Gardens, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,720.28 | $0.00 |
|---|---|---|---|---|

**STEPHANIE TELLEZ**
**3483 EAGLE ST**
**LOS ANGELES, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $0.00 |
|---|---|---|---|---|

**STEVEN HOLGUIN**
**4117 IVY RUSSELL WAY**
**LAS VEGAS, NV 89115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,370.10 | $0.00 |
|---|---|---|---|---|

**SUSANA ARRIZON**
**10129 S BURL AVE**
**INGLEWOOD, CA 90304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,321.22 | $0.00 |
|---|---|---|---|---|

**SUSANA OCHOA**
**1742 SOUTH GRANT ST APT 1**
**SAN MATEO, CA 94402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $653.70 | $0.00 |
|---|---|---|---|---|

**SUSY MORENO FLORES**
**18014 SHERMAN  WAY APART  #**
**223**
**RESEDA, CA 91335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,850.57 | $0.00 |
|---|---|---|---|---|

**SVIDE GAZCA**
**3483 EAGLE ST**
**LOS ANGELES, CA 90063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $990.75 | $0.00 |
|---|---|---|---|---|

**TANIA SERNA**
**19609 SHERMAN WAY # 118**
**RESEDA, CA 91335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,413.20 | $0.00 |
|---|---|---|---|---|

**TATIANA MONTOYA**
**346 RUBIDOX ST**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $812.85 | $0.00 |
|---|---|---|---|---|

**TERESA ABUNDIS**
**8242 DONOVAN ST.**
**DOWNEY, CA 90242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,599.00 | $0.00 |
|---|---|---|---|---|

**TERESA CUELLAR**
**1050 N. MARIPOSA AVE APT 304**
**LOS ANGELES, CA 90029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,436.25 | $0.00 |
|---|---|---|---|---|

**TERESA MARTA**
**5312 LAVINIA AVE**
**LYNWOOD, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,605.88** | $0.00 |
|---|---|---|---|---|
| | **THELMA MIRANDA**<br>**1720 SWEETWOOD DRIVE**<br>**DALY CITY, CA 94015** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,650.00** | $0.00 |
|---|---|---|---|---|
| | **THOMAS WILSON**<br>**12088 MORROW DRIVE**<br>**TUSTIN, CA 92782** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$645.69** | $0.00 |
|---|---|---|---|---|
| | **TRINIDAD ZARAGOZA**<br>**522 S WOODS AVE**<br>**LOS ANGELES, CA 90022** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,894.10** | $0.00 |
|---|---|---|---|---|
| | **URIO PAREDES**<br>**8900 BURNET AVE APT 111**<br>**NORTH HILLS, CA 91343** | | | |
| | Date or dates debt was incurred<br>**1/5/2022** | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,606.50** | **$0.00** |
|---|---|---|---|---|

**VALERIA DELGADO**
**7849 S. NORMANDIE AVE. B**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$602.85** | **$0.00** |
|---|---|---|---|---|

**VANESSA MOLINA**
**14429 S LONESS AVE**
**COMPTON, CA 90220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,641.75** | **$0.00** |
|---|---|---|---|---|

**VERENICE HERNANDEZ**
**5220 ROOSEVELT AVE A**
**SANTA ANA, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,418.70** | **$0.00** |
|---|---|---|---|---|

**VERONICA MONTOYA**
**346 RUBIDOUX ST**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,297.98 | $0.00 |
|---|---|---|---|---|
| | **VIANEY GRANILLO** **21911 CLARETTA AVE** **HAWAIIAN GARDEN, CA 90716** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **1/5/2022** | Basis for the claim: **Wages and benefits** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,330.85 | $0.00 |
|---|---|---|---|---|
| | **VICTOR ROCHA** **1206 1/2 E 22 ST** **LOS ANGELES, CA 90011** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **1/5/2022** | Basis for the claim: **Wages and benefits** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,077.88 | $0.00 |
|---|---|---|---|---|
| | **VILMA RODRIGUEZ GONZALEZ** **11811 BEVERLY BLVD APT 8** **WHITTIER, CA 90601** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **1/5/2022** | Basis for the claim: **Wages and benefits** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,228.62 | $0.00 |
|---|---|---|---|---|
| | **VIQUER PALOMARES CASTANEDA** **1481 BEACON AVE APT 4** **SAN MATEO, CA 94401** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **1/5/2022** | Basis for the claim: **Wages and benefits** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,448.55** | **$0.00** |
|---|---|---|---|---|

**VIRIDIANA LOPEZ**
**725 PRINCESS AVE**
**LAS VEGAS, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,013.85** | **$0.00** |
|---|---|---|---|---|

