1  Daren R. Brinkman (State Bar No. 158698)
   BRINKMAN LAW GROUP, PC
2  543 Country Club Drive, Suite B
   Wood Ranch, CA 93065
3  Telephone: (818) 597-2992
   Facsimile: (818) 597-2998
4

5  *Proposed Counsel for the Official Committee of*
   *Unsecured Creditors of Better 4 You Breakfast, Inc.*
6

7              **UNITED STATES BANKRUPTCY COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
8                   **LOS ANGELES DIVISION**

9  In re                          )  Case No: 2:22-bk-10994-BB
                                   )
10 BETTER 4 YOU BREAKFAST, INC.,   )  Chapter 11
                                   )
11     Debtor and Debtor-in-Possession.  )  **APPLICATION OF THE OFFICIAL**
                                   )  **COMMITTEE OF UNSECURED**
12                                 )  **CREDITORS TO RETAIN AND EMPLOY**
                                   )  **PROVINCE, LLC AS FINANCIAL**
13                                 )  **ADVISOR, EFFECTIVE AS OF APRIL 25,**
                                   )  **2022; DECLARATION OF EDWARD KIM**
14                                 )  **IN SUPPORT THEREOF; STATEMENT**
                                   )  **OF DISINTERESTEDNESS, LOCAL**
15                                 )  **FORM F 2014-1 IN SUPPORT THEREOF**
                                   )
16                                 )  No Hearing Required Unless Requested Per
                                   )  L.B.R. 9013-1(o)
17 _____ )

18         The Official Committee of Unsecured Creditors (the "Committee") of Better 4 You

19 Breakfast, Inc., the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby

20 submits this application (the "Application") for entry of an order authorizing the Committee's

21 retention and employment of Province, LLC ("Province") as financial advisor, effective as of

22 April 25, 2022.

23

24         This Application is brought pursuant to sections 330 and 1103(a), of title 11 of the United

25 States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure

26 (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules of the United States

27 Bankruptcy Court for the Central District of California (the "Local Rules"):

28                           **JURISDICTION AND VENUE**

1.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory bases for the relief requested herein are section 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1.

## BACKGROUND

2.      On February 24, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court. Since the Petition Date, the Debtor has remained in possession of its assets and has continued to operate and manage its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On April 18, 2022, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee consists of the following five (5) members: (i) Rockview Dairies, Inc.; (ii) Global Food Solutions, Inc., (iii) Veronica Ortiz, (iv) Spectra 360, Inc., and (v) Pueblo Trading Co., Inc.

4.      On April 25, 2022, the Committee selected Province as financial advisor.

## THE EMPLOYMENT OF PROVINCE IS WARRANTED

5.      Province has extensive experience representing official creditors' committees, debtors, creditors, trustees, and others in a wide variety of bankruptcy cases, including, as (i) financial advisor to the official committees of unsecured creditors in the Purdue Pharma, Path Medical, LLC, Paper Source, Inc., NITROcrete, LLC, Teligent, Inc., A.B.C. Carpet., Inc., Avadim Health, Inc., Alex and Ani, LLC, EHT US1, Inc., Griddy Energy LLC, Carbonlite Holdings LLC, TECT Aerospace Group Holdings, Inc., L'Occitane, Inc., Neopharma, Inc., Mallinckrodt plc, PBS Brand Co., LLC, Francesca's Holding Corporation, Furniture Factory Ultimate Holding, LP, White Stallion Energy, LLC, Smartours, LLC, Pier 1, One Web, J Crew, Lucky's Market, Papyrus, Stage Stores, Inc., American Blue Ribbon Holdings, LLC, BL Restaurants Holding, LLC, Destination Maternity, Brookstone, J&M Stores (Fallas), Heritage Home Group, The Rockport Company, Claire's Stores, Inc., The Walking Company, Patriot National, Shiekh Shoes, Velocity Holding

Company (MAG), Aerogroup International, Inc. (Aerosoles), Mac Acquisition LLC (Romano's Macaroni Grill), Cornerstone Apparel, Inc. (Papaya), True Religion Apparel, Inc., Payless ShoeSource, Inc., Gordmans Stores, Inc., hhgregg Inc., Eastern Outfitters LLC, Inc., Prestige Industries LLC, Gulf Chemical & Metallurgical Corporation, Performance Sports Group, Fresh-G Restaurant Intermediate Holding, LLC (Garden Fresh Restaurants), Golfsmith International Holdings, Inc., Aéropostale, Inc., Pacific Sunwear, Inc., Fresh & Easy, LLC, The Wet Seal, LLC, National Air Cargo, Inc., Magnetation, LLC, and KSL Media Inc. matters, (ii) financial advisor to the debtors in Cinemex Holdings USA, True Religion Apparel, Inc., Woodbridge Group of Companies, LLC, Penthouse Global Media Inc., Focus Property Group, Superior Linen, Argosy Casino (Penn National) and American West Homes, and (iii) the trustee in Maxus Energy, Avaya, Inc., La Paloma Generating Company LLC, RadioShack Corporation, Coldwater Creek, Inc., Loehmann's Inc., Eddie Bauer, and Promise Healthcare Group, LLC, among others.

**I.   Scope of Services**

6.      Subject to further order of this Court, the services Province has rendered and may be required to render for the Committee, include without limitation, the following:

    a.  becoming familiar with and analyzing the Debtor's budget, assets and liabilities, and overall financial condition;

    b.  reviewing financial and operational information furnished by the Debtor;

    c.  executing or assisting in monitoring any sale or capital raising process, reviewing bidding procedures, stalking horse bids, asset purchase agreements, interfacing with the Debtor's professionals, and advising the Committee regarding the process;

    d.  scrutinizing the economic terms of various agreements, including, but not limited to, the Debtor's various professional retentions;

    e.  analyzing the Debtor's proposed business plans and developing alternative scenarios, if necessary;

    f.  assessing the Debtor's various pleadings and proposed treatment of unsecured creditor claims therefrom;

    g.  preparing, or reviewing as applicable, avoidance action and claim analyses;

    h.  assisting the Committee in reviewing the Debtor's financial reports, including, but not limited to, statements of financial affairs, schedules of assets and liabilities, budgets, and monthly operating reports;

    i.  advising the Committee on the current state of this chapter 11 case;

j.  advising the Committee in negotiations with the Debtor and third parties as necessary;

k.  if necessary, participating as a witness in hearings before the Court with respect to matters upon which Province has provided advice; and

l.  other activities as are approved by the Committee, the Committee's counsel, and as agreed to by Province.

## II.  **Province's Disinterestedness and Disclosure Concerning Conflicts of Interest**

7.  As more fully set forth in the Declaration of Edward Kim (the "Kim Declaration"), attached hereto, Province reviewed a list of interested persons and entities involved in this case, and prepared the list of relevant parties in interest on Schedule 1 attached to the Kim Declaration, which was run through Province's conflict system consistent with the U.S. Trustee's requirements. Province does not represent, or have any connection with, any of the parties in interest listed on Schedule 1, subject to the disclosures regarding representations in unrelated matters set forth on Schedule 2 to the Kim Declaration. Province will not, while employed by the Committee, represent any entity having an adverse interest in connection with this case.

