David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
Fax: 818-507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. **2:22-bk-10994-BB** |
| | Chapter 11 |
| | **DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS - CLAIMS PAID [LOCAL RULE 3007-1(a)(4)]** |
| **BETTER 4 YOU BREAKFAST, INC.,** | Date: December 7, 2022 |
| | Time: 10:00 a.m. |
| | CtRm: 1539 |
| | 255 E. Temple St. |
| | Los Angeles, CA 90012 |
| | Zoom: |
| Debtor. | Meeting Code: 161 6109 0855 |
| | Password: 148508 |

**TO THE CREDITORS AND THEIR COUNSEL LISTED ON EXHIBIT "A" TO THIS MOTION, THE HONORABLE SHERI BLUEBOND, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER INTERESTED PARTIES:**

Debtor and debtor-in-possession Better 4 You Breakfast, Inc. ("Debtor") hereby objects to the allowance of any claim you may have asserted against the Debtor or this bankruptcy estate on the basis that any such claim has been paid.[1]

---

[1] Your claim may have been paid by Revolution Foods PBC, by one of Debtor's subsidiaries, pursuant to one of several Court Orders or from some other source.

This objection concerns ONLY those people or entities identified on Exhibit "A". If you are not listed on Exhibit "A", then this objection will have no impact on your claim and you may disregard this objection.

If your name does appear on Exhibit "A" and if this objection is sustained by the Bankruptcy Court, your claim will be disallowed and you will not receive any additional payment or distribution from this bankruptcy estate as a result of your claim.

If your name appears on Exhibit "A" but you believe that your claim has <u>not</u> been paid in full, you must prepare and file with the Bankruptcy Court a written opposition or response to this motion. A copy of your opposition or response must be sent by first class mail to (served on) the Debtor's attorney whose name and address appear in the upper-left hand corner of the first page of this objection. Though it is not required, Debtor also requests that you separately contact Debtor's management directly to see if your concerns can be addressed without the need for Court intervention.

Based on the foregoing, Debtor requests that the claims identified on Exhibit "A" be disallowed in their entirety.

Dated: _____11/3_____, 2022

DAVID A. TILEM,
Attorneys for Debtor

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**BACKGROUND**

1. Better 4 You Breakfast, Inc. ("Debtor") initiated this case by filing a voluntary petition under Chapter 11 on February 24, 2012 (the "Petition Date").

2. On April 26, 2022 the Bankruptcy Court entered an Order (Dkt. #201) setting June 17, 2022 as the last date for general creditors to file a Proof of Claim.

3. Those listed on Exhibit "A" have been identified as having had a claim against the Debtor. The source of this information may have been Debtor's books and records, a Proof of Claim which was filed or some other source.

4. On June 27, 2022 the Bankruptcy Court entered an Order (Dkt. #399) authorizing Debtor to sell most of its assets. As part of that sale, the buyer (a company called Revolution Foods PBC ("RevFoods")) agreed to pay and did pay certain of Debtor's claims.

5. In addition thereto, Debtor had two subsidiaries: Balance Foods LLC ("Balance") and Moreno Bros. Distributing LLC ("Moreno" and together with Balance, the "Subsidiaries"). Some of the claims against the Debtor were also claims against one or both of the Subsidiaries and may have been paid by those Subsidiaries.

6. In addition thereto, during this Chapter 11 case the Debtor filed a number of motions seeking permission of the Bankruptcy Court to pay certain categories of claims. Those motions include a motion to pay priority pre-petition wage claims (Dkt. #16), a motion to pay PACA and §503(b)(9) administrative claims (Dkt. #140) and a motion to pay secured claims or claims entitled to priority

under the Bankruptcy Code (Dkt. #483). Debtor believes that it has paid all creditors identified in each of those motions.

## II.

### **OBJECTION**

Based on the foregoing, Debtor objects to each of the claims listed on Exhibit "A" as having been paid. Debtor requests that each such claim be disallowed in its entirety.

