PETER W. LIANIDES – State Bar No. 160517
plianides@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 720-4100
Facsimile:   (949) 720-4111

Counsel for PSIF Smithway, L.P., a Delaware limited partnership

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>BETTER 4 YOU BREAKFAST, INC.,<br><br>Debtor and<br>Debtor in Possession. | Case No. 2:22-bk-10994-BB<br>Chapter 11 Proceeding<br>**JOINDER TO COMMITTEE'S MOTION TO COMPEL PURCHASER TO PERFORM TERMS OF ASSET PURCHASE AGREEMENT AND PAY ITS ASSUMED TRADE PAYABLES; DECLARATION IN SUPPORT THEREOF**<br>Date:   December 7, 2022<br>Time:  10:00 a.m.<br>Place:  255 East Temple Street<br>           Courtroom 1539<br>           Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND DEBTOR'S COUNSEL, AND PARTIES-IN-INTEREST:**

PSIF Smithway, L.P., a Delaware limited partnership ("PSIF Smithway"), hereby submits this "Joinder" to the *Motion to Compel Purchaser to Perform Terms of Asset Purchase Agreement and Pay its Assumed Trade Payable*, docket no. 613 ("Motion") filed by the Committee of Creditors Holding Unsecured Claims ("Committee").  Capitalized terms used herein are as defined in the Committee's Motion, unless defined otherwise herein.

PSIF Smithway submits this Joinder to the Committee's Motion on the basis that Revolution Foods, PBC ("Purchaser") has failed to timely pay all amounts owing to PSIF Smithway under the

Smithway Lease assigned by the Debtor to the Purchaser, including the payment of certain CAM Charges totaling approximately $ 205,903.09.  Accordingly, to the extent the Court grants the Committee's Motion to compel the performance owed by the Purchaser, such performance should include the amounts owed to PSIF Smithway under the Smithway Lease.

In support of this Joinder, PSIF Smithway submits that it was the lessor with respect to the Debtor's principal facilities located at 5743 Smithway Street, Commerce, California (the "Smithway Property"), pursuant to the *Standard Industrial/Commercial Multi-Tenant Lease* dated July 9, 2014, inclusive of all amendments thereto ("Smithway Lease").

The Smithway Lease was assumed and assigned to Purchaser pursuant to the Debtor's Sale Motion.  In connection with the Debtor's Sale Motion, PSIF Smithway filed various pleadings to preserve its claim for certain common area maintenance (CAM) charges for April, May, June and July 2022, and its claim for reimbursement of certain roof damage (collectively, the "CAM Charges").  See Docket Nos. 271, 310, and 360.  While the CAM Charges had accrued prior to the sale to the Purchaser, PSIF Smithway had not yet billed or invoiced the Debtor for the CAM Charges at the time of the Sale, and thus the Debtor was not in "default" at such time.

On or about July 5, 2022, PSIF Smithway and Purchaser entered into a stipulation, docket no. 423 (the "Smithway Stipulation") whereby the Purchaser assumed and agreed to timely pay the CAM Charges as and when due under the Smithway Lease.  See Ex. 1, Smithway Stipulation, at paragraph C ("the Purchaser shall be liable for and pay CAM Charges accruing from and after April 2022, the Roof Damage Claim, and any end of the year true-ups and/or annual reconciliations or adjustments, as and when such amounts come due under the terms of the Smithway Lease.").  The Smithway Stipulation was approved pursuant to the Order entered on July 6, 2022. See Ex. 2, Docket No. 431.[1]

In addition, on June 22, 2022, Dominic Engels, the Chief Executive Officer of the Purchaser, signed and filed a declaration (the "Engels Declaration") testifying that the Purchaser "will perform its obligations under executory contracts and unexpired leases that will be assumed and assigned to Revolution in connection with the Sale Transaction."  The Engels Declaration *inter alia* testifies that

---

[1] PSIF Smithway requests that the Court take judicial notice of the Smithway Stipulation and Order, docket nos. 423 and 431, attached hereto as exhibits 1 and 2, respectively, and incorporated herein by this reference.

