Daren R. Brinkman (SBN 158698)
**BRINKMAN LAW GROUP, PC**
543 Country Club Drive, Suite B
Wood Ranch, CA 93065
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
firm@brinkmanlaw.com

*Counsel for the Committee of*
*Creditors Holding Unsecured Claims*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**BETTER 4 YOU BREAKFAST, INC.,**<br><br>Debtor. | Case No. 2:22-bk-10994-BB<br><br>Chapter 11<br><br>**COMMITTEE'S REPLY TO PURCHASER'S OBJECTION TO MOTION TO COMPEL PERFORMANCE**<br><br>**Hearing:**<br>Date: December 7, 2022<br>Time: 10:00 a.m.<br>Courtroom: 1539<br><br>255 East Temple Street<br>Los Angeles, CA 90012<br><br>Zoom Meeting: 161 6109 0855<br>Zoom Password: 148508 |

COMES NOW the Committee of Creditors Holding Unsecured Claims ("Committee") of

Better 4 You Breakfast, Inc. ("Debtor") to hereby reply to the *Objection of Purchaser to*

*Committee's Motion to Compel Purchaser to Perform Terms of Asset Purchase Agreement and*

*Pay Its Assumed Trade Payables* [Doc. 622] ("Objection") filed by Revolution Foods, PBC ("Purchaser"):[1]

## I.   ARGUMENT

The Committee brought the Motion to Compel (a) on behalf of all unsecured creditors, since they are collectively detrimented by the Debtor's failure to insist on performance by RevFoods of the terms of the APA; and (b) in place of the Debtor, which is in a conflict situation because its insiders stand to benefit from paying less to trade creditors. The insiders of the Debtor, who are now insiders of RevFoods, are acting in contravention of the court-approved Sale Order. The Sale Order approved the APA, which explicitly contemplated that the Assumed Trade Payables would be paid by RevFoods. The same individuals who chose to reorganize the Debtor through bankruptcy are now also trying to avoid the consequence of having a committee to protect the interests of its creditors.

**A.   The Motion Is in the Interest of the Unsecured Creditor Body as a Whole**

The definition of "Assumed Trade Payables" in the APA is virtually coextensive with the body of allowed unsecured claims in this Case. The only exception would be the class claim filed by Committee member Veronica Ortiz, but that claim was disputed, was not assumed, and is in all likelihood about to be settled. Almost all of the other unsecured claims are for trade payables.

RevFoods argues that the relief sought in the Motion should have been brought as an adversary proceeding under FRBP 7001(1) or (9) – a proceeding to recover money, or a proceeding to obtain declaratory judgment relating to the recovery of money – and that "[a]n action for breach of contract constitutes an adversary proceeding." (quoting *In re Harry C.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Committee's *Motion to Compel Purchaser to Perform Terms of Asset Purchase Agreement and Pay Its Assumed Trade Payables* [Doc. 613] ("Motion").

1  *Partridge Jr. & Sons, Inc.*, 43 B.R. 669, 672 (Bankr. S.D.N.Y. 1984)). However, the

2  Committee's Motion seeks neither to recover money for the estate, nor alleges breach of

3  contract. Through the Motion, the Committee wishes to compel Purchaser to perform by paying

4  its Assumed Trade Payables so that the case can proceed with the confirmation of a plan of

5  reorganization.

6      Unsecured creditors are currently in a grey area between the APA and Chapter 11 Plan,

7  whereby they stand to have their claims objected to by the Debtor while being unsure of their

8  ability to recover from the Purchaser. The Debtor has stated its intentions to object to claims that

9  were assumed by Purchaser on the grounds of them having been paid. Yet, to date, there has

10 been no reporting on which claims have been paid by the Purchaser, and the Committee has been

11 unable to obtain that information from the Purchaser or Debtor.

12     **B.  The Committee Acts for Unsecured Creditors Where the Debtor Will Not**

13     The Committee stands as a fiduciary body for all unsecured creditors. A creditors'

14 committee has a duty to take action when the debtor fails to take appropriate action for the

15 benefit of the estate. *In re First Capital Holdings Corp.*, 146 B.R. 7, 11 (Bankr. C.D. Cal. 1992).

