Nancy R. Thomas (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Benjamin W. Butterfield (admitted *pro hac vice*)
BButterfield@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

*Attorneys for Revolution Foods, PBC*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>BETTER 4 YOU BREAKFAST, INC.,<br><br>　　　Debtor. | Case No. 2:22-10994-BB<br><br>Chapter 11 Case<br><br>**SUR-REPLY TO COMMITTEE'S REPLY TO PURCHASER'S OBJECTION TO MOTION TO COMPEL PERFORMANCE**<br><br>**Hearing:**<br>Date: December 7, 2022<br>Time: 10:00 a.m.<br>Courtroom: 1539<br><br>255 East Temple Street<br>Los Angeles, CA 90012<br><br>Zoom Meeting: 161 6109 0855<br>Zoom Password: 148508 |

NY:2483557

Revolution Foods, PBC ("Purchaser") hereby submits this sur-reply (the "Sur-Reply") in support of its *Objection of Purchaser to Committee's Motion to Compel Purchaser to Perform Terms of Asset Purchase Agreement and Pay Its Assumed Trade Payables* [Docket No. 622] (the "Objection")[1] and in response to the Committee's *Motion to Compel Purchaser to Perform Terms of Asset Purchase Agreement and Pay Its Assumed Trade Payables* [Docket No. 613] (the "Motion") and the *Committee's Reply to Purchaser's Objection to Motion to Compel Performance* [Docket No. 633] (the "Reply"), each filed by the Committee of Creditors Holding Unsecured Claims (the "Committee"), and respectfully states as follows:

## SUR-REPLY

1. Purchaser files this Sur-Reply to correct the record on a single key point underpinning the Committee's Motion: <u>contrary to the Committee's repeated assertions, the Debtor and its estate are no longer obligated to pay the Assumed Trade Payables</u>. Under the plain terms of the APA, sole responsibility for paying the Assumed Trade Payables transferred from the Debtor's estate to the Purchaser at closing. *See* APA § 2.3(e).[2] The holders of Assumed Trade Payables are no longer creditors of the Debtor's estate. The Committee lacks standing to bring the Motion, because the holders of Assumed Trade Payables are not its constituency.

2. The Committee appears to be taking a contrary position. In the Reply, the Committee repeatedly refers to the holders of Assumed Trade Payables as unsecured creditors of the Debtor's estate and asserts that the holders of Assumed Trade Payables are "virtually coextensive with the body of allowed unsecured claims in this Case." *See* Reply, pg. 1. While that may have been true prior to closing, it is no longer the case. At closing, responsibility for satisfying Assumed Trade Payables transferred from the Debtor to the Purchaser. The Debtor has satisfied its obligations with respect to Assumed Trade Payables by transferring payment responsibility for

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

[2] Pursuant to an amendment to the APA dated July 19, 2022, certain holders of trade claims against the Debtor were excluded from the definition of Assumed Trade Payables. These excluded claims were not assumed by Purchaser and remain the responsibility of the Debtor's estate. The Purchaser will not receive any credit toward the purchase price for the excluded claims, and is required to satisfy the corresponding portion of the purchase price with cash and equity consideration. The Committee received contemporaneous notice of such amendment. The Purchaser does not believe these excluded claims are the subject of the Committee's Motion but provides this explanatory note for the sake of clarity.

2

NY:2483557

those claims to Purchaser pursuant to the APA.

3. In the same vein, the Committee incorrectly asserts that holders of Assumed Trade Payables "are currently in a grey area" because the Debtor intends to object to their estate claims, but they are "unsure of their ability to recover from the Purchaser." *See* Reply, pg. 3. There is no grey area. The Purchaser is the sole party responsible for satisfaction of, and the sole source of recovery for, the Assumed Trade Payables. If the Committee was concerned about the Purchaser's ability to satisfy its obligations to holders of Assumed Trade Payables, the proper time to bring that objection was at the sale hearing.

4. In sum, the Committee is advocating on behalf of parties that no longer belong to its constituency. The Debtor's estate is no longer responsible for the Assumed Trade Payables, and the holders of Assumed Trade Payables are no longer creditors of the estate. For that reason, satisfaction of Assumed Trade Payables is irrelevant to the Committee (and to confirmation of the Debtor's chapter 11 plan).

5. For the reasons set forth herein and in the Purchaser's Objection, the Committee's Motion must be denied.

DATED: December 2, 2022

MORRISON & FOERSTER LLP

By: *[signature: Nancy K. Thomas]*

Nancy R. Thomas
Benjamin W. Butterfield
*Attorneys for Revolution Foods, PBC*

NY:2483557

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
707 Wilshire Boulevard
Los Angeles, CA 90017-3543

A true and correct copy of the foregoing document entitled (*specify*): SUR-REPLY TO COMMITTEE'S REPLY TO PURCHASER'S OBJECTION TO MOTION TO COMPEL PERFORMANCE
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/02/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  See attached.

