Nancy R. Thomas (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Benjamin W. Butterfield (admitted *pro hac vice*)
BButterfield@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

*Attorneys for Revolution Foods, PBC*

FILED & ENTERED

DEC 05 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BETTER 4 YOU BREAKFAST, INC.,<br><br>    Debtor. | Case No. 2:22-10994-BB<br><br>Chapter 11 Case<br><br>**ORDER GRANTING PURCHASER'S MOTION FOR LEAVE TO FILE SUR-REPLY TO COMMITTEE'S REPLY TO PURCHASER'S OBJECTION TO MOTION TO COMPEL PERFORMANCE**<br><br>**Hearing:**<br>Date: December 7, 2022<br>Time: 10:00 a.m.<br>Courtroom: 1539<br><br>255 East Temple Street<br>Los Angeles, CA 90012<br><br>Zoom Meeting: 161 6109 0855<br>Zoom Password: 148508 |

NY:2484166

Having reviewed the *Motion for Leave to File Sur-Reply to Committee's Reply to Purchaser's Objection to Motion to Compel Performance* (the "Motion") filed by Revolution Foods, PBC ("Purchaser"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

###

Date: December 5, 2022

Sheri Bluebond
United States Bankruptcy Judge

NY:2484166