PETER C. ANDERSON
UNITED STATES TRUSTEE
ERYK R. ESCOBAR, State Bar No. 281904
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4168
Facsimile No. (213) 894-2603
Email: eryk.r.escobar@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

BETTER 4 YOU BREAKFAST, INC.,

Debtor.

Case No.: 2:22-bk-10994-BB

Chapter 11

AMENDED NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1102(a), the undersigned hereby appoints CRG Financial, LLC to the Committee as of this date. Accordingly, the Committee now is comprised of the following six (6) creditors noted on the attached Exhibit A.

Dated: December 6, 2022

UNITED STATES TRUSTEE

/s/ Peter C. Anderson

PETER C. ANDERSON

**EXHIBIT A**

| | |
|---|---|
| Rockview Dairies, Inc.<br>7011 Stewart & Gray Road<br>Downey, CA 90241<br>Phone: (562) 927-5511 x 1114<br>Email: lukeg@rockviewfarms.com | Represented by:<br>Richard Price<br>1235 N. Harbor Blvd., Suite 200<br>Fullerton, CA 92832<br>Phone: (714) 871-1132<br>Email: rspriceii@aol.com |
| Global Food Solutions, Inc.<br>159 Adams Ave.<br>Hauppauge, NY 11788<br>Phone: (631) 332-7754<br>Email: mikelevine@globalfoodsolutions.co | |
| Veronica Ortiz<br>c/o Lavi and Ebrahimian, LLP<br>8889 W. Olympic Blvd., Suite 200<br>Beverly Hills, CA 90211<br>Phone: (310) 432-0000<br>Email: jlavi@lelawfirm.com | Represented by:<br>Lavi and Ebrahimian, LLP<br>8889 W. Olympic Blvd., Suite 200<br>Beverly Hills, CA 90211<br>Phone: (310) 432-0000<br>Email: jlavi@lelawfirm.com |
| Spectra 360, Inc.<br>33 Arch Street<br>Boston, MA 02110<br>Phone: 866-736-0360<br>Email: abergen@spectra360.com | Represented by:<br>Mark Romeo<br>Law Offices of Mark J. Romeo<br>601 Montgomery St., Suite 400<br>San Francisco, CA 9411<br>Phone: (415) 395-9315<br>Email: mark@markromeolaw.com |
| Pueblo Trading Co., Inc.<br>PO Box 11508<br>Newport Beach, CA 92658<br>Phone: 949-640-6499<br>Email: gerry@pueblotradingco.com | |

**ADDED:**

CRG Financial, LLC
c/o Jeffrey Kaplan
84 Herbert Ave., Bldg. B, Suite 202
Closter, NJ 07624
Phone: 201-266-6988
Email: jkaplan@crgfinancial.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled: **AMENDED NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 012/06/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shraddha Bharatia**     notices@becket-lee.com
- **Daren Brinkman**     office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Mason S Byrd**     sbyrd@mckoolsmithhennigan.com, LMorrin@mckoolsmithhennigan.com;storm-byrd-1750@ecf.pacerpro.com
- **Lisa R Chandler**     lisa.chandler@ipfs.com
- **Michael G D'Alba**     mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- **Eryk R Escobar**     eryk.r.escobar@usdoj.gov
- **Oscar Estrada**     oestrada@ttc.lacounty.gov
- **Fredric Glass**     fglass@fairharborcapital.com
- **Michael S Greger**     mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **Mark D Hurwitz**     mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- **Ori Katz**     okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Gerald P Kennedy**     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Raffi Khatchadourian**     raffi@hemar-rousso.com
- **Nicholas A Koffroth**     nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Peter W Lianides**     plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Kerri A Lyman**     klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Alan I Nahmias**     anahmias@mbn.law, jdale@mbnlawyers.com
- **Jeffrey M. Reisner**     jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Liz Riddle**     liz.riddle@cdtfa.ca.gov
- **Mark Romeo**     romeolaw@msn.com
- **Anthony J Rothman**     anthony@arothmanlaw.com
- **Najah J Shariff**     najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Zev Shechtman**     zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Nancy R Thomas**     nthomas@mofo.com, nancy-thomas-4464@ecf.pacerpro.com
- **David A Tilem**     davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Brett D Watson**     bwatson@cozen.com, daynasmith@cozen.com
- **Larry D Webb**     Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (<u>state method for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/06/2022 | Eryk R. Escobar | /s/ Eryk R. Escobar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE