| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bradford J. Sandler (NY Bar No. 4499877)<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: bsandler@pszjlaw.com<br><br>*Attorney for:* CRG Financial LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>BETTER 4 YOU BREAKFAST, INC., | CASE NO.: 2:22-bk-10994-BB<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | |
| <br>vs.<br><br>Plaintiff(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

1. I, Bradford J. Sandler _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained *(specify name of party):*
CRG Financial LLC

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

3. I am a lawyer with the following law firm *(specify name and address of law firm):*
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor, New York, New York 10017

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates *(specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction):*
New York State Bar – 4/20/2007

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| N/A | | | | |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

Name of attorney (Designee):
Shirley S. Cho

Name and address of law firm, or residence address:
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067

Telephone number of law firm:
(310) 277-6910

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 12, 2022

_____
Signature of applicant

*Bradford J. Sandler*
Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: December 12, 2022

*/s/ Shirley S. Cho*
Signature of Designee

_____
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*      Page 3      **F 2090-1.2.APP.NONRES.ATTY**

# Transaction Details

## Bankruptcy Pro Hac Vice Application Fee

**Non-Resident Attorney's Name:** Bradford Sandler

**Firm Name:** Pachulski Stang Ziehl & Jones LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:**

  2:22-bk-10994-BB

**Party Name:** CRG Financial LLC

**Tracking Number(s):** PHV-221212-000-0154

**Pay.gov Tracking ID:** 272SDHOM

**Transaction Date:** 12/12/2022

**Agency Name:** U.S. Distirct Court

**Account Holder Name:** Shirley S. Cho

**Account Number:** ************2004

**Amount:** 500.00

**Billing Address:** 10100 Santa Monica Boulevard

**Billing Address 2:** 13th Floor

**City:** Los Angeles

**State/Province:** CA

**Zip/Postal:** 90067

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment, please contact the Fiscal department at
fis_cac@cacd.uscourts.gov**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1 (b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* December 12, 2022 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* December 12,2022 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 12, 2022 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                          Page 4                               F 2090-1.2.APP.NONRES.ATTY

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Shraddha Bharatia    notices@becket-lee.com*
- *Daren Brinkman    office@brinkmanlaw.com, 7764052420@filings.docketbird.com*
- *Mason S Byrd    sbyrd@mckoolsmithhennigan.com, LMorrin@mckoolsmithhennigan.com;storm-byrd-1750@ecf.pacerpro.com*
- *Lisa R Chandler    lisa.chandler@ipfs.com*
- *Shirley Cho    scho@pszjlaw.com*
- *Michael G D'Alba    mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com*
- *Eryk R Escobar    eryk.r.escobar@usdoj.gov*
- *Oscar Estrada    oestrada@ttc.lacounty.gov*
- *Fredric Glass    fglass@fairharborcapital.com*
- *Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com*
- *Mark D Hurwitz    mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com*
- *Ori Katz    okatz@sheppardmullin.com, lsegura@sheppardmullin.com*
- *Gerald P Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com*
- *Raffi Khatchadourian    raffi@hemar-rousso.com*
- *Nicholas A Koffroth    nkoffroth@foxrothschild.com, khoang@foxrothschild.com*
- *David S Kupetz    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com*
- *Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com*
- *Kerri A Lyman    klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com*
- *Alan I Nahmias    anahmias@mbn.law, jdale@mbnlawyers.com*
- *Jeffrey M. Reisner    jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com*
- *Liz Riddle    liz.riddle@cdtfa.ca.gov*
- *Mark Romeo    romeolaw@msn.com*
- *Anthony J Rothman    anthony@arothmanlaw.com*
- *Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov*
- *Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com*
- *Nancy R Thomas    nthomas@mofo.com, nancy-thomas-4464@ecf.pacerpro.com*
- *David A Tilem    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *Brett D Watson    bwatson@cozen.com, daynasmith@cozen.com*
- *Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:346420.1 15973/001

**F 9013-3.1.PROOF.SERVICE**