| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David A. Tilem (SBN 103825) <br> LAW OFFICES OF DAVID A. TILEM <br> 206 North Jackson Street, Suite 201 <br> Glendale, California 91206 <br> Tel: 888-257-7648 * 818-507-6000 <br> Fax:(818) 507-6800 <br> DavidTilem@TilemLaw.com | |

☐ Individual *appearing without an attorney*
☒ Attorney for: Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: <br><br><br> BETTER 4 YOU BREAKFAST, INC., <br><br><br><br>                                             Debtor(s) | CASE NO.: 2:22-bk-10994-BB <br> CHAPTER: 11 <br><br> **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion¹*): Amended Chapter 11 Plan Dated December 6, 2022, Scheduling and Case Management Conference in a Chapter 11 Case |
|---|---|

PLEASE TAKE NOTE that the order titled Scheduling Order Following Status Conference and Confirmation Hearing

was lodged on (*date*) 12/14/2022 and is attached. This order relates to the motion which is docket number 655/34

---

¹ Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 1                          **F 9021-1.2.BK.NOTICE.LODGMENT**

# Exhibit "A"

Exhibit "A"

David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
     Fax:(818) 507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor-
    in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No. 2:22-bk-10994-BB |
| | ) |
| | ) Chapter 11 |
| | ) |
| **BETTER 4 YOU BREAKFAST, INC.,** | ) **SCHEDULING ORDER FOLLOWING** |
| | ) **STATUS CONFERENCE AND** |
| | ) **CONFIRMATION HEARING** |
| | ) |
| | ) Date:  December 14, 2022 |
|                       Debtor. | ) Time:  2:00 p.m. |
| | ) CtRm:  1539 |
| | ) |

    At the date, time and place set forth above the Court conducted hearings to consider Debtor's amended chapter 11 plan and a case status conference.

    David A. Tilem of The Law Offices of David A. Tilem appeared on behalf of the Debtor. Other appearances are as noted on the record.

    For reasons set forth on the record, and good cause appearing,

/ / /

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Debtor's confirmation hearing is continued to January 26, 2023 at 10:00 a.m. in Courtroom 1539, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

2. Debtor shall file a further amended Plan on or before January 12, 2023.

3. Debtor shall file a supplemental confirmation brief by 12:00 p.m. on January 17, 2023.

4. Interested parties shall have until January 23, 2023 to file written objections. Debtor may respond to the objections at the continued confirmation hearing.

5. The Court will also conduct a further Case Status Conference at the same date, time and place as the hearing on plan confirmation. Debtor need not file a written Status Conference report.

###

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
865 South Figueroa, Suite 103, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/14/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **12/14/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond: United States Bankruptcy Court, 255 E. Temple Street, Suite 1534, Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **12/14/2022** | **Joan J. Fidelson** | **/s/ Joan J. Fidelson** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Shraddha Bharatia**   notices@becket-lee.com
- **Daren Brinkman**   office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Mason S Byrd**   sbyrd@mckoolsmithhennigan.com, LMorrin@mckoolsmithhennigan.com;storm-byrd-1750@ecf.pacerpro.com
- **Michael G D'Alba**   mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Michael S Greger**   mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **Mark D Hurwitz**   mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- **Ori Katz**   okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Gerald P Kennedy**   gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Raffi Khatchadourian**   raffi@hemar-rousso.com
- **Nicholas A Koffroth**   nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Peter W Lianides**   plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Kerri A Lyman**   klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbnlawyers.com
- **Jeffrey M. Reisner**   jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Mark Romeo**   romeolaw@msn.com
- **Anthony J Rothman**   anthony@arothmanlaw.com
- **Najah J Shariff**   najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Nancy R Thomas**   nthomas@mofo.com, nancy-thomas-4464@ecf.pacerpro.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Brett D Watson**   bwatson@cozen.com, daynasmith@cozen.com
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

**SERVED BY UNITED STATES MAIL**:

Hollandia Dairy, Inc.
c/o Sheena Alves
970 Canterbury Place
Escondido, CA 92025

Julia C. Philips Roth
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-3000

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**