**VIVIANA CORTES**
**6524 1/2 STAFFORD AVE**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**WALTER ESPINOZA**
**7253 FARMDALE AVE.**
**North Hollywood, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,504.87** | **$0.00** |
|---|---|---|---|---|

**WALTER FLORES**
**6645 FOSTER BRIDGE BLVD APT**
**C**
**BELL GARDENS, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,686.62 | $0.00 |
|---|---|---|---|---|

**WENDY CASTRO-HARRIS**
**9112 WEST BOULEVARD**
**PICO RIVERA, CA 90660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,086.56 | $0.00 |
|---|---|---|---|---|

**WENDY STONER**
**2329  92ND AVE**
**OAKLAND, CA 94603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,980.22 | $0.00 |
|---|---|---|---|---|

**WILLIAM MADRID**
**9485 FETTERLY AVE APT C**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.60 | $0.00 |
|---|---|---|---|---|

**YESENIA REYES**
**445 S. NEW HAMPSHIRE AVE, APT**
**222**
**LOS ANGELES, CA 90020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

3/09/22 11:09AM

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,855.44** | $0.00 |
|---|---|---|---|---|

**YESICA GONZALEZ**
**348 E 81ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,131.73** | $0.00 |
|---|---|---|---|---|

**YISSEL MONTERO**
**153 E 82ND ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,140.65** | $0.00 |
|---|---|---|---|---|

**YOSELIN MORA**
**15523 RAYEN ST APT 32**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,987.93** | $0.00 |
|---|---|---|---|---|

**YULISSA MOYA**
**2807 PARKWAY DR**
**EL MONTE, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,398.97 | $0.00 |
|---|---|---|---|---|

**YURIRIA BRIONES**
**6049 EAST ALLSTON ST**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,712.38 | $0.00 |
|---|---|---|---|---|

**ZEFERINO VELAZQUEZ**
**ESCAMILLA**
**716 S WESTLAKE AVE. APT#34**
**LOS ANGELES, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2022**

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,064.26 |
|---|---|---|---|

**Aetna Life Insurance Company**
**Lockbox 911408  PO Box 31001-1408**
**Pasadena, CA 91110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5100**

Basis for the claim:   **insurance health**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,334.44 |
|---|---|---|---|

**Albie s Food Products, LLC**
**1534 O'Rourke Blvd.**
**Gaylord, MI 49735**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allen B. Felahy**
**Farbod Nourian**
**FELAHY EMPLOYMENT LAWYERS**
**550 South Hope Street, Suite 2655**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,263.75** |
|---|---|---|---|
| | **Allen R. Klein Company Inc.** | ☐ Contingent | |
| | **99 Powerhouse Rd.** | ☐ Unliquidated | |
| | **Roslyn Heights, NY 11577** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** **Business Debt** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,250.62** |
|---|---|---|---|
| | **American Reclamation, Inc** | ☐ Contingent | |
| | **4560 Doran Street** | ☐ Unliquidated | |
| | **Los Angeles, CA 90039-1006** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** **trash service** | |
| | Last 4 digits of account number **5374** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,056.00** |
|---|---|---|---|
| | **American Walk-in Coolers, LLC** | ☐ Contingent | |
| | **140 S. Camino Seco Ste 305** | ☐ Unliquidated | |
| | **Tucson, AZ 85710** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** **repairs fridge** | |
| | Last 4 digits of account number **9032** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,848.65** |
|---|---|---|---|
| | **Ardellas** | ☐ Contingent | |
| | **1170 Sandhill Ave** | ☐ Unliquidated | |
| | **Carson, CA 90746** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** **food** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Atlapac** | ☐ Contingent | |
| | **14700 Marquardt Ave.** | ☐ Unliquidated | |
| | **Santa Fe Springs, CA 90670** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** **food** | |
| | Last 4 digits of account number **ET4U** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Balance Foods, LLC** | ☐ Contingent | |
| | **5743 Smithway St., Ste 103** | ☐ Unliquidated | |
| | **Los Angeles, CA 90040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** **Business Debt** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,112.23** |
|---|---|---|---|
| | **Berkshire Hathaway Homestate Co** | ☐ Contingent | |
| | **PO Box 844501** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** **insurance workers comp** | |
| | Last 4 digits of account number **0626** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

3/9/22 11:09AM

| Debtor | Better 4 You Breakfast, Inc. | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.11** | Nonpriority creditor's name and mailing address
**Best Bay Logistics**
**13831 Slover Ave.**
**Fontana, CA 92337**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **transportation**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,150.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**Bestway Sandwiches**
**1530 1st St.**
**San Fernando, CA 91340**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