8.  The Committee does not believe Province's representation of such entities or their affiliates in unrelated matters will impair Province's ability to represent the Committee as financial advisor in this case. The Committee has been informed that Province will conduct an ongoing review of its files to ensure that no disqualifying circumstances arise. To the extent that Province discovers any connection with any interested party or enters into any new relationship with any interested party, Province will promptly supplement its disclosure to the Court.

9.  Based on the Kim Declaration, the Committee submits that Province is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and neither represents nor holds an interest adverse to the interest of the Committee, the Debtor or its estates with respect to the matters on which Province is to be employed.

10.    In accordance with this Court's requirements, submitted herewith is an executed Local Form F2014-1.STMTDISINTEREST.PROF (statement of disinterestedness for employment of professional person).

**III.    Professional Compensation**

11.    The Committee requests that all legal fees and related costs and expenses incurred by the Committee on account of services rendered by Province in this case be paid as administrative expenses of the Debtor's estates pursuant to sections 330(a), 331, 503(b), and 507(a) of the Bankruptcy Code.

12.    Province intends to apply to this Court for interim and final allowance of compensation and reimbursement of expenses for all services performed and expenses incurred since April 25, 2022 in accordance with and as permitted by sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, the requirements and guidelines of the United States Trustee and any rules or orders of this Court. Province understands that its compensation in this case is subject to the prior approval of this Court. There are no arrangements between Province and any other entity for the sharing of compensation received or to be received in connection with this case, except insofar as such compensation may be shared among principals and associates of Province.

13.    Province's current standard hourly rates for the professionals that may be involved in the matter are set out are set forth below:

| Professional Level | Per Hour (USD) |
|---|---|
| Edward Kim, Principal | $800 |
| Walter Oh, Managing Director | $770 |
| Paul Navid, Senior Director | $690 |
| Harry Foard, Director | $620 |
| Paul Baik, Senior Associate | $510 |

Paraprofessionals $185-$225

14.     Province has advised the Committee that the hourly rates are subject to annual increases in the normal course of Province's business. In the event of any such increase, Province will provide the U.S. Trustee and the Committee with notice of any such increase.

15.     The hourly rates set forth above are the firm's standard hourly rates for work of this nature. The firm's standard rates are set at a level designed to compensate the firm fairly for the work of its professionals and paraprofessionals and to cover fixed overhead expenses.

16.     Province will charge for expenses in a manner and at rates consistent with charges made to its other clients, and in accordance with the Bankruptcy Rules and Local Bankruptcy Rules and consistent with the guidelines of the United States Trustee. Such expenses include, among other things, long-distance telephone, fax (outgoing only), mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for computerized research, and transcription costs.

17.     The Committee believes that the employment of Province on the terms and conditions set forth above is in the best interests of the Committee and the creditors of the Debtor's estate. The Committee requests approval of the employment of Province effective as of April 25, 2022. Such relief is warranted by the circumstances presented by this case. The Committee's selection of Province on April 25, 2022 necessitated that Province immediately commence work on time-sensitive Committee matters while physically assisting the Debtor in analyzing base data, constructing a forecast budget model for Debtor and to the standards required by its secured lenders, and attending three hearings in this case within the first two weeks of the engagement.

18.     No prior application for the relief requested herein has been presented to this Court or any other court.

## **NOTICE**

19.    Pursuant to Local Bankruptcy Rule 2014-1(b)(C), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon the Debtor, its counsel, proposed counsel for the Committee, and the United States Trustee no later than 14 days from the date of service of notice of the filing of the Application.

20.    Notice of the filing of this Application was provided pursuant to Local Bankruptcy Rule 2014-1(b)(2)(B) to the Office of the United States Trustee, the Debtor, and the Debtor's counsel.

1    **WHEREFORE**, the Committee requests that the Court enter an order (i) authorizing the

2  Committee to employ Province as its lead counsel effective as of April 25, 2022; (ii) authorizing

3  payment of such compensation to Province as may be allowed by this Court; and (iii) granting

4  such other and further relief as the Court may deem just and proper.

5

6

7              Respectfully submitted this June  3  , 2002.

8              THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
               BETTER 4 YOU BREAKFAST, INC.

9

10

11  By: _____
               Michael Levine
12               *Chairperson of the Official Committee of*
                *Unsecured Creditors of Better 4 You Breakfast, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF EDWARD KIM

2      I, Edward Kim, hereby declare that the following statements are true and correct to the best

3 of my knowledge after due inquiry as described herein:

4      1.      I am a principal with Province, LLC ("Province"), which is a financial advisory

5 firm with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada

6 89074. Province also has offices in the Baltimore, Los Angeles, Miami and Stamford metro areas. I

7 am authorized to submit this declaration (the "Declaration") in support of the Application for Entry

8 of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to

9 the Official Committee of Unsecured Creditors Effective as of April 25, 2022 (the "Application").

10      2.      Province's corporate structure, including its parent entities, affiliates, and

11 subsidiaries, is as follows: Province, LLC is a Delaware limited liability company, and Province's

12 subsidiaries, which are wholly-owned, are SLTN TRST, LLC, a California limited liability

13 company, which is in the process of dissolution, and Province Fiduciary Services, LLC, a Nevada

14 limited liability company. All of the membership interests in Province, LLC are held by Province

15 Holdings, Inc., a Delaware corporation ("Holdco"), and Province Management, LLC, a Delaware

16 limited liability company ("Management Holdco"). Neither Holdco, Management Holdco, nor any

17 Province subsidiary (i) has any employees, (ii) has any connection to the Debtor or any person

18 listed on the Entity List (defined below), (iii) has any physical or electronic access to Province's

19 physical or electronically stored information; (iv) will be involved in this engagement; nor (v) have

20 they been engaged to advise the Debtor, the Unsecured Creditors' Committee, or any other party in

21 interest in connection with these chapter 11 proceedings. Additionally, all Province conflicts

22 checks and related disclosures include any connections of each of Province's subsidiaries, Holdco,

23 and Management Holdco.

24      3.      I am familiar with the matters set forth herein and make this declaration in support

25 of the *Application of the Official Committee of Unsecured Creditors to Retain and Employ*

26 *Province, LLC as Financial Advisors Effective as of April 25, 2022* (the "Application").

27 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them

28 in the Application.

4.    On March 31, 2022, the Office of the United States Trustee appointed a Committee consisting of the following five (5) members: (i) Rockview Dairies, Inc.; (ii) Global Food Solutions, Inc., (iii) Veronica Ortiz, (iv) Spectra 360, Inc., and (v) Pueblo Trading Co., Inc.