Dated: 11/3, 2022

LAW OFFICES OF DAVID A. TILEM

By: _____
David A. Tilem
Attorneys for Debtor

**DECLARATION OF JACQUELINE DUVIVIER**

I, Jacqueline Duvivier, declare as follows:

1. This statement is based on my personal knowledge or on the books and records of Better 4 You Breakfast, Inc. ("B4YB" or "Debtor"). If asked to do so, I would testify to the statements set forth below.

2. I am one of the founders and a principal of B4YB. Until July, 2022 when Debtor's operating assets were sold, I served as Debtor's Treasurer and Chief Business Officer. In that role I managed all financial aspects of the Debtor's day to day operations, including overseeing receivables and payables, capital expenditures, financing and cash flow. I also oversaw and supervised the maintenance of B4YB's books and records. I continue to oversee and/or supervise the payment of creditor claims.

3. The books and records of B4YB were maintained and updated on a daily basis by a staff of 4 individuals who entered data into the company bookkeeping software as it was received from original documents such as invoices, bank statements and payroll records. These records were then used in the regular course of business by B4YB to compute and then pay amounts due and owing for goods and services. B4YB used QuickBooks accounting software and had used the same accounting software since 2011. The books and records maintained by B4YB were used to prepare financial statements, credit applications and tax returns. Managers relied on the books and records to operate on a daily basis, as well as to prepare forecasts for the business.

4. This Declaration is submitted in support of Debtor's First Omnibus Objection to Claims which is based on Debtor's belief that

the claims listed on Exhibit "A" have been paid. This objection affects ONLY those claims listed on Exhibit "A".

5. The claims listed on Exhibit "A" may have been paid when, pursuant to an Order of the Bankruptcy Court entered June 27, 2022 (Dkt. #399), Debtor sold most of its assets and the buyer (a company called Revolution Foods PBC ("RevFoods")) which agreed to pay certain of Debtor's claims.

7. The claims listed on Exhibit "A" may have been paid by one of Debtor's two subsidiaries: Balance Foods LLC ("Balance") or Moreno Bros. Distributing LLC ("Moreno" and together with Balance, the "Subsidiaries").

8. The claims listed on Exhibit "A" may have been paid pursuant to various Orders issued by the Bankruptcy Court during this Chapter 11 case including a motion to pay priority pre-petition wage claims (Dkt. #16), a motion to pay PACA and §503(b)(9) administrative claims (Dkt. #140) or a motion to pay secured claims or claims entitled to priority under the Bankruptcy Code (Dkt. #483). Debtor believes that it has paid all creditors identified in each of those motions.

9. Regardless, in each instance, I believe that the claims listed on Exhibit "A" have been paid to the satisfaction of the affected creditor.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that this Declaration was signed on November 4, 2022 at City of Commerce, California.

Jacqueline Duvivier

# Exhibit "A"

Exhibit "A"

| | |
|---|---|
| 1 | A&R Provisions |
|   | PO Box 58307 |
| 2 | Vernon, CA 90058 |
| 3 | Brager Tax Law Group APC |
|   | 11400 W Olympic Blvd #750 |
| 4 | Los Angeles, CA 90064 |
| 5 | California Department of Tax |
|   | and Fee Administration |
| 6 | PO Box 942879 |
|   | Sacramento, CA 94279-0055 |
| 7 | |
|   | California Department of Tax |
| 8 | and Fee Administration |
|   | c/o Mohammad Hossain |
| 9 | Business Taxes Represenative |
|   | Collection Support Bureau |
| 10 | 450 N Street, MIC: 55 |
|    | Sacramneto, CA 95814 |
| 11 | |
|    | Concentra |
| 12 | PO Box 9010 |
|    | Broomfield, CO 80021-9010 |
| 13 | |
|    | Ernest Packaging Solutions |
| 14 | 5777 Smithway St |
|    | Commerce, CA 90040 |
| 15 | |
|    | Evergreen Licensing LLC |
| 16 | PO BOX 610028 |
|    | Dallas, TX 75261-0028 |
| 17 | |
|    | Felahy Employment Lawyers |
| 18 | c/o Allen Felahy, Esq. |
|    | 550 S. Hope St., #2655 |
| 19 | Los Angeles, CA 90071 |
| 20 | Fishbowl |
|    | 580 East Technology Ave. |
| 21 | Orem, UT 84097 |
| 22 | Freund Baking Company |
|    | 2050 S. Tubeway Ave. |
| 23 | Commerce, CA 90040 |
| 24 | Hartford, The |
|    | PO Box 783690 |
| 25 | Philadelphia, PA 19178-3690 |
| 26 | InterCrate, Inc. |
|    | PO Box 10349 |
| 27 | Fresno, CA 93745 |
| 28 | |