-2-

1  "Revolution has sufficient financial resources to perform under executory contracts or unexpired leases that are included in the Sale Transaction. Revolution has access to a $24 million revolving line of credit provided by Bridge Bank and has obtained a firm commitment from Morgan Stanley to provide $25 million of financing to Revolution to facilitate the Sale Transaction." See Engels Declaration, ¶ 7.

Notwithstanding the Engels Declaration, Smithway Stipulation and Order thereon, the Purchaser has failed to timely pay all CAM Charges outstanding. Initially, the Purchaser was in substantial delinquency, in excess of $400,000). The Purchaser has not disputed the amounts owed, but rather had sought to propose a payment plan to catch up on its obligations. While no payment plan was agreed to, subsequently, the Purchaser has made partial payments, but has failed to pay all CAM Charges in full. **The current balance owing by the Purchaser for CAM Charges totals approximately $ 205,903.09, as detailed in the Statement Balance attached as exhibit 3.** The preceding amounts do not yet include that Roof Repairs and FLS Monitoring Addition, which are estimated in the amounts of $23,385 and $10,520, respectively, and will be billed to the Purchaser in the near term.

Accordingly, PSIF Smithway joins the Committee's Motion to compel the performance owed by the Purchaser, and requests that the Order thereon should include performance and payment of the amounts owed to PSIF Smithway set forth herein.

DATED: November 22, 2022          **WINTHROP GOLUBOW HOLLANDER, LLP**

By: */s/ Peter W. Lianides*
    Peter W. Lianides
Counsel for PSIF Smithway, L.P., a Delaware limited partnership

## **DECLARATION OF CHRISTINE KUBAS**

I, Christine Kubas, declare and state as follows:

1. I am the managing director of Penwood Real Estate Investment Management LLC ("Penwood") and Penwood's Head of Asset Management. I am responsible for managing certain assets of Penwood's affiliates, including PSIF Smithway, L.P., a Delaware limited partnership ("PSIF Smithway"). The matters set forth herein are within my own personal knowledge, and, if called upon as a witness, I could and would competently testify thereto.

2. On or about April 1, 2022, PSIF Smithway purchased the commercial real property located at 5743 Smithway Street, Commerce, California (the "Smithway Property"). The Debtor formerly leased space at the Smithway Property pursuant to that certain *Standard Industrial/Commercial Multi-Tenant Lease* dated July 9, 2014, inclusive of all amendments thereto ("Smithway Lease"). The Smithway Lease was assigned to Revolution Foods, PBC (the "Purchaser"), who currently leases approximately 74,643 square feet of space in the building, in addition to car and truck parking space, at the Smithway Property.

3. The Purchaser has failed to pay all CAM Charges in full which are due under the Smithway Lease. The current balance owing by the Purchaser for CAM Charges totals approximately $ 205,903.09, as detailed in the Statement Balance which is attached hereto as exhibit 3 and incorporated herein by this reference. The preceding amounts do not yet include that Roof Repairs and FLS Monitoring Addition, which are estimated in the amounts of $23,385 and $10,520, respectively, and will be billed to the Purchaser in the near term.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 22nd day of November, 2022.