16 Payment of the Assumed Trade Payables by the Purchaser is integral to the reorganization

17 contemplated by the Debtor. Resolution of doubts that it will do so is essential to confirmation of

18 the Debtor's Plan. Over 4 months have now passed since the APA has closed, in an industry

19 where it would be highly unusual to have payment terms of even over 30 days. Clearly, the

20 Purchaser is not paying trade payables according to their ordinary terms as contemplated by the

21 APA.

22     In addition, neither the California Code nor the APA require allegations of breach to seek

23 an order to enforce its provisions. The California Code states that a "contract, made expressly for

the benefit of a third person, may be enforced by him at any time before the parties thereto rescind it." *Cal. Civ. Code § 1559*. The APA gives this Court "exclusive jurisdiction to resolve any controversy or claim arising out of or relating to this Agreement or the *implementation* or breach [t]hereof." Sale Notice, p. 75 (APA p. 65, Section 9.8).

The Committee is acting for the estate in place of the Debtor, which has not moved to enforce the contract as it should because of a conflict of interest with its insiders. The insiders of the Debtor stand to recover from any surplus to the estate after paying its creditors. Therefore, they stand to personally benefit from any effort to pay less to unsecured creditors. The Debtor principals are breaching their fiduciary duties to creditors by not enforcing the APA.

### C. Purchaser Assumed "Payables" of Debtor, Including Obligation to Pay Interest.

The APA assigns the "Assumed Trade Payables" on the same terms as they were held by the Debtor, only the Purchaser is not in bankruptcy. That means that they are subject to the same trade terms as existed before the Debtor filed its bankruptcy petition, which in many instances include interest for late payment.

### D. Purchaser's "Settlement" Offers Are Bad Faith Attempts to Avoid "Payables"

The offers to pay less than what is owed constitutes bad faith by the Purchaser to avoid liabilities it voluntarily undertook to pay with knowledge and foresight while negotiating the APA. The Debtor will only be absolved of its responsibility to pay creditors to the degree that the Purchaser actually pays those claims. It stands to reason that the more liabilities the Purchaser agreed to assume, the more would have been deducted from the purchase price during negotiations. Therefore, to agree to assume liabilities of the Debtor while then endeavoring not to pay them after the fact shows bad faith. Debtor insiders, who are now also insiders of RevFoods, benefit from having fewer resources go to pay the Debtor's trade creditors.

E. **Declarations by Creditors Relate to Personal Knowledge**

The declarations of Committee members submitted with the Motion are offered only as evidence of the first-hand experience of each of those Committee members. It would be impractical to seek declarations from every creditor that has not been paid by the Purchaser and would be ludicrous to insist that the Committee do so in order to able to bring the Motion. The Committee merely wished to establish that there was a pattern of behavior by the Purchaser and the Debtor's insiders, and that instances of non-payment were not isolated incidents.

WHEREFORE the Committee requests that the Purchaser's Objection be overruled.

Respectfully submitted this 30th day of November, 2022.

*s/ Daren Brinkman*
Daren R. Brinkman (SBN 158698)
**BRINKMAN LAW GROUP, PC**
543 Country Club Drive, Suite B
Wood Ranch, CA 93065
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
firm@brinkmanlaw.com

*Counsel for the Committee of
Creditors Holding Unsecured Claims*

Daren R. Brinkman (SBN 158698)
**BRINKMAN LAW GROUP, PC**
543 Country Club Drive, Suite B
Wood Ranch, CA 93065
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
firm@brinkmanlaw.com

*Counsel for the Committee of*
*Creditors Holding Unsecured Claims*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**BETTER 4 YOU BREAKFAST, INC.,**<br><br>Debtor. | Case No. 2:22-bk-10994-BB<br><br>Chapter 11<br><br>**DECLARATION OF DAREN BRINKMAN IN SUPPORT OF COMMITTEE'S REPLY TO PURCHASER'S OBJECTION TO MOTION TO COMPEL PERFORMANCE** |

I, Daren Brinkman, am over the age of eighteen, of sound mind, and declare as follows:

1. I am a shareholder of the Brinkman Law Group, PC ("Counsel"), which serves as counsel to the Committee of Creditors Holding Unsecured Claims ("Committee").

2. I submit this declaration in support of the attached *Committee's Reply to Purchaser's Objection to Motion to Compel Performance* ("Reply").

3. Prior to deadline for filing the Purchaser's response, I had a phone conversation with counsel for the Purchaser.

4. During the telephone conversation, Purchaser, through counsel, offered to pay Committee members' claims with interest, in an effort to get the Committee to withdraw its Motion to Compel.