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/02/2022 | Nancy R. Thomas | *Nancy R. Thomas* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Service List**
**Bankruptcy Court for the Central District of California – Los Angeles Division**
**Case No. 2:22-bk-10994-BB**

The following is the list of parties who are currently on the list to receive email notice/service for this case:

| | |
|---|---|
| **Shraddha Bharatia** | notices@becket-lee.com |
| **Mason S Byrd** | sbyrd@mckoolsmithhennigan.com; LMorrin@mckoolsmithhennigan.com; storm-byrd-1750@ecf.pacerpro.com |
| **Michael G D'Alba** | mdalba@DanningGill.com; DanningGill@gmail.com; mdalba@ecf.inforuptcy.com |
| **Eryk R Escobar** | eryk.r.escobar@usdoj.gov |
| **Oscar Estrada** | oestrada@ttc.lacounty.gov |
| **Michael S Greger** | mgreger@allenmatkins.com; kpreston@allenmatkins.com |
| **Mark D Hurwitz** | mhurwitz@lsl-la.com; dsmall@lsl-la.com; narutunyan@lsl-la.com |
| **Ori Katz** | okatz@sheppardmullin.com; lsegura@sheppardmullin.com |
| **Gerald P Kennedy** | gerald.kennedy@procopio.com; kristina.terlaga@procopio.com; calendaring@procopio.com; efile-bank@procopio.com |
| **Raffi Khatchadourian** | raffi@hemar-rousso.com |
| **Nicholas A Koffroth** | nkoffroth@foxrothschild.com; khoang@foxrothschild.com |
| **David S Kupetz** | David.Kupetz@lockelord.com; mylene.ruiz@lockelord.com |
| **Peter W Lianides** | plianides@wghlawyers.com; jmartinez@wghlawyers.com; svillegas@wghlawyers.com |
| **Kerri A Lyman** | klyman@steptoe.com; FirmPSDocketing@Steptoe.com; nmorneault@Steptoe.com; mhernandez@steptoe.com; aodonnell@steptoe.com |
| **Alan I Nahmias** | anahmias@mbn.law; jdale@mbnlawyers.com |
| **Jeffrey M. Reisner** | jreisner@steptoe.com; FirmPSDocketing@Steptoe.com; klyman@steptoe.com; nmorneault@Steptoe.com |
| **Mark Romeo** | romeolaw@msn.com |
| **Anthony J Rothman** | anthony@arothmanlaw.com |
| **Najah J Shariff** | najah.shariff@usdoj.gov; USACAC.criminal@usdoj.gov |
| **Zev Shechtman** | zshechtman@DanningGill.com; danninggill@gmail.com; zshechtman@ecf.inforuptcy.com |
| **Daren R. Brinkman** | firm@brinkmanlaw.com |
| **David A Tilem** | davidtilem@tilemlaw.com; DavidTilem@ecf.inforuptcy.com; joanfidelson@tilemlaw.com; JoanFidelson@ecf.inforuptcy.com; TilemDR69450@notify.bestcase.com |
| **United States Trustee (LA)** | ustpregion16.la.ecf@usdoj.gov |
| **Brett D Watson** | bwatson@cozen.com; daynasmith@cozen.com |
| **Larry D Webb** | Webblaw@gmail.com; larry@webblaw.onmicrosoft.com |

SF-4986100

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

250 West 55th Street
New York, NY 10019-9601

A true and correct copy of the foregoing document entitled (*specify*): SUR-REPLY TO COMMITTEE'S REPLY TO PURCHASER'S OBJECTION TO MOTION TO COMPEL PERFORMANCE
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __12/02/2022__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   See attached.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/02/2022 | Kim T. Morrissey | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          F 9013-3.1.PROOF.SERVICE

**Manual Notice List**
**Bankruptcy Court for the Central District of California – Los Angeles Division**
**Case No. 2:22-bk-10994-BB**

      I served the following persons and/or entities at the last known address in this bankruptcy case or adversary proceedings by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

**Aetna Life Insurance Company and Affiliated Entities**
c/o Payam Khodadadi, Esq.
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067

**Argo Partners**
12 West 37th Street, 9th Floor
New York, NY 10018

**Armory Consulting Co.**
3942 Irvine Blvd., #253
Suite 1150
Irvine, CA 92602

**Banner Fruit Company**
Attn: Kevin Sommerfeld
PO BOX 2971
South San Francisco, CA 94083

**Pauline McTernan**
Otterbourg, P.C.
230 Park Ave
New York, NY 10169

**Danielle Montero**
Lavi & Ebrahimian, LLP
8889 W. Olympic Blvd. Ste. 200
Beverly Hills, CA 90211

SF-4986100