**$636,949.53**

---

**3.13** | Nonpriority creditor's name and mailing address
**Brager Tax Law Group APC**
**11400 W Olympic Blvd #750**
**Los Angeles, CA 90064**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **legal**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,090.68**

---

**3.14** | Nonpriority creditor's name and mailing address
**Break Time Snacks, Inc**
**30054 Quail Run Drive**
**Agoura Hills, CA 91301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

**$69,346.50**

---

**3.15** | Nonpriority creditor's name and mailing address
**BRET VIEGELMANN**
**24619 VALLEY ST APT 19**
**NEWHALL, CA 91321**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benfits**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,963.65**

---

**3.16** | Nonpriority creditor's name and mailing address
**BRH SUPPLY**
**17472 Apex Circle**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _
Last 4 digits of account number  **945**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **sanitation supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$84,951.92**

---

**3.17** | Nonpriority creditor's name and mailing address
**Butter Buds Inc.**
**24016 Network Place**
**Chicago, IL 60673-1240**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

**$86,464.00**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$104,015.05** |
|---|---|---|---|

**Caldwell Fresh Foods**
**4035 E 52nd St.**
**Maywood, CA 90270**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **food**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,638.00** |
|---|---|---|---|

**Cargill, Inc.**
**PO Box 749481**
**Los Angeles, CA 90074-9481**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **cold storage off site**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$74,096.93** |
|---|---|---|---|

**CDL Utilities**
**5743 Smithway St. #106**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LA utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Central Restaurant Product**
**PO Box 78070**
**Indianapolis, IN 46278-0070**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **equipment**

Last 4 digits of account number  **5913**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,422.00** |
|---|---|---|---|

**Certifix Livescan**
**700 N. Valley St. Suite B**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **service**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,888.50** |
|---|---|---|---|

**Chubb**
**PO Box 382001**
**Pittsburgh, PA 15250-8001**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **insurance workers comp**

Last 4 digits of account number  **001C**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,014.50** |
|---|---|---|---|

**Colonial Life**
**P.O. Box 903**
**Columbia, SC 29202-0903**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **insurance**

Last 4 digits of account number  **4491**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3/09/22 11:09AM

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,065.00 |
|---|---|---|---|
| | **Commerce Industrial Council**<br>**PO Box 911039**<br>**Los Angeles, CA 90091** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Business Debt** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $363,568.60 |
|---|---|---|---|
| | **Compwest Insurance Company**<br>**PO Box 101563**<br>**Pasadena, CA 91189-1563** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0204** | Basis for the claim: **insurance** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,160.35 |
|---|---|---|---|
| | **Continental Processors**<br>**681 South Clarence**<br>**Los Angeles, CA 90023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Business Debt** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,579.31 |
|---|---|---|---|
| | **Crown Lift Trucks**<br>**PO Box 641173**<br>**Cincinnati, OH 45264** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **7341** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,648.66 |
|---|---|---|---|
| | **Crystal Clear Packaging**<br>**14808 Whittram Ave**<br>**Fontana, CA 92335** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **packaging materials** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.25 |
|---|---|---|---|
| | **DANIELLA CASTILLO DUVIVIER**<br>**1100 WILSHIRE BLVD APT 2705**<br>**LOS ANGELES, CA 90017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/5/2022** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Wages and benefits** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,978.00 |
|---|---|---|---|
| | **DAPHNE ROBERTS**<br>**5048 ARCTIC PL**<br>**RANCHO CUCAMONGA, CA 91739** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/5/2022** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Wages and benefits** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **David Barrera**<br>**c/o Lawyers for Employee & Consumer**<br>**4100 West Alameda Avenue, 3rd Fl.**<br>**Burbank, CA 91505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Department of Motor Vehicles (DMV)**<br>**PO BOX 942897**<br>**SACRAMENTO, CA 94297** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number **9703** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,043.05 |
|---|---|---|---|
| | **Dewafelbakkers**<br>**10000 Crystal Hill Rd**<br>**North Little Rock, AR 72113** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **food** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Diego Garcia**<br>**c/o Ramin R. Younessi**<br>**A Professional Law Corporation**<br>**3435 Wilshire Blvd Suite 2200**<br>**Los Angeles, CA 90010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,478.00 |
|---|---|---|---|
| | **El Milagro Bakery**<br>**13309 Paxton St**<br>**Pacoima, CA 91331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **food** | |
| | Last 4 digits of account number **2101** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $467,706.20 |
|---|---|---|---|
| | **Enterprise**<br>**333City Blvd. W 1008**<br>**Orange, CA 92868** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **truck rental** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,598.76 |
|---|---|---|---|
| | **Enterprise-Claims**<br>**PO Box 843369**<br>**Kansas City, MO 64184** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Ernest Packaging Solutions**<br>**5777 Smithway St**<br>**Commerce, CA 90040**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __packaging for food__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$127,667.00** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Evergreen Licensing LLC**<br>**PO BOX 610028**<br>**Dallas,, TX 75261-0028**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __3721__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __food__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28,993.50** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Express Employment Professionals**<br>**P.O. Box 844277**<br>**Los Angeles, CA 90084-4277**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __0184__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __temp agency__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$54,048.87** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**FELAHY EMPLOYMENT LAWYERS**<br>**550 S. Hope Street, Suite 2655**<br>**Los Angeles, CA 90071**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __legal__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,687.50** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Fernando Castillo**<br>**5743 Smithway St., Ste 103**<br>**Los Angeles, CA 90040**<br><br>Date(s) debt was incurred __1/5/2022__<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Wages and benefits__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$36,259.89** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Field Fresh Foods Inc.**<br>**P.O. Box 3877**<br>**Gardena, CA 92047**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __food__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$56,225.00** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Fishbowl**<br>**580 East Technology Ave.**<br>**Orem, UT 84097**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __IT sotware__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,337.00** |