5.    On April 25, 2022, the Committee selected Province, LLC as financial advisor.

6.    Province began rendering services to the Committee immediately following its selection by the Committee.

## PROVINCE'S DISCLOSURE PROCEDURES

7.    In connection with its proposed retention by the Committee in this chapter 11 case and in preparing this Declaration, Province used a set of procedures developed to ensure full compliance with the requirements of the Bankruptcy Code and the Federal and Local Bankruptcy Rules regarding the retention of professionals (the "Retention Procedures"). Pursuant to the Retention Procedures, and under my direction and supervision, Province researched its client connections database, which includes all engagements that concluded within the past twenty-four (24) months, to determine whether it has relationships with any of the entities that were identified to Province as creditors or parties-in-interest in this chapter 11 case (the "Entity List"). To the extent such a search indicated that Province has a relationship with any of the entities on the Entity List, the identities of such entities and Province's relationship with such entities is disclosed in the attached **Schedule 2**.

8.    Province sent an email questionnaire to each employee inquiring as to whether each employee or any member(s) of his or her household:

    i.    owns any debt or equity securities of the Debtor or their non-debtor affiliates;

    ii.   holds a claim against or interest adverse to the Debtor or their non-debtor affiliates;

    iii.  is or was an officer, director, or employee of the Debtor or their non-debtor affiliates;

iv. is related to or has any connections to any Bankruptcy Judge in the United States Bankruptcy Court for the Central District of California;

v. is related to or has any connections to anyone working in the Office of the United States Trustee for the Central District of California;

vi. was an officer, director or employee of the Debtor within two year prior to the Petition Date; or

vii. has a connection with a party in interest listed on the Schedule 1 Master Conflicts List attached to the Declaration ("Schedule 1").

9. Province did not receive any responses to the above internal employee questionnaire.

## PROVINCE'S CONNECTIONS WITH
## PARTIES IN INTEREST IN THIS CHAPTER 11 CASE

10. Based upon the information available to me, Province is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and neither represents nor holds an interest adverse to the interests of the Committee, the Debtor, or its estate with respect to the matters on which Province is to be employed. To the extent Province discovers any connection with any party or enters into any new relationship with any party that would otherwise have had to have been disclosed in this Application, Province will promptly supplement its disclosures to the Court.

11. Based on the result of that search and employee questionnaire, I have been able to ascertain after diligent inquiry that to the best of my knowledge, Province (i) does not represent any entity having an adverse interest in connection with these chapter 11 cases and (ii) does not represent or hold an interest adverse to the interest of the Debtor or its estate with respect to the matters on which Province is to be employed. Moreover, Province and its subsidiaries are disinterested within the meaning of section 101(14) of the Bankruptcy Code, in that neither I, Province, any Province subsidiary, nor any of their principals, employees (including those working on this engagement) or associates:

a.   are creditors, equity security holders or insiders of the Debtor;

b.   are or were within two years before the Petition Date, a director, officer or employee of the Debtor;

c.   have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtor or for any other reason; or

d.   hold any debt or equity securities of the Debtor.

12.   As a part of Province's financial advisory practice, Province's clientele includes: debtors, creditors and other statutory committees, institutional creditors, asset purchasers, venture capitalists, secured parties, lessors, contract parties, equity holders, directors and officers, court-appointed fiduciaries, plan sponsors, indenture trustees, and bond insurers. The Debtor has numerous creditors and other parties-in-interest. Province may have in the past represented, and may presently or in the future represent or be deemed adverse to, creditors or parties-in-interest in addition to those specifically disclosed in **Schedule 2** in matters unrelated to these chapter 11 cases. Province believes that its representation of such creditors or other parties in such other matters has not affected and will not affect its representation of the Committee in these proceedings.

13.   Except as otherwise set forth herein and in **Schedule 2**, insofar as I have been able to ascertain, the principals, associates and staff members of Province do not have any connection with the Debtor, the Debtor's officers and directors, the Debtor's creditors, the Debtor's equity security holders and other known parties-in-interests or their respective professionals.

14.   To the best of my knowledge, information and belief formed after reasonable inquiry, neither I, nor any principal, associate or staff member of Province, insofar as I have been able to ascertain, is related to the bankruptcy judge assigned to the above-captioned chapter 11 cases.

15.    To the best of my knowledge, information and belief formed after reasonable inquiry, neither I, nor any principal, associate or staff member of Province, insofar as I have been able to ascertain, has a connection to the United States Trustee or any person employed in the office of the United States Trustee.

16.    Despite the substantial efforts described above to identify and disclose potential conflicts and connections with parties-in-interest in these cases, neither I nor Province is able to conclusively identify all potential relationships or state with absolute certainty that every client representation or other connection of Province has been disclosed. To the extent Province discovers any facts or additional information during the period of Province's retention that requires disclosure, Province will supplement this Declaration to disclose such information.

## PROVINCE'S RATES AND BILLING PRACTICES

17.    Province has neither received any retainer nor any payment from the Debtor nor the Committee, nor has it received any promise of payment, during the one-year period prior to the filing of the Debtor's petition. No compensation has been paid or promised to be paid from a source other than the Debtor's estates in these chapter 11 cases. No promises have been received by Province nor by any advisors or attorneys thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code. Province has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases, except among employees of Province. Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by Province in its representation of the Committee.

18.    Province intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of this Court as stated in the Application, and in compliance with applicable provisions of the Bankruptcy Code, on an hourly

basis, plus reimbursement of actual, necessary expenses and other charges incurred by Province.

My colleague Paul Navid and I will be primarily responsible for the representation of the

Committee in this case. Our resumes are attached hereto as Exhibit A.

19.   Province's current standard hourly rates are:

| Professional Level | Per Hour (USD) |
| --- | --- |
| Edward Kim, Principal | $800 |
| Walter Oh, Managing Director | $770 |
| Paul Navid, Senior Director | $690 |
| Harry Foard, Director | $620 |
| Paul Baik, Senior Associate | $510 |
| Paraprofessionals | $185-$225 |

20.   The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Province will provide notice to the Debtor, the Committee, and the U.S. Trustee before implementing any increases in Province's rates for professionals working on this chapter 11 case.

21.   In addition to the fees described above, Province will bill for all out-of-pocket expenses reasonably and actually incurred by Province in connection with the matters contemplated by this Application and in accordance with the United States Trustee Guidelines.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed on June 1, 2022 at Manhattan Beach, California.