8

| | |
|---|---|
| 1 | IPFS Corporation |
|   | 30 Montgomery Street, Suite 501 |
| 2 | Jersey City, NJ 07302 |
| 3 | JSL Foods, Inc. |
|   | 1478 N. Indiana St. |
| 4 | Los Angeles, CA 90063 |
| 5 | Me Gusta Gourmet Foods |
|   | 13752 Van Nuys Blvd. |
| 6 | Pacoima, CA 91331 |
| 7 | New Wave Converting Inc |
|   | 14808 Whittram Ave |
| 8 | Fontana, CA 92335 |
| 9 | Palfinger Liftgate |
|   | PO Box 5822 |
| 10 | Carol Stream, IL 60197-5822 |
| 11 | Parks Coffee California Inc. |
|   | PO Box 110914 |
| 12 | Carrollton, TX 75011-0914 |
| 13 | Pasta Piccinini, Inc. Gourmet Fresh |
|   | 950 N. Fair Oak Ave. |
| 14 | Pasadena, CA 91103 |
| 15 | Restaurant Depot - Van Nuys |
|   | 15853 Strathern St. |
| 16 | Van Nuys, CA 91406-1310 |
| 17 | TEC Equipment Leasing |
|   | PO Box 743076 |
| 18 | Los Angeles, CA 90074 |
| 19 | T-Mobile |
|   | PO Box 790047 |
| 20 | St. Louise, MO 06317-9007 |
| 21 | TPX - TelePacific Communications |
|   | 515 S. Flower St. 46th |
| 22 | Los Angeles, CA 90071 |
| 23 | A&M Cold Storage LLC |
|   | AMC Trailer Leasing LLC |
| 24 | PO BOX 86 |
|   | Minster, OH 45865 |
| 25 | |
|   | ZNV-Republic Services |
| 26 | P.O. Box 78829 |
|   | Phoenix, AZ 85062-8829 |
| 27 | |
| 28 | |