_____
Christine Kubas

# EXHIBIT 1

```
 1  PETER W. LIANIDES – State Bar No. 160517
    plianides@wghlawyers.com
 2  WINTHROP GOLUBOW HOLLANDER, LLP
    1301 Dove Street, Suite 500
 3  Newport Beach, CA 92660
    Telephone:  (949) 720-4100
 4  Facsimile:   (949) 720-4111
 5
    Counsel for PSIF Smithway, L.P., a Delaware limited partnership
 6
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re:<br>BETTER 4 YOU BREAKFAST, INC.,<br><br>Debtor and<br>Debtor in Possession. | Case No. 2:22-bk-10994-BB<br>Chapter 11 Proceeding<br>**STIPULATION RE ASSUMPTION AND ASSIGMENT OF SMITHWAY LEASE**<br>Date:  July 6, 2022<br>Time:  10:00 a.m.<br>Place:  255 East Temple Street<br>         Courtroom 1539<br>         Los Angeles, CA 90012 |
|---|---|

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, AND PARTIES-IN-INTEREST:**

PSIF Smithway, L.P., a Delaware limited partnership ("PSIF Smithway"), Better 4 You Breakfast, Inc., the debtor and debtor in possession ("Debtor"), and Revolution Foods, PBC ("Purchaser" and collectively with PSIF Smithway and Debtor, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree ("Stipulation") with respect to the following:

### RECITALS

1. On February 24, 2022 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code, commencing the above-entitled bankruptcy proceeding.

2. As of the Petition Date, the Debtor was a party to the unexpired lease entitled Standard

1  Industrial/Commercial Multi-Tenant Lease dated July 9, 2014, inclusive of all amendments thereto ("Smithway Lease"), with Smithway Associates, Inc. (the "Prior Lessor").

3. PSIF Smithway represents that, on April 1, 2022 (the "Closing Date"), it closed on the purchase and acquisition of commercial real property located at 5743 Smithway Street, Commerce, California (the "Smithway Property"), from the Prior Lessor, as the seller and prior owner thereof. PSIF Smithway represents that the Prior Lessor further transferred and assigned all its right, title and interest in the tenant leases relating to the Property, including but not limited to the Smithway Lease. PSIF Smithway represents that the Prior Lessor retained monetary claims for past due rent arising prior to the Closing Date, i.e., for the months of January, February and March, 2022.[1]

4. On April 1, 2022, PSIF Smithway filed a *Notice of Purchase and Acquisition of Commercial Real Property and Assignment of Lessor's Interest in Unexpired Lease*, docket no. 149.

5. On April 25, 2022, the Debtor filed its *Motion for Order Authorizing Debtor to Assume Leases of Non-Residential Real Property*, docket no. 195 ("Assumption Motion") whereby the Debtor *inter alia* sought to assume the Smithway Lease pursuant to 11 U.S.C. § 365.

6. On May 18, 2022, PSIF Smithway filed its *Limited Opposition to Debtor's Motion for Order Authorizing Debtor to Assume Leases of Non-Residential Real Property*, docket no. 271 ("Opposition to Assumption Motion"). The Opposition to Assumption Motion sought to preserve PSIF Smithway's rights with respect to its claim for reimbursement of certain roof damage which PSIF Smithway estimates to be in the amount of approximately $25,200 ("Roof Damage Claim").

7. On May 10, 2022, the Debtor filed its *Motion to Approve Bid Procedures for the Sale of Substantially all of the Debtor's Assets; (b) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (c) Approving Certain Bid Protections in Connection with the Debtor's Entry into a Potential Stalking Horse Agreement; (d) Scheduling the Auction and Sale Hearing; (e) Approving the Form and Manner of Notice Thereof; and (f) Granting Related Relief*, docket no 233 ("Sale Motion").

8. On May 25, 2022, the Debtor filed its *Notice of Sale of Estate Property,* docket no.

---

[1] This Stipulation is without prejudice to the Cure Amounts to be paid by the Purchaser to the Prior Lessor in the event the Smithway Lease is assumed and assigned, as set forth in the Sale Order (defined *infra*).

-2-

Exhibit 1 - Page 2

285 ("Sale Notice").

9. On June 1, 2022, the Debtor filed its *Notice of Possible Assumption and Assignment and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtor*, docket no. 299, ("Lease Assignment Notice"). The Lease Assignment Notice identifies the Smithway Lease as an unexpired lease which may be assumed and assigned by the Debtor to the Successful Bidder as part of the proposed Sale Transaction.