5. On this day, November 30, 2022, the Committee sent a demand letter to Debtor requesting that it bring an action to enforce the terms of the APA or otherwise stipulate to give the Committee standing to bring an adversary proceeding on behalf of the estate.

6. I have personal knowledge of the facts contained in this declaration and would and could testify to them if called upon to do so.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed this 30th day of November 2022 at Wood Ranch, California.

_____
Daren R. Brinkman (SBN 158698)
BRINKMAN LAW GROUP, PC
543 Country Club Drive, Suite B
Wood Ranch, CA 93065
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
firm@brinkmanlaw.com

*Counsel for the Committee of Creditors Holding Unsecured Claims*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

515 Madison Ave., 9th Fl.
New York, NY 10022

A true and correct copy of the foregoing document entitled (*specify*): COMMITTEE'S REPLY TO PURCHASER'S OBJECTION TO MOTION TO COMPEL PERFORMANCE
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/30/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/30/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/30/2022 | Jory Cook | *Jory Cook* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive email notice/service for this case:

| | |
|---|---|
| **Shraddha Bharatia** | notices@becket-lee.com |
| **Mason S Byrd** | sbyrd@mckoolsmithhennigan.com; LMorrin@mckoolsmithhennigan.com; storm-byrd-1750@ecf.pacerpro.com |
| **Michael G D'Alba** | mdalba@DanningGill.com; DanningGill@gmail.com; mdalba@ecf.inforuptcy.com |
| **Eryk R Escobar** | eryk.r.escobar@usdoj.gov |
| **Oscar Estrada** | oestrada@ttc.lacounty.gov |
| **Michael S Greger** | mgreger@allenmatkins.com; kpreston@allenmatkins.com |
| **Mark D Hurwitz** | mhurwitz@lsl-la.com; dsmall@lsl-la.com,narutunyan@lsl-la.com |
| **Ori Katz** | okatz@sheppardmullin.com; lsegura@sheppardmullin.com |
| **Gerald P Kennedy** | gerald.kennedy@procopio.com; kristina.terlaga@procopio.com;calendaring@procopio.com; efile-bank@procopio.com |
| **Raffi Khatchadourian** | raffi@hemar-rousso.com |
| **Nicholas A Koffroth** | nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
| **David S Kupetz** | David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| **Peter W Lianides** | plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **Kerri A Lyman** | klyman@steptoe.com; FirmPSDocketing@Steptoe.com; nmorneault@Steptoe.com; mhernandez@steptoe.com; aodonnell@steptoe.com |
| **Alan I Nahmias** | anahmias@mbn.law, jdale@mbnlawyers.com |
| **Jeffrey M. Reisner** | jreisner@steptoe.com; FirmPSDocketing@Steptoe.com; klyman@steptoe.com; nmorneault@Steptoe.com |
| **Mark Romeo** | romeolaw@msn.com |
| **Anthony J Rothman** | anthony@arothmanlaw.com |
| **Najah J Shariff** | najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov |
| **Zev Shechtman** | zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| **Nancy R Thomas** | nthomas@mofo.com, nancy-thomas-4464@ecf.pacerpro.com |
| **David A Tilem** | davidtilem@tilemlaw.com; DavidTilem@ecf.inforuptcy.com; joanfidelson@tilemlaw.com; JoanFidelson@ecf.inforuptcy.com; TilemDR69450@notify.bestcase.com |
| **United States Trustee (LA)** | ustpregion16.la.ecf@usdoj.gov |
| **Brett D Watson** | bwatson@cozen.com, daynasmith@cozen.com |
| **Larry D Webb** | Webblaw@gmail.com, larry@webblaw.onmicrosoft.com |

## Manual Notice List

I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

**Aetna Life Insurance Company and Affiliated Entities**
c/o Payam Khodadadi, Esq.
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067

**Argo Partners**
12 West 37th Street, 9th Floor
New York, NY 10018

**Armory Consulting Co.**
3943 Irvine Blvd., #253
Suite 1150
Irvine, CA 92602

**Banner Fruit Company**
Attn: Kevin Sommerfeld
PO Box 2971
South San Francisco, CA 94083

**Pauline McTernan**
Otterbourg, P.C.
230 Park Ave
New York, NY 10169

**Danielle Montero**
Lavi & Ebrahimian, LLP
8889 W. Olympic Blvd. Ste. 200
Beverly Hills, CA 90211

**Nancy Thomas**
Morrison Foerster LLP
707 Wilshire Blvd
Los Angeles, CA 90017