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|---|
| | Name | | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,936.00 |
|---|---|---|---|

**Fit Foodz**
**1505 Soaring Hawk Point**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __food__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,128.50 |
|---|---|---|---|

**Freeman, Freeman & Smiley, LLP**
**1888 Century Park East, Suite 1500**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __legal__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,618.59 |
|---|---|---|---|

**Freund Baking Company**
**2050 S. Tubeway Ave.**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __30__

Basis for the claim:  __food__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,070.27 |
|---|---|---|---|

**GHA Technologies, Inc.**
**Dept. #2090 PO Box 29661**
**Phoenix, AZ 85038-9661**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __IT hardware__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,101.48 |
|---|---|---|---|

**Global Food Solutions**
**PO Box 11115**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __food__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,347.04 |
|---|---|---|---|

**Global Foods Inc.**
**8700 Spanish Ridge Ave.**
**Las Vegas, NV 89148-1391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,745.18 |
|---|---|---|---|

**Good Taste Bakery**
**8702 Woodley Ave.**
**North Hills, CA 91343**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __food__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| Debtor **Better 4 You Breakfast, Inc.** | Case number (if known) **2:22-bk-10994-BB** |
| Name | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,245.28**

**Great American Packaging, LLC**
**4361 S. Soto St.**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **4Y01**

Basis for the claim:  **packaging for food**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00**

**Green Hasson Janks**
**PO Box 514670**
**Los Angeles, CA 90051-4670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,710.60**

**Hartford, The**
**PO Box 783690**
**Philadelphia, PA 19178-3690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,278.00**

**Heartland School Solutions**
**One Heartland Way**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **4019**

Basis for the claim:  **software**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,176.00**

**Highland Beef Farms, Inc.**
**PO Box 2414**
**Reston, VA 20195**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,240.02**

**Individual Foodservice**
**5496 Lindbergh Ln.**
**Bell, CA 90201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **7784**

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,915.75**

**InterCrate Inc.**
**PO Box 10349**
**Fresno, CA 93745**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **equipmemt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Intergrated Business Solutions of Southe**
**18870 Milos Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,879.05

---

**3.61**

**Nonpriority creditor's name and mailing address**
**Iowa Rotocast Plastics, Inc.**
**PO Box 320**
**Decorah, IA 52101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **packaging**

Is the claim subject to offset? ■ No  ☐ Yes

$26,101.62

---

**3.62**

**Nonpriority creditor's name and mailing address**
**IPFS Corporation**
**PO Box 100391**
**Pasadena, CA 91189-0391**

Date(s) debt was incurred _

Last 4 digits of account number  **7273**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **insurance**

Is the claim subject to offset? ■ No  ☐ Yes

$15,069.39

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Isotech Pest Management**
**311 N. Crescent Way**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number  **5102**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **pest control**

Is the claim subject to offset? ■ No  ☐ Yes

$9,176.40

---

**3.64**

**Nonpriority creditor's name and mailing address**
**J & J Snack Foods Corp.**
**PO Box 845054**
**Los Angeles, CA 90084-5054**

Date(s) debt was incurred _

Last 4 digits of account number  **4320**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

$141,037.50

---

**3.65**

**Nonpriority creditor's name and mailing address**
**Jacqueline Duvivier Castillo**
**5743 Smithway St., Ste 103**
**Los Angeles, CA 90040**