/s/
Edward Kim

14

## SCHEDULE 1 TO KIM DECLARATION

## LIST OF *POTENTIAL* INTERESTED PARTIES

**Parties**

AARON CANO MORALES

ABRAHAM TORRES RUIZ

ADA ALVARADO

ADELFO CHAVEZ

ADRIAN VAZQUEZ

ADRIAN VENTURA

Aetna Life Insurance Company

AIDA CACHO

AILEEN GILES

ALBERTO GALLARDO

ALBERTO HERNANDEZ

Albie s Food Products, LLC

ALEJANDRA CORREA CHAVEZ

ALEJANDRA ESPINOZA

ALEJANDRA MORALES DE JESUS

ALEJANDRA RIVERA DE BERNACHE

ALEJANDRA ROBLES

ALEJANDRO CRUZ

ALEJANDRO TERRONES

ALEXIS MENDOZA

ALFONSO OLIVEROS

ALFREDO ROBLEDO

ALICIA HERNANDEZ

ALICIA RAMOS

ALICIA REYES

Allen B. Felahy

ALLIANCE FUNDING

ALMA GONZALEZ

ALMA HERNANDEZ

ALMA RAMIREZ

ALMA VELAZQUEZ

ALONDRA VILLASENOR

American Reclamation, Inc

American Walk-in Coolers, LLC

AMEYDA ROQUE

AMIT PAREKH

Amur Equipment Financial

ANA CASILLAS

ANA CORPENO

ANA DUARTE

ANA HERNANDEZ

| | |
|---|---|
| 1 | ANA HERRERA |
| 2 | ANA HERRERA |
| | ANA MAGANA |
| 3 | ANA MARIA DEL CARPIO |
| 4 | ANA PARENTE |
| | ANA RIVERA |
| 5 | ANA RODRIGUEZ |
| | ANA VELASQUEZ |
| 6 | ANAYELI CERVANTES |
| 7 | ANDER VANEGAS |
| | ANDREA OSORIO |
| 8 | ANDRES GONZALES MARTINEZ |
| 9 | ANDREW MICHAEL KRAMER |
| | ANGELA LOPEZ |
| 10 | ANGELICA ROSAS DE APARICIO |
| | ANIBAL GALEANA |
| 11 | ANITA SAPP |
| 12 | ANITA TRAN-TONG |
| | ANNETTE MIRE |
| 13 | ANTONIA MENDEZ ARENAS |
| 14 | ANTONIA MONTOYA |
| | ARACELI AGUILAR |
| 15 | ARACELI GUERRERO DE MATA |
| | ARACELI NAVARRETE |
| 16 | ARACELI PEREZ |
| 17 | ARACELI POSADA DE MEJIA |
| | ARACELI RAMIREZ |
| 18 | ARACELY JOVEL |
| 19 | ARASELI ESPARZA RODRIGUEZ |
| | ARCELIA FLORES |
| 20 | Ardellas |
| | ARELY MOLINA |
| 21 | ARIEL DIAZ |
| 22 | ARIELLA CASTILLO DUVIVIER |
| | ARMANDO CHACON |
| 23 | ARMANDO GUERRERO |
| 24 | ARTURO GANCEDO |
| | ASHLEY BECHET |
| 25 | ASUCENA LEDEZMA |
| | AT&T |
| 26 | Atlapac |
| 27 | AUDREY ARNOLD |
| | Axis Capital |
| 28 | AZUCENA LOPEZ |
| | BALTAZAR TRUJILLO |

1  Berkshire Hathaway Homestate Companies
   BERNARDINO PEREZ
2  Best Bay Logistics
3  Bestway Sandwiches
   BETY SANTAMARIA
4  BLANCA CHAVEZ
5  BLANCA GUERRA VARGAS
   BLANCA MEJIA
6  BONIFACIO JIMENEZ
   Brager Tax Law Group APC
7  Break Time Snacks, Inc
8  BRENDA REYNA
   BRET GREENBERG
9  BRET VIEGELMANN
   BRH SUPPLY
10 Butter Buds Inc.
11 Caldwell Fresh Foods
   California Charter School Association
12 CAMILA MONTES
13 CANDIDA DE LA CRUZ
   Cargill, Inc.
14 CARINA SOLIS
15 CARLOS MARTINS
   CARLOS NOLASCO
16 CARLOS PAZ
   CARLOS VELEZ
17 CARLOS VILLEGAS
18 CARMEN MOYANO
   CAROLINA SANTAMARIA
19 CDL Utilities
20 CECILIA RAMOS
   CELENE REYES DE JESUS
21 CELIA PLEITEZ
   Central Restaurant Product
22 Certifix Livescan
23 CESAR DE DIOS PEREZ
   CESAR MORENO
24 CHRISTINE HERNANDEZ
25 CHRISTOPHER DAPELLO
   Chubb
26 CINTHIA GUNERA VELASQUEZ
   CIRERI OLIVARES
27 CIRILA MORALES DE LOS SANTOS
28 CLAUDIA CHAVEZ
   CLAUDIA GUEVARA

CLAUDIA MORALES

CLAUDIA ORTIZ

CLAUDIA TORRES

CNG Transportation, LLC

Colonial Life

Compwest Insurance Company

CREON DOTSON

CRESENCIO REYES

CRISTHIAN VALERIO

Crown Lift Trucks

Crystal Clear Packaging

CYNTHIA URUGUTIA-RIVERO

DAMARIS VICTORIA

DAMIAN RODRIGUEZ

DANIEL CASTILLO

DANIELLA CASTILLO DUVIVIER

DAPHNE ROBERTS

David Barrera

DAVID KRETOVICS

DEBORAH CORTES

DEBORAH SWINSON

Dedicated Funding-Territorial Bank

DELMY VASQUEZ

DENNIS ALVARADO

Department of Motor Vehicles (DMV)

Dewafelbakkers

DIANE RUEDA

DIANNA CUEVAS

Diego Garcia

DOLORES GUADIANA

DORALIZ TRUJILLO

DULCE ROBLEDO

DYLAN PETERS

EARL ROSAS

EDUVIGES SANCHEZ DE VILLEGAS

EDWIN ARAGON

EDWIN MAIRENA

El Milagro Bakery

ELADIO CORADO

ELDA ROMAN

ELISA REYES

ELIZABETH CARVAJAL

ELIZABETH QUINONEZ

ELIZABETH VIDAL

ELOISA MICHEL

1   ELOISA SANCHEZ ZERMENO
    ELSA SALAZAR
2   ELSIE ARIAS
3   ELVIRA JUAREZ
    EMILIA GAMBOA
4   EMILIANO CHAVEZ
5   EMILY HILLMAN
    EMMA QUIROZ GOMEZ
6   Employment Development Department
    Enterprise
7   Enterprise-Claims
8   ERENDIRA CAMPOS GONZALEZ
    ERIBERTO IBARRA-SALAZAR
9   ERIKA CARMONA
10  ERIKA RODRIGUEZ AMAYA
    Ernest Packaging Solutions
11  ERWIN ROSALES
    ESTELA DORANTES
12  ESTHELA LOPEZ
13  EUDOSIA HERNANDEZ
    EUGENIA RIVAS
14  EVA LOPEZ
15  EVA MARIA MARTINEZ VALENCIA
    EVANGELINA SERRANO
16  EVELYN ACOSTA
    EVELYN LOPEZ
17  EVELYN MALDONADO
18  Evergreen Licensing LLC
    Express Employment Professionals
19  FABIAN GARCIA SANCHEZ
20  Farbod Nourian
    FATIMA MEDINA
21  FELAHY EMPLOYMENT LAWYERS
    FELAHY EMPLOYMENT LAWYERS
22  FELANDO MARSHALL
23  FERNANDO CASTILLO
    FERNANDO URBINA
24  FERNANDO ZUNIGA
25  FERONDA CARR
    FIDEL MARCIAL
26  FIDELINA ESCALANTE
    Field Fresh Foods Inc.
27  Financial Pacific Leasing
28  Fishbowl
    FLORIDALMA ROBLERO