**9**

1  ZSF - City of Millbrae
   621 Magnolia Ave.
2  Millbrae, CA 94030

3  ZSF - Lara's Trucking, Inc.
   PO Box 576849
4  Modesto, CA 95357

5  ZSF - Marlin Business Bank
   PO Box 13604
6  Philadelphia, PA 19101-3604

7  ZSF - Tyco Integrated Security
   P.O. Box 37967
8  Pittsburgh, PA 15250-7967

9  Fidelis Information Systems Corp.
   11305 Four Points Drive
10 Austin, Texas 78726

11 Jada Spices LLC
   900 S. Figueroa St., Ste. 1801
12 Los Angeles, CA 90015

13 ZSF-FasTrak
   375 Beale Street
14 San Francisco, CA 94105

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
865 South Figueroa, Suite 103, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS - CLAIMS PAID [LOCAL RULE 3007-1(a)(4)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/03/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  **11/03/2022**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond: United States Bankruptcy Court, 255 E. Temple Street, Suite 1534, Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/03/2022 | Joan J. Fidelson | /s/ Joan J. Fidelson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Shraddha Bharatia**   notices@becket-lee.com
- **Daren Brinkman**   office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Mason S Byrd**   sbyrd@mckoolsmithhennigan.com, LMorrin@mckoolsmithhennigan.com;storm-byrd-1750@ecf.pacerpro.com
- **Michael G D'Alba**   mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Michael S Greger**   mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **Mark D Hurwitz**   mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- **Ori Katz**   okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Gerald P Kennedy**   gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Raffi Khatchadourian**   raffi@hemar-rousso.com
- **Nicholas A Koffroth**   nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Peter W Lianides**   plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Kerri A Lyman**   klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbnlawyers.com
- **Jeffrey M. Reisner**   jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Mark Romeo**   romeolaw@msn.com
- **Anthony J Rothman**   anthony@arothmanlaw.com
- **Najah J Shariff**   najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Nancy R Thomas**   nthomas@mofo.com, nancy-thomas-4464@ecf.pacerpro.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Brett D Watson**   bwatson@cozen.com, daynasmith@cozen.com
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**:

A&R Provisions
PO Box 58307
Vernon, CA 90058

Brager Tax Law Group APC
11400 W Olympic Blvd #750
Los Angeles, CA 90064

California Department of Tax
and Fee Administration
PO Box 942879
Sacramento, CA 94279-0055

California Department of Tax
and Fee Administration
c/o Mohammad Hossain
Business Taxes Represenative
Collection Support Bureau
450 N Street, MIC: 55
Sacramneto, CA 95814

Concentra
PO Box 9010
Broomfield, CO 80021-9010

Ernest Packaging Solutions
5777 Smithway St
Commerce, CA 90040

Evergreen Licensing LLC
PO BOX 610028
Dallas, TX 75261-0028

Felahy Employment Lawyers
c/o Allen Felahy, Esq.
550 S. Hope St., #2655
Los Angeles, CA 90071

Fishbowl
580 East Technology Ave.
Orem, UT 84097

Freund Baking Company
2050 S. Tubeway Ave.
Commerce, CA 90040

Hartford, The
PO Box 783690
Philadelphia, PA 19178-3690

InterCrate, Inc.
PO Box 10349
Fresno, CA 93745

IPFS Corporation
30 Montgomery Street, Suite 501
Jersey City, NJ 07302

JSL Foods, Inc.
1478 N. Indiana St.
Los Angeles, CA 90063

Me Gusta Gourmet Foods
13752 Van Nuys Blvd.
Pacoima, CA 91331

New Wave Converting Inc
14808 Whittram Ave
Fontana, CA 92335

Palfinger Liftgate
PO Box 5822
Carol Stream, IL 60197-5822

Parks Coffee California Inc.
PO Box 110914
Carrollton, TX 75011-0914

Pasta Piccinini, Inc. Gourmet Fresh
950 N. Fair Oak Ave.
Pasadena, CA 91103

Restaurant Depot - Van Nuys
15853 Strathern St.
Van Nuys, CA 91406-1310

TEC Equipment Leasing
PO Box 743076
Los Angeles, CA 90074

T-Mobile
PO Box 790047
St. Louise, MO 06317-9007

TPX - TelePacific Communications
515 S. Flower St. 46th
Los Angeles, CA 90071

A&M Cold Storage LLC
AMC Trailer Leasing LLC
PO BOX 86
Minster, OH 45865

ZNV-Republic Services
P.O. Box 78829
Phoenix, AZ 85062-8829

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

ZSF - City of Millbrae
621 Magnolia Ave.
Millbrae, CA 94030

ZSF - Lara's Trucking, Inc.
PO Box 576849
Modesto, CA 95357

ZSF - Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

ZSF - Tyco Integrated Security
P.O. Box 37967
Pittsburgh, PA 15250-7967

Fidelis Information Systems Corp.
11305 Four Points Drive
Austin, Texas 78726

Jada Spices LLC
900 S. Figueroa St., Ste. 1801
Los Angeles, CA 90015

ZSF-FasTrak
375 Beale Street
San Francisco, CA 94105

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**