10. On June 6, 2022, PSIF Smithway filed its *Comments and Reservation of Rights with Respect to Debtor's Proposed (A) Sale of Substantially All The Debtor's Assets Through a Sale Transaction and (B) Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with Sale Transaction*, docket no. 310 ("Reservation of Rights").

11. On June 14, 2022, PSIF Smithway filed its *Limited Cure Objection Re Notice of Possible Assumption and Assignment and Cure Amounts With Respect to Executory Contracts and Expired Leases of the Debtor*, docket no. 341 ("Limited Cure Objection").

12. On June 17, 2022, the Debtor filed its Notice *of Cancellation of Auction and Designation of Successful Bid*, docket no. 353, which *inter alia* designated the Purchaser as the successful bidder.

13. On June 20, 2022, PSIF Smithway filed its *Supplemental Objection To Debtors' Assumption And Assignment Of Unexpired Leases In Connection With A Sale Transaction And Objection To Proposed Form Of Sale Order*, docket no. 360 ("Supplemental Objection"). PSIF Smithway's Supplemental Objection *inter alia* contended that:

(i) No evidence had been submitted establishing "adequate assurance of future performance" by the Purchaser with respect to the Smithway Lease, and

(ii) PSIF Smithway asserts claims based upon certain common area maintenance charges in the amount of approximately $66,088 per month for April, May and June 2022, as well as PSIF Smithway's Roof Damage Claim which will be owed under the Smithway Lease. PSIF Smithway has not billed or invoiced the Debtor for these CAM Charges or the Roof Damage Claim, and thus such amounts are not yet in default and are not set forth in the "cure amounts" pursuant to Section

-3-

Exhibit 1 - Page 3

365(b).

14. On June 21, 2022, the Debtor filed *Debtor's Reply in Support of Sale of Substantially All of the Debtor's Assets and Response to Objections Thereto*, docket no. 370.

15. At the hearing on June 22, 2022, the Court *inter alia* approved the Sale Transaction and the Asset Purchase Agreement with the Purchaser. However, at the request of the Parties, the Court continued the hearing with respect to the assumption and assignment of the Smithway Lease. On June 27, 2022, the Court entered an order, docket no. 399 ("Sale Order"), which *inter alia* provides in paragraph 55 thereof, as follows:

> 55. Notwithstanding anything to the contrary herein or in Exhibit A, with respect to the objections of PSIF Smithway, L.P. ("PSIF") [Dkt Nos. 271, 310, 341 & 360], the Debtor shall neither assume nor assign the lease with PSIF until (i) the parties file a stipulation providing that the Debtor and PSIF have agreed upon terms for assumption and assignment of such lease, or (ii) further order of the Court authorizing assumption and/or assignment of such lease. Notwithstanding anything to the contrary herein, and for the avoidance of doubt, PSIF's objections are preserved until satisfaction of the conditions in the foregoing sentence.

16. The Sale Order *inter alia* provides for a continued hearing scheduled for July 6, 2022, at 10:00 a.m., with respect to objections of filed by various parties, including PSIF Smithway set forth in paragraphs 55, 56, 57, and 59 of the Sale Order.

17. PSIF Smithway represents that it has received the payments for base rent for the months of April, May and June, 2022. PSIF Smithway has not billed or invoiced for the CAM Charges due for April, May and June 2022, which are estimated to be in the amount of approximately $66,088 per month, as follows:

| Description | Monthly Amount[2] |
|---|---|
| Utilities | 17,500.00 |
| Taxes | 16,810.47 |
| Insurance | 3,157.76 |
| Landscaping | 573.13 |
| Cleaning | 3,674.60 |
| Security & Safety | 210.59 |
| Management Fees | 2,827.59 |
| Admin. (Permits) | 6,989.91 |
| R&M | 14,343.95 |
| **TOTAL (est)** | **$66,088.00** |

---

[2] Estimates, subject to end of the year true-up.

-4-

Exhibit 1 - Page 4

18. PSIF Smithway has requested clarification that the Purchaser will be liable for and pay the CAM Charges from April 2022 going forward, and the Roof Damage Claim, as and when such amounts come due under the terms of the Smithway Lease.