Date(s) debt was incurred  **1/5/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset? ■ No  ☐ Yes

$35,400.78

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Jada Spices LLc**
**745 NW 31 Street**
**Miami, CA 91042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

$10,974.66

---

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,445.40** |
|---|---|---|---|

**Jason Roberts**
**5743 Smithway St., Ste 103**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  1/5/2022**

Basis for the claim:  **Wages and benefits**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Jesse K. Swartz**
**PO Box 762**
**Irvington, VA 22480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business Debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,076.64** |
|---|---|---|---|

**JobSource North America, Inc.**
**PO Box 31001-2434**
**Pasadena, CA 91110-2434**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **temp agency**

**Last 4 digits of account number  3356**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,409.19** |
|---|---|---|---|

**John Soules Foods, Inc**
**PO Box 4579**
**Tyler, TX 75712**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **food**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,397.48** |
|---|---|---|---|

**JONATHAN DIAZ**
**3013 ALDRICH STREET**
**ANTIOCH, CA 94509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  1/5/2022**

Basis for the claim:  **Wages and benefits**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,348.80** |
|---|---|---|---|

**JSL Foods, Inc.**
**1478 N. Indiana St.**
**Los Angeles, CA 90063**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **food**

**Last 4 digits of account number  2005**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,762.35** |
|---|---|---|---|

**Kellogg Sales Company**
**PO Box 101138  SAP Lockbox # West**
**Pasadena, CA 91189-1138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **food**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

3/9/22 11:09AM

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Aviva Cohen**
**Seyfarth Shaw LLP**
**2029 Century Park East Suite 3500**
**Los Angeles, CA 90067-3021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,190.66 |
|---|---|---|---|

**Koi Consulting Group, Inc.**
**1590 Rosecrans Avenue Ste D311**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **IT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,464.42 |
|---|---|---|---|

**Los Angeles Cold Storage Company**
**PO Box 54244**
**Los Angeles, CA 90054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **of f site cold storage**

Last 4 digits of account number  **850**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,246.09 |
|---|---|---|---|

**Magline, Inc.**
**1205 W. Cedar St.**
**Standish, MI 48658**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,361.55 |
|---|---|---|---|

**Managed Mobile**
**1901 Nancita Circle**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **truck repairs**

Last 4 digits of account number  **0558**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,566.00 |
|---|---|---|---|

**Maranatha Cleaning Services, Inc.**
**PO Box 7350**
**Van Nuys, CA 91409**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.31 |
|---|---|---|---|

**MARGARITA LUNA**
**1817 BERGLUND DRIVE**
**WEST COVINA, CA 91792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/2022**

**Basis for the claim:** **Wages and benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|--------|------------------------------|---|------------------------|----------------------|
| | Name | | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Mason Winters Associate**
**Seyfarth Shaw LLP**
**2029 Century Park East Suite 3500**
**Los Angeles, CA 90067-3021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Matthew Graffigna Associate**
**Seyfarth Shaw LLP**
**601 South Figueroa Street Suite 330**
**Los Angeles, CA 90017-5793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194,676.63 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Me Gusta Gourmet Foods**
**13752 Van Nuys Blvd.**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **food**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,594.56 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Mexilink, Inc.**
**DEPT 229   PO BOX 4346**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **food**

Last 4 digits of account number  **2893**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116,487.24 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Meza Construction**
**2550 E. 55th St.**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **construction service**

Last 4 digits of account number  **B4YM**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Moreno Brothers Distributing**
**5743 Smithway Street , Ste 103**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **food**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,803.08 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**New Wave Converting Inc**
**14808 Whittram Ave**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **equipment**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

**3.88**

Nonpriority creditor's name and mailing address
**Nextgen**
**7165 Bermuda Rd.**
**Las Vegas, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,067.00**

---

**3.89**

Nonpriority creditor's name and mailing address
**Nichols Sales, Inc.**
**14140 Live Oak Ave. Suite A**
**Baldwin Park, CA 91706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **trash service**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,276.42**

---

**3.90**

Nonpriority creditor's name and mailing address
**NU Health Foods, LLC**
**PO Box 12376**
**Marina Del Rey, CA 90295**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,300.80**

---

**3.91**

Nonpriority creditor's name and mailing address
**O'Reilly**
**11559 Rosecrans Ave.**
**Norwalk,, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number  **3316**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **equipment parts**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,949.48**

---

**3.92**

Nonpriority creditor's name and mailing address
**OSCAR VALENZUELA**
**18827 THORN CREST CT.**
**CANYON COUNTRY, CA 91351**