1  Franchise Tax Board
2  FRANCISCA HERNANDEZ
   FRANCISCO BELTRAN
3  FRANCISCO NERI
   FRANKLIN TINEY
4  Freeman, Freeman & Smiley, LLP
5  Freund Baking Company
   GABRIELA LEMUS QUEVEDO
6  GABRIELA OCON
   GEORGINA DEL VALLE
7  GERALD BONCALES
8  GERMAN MARTINEZ
   GHA Technologies, Inc.
9  GINA MURCIA
   GIULIANA FRANCO
10 Global Food Solutions
11 GLORIA PEREZ
   Good Taste Bakery
12 GRACIELA MEDINA
13 Grainger
   Great American Packaging, LLC
14 GREGORY CHAVEZ
15 GRETNA ROJO
   GRISELDA CASTILLO
16 GRISELDA LUEVANO
   GRISELDA RODRIGUEZ PELAYO
17 GUADALUPE ZAVALA
18 GUILLERMINA LANDA
   GUILLERMINA RAMOS
19 GUILLERMO AQUINO
   GUILLERMO BARAJAS
20 GUILLERMO ORTIZ
21 GUILLERMO SERRANO
   GUSTAVO GALEANO
22 GUSTAVO RIVAS PAREDES
23 Heartland School Solutions
   HECTOR GONZALEZ
24 HECTOR RAMIREZ
25 HERNAN VAZQUEZ
   Highland Beef Farms, Inc.
26 HILDA HERNANDEZ
   HILDA PALENCIA FRANCO
27 HOGLA ARCEO
28 HOMAR BARRON
   HORALIA ESTRADA

HUGO CORRAL

HUGO PALMA

HUMBERTO REYES SANDOVAL

IGNACIO RAMIREZ

IMELDA CRUZ

Individual Foodservice

INGRID ZETINA

InterCrate Inc.

Intergrated Business Solutions of Southe

Internal Revenue Services

Iowa Rotocast Plastics, Inc.

IPFS Corporation

IRIS HERNANDEZ

IRMA ISORDIA

ISAIAS MORALES MORALES

ISMAEL GARCIA

ISMAEL RODRIGUEZ

Isotech Pest Management

IVIS QUINONES RODRIGUEZ

J & J Snack Foods Corp.

JACKELLINE IBARRA

JACQUELIN HERNANDEZ

JACQUELINE DUVIVIER CASTILLO

Jada Spices Llc

JAIME LOPEZ

JAIME MATEO

JASON ROBERTS

JAZZMON HEARD

JEAN PAUL RENEAUX

JENNIFER AMADOR

JERONIMO CHIC TINEY

JESUS PESCADOR

JobSource North America, Inc.

JOEL FLORES

JOEL RAMIREZ

JOHN BOUGIAMAS OTTERBOURG,PC

JOHN FLORES

JOHN SHAW

John Soules Foods, Inc

JOHNSON JARQUIN SILES

JONATHAN DIAZ

JONATHAN JAIMES

JONATHAN SAUCEDO

JORGE ALTAMIRANO

JORGE GOMEZ

1    JORGE GUERRA
     JORGE LUIS VELAZQUEZ ESCAMILLA
2    JORGE RAMOS LOPEZ
3    JORGE RIZO
     JOSE ANGEL GONZALEZ
4    JOSE APONTE ROMERO
5    JOSE CAMILO
     JOSE GONZALEZ
6    JOSE IGNACIO SALGADO
     JOSE SALAZAR
7    JOSE TOVAR
8    JOSE ZAVALA
     JOSEFINA COLIN
9    JOSEFINA ESCALANTE
     JOSEFINA FERNANDEZ HUARACHA
10   JOSEFINA ROSALES
11   JOSELYN ESTEFANY OSEGUEDA FERNANDEZ
     Joseph Lavi
12   JSL Foods, Inc.
13   JUAN ALVAREZ
     JUAN FLORES PEREZ
14   JUAN GARCIA
15   JUAN GONZALEZ
     JUAN MARIN
16   JUAN MERCADO
     JUAN RODRIGUEZ
17   JUAN RODRIGUEZ
18   JUAN SALAS
     JUAN SANCHEZ
19   JUANA CHAMU
     JUANA SANCHEZ
20   JUDITH VEGA MARTINEZ
21   JUSTIN FIELDING
     JUSTINA PECH
22   JUSTINO GONZALEZ
23   KAREN BURCIAGA
     KAREN PARTIDA ALTAMIRANO
24   KARLA AGUIRRE
25   KARLA FLORES
     KATHERINE OROZCO
26   KATTIA KOTCHARIAN
     Kellogg Sales Company
27   Kelly Aviva Cohen
28   KEVIN GUERRA
     Koi Consulting Group, Inc.

1  LAURA GONZALEZ
2  Lawyers for Employee & Consumer
   Lawyers for Employee & Consumer Rig
3  Leasing-Hitachi Capital
   LESLIE HUMES
4  LESNIN TOLEDO
5  LESTAT RAMIRREZZ
   LETICIA HARO SOTO
6  Leumi Bank
   LEVY, SMALL & LALLAS
7  LEYDI DIAZ
8  LIDIA CASTRO
   LILIAN BETANCUR
9  LILIAN LUCERO
10 LINA HERNANDEZ
   LORENA GARCIA
11 LORENA IBARRA
   LORENA VILLAFANA
12 Los Angeles Cold Storage Company
13 LOUIS MIX
   LOURDES HUERTA
14 LUCIA OCON
15 LUCIA RODRIGUEZ
   LUCILA HERNANDEZ
16 LUCRECIA MENDOZA
   LUCY RAMIREZ
17 LUIS CASTILLO
18 LUIS ESCOBAR
   LUIS GARCIA
19 LUIS MARTINEZ
   LUIS PARTIDA
20 LUIS SALDANA QUINTO
21 LUIS VALDIVIA
   LUZ LOPEZ
22 MA NUNEZ
23 MAGDALENA SANTIBANEZ
   Magline, Inc.
24 Mahoney Law Group, APC
   MAILY NGUYEN
25 MAN HONG WU YEE
26 Managed Mobile
   MANUEL GALDAMEZ
27 MANUEL LOPEZ
28 MANUEL PALMA
   Maranatha Cleaning Services, Inc.