19. The Parties anticipate that the sale transaction shall close in or about July 2022. The Parties have since resolved their differences and agree to the assumption and assignment of the Smithway Lease to the Purchaser, on the terms and conditions set forth herein.

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing and subject to approval of this Stipulation by the Court, the Parties stipulate and agree as follows:

A. This Stipulation constitutes a stipulation setting forth the agreed terms for assumption and assignment of the Smithway Lease to the Purchaser, as provided for in Paragraph 55 of the Sale Order. Subject to the terms of this Stipulation, PSIF Smithway withdraws its objections, docket nos. 271, 310, 341 and 360, and the Smithway Lease will be deemed an Assigned Contract for the purposes of the Sale Order.

B. The Debtor shall be liable for and pay base rent for the month of July 2022 as and when it comes due under the terms of the Smithway Lease.

C. Upon the assignment of the Smithway Lease to the Purchaser, the Purchaser shall be liable for and pay CAM Charges accruing from and after April 2022, the Roof Damage Claim, and any end of the year true-ups and/or annual reconciliations or adjustments, as and when such amounts come due under the terms of the Smithway Lease.

DATED: July 5, 2022         **MORRISON FOERSTER LLP**

By: _____
Benjamin Butterfield, Esq.
Counsel for Revolution Foods, PBC

/ / /

DATED: July 5, 2022

**STEPTOE & JOHNSON LLP**

By: /s/ Joshua R. Taylor
    Joshua R. Taylor, Esq.
Special Transactional Counsel to the Debtor and Debtor in Possession, Better 4 You Breakfast, Inc.

DATED: July 5, 2022

**WINTHROP GOLUBOW HOLLANDER LLP**

By: /s/ Peter W. Lianides
    Peter W. Lianides, Esq.
Counsel for PSIF Smithway, L.P., a Delaware limited partnership

-6-

Exhibit 1 - Page 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE ASSUMPTION AND ASSIGMENT OF SMITHWAY LEASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 5, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 5, 2022 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

- **Shraddha Bharatia**  notices@becket-lee.com
- **Daren Brinkman**  office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Mason S Byrd**  sbyrd@mckoolsmithhennigan.com, LMorrin@mckoolsmithhennigan.com;storm-byrd-1750@ecf.pacerpro.com
- **Eryk R Escobar**  eryk.r.escobar@usdoj.gov
- **Mark D Hurwitz**  mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- **Ori Katz**  okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Gerald P Kennedy**  gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Raffi Khatchadourian**  raffi@hemar-rousso.com
- **Payam Khodadadi**  pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- **Nicholas A Koffroth**  nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**  David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Peter W Lianides**  plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Kerri A Lyman**  klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Alan I Nahmias**  anahmias@mbn.law, jdale@mbnlawyers.com
- **Jeffrey M. Reisner**  jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Mark Romeo**  romeolaw@msn.com
- **Zev Shechtman**  zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Nancy R Thomas**  nthomas@mofo.com, nancy-thomas-4464@ecf.pacerpro.com
- **David A Tilem**  davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Brett D Watson**  bwatson@cozen.com, ddavalos@cozen.com
- **Larry D Webb**  Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

# EXHIBIT 2

PETER W. LIANIDES – State Bar No. 160517
plianides@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 720-4100
Facsimile:   (949) 720-4111

Counsel for PSIF Smithway, L.P., a Delaware limited partnership

**FILED & ENTERED**

**JUL 06 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BETTER 4 YOU BREAKFAST, INC.,<br><br>　　Debtor and<br>　　Debtor in Possession. | Case No. 2:22-bk-10994-BB<br><br>Chapter 11 Proceeding<br><br>**ORDER APPROVING STIPULATION RE ASSUMPTION AND ASSIGMENT OF SMITHWAY LEASE; ORDER GRANTING DEBTOR'S MOTION ON TERMS SET FORTH IN STIPULATION**<br><br>Date:　July 6, 2022<br>Time:　10:00 a.m.<br>Place:　255 East Temple Street<br>　　　　Courtroom 1539<br>　　　　Los Angeles, CA 90012 |

The Court having read and considered the *Stipulation Re Assumption and Assignment of Smithway Lease*, docket no. 423 ("Stipulation") entered into by and among PSIF Smithway, L.P., a Delaware limited partnership ("PSIF Smithway"), Better 4 You Breakfast, Inc., the debtor and debtor in possession ("Debtor"), and Revolution Foods, PBC ("Purchaser"), and good and sufficient cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.