Date(s) debt was incurred  **1/5/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,837.00**

---

**3.93**

Nonpriority creditor's name and mailing address
**P & R Paper Supply Company, Inc.**
**P.O. Box 590**
**Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number  **5349**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **packaging**

Is the claim subject to offset? ■ No  ☐ Yes

**$228,615.52**

---

**3.94**

Nonpriority creditor's name and mailing address
**PALFINGER LIFTGATE**
**PO Box 5822**
**Carol Stream, IL 60197-5822**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,336.67**

---

| Debtor | Better 4 You Breakfast, Inc. | | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Paola Lopez**
**c/o Leena Fana**
**Lawyers for Employee & Consumer Rig**
**4100 West Alameda Avenue, 3rd Fl.**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,259.59**

**Parks Coffee California Inc.**
**PO Box 110914**
**Carrollton, TX 75011-0914**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number  **1252**

Basis for the claim:  **office supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$692.93**

**PartsPak Inc**
**602 Airport Blvd.**
**Doylestown, PA 18902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,025.76**

**Pasta Piccinini, Inc. Gourmet Fresh**
**950 N. Fair Oak Ave.**
**Pasadena, CA 91103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number  **B4YM**

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209,158.50**

**Philadelphia Indemnity**
**Insurance Co.**
**PO Box 70251**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,284.64**

**Pizza Hut**
**PO Box 782110**
**Wichita, KS 67278**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,161.65**

**Precision Industrial Manufacturers**
**16198 Gladstone St.**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better 4 You Breakfast, Inc.** | | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,010.00 |
|---|---|---|---|

**Precision Scales Inc.**
**1300 East 223rd St., Ste 408**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $661.50 |
|---|---|---|---|

**PRINT N COPY**
**4820 S. Eastern Ave. Unit P**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,520.91 |
|---|---|---|---|

**Prudential Overall Supply**
**P.O. Box 11210**
**Santa Ana, CA 92711-1210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **smocks for employees**

Last 4 digits of account number  **2500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $90,490.19 |
|---|---|---|---|

**Pueblo Trading Company, Inc**
**PO Box 11508**
**Newport Beach, CA 92658**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **food**

Last 4 digits of account number  **4You**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,068.00 |
|---|---|---|---|

**QBE**
**PO BOX 734576**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **insuance**

Last 4 digits of account number  **7515**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,830.75 |
|---|---|---|---|

**Raymond Intralogistics Solutions**
**9939 Norwalk Blvd.**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,741.01 |
|---|---|---|---|

**Republic Wireless**
**PO Box 75070**
**Chicago, IL 60675-5070**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

**3.109** | Nonpriority creditor's name and mailing address

**Restaurant Depot - Van Nuys**
**15853 Strathern St.**
**Van Nuys, CA 91406-1310**

Date(s) debt was incurred _____

Last 4 digits of account number  **0061**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,901.49**

---

**3.110** | Nonpriority creditor's name and mailing address

**ROBERT CAMARENA**
**11471 DONNER PASS CT**
**RANCHO CUCAMONGA, CA 91737**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,219.44**

---

**3.111** | Nonpriority creditor's name and mailing address

**Robert Spiro**
**3951 Medford St**
**Los Angeles, CA 90063**

Date(s) debt was incurred  **1/5/2022**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,134.44**

---

**3.112** | Nonpriority creditor's name and mailing address

**Rocket Machine Works Inc**
**5410 S Villa Ave**
**Fresno, CA 93725**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

**$8,520.00**

---

**3.113** | Nonpriority creditor's name and mailing address

**Rockview**
**PO Box 668**
**Downey, CA 90241**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

**$663,162.57**

---

**3.114** | Nonpriority creditor's name and mailing address

**ROMULO CALISTRI**
**14014 NW PASSAGE #144**
**MARINA DEL REY, CA 90292**

Date(s) debt was incurred  **1/5/2022**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,534.94**

---

**3.115** | Nonpriority creditor's name and mailing address

**Seyfarth Shaw LLP**
**2029 Century Park East.  Suite 3500**
**Los Angeles, CA 90067**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **legal**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,906.93**

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharde Thomas Skahan**
**2029 Century Park E, Ste 3500**
**Los Angeles, CA 90067-3021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,333.28 |
|---|---|---|---|

**Shoes For Crews, llc**
**File Lockbox 734176**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0040**

Basis for the claim:  **shoes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,302.76 |
|---|---|---|---|

**Simply Fresh LLC**
**PO Box 715378**
**Cincinnati, OH 45271-5378**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5545**