1. MARCIAL REYES FUENTES
2. MARGARITA LUNA
   MARGARITA ORTIZ
3. MARGARITA UMANZOR
   MARIA AVALOS
4. MARIA BARRAZA
5. MARIA C GONZALEZ
   MARIA CARBAJAL
6. MARIA CELIS
7. MARIA CONTRERAS
   MARIA CUEVAS
8. MARIA CUJCUJ
   MARIA DE LOS ANGELES LOPEZ
9. MARIA DE LOURDES NUNO GARCIA
10. MARIA DEL CARMEN VAZQUEZ PATINO
    MARIA ESPINOZA
11. MARIA FLORES
    MARIA FUENTES
12. MARIA G ACEVES
13. MARIA GARCIA
    MARIA GOMEZ
14. MARIA GRANILLO
15. MARIA GUADALUPE RODRIGUEZ CACHO
    MARIA HERNANDEZ
16. MARIA HERNANDEZ
    MARIA HERNANDEZ
17. MARIA HERNANDEZ RODRIGUEZ
18. MARIA JIMENEZ
    MARIA JUAREZ
19. MARIA KEKULA
    MARIA LARIN
20. MARIA MAGALLON
21. MARIA MARQUEZ
    MARIA MARTINEZ
22. MARIA MARTINEZ
23. MARIA MEDINA
    MARIA MEZA
24. MARIA MIRAMONTES
25. MARIA MOLINA
    MARIA MONTANO
26. MARIA MONTES DEOCA
    MARIA NAVARRO
27. MARIA NERI
28. MARIA PATINO
    MARIA PECH

1. MARIA PONCE
2. MARIA QUEZADA
   MARIA RAMIREZ
3. MARIA RAMOS
   MARIA RUIZ
4. MARIA RUIZ VELEZ
5. MARIA SALCEDO ALVAREZ
   MARIA SALCIDO
6. MARIA SAMANIEGO
   MARIA SEPULVEDA
7. MARIA TERESA GARCIA GONZALEZ
8. MARIA TOVAR
   MARIA UGALDE
9. MARIA VALDIVIA
   MARIA VALDIVIA
10. MARIANA LOPEZ
11. MARIBEL PAYAN
    MARICRUZ IBARRA
12. MARIELA IBARRA
13. MARILU ALCARAZ DE SALAZAR
    MARIO HERRERA SOTO
14. MARISOL BLANCO CLAROS
15. MARK D. HURWITZ
    MARLENE NUNEZ
16. Marlin
    MARTA AVILES
17. MARTA KARINA CAUICH
18. MARTA MEJIA
    MARTHA LOPEZ
19. MARTHA MUNIZ
    MARTHA VALDIVIA
20. MARTHA ZAMORA
21. MARTIN SANCHEZ GAMBOA
    MARVIN HERNANDEZ
22. MARVIN MEJIA
23. MARVIN RUIZ REYES
    Mason Winters Associate
24. MATEA RODRIGUEZ
25. Matthew Graffigna Associate
    MAURA ESTEBAN
26. MAURO LEON
    MAYRA CISNEROS
27. MAYRA RODRIGUEZ ALVAREZ
28. Me Gusta Gourmet Foods
    MELANIA JIMENEZ

| | |
|---|---|
| 1 | MERCEDES HERNANDEZ |
| 2 | Mexilink, Inc. |
| | Meza Construction |
| 3 | MICHAEL HARAND |
| 4 | MIGUEL ANGEL JUAN |
| | MIGUEL ANGEL RODRIGUEZ |
| 5 | MIGUEL GONZALEZ |
| | MIGUEL GRANADOS |
| 6 | MIGUEL HERNANDEZ |
| 7 | MILTON GUEVARA |
| | MIRIAM BRINGAS |
| 8 | MIRIAM SALAZAR |
| | MIRNA RODRIGUEZ |
| 9 | Mitsubishi HC |
| 10 | MONICA OCAMPO |
| | MONICA VARGUEZ |
| 11 | MONIQUE ASH |
| 12 | Moreno Brothers Distributing |
| | MPBS Industries |
| 13 | NANCY ARIAS |
| 14 | NANCY GARMENDIA |
| | NANCY MARQUEZ |
| 15 | NATALIA ZETINA |
| | NELIDA ARAUJO |
| 16 | New Wave Converting Inc |
| 17 | Nichols Sales, Inc. |
| | NILSEN ALVAREZ MACHADO |
| 18 | NOEMI FIGUEROA |
| 19 | NOHEMI MARTINEZ |
| | NORA RENTERIA |
| 20 | NORMA CALDERON |
| | NORMA PAREDES DE ALVAREZ |
| 21 | NU Health Foods, LLC |
| 22 | OLEGARIO PALOMARES |
| | OLGA DIAZ |
| 23 | OLIVIA ANGUIANO |
| 24 | OLIVIA RENTERIA |
| | O'Reilly |
| 25 | OSCAR DURAN URIAS |
| | OSCAR ESTRADA |
| 26 | OSCAR GONZALEZ |
| 27 | OSCAR VALENZUELA |
| | P & R Paper Supply Company, Inc. |
| 28 | Paola Lopez c/o Leena Fana |
| | PAOLA TREJO |

Parks Coffee California Inc.
Pasta Piccinini, Inc. (Gourmet Fresh Pas
PATRICIA GARCIA
PATRICIA HARO
PATRICIA LEYVA
PATRICIO JIMENEZ SANCHEZ
PAWNEE EQUIPMENT Leasing
PEDRO GONZALES
PESCADOR
Pete's Road Service Inc (deleted)
PHAN SU
Philadelphia Indemnity Insurance Co.
Pizza Hut
PORFIRIO CARMONA
Power Chemical Inc.
Prudential Overall Supply
Pueblo Trading Company, Inc
Qapybara (Victor Argueta)
QBE
RACHEL SCOTT
Ramin R. Younessi A Professional Law
Corporation
RAMON ALVAREZ
RAQUEL HARO
RAUL RODRIGUEZ JIMENEZ
Raymond Intralogistics Solutions
RAYMOND LEASING
REBECCA FIGUEROA
REFUGIO TRUJILLO
REINA CONTRERAS
Republic Wireless
Restaurant Depot - Van Nuys
REYNA ORTEGA VALLE
RICARDO FLORES
RICARDO LOPEZ CORNEJO
RICHARD CALEL
RITA OFELIA JIMENEZ DE TEJEDA
ROBERT CAMARENA
Robert Lourenco Costa
ROBERT SPIRO
ROBERTO ALTAMIRANO
ROBERTO HERNANDEZ
ROCIO VARELA FLORES
Rocket Machine Works Inc
Rockview

1. Romero's Food Products, Inc.
   ROMULO CALISTRI
2. ROMULO VASQUEZ
3. RONALDO PINEDA MELGAR
   RONEAL PRASAD
4. ROSA AGUIAR
   ROSA CHAVEZ
5. ROSA MOLINA
6. ROSA PANTOJA
   ROSA RODRIGUEZ
7. ROSA YESCAS
8. ROSALBA AVILA
   ROSARIO RAMIREZ
9. ROSAURA MARTINEZ
10. RUBEN ARELLANO
    RUBEN ESTRADA NAVAS
11. RUBEN RUIZ
    RUBEN SEDANO
12. RUBIN SAAVEDRA
13. RUTH AGUILAR ALVAREZ
    RUTH CAMACHO
14. SALVADOR HERNANDEZ CASAS
15. SALVADOR LOPEZ
    SAMSON HORUS, LLC
16. SAMUEL MARTINEZ
    SANDRA ALVARADO
17. SANDRA BALANAY
18. SANDRA BLANCO
    SANDRA PEREZ DE GONZALEZ
19. SANDRA VAZQUEZ MONTES
20. SANDY GONZALEZ
    SANTIAGO REYNA
21. SANTOS HERNANDEZ DIAZ
    SANTOS LOPEZ
22. SARA ALCAZAR
23. SEBASTIANA HERNANDEZ
    SERENA CISNEROS
24. SERGIO GIOVANNI ALVAREZ GONZALEZ
25. SERGIO JIMENEZ
    SERGIO PACHECO
26. SERGIO SANDOVAL
    SEVERINA PEREZ
27. Seyfarth Shaw LLP
28. Seyfarth Shaw LLP
    Seyfarth Shaw LLP