2. The lease that is the subject of the Stipulation (the "Lease") is deemed to be an Assigned Contract within the meaning of the Sale Order on the terms set forth in the Stipulation.
3. The Debtor's motion to assume the Lease (docket no. 195) is granted to the extent and on the terms set forth in the Stipulation.

###

Date: July 6, 2022

Sheri Bluebond
United States Bankruptcy Judge

# EXHIBIT 3

## Balance Statement

Date: 11/22/2022 Property: 709976
Tenant: t0088291 Better 4 You Breakfast, Inc. From Date: 07/14/2014  To Date: 09/30/2026 Move In Date: 07/14/2014
Unit(S): 200, 200A, 200B, 200C, 200D
Base Currency: usd

| Trans Date | Fro | To | Description | Charge | Payment | Balance |
|---|---|---|---|---:|---:|---:|
| **Currency : USD** | | | | | | |
| 8/24/2022 | | | 8/22 Balance Forward (Short Pay) | | | 0.03 |
| 8/26/2022 | | | Electricity Usage 5/17-6/15/2022 | 36,014.00 | | 36,014.03 |
| 8/26/2022 | | | Electricity Usage 6/16-7/17/2022 | 45,501.00 | | 81,515.03 |
| 8/26/2022 | | | Electricity Usage 4/18-5/16/2022 | 24,127.00 | | 105,642.03 |
| 8/26/2022 | | | Electricity Usage 4/1-4/17/2022 | 11,454.00 | | 117,096.03 |
| 8/26/2022 | | | Water Usage 5/24-6/22/2022 | 9,772.00 | | 126,868.03 |
| 8/26/2022 | | | Water Usage 4/23-5/23/2022 | 8,407.00 | | 135,275.03 |
| 8/26/2022 | | | Water Usage 4/1-4/22/2022 | 5,491.00 | | 140,766.03 |
| 8/26/2022 | | | Water Usage 6/23-7/22/2022 | 9,100.00 | | 149,866.03 |
| 9/30/2022 | | | 10/22 Balance Forward (Short Pay) | 789.53 | | 150,655.56 |
| 11/2/2022 | | | 11/22 Balance Forward (Short Pay) | 789.53 | | 151,445.09 |
| 11/15/2022 | | | Water Usage 9/23-10/21/2022 | 10,404.00 | | 161,849.09 |
| 11/15/2022 | | | Electricity Usage 9/15-10/16/2022 | 44,054.00 | | 205,903.09 |
| **Total : USD** | | | | **205,903.06** | | |
| **Balance in USD :** | | | | | | **205,903.09** |

Exhibit 3 - Page 1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **JOINDER TO COMMITTEE'S MOTION TO COMPEL PURCHASER TO PERFORM TERMS OF ASSET PURCHASE AGREEMENT AND PAY ITS ASSUMED TRADE PAYABLES; DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 22, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 22, 2022 | Silvia Villegas | /s/ Silvia Villegas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

- **Shraddha Bharatia**  notices@becket-lee.com
- **Daren Brinkman**  office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Mason S Byrd**  sbyrd@mckoolsmithhennigan.com, LMorrin@mckoolsmithhennigan.com;storm-byrd-1750@ecf.pacerpro.com
- **Lisa R Chandler**  lisa.chandler@ipfs.com
- **Michael G D'Alba**  mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- **Eryk R Escobar**  eryk.r.escobar@usdoj.gov
- **Oscar Estrada**  oestrada@ttc.lacounty.gov
- **Michael S Greger**  mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **Mark D Hurwitz**  mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- **Ori Katz**  okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Gerald P Kennedy**  gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Raffi Khatchadourian**  raffi@hemar-rousso.com
- **Nicholas A Koffroth**  nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**  David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Peter W Lianides**  plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Kerri A Lyman**  klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Alan I Nahmias**  anahmias@mbn.law, jdale@mbnlawyers.com
- **Jeffrey M. Reisner**  jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Liz Riddle**  liz.riddle@cdtfa.ca.gov
- **Mark Romeo**  romeolaw@msn.com
- **Anthony J Rothman**  anthony@arothmanlaw.com
- **Najah J Shariff**  najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Zev Shechtman**  zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Nancy R Thomas**  nthomas@mofo.com, nancy-thomas-4464@ecf.pacerpro.com
- **David A Tilem**  davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Brett D Watson**  bwatson@cozen.com, daynasmith@cozen.com
- **Larry D Webb**  Webblaw@gmail.com, larry@webblaw.onmicrosoft.com