Basis for the claim:  **food**

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,250.00 |
|---|---|---|---|

**Smith IT Solutions LLC**
**2906 N Frederic Street**
**Burbank, CA 91504**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **IT**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,002.00 |
|---|---|---|---|

**Smithway Associates, Inc.**
**5743 Smithway St. #106**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LA rent**

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,561.62 |
|---|---|---|---|

**SoCal Gas (The Gas Company 4938 9)**
**PO Box C**
**Monterey Park, CA 91756**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,666.09 |
|---|---|---|---|

**Sonsray**
**PO Box 51173**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4000**

Basis for the claim:  **truck rental**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

**3.123** | **Nonpriority creditor's name and mailing address**

**Southern California Immediate Medical**
**7300 Alondra Blvd. Suite 101**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **medical service**

Is the claim subject to offset? ☑ No  ☐ Yes

**$8,094.20**

---

**3.124** | **Nonpriority creditor's name and mailing address**

**Southwest Border Flavor**
**2580 W. Brooke St., STE. 101**
**North Las Vegas, NV 89032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.125** | **Nonpriority creditor's name and mailing address**

**Spectra 360, Inc.**
**P.O.Box 75410**
**Chicago, IL 60675-5410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **temp agency**

Is the claim subject to offset? ☑ No  ☐ Yes

**$74,237.73**

---

**3.126** | **Nonpriority creditor's name and mailing address**

**STEVEN HOLGUIN**
**4117 IVY RUSSELL WAY**
**LAS VEGAS, NV 89115**

Date(s) debt was incurred  1/5/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset? ☑ No  ☐ Yes

**$6,018.00**

---

**3.127** | **Nonpriority creditor's name and mailing address**

**Superior Carrier Services Inc**
**10430-28 Pioneer Blvd.**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **truck transfer service**

Is the claim subject to offset? ☑ No  ☐ Yes

**$51,400.00**

---

**3.128** | **Nonpriority creditor's name and mailing address**

**Supplymates**
**40 N. Altadena Dr. Suite 206**
**Pasadena, CA 91107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **office supplies**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,232.30**

---

**3.129** | **Nonpriority creditor's name and mailing address**

**Sysco Los Angeles, Inc.**
**20701 East Currier Road**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number  8973

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **food**

Is the claim subject to offset? ☑ No  ☐ Yes

**$210,373.99**

---

3/09/22 11:09AM

| Debtor | Better 4 You Breakfast, Inc. | Case number *(if known)* | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,860.07** |
|---|---|---|---|

**T-Mobile**
**PO Box 790047**
**St. Louise, MO 06317-9007**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number  2789**

Basis for the claim:  **phones**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,000.00** |
|---|---|---|---|

**Taltran Global Inc.**
**45 S. Arroyo Pkwy., Unit 217**
**Pasadena, CA 91105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,220.00** |
|---|---|---|---|

**Tarrier Foods Corp**
**PO Box 634310**
**Cincinnati, OH 00063-4310**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,076.96** |
|---|---|---|---|

**TEC Equipment Leasing**
**PO Box 743076**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number  2533**

Basis for the claim:  **truck rentals**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,016.05** |
|---|---|---|---|

**THOMAS WILSON**
**12088 MORROW DRIVE**
**TUSTIN, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  1/5/2022**

**Last 4 digits of account number** _____

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,270.50** |
|---|---|---|---|

**Tiffany  Morgan Birkett, APC**
**519 S. First Avenue**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TOM LALLAS**
**MARK D. HURWITZ**
**LEVY, SMALL & LALLAS**
**815 Moraga Drive**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,345.58 |
|---|---|---|---|

**TPx - TelePacific Communications**
**515 S. Flower St. 46th**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  8082**

Basis for the claim:  **phones**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,463.48 |
|---|---|---|---|

**Tuscany Cheese LLC**
**6850 Artesia Blvd.**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,453.66 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  4311**

Basis for the claim:  **boxes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434,175.60 |
|---|---|---|---|

**US Foods, Inc.**
**File 6993**
**Los Angeles, CA 90074-6993**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  3017**

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Veronica Ortiz**
**c/o Law Office of Lavi & Ebrahimian**
**Joseph Lavi**
**8889 W. Olympic Blvd Suite 200**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,879.10 |
|---|---|---|---|

**Victor's Market Company**
**11735 S. Prairie Ave.**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **food**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,550.33 |
|---|---|---|---|

**WEX  (76 Universal)**
**PO Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,210.85 |
|---|---|---|---|

**WEX (Chevron)**
**PO Box 4337**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9404**

Basis for the claim: **gas**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $814,052.80 |
|---|---|---|---|