1  Seyfarth Shaw LLP
2  SHABIR KASHYAP
   SHANNON ROBERTS
3  Sharde Thomas Skahan
   SHIRLEY MOYANO
4  Shoes For Crews, llc
5  SILVIA GAMBOA
   SILVIA MEJIA
6  SILVIA PORTILLO
   SILVIA SALAZAR
7  SILVIA ZARAGOZA
8  SIMEON MARTINEZ
   Simply Fresh LLC
9  Smith IT Solutions LLC
10 Smithway Associates, Inc.
   SoCal Gas (The Gas Company 4938 9)
11 SOLEDAD GARCIA
   SOLEDAD GOMEZ
12 SONIA MARTINEZ
13 Sonsray
   Southern California Immediate Medical Ce
14 Sparkletts-3667 (DS Services) WATER - CO
15 Spectra 360, Inc.
   STEPHANIE TELLEZ
16 STEVEN HOLGUIN
   Suncup/Gregory Packaging, Inc.
17 Superior Carrier Services Inc
18 Supplymates
   SUSANA ARRIZON
19 SUSANA OCHOA
20 SUSY MORENO FLORES
   SVIDE GAZCA
21 Sysco Los Angeles, Inc.
   TANIA SERNA
22 Tarrier Foods Corp
23 TATIANA MONTOYA
   TCF(BB&T Commercial Equipment Capital)
24 TEC Equipment Leasing
25 TERESA ABUNDIS
   TERESA CUELLAR
26 TERESA MARTA
   THELMA MIRANDA
27 THOMAS WILSON
28 T-Mobile
   TOM LALLAS

1  TPx - TelePacific Communications
2  TRINIDAD ZARAGOZA
   Tuscany Cheese LLC
3  Uline
   URIO PAREDES
4  US Foods, Inc.
5  VALERIA DELGADO
   Valley Alarm
6  VANESSA MOLINA
   VERENICE HERNANDEZ
7  VERNON CAPITAL
8  VERONICA MONTOYA
   Veronica Ortiz c/o Law Office of Lavi &
9  Ebrahimian
   VIANEY GRANILLO
10 VICTOR ROCHA
11 Victor's Market Company
   VILMA RODRIGUEZ GONZALEZ
12 VIQUER PALOMARES CASTANEDA
13 VIRIDIANA LOPEZ
   VIVIANA CORTES
14 Vox Funding
   WagesWorks, Inc
15 WALTER FLORES
16 WENDY CASTRO-HARRIS
   WENDY STONER
17 WEX (Chevron)
18 Wild Fresh Produce
   WILLIAM MADRID
19 Wrecks West USA Inc
   Wright 's Media
20 YESENIA REYES
21 YESICA GONZALEZ
   YISSEL MONTERO
22 YOSELIN MORA
23 YULISSA MOYA
   YURIRIA BRIONES
24 ZEFERINO VELAZQUEZ ESCAMILLA
25
26
27
28

## SCHEDULE 2 TO KIM DECLARATION

| Party | Connection |
|-------|------------|
| Uline | Member of Former UCC to which Province previously rendered services as financial advisor |
| AT&T | Member of Former UCC to which Province previously rendered services as financial advisor |

**EXHIBIT A TO KIM DECLARATION**
**RESUMES OF EDWARD KIM AND PAUL NAVID**

# SENIOR LEADERSHIP BIOGRAPHIES

**EDWARD KIM**

Principal

646.509.3490

ekim@provincefirm.com



### INVESTMENT BANKING AND ADVISORY BACKGROUND

Mr. Kim has over 20 years of experience in financial advisory, acquisitions and corporate operations, with specialization in consumer-retail and healthcare services.  He has managed teams in executing some of the largest US M&A transactions and has Asian and cross-border corporate finance experience, having advised healthcare and consumer companies in South Korea, China and Singapore.  He also has corporate operating experience, having worked in corporate M&A at Fresenius Medical Care where he acquired and integrated specialty physician practices to support the strategies related to preventive cost containment and continuity of care.

Mr. Kim has recently been involved in the restructurings of a number of consumer, retail and healthcare bankruptcies across multiple legal jurisdictions. Prior to joining Province, Mr. Kim worked at Alvarez & Marsal, where he executed distressed M&A sale processes.

### PRIOR BUSINESS EXPERIENCE

Mr. Kim has prior investment banking, capital markets and operating expertise. Mr. Kim spent several years working in corporate development for the Rhodes Companies, Nevada's largest privately owned real estate developer and homebuilder. He led efforts to enable access to institutional capital markets. Mr. Kim also has over 12 years of experience working at bulge-bracket institutions (Goldman Sachs, Deutsche Bank, and Merrill Lynch), focusing on structured and leveraged finance and financial sponsor advisory. He has substantial expertise in structuring both cash flow and asset-backed products and has been involved in many of the largest domestic and foreign leveraged buyouts and bank financings in history.

### EDUCATIONAL BACKGROUND AND CERTIFICATIONS

- B.A., Economics, Columbia University, 1998
- NASD License Series 7
- NASD License, Series 63

# SENIOR LEADERSHIP BIOGRAPHIES

**WALTER OH**

Managing Director

917.675.1439

woh@provincefirm.com



### CORPORATE FINANCE AND ADVISORY BACKGROUND

Mr. Oh has over 20 years of experience in investment banking, corporate development and operations. As an investment banker, he has executed over 100 M&A, leveraged buyout and financing transactions for clients in the United States, Europe and Asia, and his experience has focused on advising Boards of Directors, senior management teams, private equity firms, hedge funds and private investors on M&A, corporate restructurings and reorganizations, equity and debt financings and valuations. Mr. Oh has a strong track record of providing an unbiased and independent view, resulting in exceptional value creation for clients.

### PRIOR BUSINESS EXPERIENCE

Mr. Oh has deep financial advisory and operating expertise. In investment banking, he executed over $50 billion in M&A and financing transactions at Deutsche Bank, Oppenheimer & Co. and Cantor Fitzgerald. In corporate development and operations, he led acquisitions for Fresenius Medical Care, the largest dialysis services company in the world, and also worked in corporate development at Matrix, Inc. in Silicon Valley. Prior to investment banking, Mr. Oh worked as a venture capitalist, focused on early to mid-stage investments in the healthcare and technology sectors.