**Wild Fresh Produce**
**PO Box. 32658**
**Los Angeles, CA 90032**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **food**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,031.70 |
|---|---|---|---|

**Wrecks West USA Inc**
**1707 S Bluff Rd**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,076.11 |
|---|---|---|---|

**ZNV - Get Fresh Sales, Inc.**
**P.O. Box 96087**
**Las Vegas, NV 89193-6087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,994.10 |
|---|---|---|---|

**ZNV-A&M Cold Storage & Trailer Leas**
**PO Box 86 Minster**
**Minster, OH 45865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,103.00 |
|---|---|---|---|

**ZNV-Dunlapv Inc**
**1626 Jamboree Dr.**
**Colorado Springs, CO 80920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,625.63 |
|---|---|---|---|

**ZNV-Lowe Rental Inc**
**7405 Graham Road. St. B**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98,698.48 |
|---|---|---|---|

**ZNV-Meadow Gold-Las Vegas (MG)**
**6350 E. Centennial Pkwy.**
**Las Vegas, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $556.95 |
|---|---|---|---|

**ZNV-Republic Services**
**P.O. Box 78829**
**Phoenix, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,105.72 |
|---|---|---|---|

**ZNV-TCI Leasing/Rentals**
**4950 Triggs Street**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171,294.00 |
|---|---|---|---|

**ZSF - Banner Fruit Co.**
**PO Box 2971**
**South San Francisco, CA 94083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,883.15 |
|---|---|---|---|

**ZSF - Bludog Telecom Inc.**
**355 N. Lantana #486**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,672.86 |
|---|---|---|---|

**ZSF - City of Millbrae**
**621 Magnolia Ave.**
**Millbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,605.42 |
|---|---|---|---|

**ZSF - Claddagh Refrigeration Co. In**
**1434 15th Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,204.84**

**ZSF - Gilt Edge Creamery**
**1636 Gilbreth Road**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,400.00**

**ZSF - Lara's Trucking, Inc.**
**PO Box 576849**
**Modesto, CA 95357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.79**

**ZSF - Marlin Business Bank**
**PO Box 13604**
**Philadelphia, PA 19101-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,455.92**

**ZSF - MSM, Inc.**
**1101 Francisco Blvd. E.**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,103.70**

**ZSF - PG & E**
**PO Box 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,783.87**

**ZSF - Ryder**
**Lockbox File 056347**
**Los Angeles, CA 90074-6347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,811.45**

**ZSF - Sysco Food Services**
**20701 East Currier Road**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Better 4 You Breakfast, Inc. | Case number (if known) | 2:22-bk-10994-BB |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,989.00 |
|---|---|---|---|

**ZSF - The Fruit Guys**
**21 Airport Blvd., Ste H South**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,387.59 |
|---|---|---|---|

**ZSF - Tyco Integrated Security**
**P.O. Box 37967**
**Pittsburgh, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,294.07 |
|---|---|---|---|

**ZSF - ULINE**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,684.72 |
|---|---|---|---|

**ZSF-Kelly Spicers Packaging**
**P.O. Box 741659**
**Los Angeles, CA 90074-1659**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**ZSF-Teocal Transport, Inc**
**2101 Carden St.**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Robert Lourenco Costa**<br>**Mahoney Law Group, APC**<br>**249 E Ocean Blvd Ste 814**<br>**Long Beach, CA 90802-4899** | Line **3.141**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,638,558.47 |
| 5b. Total claims from Part 2 | 5b. | + $ | 8,339,970.81 |

3/09/22 11:09AM

| Debtor | **Better 4 You Breakfast, Inc.** | Case number (if known) | **2:22-bk-10994-BB** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.      $ _____ **9,978,529.28**

Kellogg Sales Company
PO Box 101138  SAP Lockbox # West
Pasadena, CA 91189-1138

Fernando Castillo
5743 Smithway St., Ste 103
Los Angeles, CA 90040

Jacqueline Duvivier Castillo
5743 Smithway St., Ste 103
Los Angeles, CA 90040

Jason Roberts
5743 Smithway St., Ste 103
Los Angeles, CA 90040

Robert Spiro
3951 Medford St
Los Angeles, CA 90063

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
206 N. Jackson St. Ste. 201, Glendale, CA, 91206

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES,
MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in
chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**3/09/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- **David A Tilem**    davidtilem@tilemlaw.com,
  DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@
  notify.bestcase.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  **3/09/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

Kellogg Sales Company
PO Box 101138 SAP Lockbox # West
Pasadena, CA 91189-1138

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____**, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/09/2022 | Joan J. Fidelson | /s/ Joan J. Fidelson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**