### EDUCATIONAL BACKGROUND AND CERTIFICATIONS

- Master's Degree, Yale School of Management 2001 (Weinerman Leadership Fellowship)
- B.A., Biochemistry, Occidental College, 1995 (Summa Cum Laude)

# SENIOR LEADERSHIP BIOGRAPHIES

**PAUL NAVID**

Senior Director

818.279.4292

pnavid@provincefirm.com



## BUSINESS RESTRUCTURING AND TURNAROUND BACKGROUND

Mr. Navid offers a wide range of experience in providing financial advisory services in financial analysis, valuation, public market analysis, industry research, merger and acquisition, divestitures, growth financing, capital raise, structure evaluation, and strategic advisory. He has advised companies in technology, real estate, business services, healthcare, industrial, food and beverage, and energy space. Mr. Navid has participated in public and private transactions across various sectors, including a triangular merger of two public companies in the energy industry, sell-side of one of the largest agricultural tire and wheel retail company in the U.S., sell-side carve-out of a leading public healthcare software company, capital raises for a leading performance automotive parts company, and buy-side advising covering various sectors.

## PRIOR BUSINESS EXPERIENCE

Prior to joining Province, Mr. Navid worked for two leading Los Angeles-based middle market investment banks. He advised on deals relating to sell-side & buy-side M&A, debt and equity financing, and strategic advisory. As an investment banker, he advanced his experience in financial analyses, market research, due diligence findings, and varying types of valuation models, including leveraged buyout, discounted cash flow, accretion/dilution, and sum-of-the-parts.

Mr. Navid started his career as a business and financial analyst for one of the largest domain monetization company in the world, RookMedia, where he was in charge of financial modeling, cash flow management, managing and producing weekly operational analysis, research, explore and manage business and corporate development opportunities (e.g. acquisitions, business development, and new partnerships).

## EDUCATIONAL BACKGROUND AND CERTIFICATIONS

- B.S.B.A. with a concentration in Finance, University of Southern California's Marshall School of Business, 2015

# SENIOR LEADERSHIP BIOGRAPHIES

**PAUL BAIK**

Senior Associate

310.430.1871

pbaik@provincefirm.com



### CORPORATE FINANCE AND ADVISORY BACKGROUND

Mr. Baik has significant experience in various business advisory roles including investment banking, business development, strategy, and corporate development. He has both advised and executed on numerous transactions across multiple industries including media & entertainment, advertising, healthcare, and technology. In addition, Mr. Baik is experienced in doing cross-border transactions, financial due diligence, joint ventures, equity & debt financings, and strategic partnerships.

### PRIOR BUSINESS EXPERIENCE

Prior to joining Province, Mr. Baik began his career at Deutsche Bank in the Healthcare Investment Banking group, where he guided execution on transactions totaling $20+ billion. Mr. Baik also possesses operational experience working at Warner Music in the Digital Strategy & Business Development group, where he helped to execute numerous strategic partnerships and licensing deals internationally. More recently, Mr. Baik spent 7+ years in Seoul, Korea, where he led global corporate development efforts for Cheil Worldwide, a subsidiary of Samsung, and one of Asia's largest media and marketing companies. Mr. Baik is fluent in Korean.

### EDUCATIONAL BACKGROUND AND CERTIFICATIONS

- B.B.A., Finance & Accounting, Ross School of Business, University of Michigan, Ann Arbor
- Yonsei University, International Business, Seoul, Korea

1

2 ## EXECUTED LOCAL FORM F2014-1.STMTDISINTEREST.PROF

3 **(statement of disinterestedness for employment of professional person)**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Daren R. Brinkman<br>SBN 158698<br>Brinkman Law Group, PC<br>543 Country Club Drive, Suite B<br>Wood Ranch, CA 93065<br>Tel. (818) 597-2992<br>Fax (818) 597-2998<br>firm@brinkmanlaw.com<br><br><br><br><br>*Attorney for:* Committee of Unsecured Creditors | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>Better 4 You Breakfast, Inc.<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-10994-BB<br>CHAPTER: 11<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)**<br><br>[No Hearing Required] |

1. Name, address and telephone number of the professional (Professional) submitting this Statement:

    Province, LLC
    2360 Corporate Circle, Suite 340
    Henderson, NV 89074

2. The services to be rendered by the Professional in this case are *(specify)*:
    Financial Advisory Services (See Application).

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
    11 U.S.C. § 330 (See Application).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 1                         **F 2014-1.STMT.DISINTEREST.PROF**

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

Hourly compensation by application, pursuant to 11 U.S.C. § 503(b) (See Application).

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

Researching firm's client connection dataabse, comparing client list of past 24 months with list of parties in interest in current case, and internal e-mail questionnaire (See Application).

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:

Province previously served as financial advisor to former committees of creditors holding unsecured claims that included Uline and AT&T as constituents (See Application).

7. The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:

NA

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9. The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

NA

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

Edward Kim

1230 Rosecrans Avenue, Suite 405

Manhattan Beach, CA 90266

Tel. (646) 509-3490

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2014-1.STMT.DISINTEREST.PROF**

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

NA

12. Total number of attached pages of supporting documentation: 23

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/03/2022 | Edward Kim | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 3                    **F 2014-1.STMT.DISINTEREST.PROF**

Scanned with CamScanner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
543 Country Club Dr. Ste.B
Wood Ranch, CA 93065
A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY PROVINCE, LLC AS
FINANCIAL ADVISOR, EFFECTIVE AS OF APRIL 25, 2022; DECLARATION OF EDWARD KIM
IN SUPPORT THEREOF; STATEMENT OF DISINTERESTEDNESS, LOCAL FORM F 2014-1 IN
SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by
LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
__6/3/2022___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shraddha Bharatia    notices@becket-lee.com**
- **Daren Brinkman    office@brinkmanlaw.com, 7764052420@filings.docketbird.com**
- **Eryk R Escobar    eryk.r.escobar@usdoj.gov**
- **Mark D Hurwitz    mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com**
- **Gerald P Kennedy    gerald.kennedy@procopio.com,
  kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com**
- **Raffi Khatchadourian    raffi@hemar-rousso.com**
- **Nicholas A Koffroth    nkoffroth@foxrothschild.com, khoang@foxrothschild.com**
- **David S Kupetz    David.Kupetz@lockelord.com,
  dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com**
- **Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com**
- **Kerri A Lyman    klyman@steptoe.com, #-
  FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com**
- **Jeffrey M. Reisner    jreisner@steptoe.com, #-
  FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com**
- **Mark Romeo    romeolaw@msn.com**
- **Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com**
- **Nancy R Thomas    nthomas@mofo.com, nancy-thomas-4464@ecf.pacerpro.com**
- **David A Tilem    davidtilem@tilemlaw.com,
  DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@not
  ify.bestcase.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/3/22 | Haley Pinkston | /s/Haley Pinkston |
|--------|----------------|-------------------|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                              F 9013-3.1.PROOF.SERVICE